**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| CHEYENNE-ARAPAHO TRIBES OF OKLAHOMA, | ) ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, <u>et</u> <u>al.</u>, | ) |
| | ) |
| Defendants. | ) |

_____ )

Civ. No.  06-519
Judge P.L.F. Friedman

**NOTICE OF APPEARANCE**

The undersigned, James M. Upton, hereby appears as the attorney of record for the

Defendants.   His mailing address for service by U.S. Mail is as follows:

U. S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C.     20044-0663

His address for Federal Express service and for hand delivery is as follows:

U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
601 D Street, N. W.
Room 3116
Washington, D.C.     20004

His e-mail address is: james.upton@usdoj.gov

Dated this 12st day of October, 2006.

Respectfully submitted,

/s/James M. Upton

JAMES M. UPTON
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663

Tel. (202) 305-0482
Fax: (202) 305-0506
E-mail: james.upton@usdoj.gov