**ATTACHMENT B**

# INDIAN AFFAIRS.

# LAWS AND TREATIES.

### Vol. I.
### (LAWS.)
Compiled to December 1, 1902.

COMPILED AND EDITED

BY

CHARLES J. KAPPLER, LL. M.,

Clerk to the Senate Committee on
Indian Affairs.

WASHINGTON:
GOVERNMENT PRINTING OFFICE.
1904.

unless there is some pressing necessity which will admit of no delay, whether it would not be well to refer the matter to the proper officers of this bureau for investigation and report before any action is taken.

The letter of Adjutant-General Townsend, together with the copy of the telegram of General Schofield, is herewith returned.

Very respectfully, etc.,

E. S. PARKER, *Commissioner.*

Hon. W. T. OTTO,
*Acting Secretary of the Interior.*

---

DEPARTMENT OF THE INTERIOR,
OFFICE OF INDIAN AFFAIRS,
*Washington, D. C., August 10, 1869.*

SIR: Referring to my report to you of the 19th of June last, relative to the change of location of the reservation for the Cheyenne and Arapaho Indians, I now have the honor to submit, herewith, copies of the following letters relative to this subject, viz:

Letter from Superintendent Hoag, dated the 31st ultimo, inclosing letter from Brevet Major-General Hazen, dated the 24th ultimo.

Letter from Superintendent Hoag, dated the 4th instant, inclosing letter from General Hazen, dated the 2d instant.

It appears from these letters that the Cheyennes and Arapahoes did not understand the location of the reservation as defined by the treaty of August 19, 1868; that they have never been upon said reserve, and do not desire to go there, but that they desire to locate on the North Fork of the Canadian, some 60 miles below Camp Supply; that the agent for these tribes has a large quantity of valuable stores in this locality, which are very much exposed.

Inasmuch as these Indians express a desire to be located upon a reserve, I think it very desirable that their wishes should be gratified, and that they be not permitted to again roam on the plains. I therefore respectfully recommend that the President be requested to authorize the location of these Indians on the North Fork of the Canadian River, where they desire to go, and that immediate steps be taken to provide temporarily for them there. The country desired by them is public land, and I think it competent for the President to direct their location thereon. In view, however, of the fact that these Indians have a reservation defined for them by treaty stipulation, legislation can be asked of Congress at the coming session to insure a permanent reservation for them where they may locate, and abandon as a reservation the present one, restoring it to the public lands.

Very respectfully, your obedient servant,

E. S. PARKER, *Commissioner.*

Hon. J. D. COX,
*Secretary of the Interior.*

AUGUST 10, 1869.

The recommendation of the Indian Commissioner approved.

J. D. COX, *Secretary.*

Approved August 10, 1869.

U. S. GRANT,
*President.*

---

*Chickasaw Reserve.*

[In Union Agency; area, 7,271 square miles; established by treaty of June 22, 1855.]