**ATTACHMENT D**

# INDIAN AFFAIRS.

# LAWS AND TREATIES.

### Vol. I.
### (LAWS.)
Compiled to December 1, 1902.

COMPILED AND EDITED
BY
CHARLES J. KAPPLER, LL. M.,
Clerk to the Senate Committee on
Indian Affairs.

WASHINGTON:
GOVERNMENT PRINTING OFFICE.
1904.

### Chilocco Industrial School Reserve.

EXECUTIVE MANSION, *July 12, 1884.*

It is hereby ordered that the following-described tracts of country in the Indian Territory, viz, sections 13, 14, 15, 16, 21, 22, 23, 24, 25, 26, 27, 28, and the east half of sections 17, 20, and 29, all in township No. 29 north, range No. 2 east of the Indian meridian, be, and the same are hereby, reserved and set apart for the settlement of such friendly Indians belonging within the Indian Territory as have been or who may hereafter be educated at the Chilocco Indian Industrial School in said Territory.

CHESTER A. ARTHUR.

### Choctaw Reserve.

[In Union Agency; area, 10,871 square miles, established by treaty of June 22, 1855 (11 Stat., 611).]

### Creek Reserve.

[In Union Agency; area, 4,811 square miles; established by treaties of February 14, 1833, and June 14, 1866, and act of August 5, 1882 (22 Stat., 265).]

### Fort Reno Military Reserve.

WAR DEPARTMENT,
*Washington City, July 17, 1883.*

To the PRESIDENT:

SIR: Upon recommendation of the post commander, concurred in by the commanding general, Department of the Missouri, and the lieutenant-general, I have the honor to request that the following-described tract of land in the Indian Territory, located within the limits of the Cheyenne and Arapaho Indian Reservation, created by Executive order dated August 10, 1869, be duly declared and set apart by the Executive as a military reservation for the post of Fort Reno, viz:

Beginning at the northwest corner of section 28, township 13 north, range 8 west of the Indian meridian, and running thence east to North Fork of the Canadian River; thence down this stream to the range line between ranges 7 and 8 west of the Indian meridian; thence south on said range line to the southeast corner of section 36, township 13 north, range 8 west of the Indian meridian; thence east to the northeast corner of township 12 north, range 8 west of the Indian meridian; thence south to the southeast corner of section 12 of said township; thence west to the southwest corner of section 9 of said township; thence north to the northwest corner of section 4 of said township; thence west to the southwest corner of section 33, township 13 north, range 8 west of the Indian meridian; thence north to the point of beginning, containing an area of about $14\frac{5}{8}$ square miles, or 9,493 acres.

A sketch showing the proposed reservation is inclosed herewith, and the Interior Department reports that there is no objection on the part of the Indian Office to the setting apart for military purposes exclusively of the tract of land herein described.

I have the honor to be, sir, with great respect, etc.,

ROBERT T. LINCOLN,
*Secretary of War.*

EXECUTIVE MANSION,
*Washington, July 17, 1883.*

The within request is approved, and the reservation is made and proclaimed accordingly.

The Secretary of the Interior will cause the same to be noted in the General Land Office.

CHESTER A. ARTHUR.

---

### Fort Supply Military Reserve.*

WAR DEPARTMENT,
*Washington City, January 16, 1883.*

To the PRESIDENT:

SIR: I have the honor, upon the recommendation of the commanding general Department of the Missouri, concurred in by the Lieutenant-General and approved by the General of the Army, to request that the United States military reservation of Fort Supply, Indian Territory, originally declared by Executive order dated April 18, 1882, as announced in General Orders No. 14, of May 10, 1882, from department headquarters, may be enlarged, for the purpose of supplying the post with water and timber, by the addition of the following-described tracts of land adjacent thereto, viz:

The south half of township 25 north, range 22 west, and the southwest quarter of township 25 north, range 21 west, in the Indian Territory.

It has been ascertained from the Interior Department that no objection will be interposed to the enlargement of the reservation in question as herein indicated.

The Commissioner of Indian Affairs, however, with the concurrence of the Secretary of the Interior, recommends that a proviso be inserted in the order making the proposed addition, so as to cover the entire reservation, "that whenever any portion of the land so set apart may be required by the Secretary of the Interior for Indian purposes the same shall be abandoned by the military, upon notice to that effect to the Secretary of War."

I have the honor to be, sir, with great respect, etc.,

ROBERT T. LINCOLN,
*Secretary of War.*

EXECUTIVE MANSION,
*Washington, January 17, 1883.*

The within request is approved, and the enlargement of the reservation is made and proclaimed accordingly: *Provided,* That whenever any portion of the land set apart for this post may be required by the Secretary of the Interior for Indian purposes the same shall be relinquished by the military, upon notice to that effect to the Secretary of War; and the Executive order of April 18, 1882, is modified to this extent.

The Secretary of the Interior will cause the same to be noted in the General Land Office.

CHESTER A. ARTHUR.

---

### Iowa Reserve.

EXECUTIVE MANSION, *August 15, 1883.*

It is hereby ordered that the following-described tract of country in the Indian Territory, viz: Commencing at the point where the Deep Fork of the Canadian River intersects the west boundary of the Sac and Fox Reservation; thence north along said west boundary to the

---

*See Appendix II, post, page 1047.