**ATTACHMENT F**

Commission Copy

Fort Reno, Ind. Ter.,

November 14th, 1890.

Sir:-

Herewith we enclose you the contract just concluded with the Cheyenne and Arapahoe Indians in the Indian Territory, together with our report.

Will you kindly transmit these papers to the President?

We trust our doings in this behalf will meet the approval of the President and yourself, and will be ratified at an early day by Congress.

We wired you on the 12th instant the result of negotiations with these Indians. We go today to Tahlequah where you can reach us by mail or wire until further advised. I am

Very respectfully yours,

David H. Jerome

Chairman.

To,

Hon. John W. Noble,

Secretary of the Interior,

Washington, D.C.

Fort Reno, Indian Territory,

November 13, 1890.

Sir:-

We now have the honor and very great satisfaction to report to you that we have concluded a contract with the Cheyenne and Arapahoe Tribes of Indians in this Territory.

You are already advised by former report of the negotiations up to the 22d of July last.

Negotiations were resumed on the 3d day of October and have continued without intermission until today -- when we secured the requisite number of male adult signers, according to Section Twelve of the Treaty with said Indians concluded October 28, 1867; viz, seventy five per cent.

The signing of the contract, on the part of the Indians began on the 13th day of October ultimo, when ninety one signed. Others came in from day to day, sometimes more and sometimes less, until today, when the signing was concluded.

Including the three weeks spent with them in July last, a full month was given to the discussion of the questions involved. The dullest Indian was made to understand the terms of the contract, and its effect.

2.

These Indians have some claim by treaty to a reservation in the Cherokee Outlet and lands in the Creek session. They also agreed, in treaties for two other reservations in the same country, which were never agreed to by the United States Senate. They also have at least a possessory claim in and to the lands now occupied by them by virtue of an executive order dated August 1o, 1869. In order that all claim of title in the Indians might be extinguished, we have included in the contract a complete relinquishment of title in and to all the above tracts of country, saving to the Indian allotments of land in severalty only, in the reservation created by said execituve order.

We concluded that although these Indians never occupied the reservation in the Cherokee and Creek Countries, nor those stipulated for by the unratified treaties, above referred to, we would observe the treaty stipulation, in relation to the treaty reservation and procured seventy five per cent of the adult male population to sign. This puts the execution of the contract beyond question or cavil.

The allotments of land to the Indians and all other conditions of the contract are the same as stated in the former report, except the payment of the price agreed upon.

3.

The original proposition was that five hundred thousand dollars, of the purchase price, should be paid out per capita to the Indians, under the direction of the Commissioner of Indian Affairs

The fact that the Indians could not be assured, under this proposition, that they would receive in their own hands any money proved an insuperable obstacle. Therefore, after much and careful consideration, we modified the proposition, and proposed that two hundred and fifty thousand dollars should be paid to the Indians within sixty days after the contract should be ratified by Congress, and two hundred and fifty thousand dollars should be paid out to or for them under the direction of the Secretary of the Interior. This proposition was accepted and written in the contract as signed.

In the execution of the contract the fact that some of the male adults, entitled to sign, were absent from the reservation attending school at Carlisle, Penn. and Lawrence, Kansas, and others were distant from the agency and unable without great inconvenience to come there, and the further fact that it was deemed both unwise and impracticable for the Commission to visit them, we resorted to the use of powers of attorney, which are attached to

4.

the contract enclosed.    The following persons authorized the signing of their names by seperate powers, which was done, but we count them once only, and rely upon the signatures numbered as being the best authenticated, and exclude in the count the names marked with a star, on the contract; viz, Thomas Carlisle(who was first signed Thomas Bear Robe), John P. Tyler, Kish Hawkins, Richard Davis (who first signed as Davis Bull Bear), John VanHorn, Deforest Antelope, Joseph C. Thunder (who was first signed as Calling Thunder), Ben Come up Hill, Noble Prentice, Philip B. Man (who was first signed as Philip Bad Man), Frank Harrington, Albert W. Wolf (who was first signed as Albert White Wolf), James P. Yellow (who was first signed as J. Paint Yellow), Casper Edson, Lewis H. Miller, Fieldy Sweezy (who was first signed as Fielding Sweezy), Dan Wheeler (who was first signed as Wheeler), and Kiser Young Man (who was first signed as Kaiser Youngerman.

The only means available to ascertain the male adult population of the two tribes was the United States Indian Agent, the records of his office and information derived from reliable Indians . Relying upon such sources of information Mr. Charles F. Ashley, the Agent here, gave us a certificate under the seal of his office -- which is hereto attached and made a part hereof --

5.

that the adult male population is six hundred and eighteen, seventy five percent of which is four hundred and sixty four. We have secured more than that number of male adult signers. In addition thereto we have permitted about one hundred women-- who are widows or wives of white men-- to sign the contract. The contract provides that the father, or if he be dead the mother of children under eighteen years of age may select the lands for such minor children, and on that account they were permitted to sign, although we do not count them in determining the completion of the contract.

In addition to the double signatures above explained, there are two others that perhaps need explanation, one is Kias Red Wolf He signed the contract and afterwards surreptiously and without the knowledge of the Commission, at the time, attempted to erase his name by drawing a pen through it: afterwards he voluntarily came and asked to sign it again which he did.

Another is Little Bear, a chief who did not come in until many had signed the contract; when his name was written by the interpreter and he was asked to "touch the pen", he refused to do so unless his name should be written among the first signers who were the chiefs, this was done and no mark was made where his name was first written.

6.

This contract, if ratified by Congress, in the opinion of the Commission furnishes farms -- a quarter section each -- in severalty to about three thousand and five hundred Indians; and extinguishes the Indian Title to more than three million acres of land, and makes it available for white settlement. Its magnitude can be better understood by stating that the area of land so secured is nearly twice that of Oklahoma proper. Besides this the claim, title and interest, whatever it may be that these Indians have in the treaty reservation, or that they may claim under said unratified treaties, in the Cherokee Outlet and Creek Cession is absolutely extinguished.

The Commission takes pleasure in certifying to the zeal and earnestness in furthering the present Indian policy of the Government, of all the officers and employees of the Government, both civil and military, mwith whom it has come in contact.

In conclusion if affords the Commission much satisfaction to be able to state, that since it was reorganized last May, five contracts with Indians have been concluded and only await the action of Congress to make them effective. The total amount of lands to which Indian Title has been extinguished and made available for white settlement is more than four million acres -- after de-

1413

Fox Rono. N.Y.
Nov. 14" 1890.

Sans Blaine
Choctaw Commissioner

Enclosing copy with
letter of Charles
Inman Governor
of Nation of the
Carter's system
with report of
Commissioner.

Eve Clerk

35902
Indian Office
Inclos No.
1890