**ATTACHMENT H**

```
DEFENDANT'S EXHIBIT NO. ___A___
Indian Claims Commission
Docket No. __329-A__
```

CHEYENNE AND ARAPAHO INDIANS v.
THE UNITED STATES, DOCKET NO. 329-A,
BEFORE THE INDIAN CLAIMS COMMISSION

## Historical Background

Arthur A. Ekirch, Jr.

1

TABLE OF CONTENTS

Part I                                                            page

   SOCIAL AND ECONOMIC CONDITIONS
   IN THE UNITED STATES IN 1890                              2

Part II

   THE EARLY HISTORY OF OKLAHOMA                             10
   THE MIGRATION OF THE CHEYENNE
      AND ARAPAHO INDIAN TRIBES                           15
   THE COMING OF THE CATTLEMEN AND THE
      RAILROADS                                           21
   THE OPENING OF THE INDIAN TERRITORY                       26

Part III

   OKLAHOMA, INCLUDING THE
   SUBJECT AREA, IN 1890                                     33

Part IV

   THE CHEYENNE ARAPAHO CESSION, 1891-1892                   42

Notes                           9, 31, 32, 41, 45

Maps

   I    INDIAN TERRITORY, 1836-1856                           11a
   II   INDIAN TERRITORY, 1856-1866                           12a
   III  INDIAN TERRITORY, 1875                                17a
   IV   OKLAHOMA AND INDIAN TERRITORIES, 1901                 34a

## THE MIGRATION OF THE CHEYENNE AND ARAPAHO INDIAN TRIBES

Prominent among the tribes that the United States desired to settle in the Indian Territory were the Cheyenne and Arapaho. The earliest known habitat of the Cheyenne was in western Minnesota, but by the early 1800's they were being constantly pushed farther westward into the High Plains country by the Sioux Indians. The Arapaho, who were closely associated with the Cheyenne throughout the 19th century, originally inhabited the area around the Red River Valley in northern Minnesota. Then they too moved in a southwesterly direction across the Missouri River at the same time as the Cheyenne. The Wichitas, who eventually were settled on the Cheyenne Arapaho reservation in Oklahoma, originally ranged from Kansas to Texas across the middle reaches of the Arkansas River. Much decimated by disease, they fled to Kansas during the Civil War. Primarily a sedentary and agricultural people, they were never as nomadic or warlike as the Cheyenne.[4]

In 1851 on September 17 at Fort Laramie, the United States entered into its first important treaty with the migrating Southern Cheyenne and Arapaho Indians. The two tribes were assigned to territory on the Upper Arkansas River subject to the right of the whites to establish roads through the country. The treaty, however, was never ratified, and the discovery of gold in Colorado soon afterward resulted in white population overrunning the region, destroying the

16

wild game and threatening the Indians with starvation. By another treaty on February 18, 1861, at Fort Wise Kansas, the Cheyenne and Arapaho therefore agreed to accept a smaller reservation on the Upper Arkansas River farther to the east and south in the "short-grass" country of eastern Colorado. (12 Stat. 1163) Up until now the Cheyenne had been at peace with the whites, but henceforth they became prominent in the intermittent border warfare that persisted for some fifteen years from 1862 until 1867. At Chivington or Sand Creek, Colorado, 1864, and again at Washita, Oklahoma, in 1868, the Southern Cheyenne suffered severe defeats by the United States Army. In between these engagements, at Camp on the Little Arkansas River, Kansas, a peace treaty was negotiated with the Cheyenne and Arapaho by which they agreed to give up their lands on the Upper Arkansas River in return for a temporary reservation in southern Kansas adjacent to the Cherokee lands in northern Oklahoma. (14 Stat. 703) On October 28, 1867, at Medicine Creek Lodge, Kansas, still another treaty was negotiated with the Cheyenne and Arapaho settling them south of Kansas in the tract known as the Cherokee Outlet.[5] (15 Stat. 593)

The Cheyenne and Arapaho, however, refused to take up the lands granted them in the Outlet, and in 1869 the United States selected for them still another reservation. On the basis of a recommendation by the Commissioner of Indian Affairs approved by the Secretary of the Interior, President

17

Grant issued an Executive Order dated August 10, 1869, which superseded in effect the earlier treaty of 1867 and set apart a new site immediately south of the Cherokee Outlet.[6] Despite President Grant's order, the government did not give up its efforts to settle the Cheyenne and Arapaho tribes on the original reservation planned for them in the Cherokee Outlet by the 1867 treaty. Accordingly in 1872 and 1873, three agreements were made with the tribes, together and separately, which related to the lands in the Outlet. These agreements, however, were not ratified by Congress, and the Cheyenne and Arapaho were later settled on the lands indicated in the 1869 Executive Order.[7]

The 1869 Cheyenne Arapaho country, on which the tribes were eventually settled, was in the western part of Oklahoma within the northern portion of what was known as the Leased District. The Cheyenne Arapaho reservation had been created from the cessions of part of their lands in the Indian Territory by the members of the Five Civilized Tribes, excepting only the Cherokee all of whose lands lay north and east of the subject area. The original cession of what was called the Leased District was made on June 22, 1855, by the Choctaw and Chickasaw Indians who leased that part of their lands west of 98°, amounting to 7,713,239 acres, for the use of the Wichita and other western Indians.[8] (11 Stat. 611) By the unratified agreement of October 19, 1872, a small section of 743,610 acres from the Leased District was assigned to the

Map of Indian Territory
1875



Indian Territory, 1875

Thoburn and Holcomb, "History of Oklahoma" - Page 128

18

Wichitas. Although these lands were never officially ceded to them, because of their longtime occupancy of the area the Wichita were conceded to have an interest in this section of the Leased District, which was actually the southeastern corner of the Cheyenne Arapaho reservation.[9]

The Cheyenne Arapaho reservation lands in the Leased District included 2,489,160 acres from the original 1855 grant of the Choctaw and Chickasaw Indians. (11 Stat. 611) On April 28, 1866, the Choctaw and Chickasaw completely ceded t to the United States whatever remaining rights they might still have had to this Leased District for the use of other tribes. (14 Stat. 769) In addition the Cheyenne and Arapaho tract included the unoccupied western lands of the Creeks, ceded June 14, 1866, (14 Stat. 785) plus additional Creek land which they had ceded to the Seminoles on August 7, 1856, (11 Stat. 699) who then ceded it to the United States on March 21, 1866. (14 Stat. 755) From all these cessions, the Cheyenne and Arapaho received a total of slightly over 5 million acres, including the 743,610 acres of the Wichita, divided as follows:[10]

```
Creek cession of 1866       619,450.59 acres
Seminole cession of 1866  1,189,194.15
Choctaw & Chickasaw       2,489,159.84
Wichita lands               743,610.00
```

The boundaries of the Cheyenne Arapaho reservation, including the corner occupied by the Wichita, was officially defined as follows:

Commencing at the point where the Washita River crosses the ninety-eighth degree of west longitude; thence north on

19

a line with said ninety-eighth degree to the point where it is crossed by the Red Fork of the Arkansas (sometimes called the Cimarron River); thence up said river, in the middle of the main channel thereof, to the north boundary of the country ceded to the United States by the treaty of June 14, 1866, with the Creek Nation of Indians; thence west on said north boundary and the north boundary of the country ceded to the United States by the treaty of March 21, 1866 with the Seminole Indians, to the one hundredth degree of west longitude; thence south on the line of said one hundredth degree to the north boundary of the country set apart for the Kiowas and Commanches by the second article of the treaty concluded October 12, 1867 with said tribes; thence east along said boundary to the point where it strikes the Washita River; thence down said Washita River, in the middle of the main channel thereof, to the place of beginning...." (26 Stat. 1022)

The corner of the above occupied by the Wichitas was bounded as follows:

Commencing at a point in the middle of the main channel of the Washita River, where the ninety-eighth meridian of W. longitude crosses the same; thence up the middle of the main channel of said river to the line 98 40' W. longitude; thence up said line of 98 40' due N. to the middle of the main channel of the main Canadian River; thence down the middle of the main Canadian River to where it crosses the ninety-eighth meridian, thence due S. to the place of beginning.[12] (26 Stat. 1023; 28 Stat. 895)

In the years following the Civil War, the Cheyenne were engaged in almost constant warfare with the United States. Although one small group surrendered in February 1869, the remainder refused to stay on their reservation until their final defeat at the close of the general uprising of 1874. Thus the immigrant Cheyenne and Arapaho, who had travelled widely since their days in Minnesota, were finally settled in 1875 on their reservation in Indian Territory, of which the government tried to grant them exclusive possession until they were induced to make the cession of 1891, permitting allotment and sale of the larger portion of their lands.[13] Although not part of our story, it is interesting

to note that those of the Northern Cheyenne who were not settled in Oklahoma fought hard at the side of the Sioux in the bitter outbreaks of the 1870's. After a failure to unite them with their southern brethern in Oklahoma, the Northern Cheyenne finally accepted by Executive Order of November 26, 1884, a reservation in Montana.[14]

Part III

OKLAHOMA, INCLUDING THE
SUBJECT AREA, IN 1890

Oklahoma in 1890 was divided into two parts. The eastern portion was called the Indian Territory and embraced the homelands of the Five Civilized Tribes. The western half, set apart as the Territory of Oklahoma by the Organic Act of May 2, 1890, (26 Stat. 81) included the Unassigned Lands later known as the Oklahoma District; No Man's Land or the Oklahoma Panhandle; and the Indian reservations in the Cherokee Outlet and in the old Leased District, as well as Greer County which was claimed also by Texas. The area of Oklahoma is 69,919 square miles or some 45 million acres, of which an estimated 27 million acres had been surveyed by June 30, 1890. The six counties of the Oklahoma District opened for settlement on April 22, 1889, consisted of approximately 1,887,640 acres.[1]

In western Oklahoma the subject area was described in a contemporary guide book for settlers as follows:

> The surface of the Cheyenne and Arapahoe reservation, in its leading features, is high, rolling prairie, rising at some places into almost mountainous elevations. It is broken by but little timber. Its lower bottom lands produce abundantly. Its high prairies and cañons, in early spring, are covered with beds of gorgeous flowers in great variety, and their luxuriant nutritious grasses, with a plentiful water supply from the Canadian and Washita rivers and their tributaries, create extensive ranges for horses and stock of all kinds. Its soil, with the exception of the sand hills, is naturally rich, and all it requires to make them productive of all farm crops is the necessary rainfall or irrigation. The climate is mild and equable, the nights being cool and pleasant, and the rainfall is annually increasing.[2]

34

The total population of Oklahoma in 1890 according to corrected census figures was 258,657.[3] This included the Indian Territory which had a population of 180,182, of which 51,279 were Indians, and Oklahoma Territory which had a population of 78,475, of which 13,167 were Indians. Divided into counties the population of Oklahoma Territory was approximately as follows:

| | |
|---|---|
| Beaver | 2,674 |
| Canadian | 7,158 |
| Cleveland | 6,605 |
| Greer(Texas) | 5,338 |
| Kingfisher | 8,332 |
| Logan | 12,770 |
| Oklahoma | 11,742 |
| Payne | 7,125 |

The population of Oklahoma City was 4,151, and that of Guthrie including the four separate townships was 5,883.[4] The Oklahoma Governor's Report of October 1891 gave somewhat higher figures for the population of the counties in 1890, and estimated that at the time of his report the population of Oklahoma Territory was around 80,000.[5] The Governor's Report of the following year, 1892, estimated the Oklahoma Territory population at 133,100 persons.[6]

The early Oklahoma Governor's Reports devoted considerable attention to the subject area. In 1891 the Governor expressed the fear that, unless the Cheyenne and Arapaho reservation was opened for settlement by the early part of the next spring, there would not be time to plant crops and avoid the hardships that had beset homesteaders following the 1889 opening. At that time the United States government

(2) The St. Louis & San Francisco which crossed the southeast part of Indian Territory from Fort Smith, Arkansas, into Texas; and another line which ran southwesterly from Missouri through Vinita, Oklahoma, with a terminus at Red Fork, Oklahoma. (This railroad was operated in 1890 as the Atlantic & Pacific.)

(3) The Missouri, Kansas & Texas, a division of the Missouri Pacific started in 1870 and completed shortly thereafter, ran through the eastern part of the Indian Territory from Kansas to Texas through Vinita, Oklahoma.

(4) The Rock Island was just beginning to extend its Kansas lines into northcentral Oklahoma.

Total railroad mileage in operation in Oklahoma including the Indian Territory in 1890 was 1,258, but in the Oklahoma Territory proper in 1892 there was still only 172 miles in operation.[14]

One of the problems facing the first settlers in Oklahoma was that for a year there was no civil government within the area assigned for the initial opening. The lack of civil government encouraged crime and violence and weakened the protection of property. This situation was partly corrected when the Territory of Oklahoma was finally established on May 2, 1890. The Organic Act provided that there should be executive, legislative, and judicial departments. The Territorial Governor and Secretary were to be appointed by the President. Seven counties were created,

and Governor Steele, the first Territorial Governor, appointed a full set of county officers for each county. The statutes of Nebraska were adopted as laws of the Territory until new laws could be provided by the Territorial Legislature. In compliance with the terms of the Organic Act, Governor Steele called for an election to be held August 5, 1890, to choose members of the first Territorial Legislative Assembly, and by the end of the month it was organized for business. The most lasting work of this first legislature was the passage of bills to establish territorial schools and colleges.[15]

In general the political problems of Oklahoma were those of all the new western territories in their formative years. The economic problems of Oklahoma in 1890 were also not dissimilar to those of other areas of the West which were suffering from the hard times of the late 1880's and early 1890's. But in Oklahoma the successive land rushes after 1889 created an unusual situation which partly modified the worsening economic conditions in the West and in the United States generally.

Notes
Part III

OKLAHOMA, INCLUDING THE
SUBJECT AREA, IN 1890

1  Statistical Abstract of the United States 1890, p. 242; Idem., 1959, p. 160; Grant Foreman, A History of Oklahoma (Norman, 1942), p. 239; Gittinger, The Formation of the State of Oklahoma, p. 194.

2  W.B. Matthews, The Settler's Map and Guide Book: Oklahoma (Washington, 1889), p. 7.

3  Statistical Abstract of the United States 1949, p. 33.

4  Compendium of the Eleventh Census: 1890, Part III, 1128-1131; Part I, 36, 332, 446, 449.

5  House Ex. Doc. No. 1, Pt. 5, 52 Cong. 1 Sess., p. 449.

6  House Ex. Doc. No. 1, Pt. 5, 52 Cong. 2 Sess., p. 469.

7  "Report," loc. cit., pp. 450-454.

8  "Report," loc. cit., pp. 470, 474.

9  "The Passing of the Range Cattle Industry in Oklahoma," The Cattleman, XI (November 1924), in Dale and Rader, Readings in Oklahoma History (Evanston, 1930), p. 581.

10 "Early Days in Day County," Chronicles of Oklahoma, XXVI (Autumn 1948), 313.

11 Litton, History of Oklahoma, II, 42. For a summary of economic developments, see Dale and Rader, Readings in Oklahoma History, ch. 18.

12 Gittinger, The Formation of the State of Oklahoma, ch. 7.

13 Matthews, The Settler's Map: Oklahoma, pp. 7-8.

14 Ibid., p. 8; Statistical Abstract of the United States 1890, p. 274.

15 Gittinger, The Formation of the State of Oklahoma, ch. 10.

Part IV

THE CHEYENNE ARAPAHO
CESSION, 1891-1892

In the midst of the transition of the old Indian Territory into the state of Oklahoma, the United States government was negotiating with the various Indian tribes for the cession of their surplus lands. Placement of the Indians upon individual allotments and purchase of their remaining surplus lands was a necessary prelude to white settlement.

At the same time that the Unassigned Lands were being opened to settlement as the Oklahoma District in 1889, and before the establishment of an official Oklahoma Territory in May 1890, Congress in the Indian Appropriation Act of March 2, 1889, provided for the establishment of a special commission to deal with the Oklahoma Indians for the relinquishment of their surplus lands west of 96°. (25 Stat. 1005, Sec. 14) This commission, generally known as the Cherokee Commission, began its work in the summer of 1889, and by the time it was dissolved four years later it had secured the dissolution of Indian reservations embracing more than 15 million acres.[1]

The Cherokee Commission was instructed to deal with both the Cheyenne Arapaho and Wichita Indians at the Cheyenne Arapaho Agency at Darlington. Negotiations with the Cheyenne Arapaho Indians technically were over the lands in the Cherokee Outlet by the treaty of 1867. Since this treaty had been superseded by the Executive Order of

43

1869, the cession lands were actually those defined in 1869. In any case, the Commission was warned that the Indians were not to receive allotments on the basis of lands on two reservations.[2] The Cherokee Commission began its negotiations with the Cheyenne Arapaho in July 1891. After forty days of fruitless discussions, the Commission adjourned and then resumed its meetings in October when it was able to secure an agreement which was ratified by Congress on March 3, 1891. (26 Stat. 1022)

The Cheyenne Arapaho agreement renounced the Indians' rights to the Cherokee Outlet. The Cheyenne Arapaho ceded to the United States, subject to allotment, all the territory as defined and bounded in the 1869 Executive Order, and as surveyed in the years 1858 and 1871. It was provided, however, that no allotments to the Cheyenne and Arapaho were to be made in the lands claimed by the Wichita and affiliated bands of Indians. Each Cheyenne Arapaho received an allotment of 160 acres, with remaining surplus lands available for white settlement.

The Indians were reluctant to take up their allotments until the government made the first installments on the cash payments due them for ceding their surplus lands. Accordingly, on July 19, 1891, each Indian was paid 75 silver dollars, and by October 1891 some 2,835 members of the tribes had received $212,625. By March the task of apportioning the allotments was completed with some 3,329 assignments of land

44

for a total of 529,682 acres, plus 32,344 acres for agency and military purposes, and 231,829 acres for schools, leaving 3,500,562 surplus acres for settlement, for which the government paid $1,500,000.[3]

On April 19, 1892, the Cheyenne Arapaho lands were opened to settlers, with an estimated 25,000 persons participating in the run. In relatively dry country, without railroad communication, and not contiguous to Kansas or much of Texas, the opening of these lands failed to generate the excitement of the rush of 1889 or the run a year later into the Cherokee Outlet. Thus in October 1892, six months after the opening, the Governor of Oklahoma Territory reported that only a little more than a third of the land had been taken by white settlers, and the rest was still available.[4]

Notes
Part IV

THE CHEYENNE ARAPAHO
CESSION, 1891-1892

1  Berlin B. Chapman, "Secret 'Instructions and Suggestions' to the Cherokee Commission 1889-1890," Chronicles of Oklahoma, XXVI (Winter 1948-49), 449-458.

2  Ibid.

3  Litton, History of Oklahoma, I, 397-398. The acreage figures, differing slightly from those in Litton, are taken from Kappler, Indian Affairs: Laws and Treaties, I, 1030. Kappler's figures add up to 4,294,417 acres as the total area of the Cheyenne and Arapaho reservation, in contrast to the total sometimes used of 4,297,771 acres.

4  House Ex. Doc. No. 1, Pt. 5, 52 Cong. 2 Sess., p. 470.