**ATTACHMENT   I**

# APPRAISAL OF

# CHEYENNE and ARAPAHOE

# INDIAN RESERVATION

# IN THE

# INDIAN TERRITORY - STATE OF OKLAHOMA

# 1891

PLAINTIFF'S RECORD COPY
INDIAN CLAIMS COMMISSION

## PREPARED FOR THE

## UNITED STATES DEPARTMENT OF JUSTICE

BY

ROSCOE H. SEARS, M.A.I.

OKLAHOMA CITY OKLAHOMA

*Commissioner Watkins*

DEFENDANT'S EXHIBIT NO. B
Indian Claims Commission
Docket No. 329-A

# APPRAISAL OF

## CHEYENNE and ARAPAHOE

## INDIAN RESERVATION

## IN THE

## INDIAN TERRITORY  -  STATE OF OKLAHOMA

## 1891

DOCKET 329-A BEFORE THE
INDIAN CLAIMS COMMISSION

PREPARED FOR THE

UNITED STATES DEPARTMENT OF JUSTICE

BY

ROSCOE H. SEARS, M. A. I.

OKLAHOMA CITY, OKLAHOMA.

# TABLE OF CONTENTS

|  |  | PAGE NO. |
|---|---|---|
| Letter of Transmittal |  | 1-2 |
| Map - Cheyenne and Arapahoe Reservation and vicinity |  | 3 |
| **PART I - Preliminary** |  |  |
| 1. | Appraiser's Qualifications | 4-5 |
| 2. | Legal Description of Property | 6 |
| 3. | Appraisal Certificate and Estimate of Value | 7 |
|  | a. Royce Map 22 | 8 |
|  | b. Royce Map 23 | 9 |
| 4. | Purpose of Appraisal | 10 |
| **PART II - General** |  |  |
| 1. | Limiting Conditions | 11 |
|  | Matters of legal nature | 11 |
|  | Area of Cheyenne and Arapahoe Reservation | 11 |
|  | Date of Appraisal | 11 |
| 2. | Method of Valuation |  |
|  | Cost Approach | 11 |
|  | Income Approach | 12 |
|  | Market Data Approach | 12 |
| 3. | Description of Cheyenne and Arapahoe Reservation | 13 |
|  | a. Location | 13 |
|  | b. Center of United States | 13 |
|  | c. Area Comprises | 14 |
|  | d. Climate | 14-15 |
|  | e. Timber | 15-16 |
|  | f. Soil Classification | 16-17 |
|  | g. Water Supply | 17-18 |
|  | h. Population | 18-19 |
|  | i. Maps - Population | 20-21 |
|  | Land Regions of U. S. A. | 22 |
|  | Elevation | 23 |
|  | Average Precipitation | 24 |
|  | Arid, Semi-arid Regions | 25 |
|  | Wind Velocity | 26 |
|  | Native Vegetation - U. S. A. | 27 |
|  | Farming Areas of Oklahoma | 28 |
|  | Length of Growing Season | 29 |

|  |  | PAGE NO. |
|---|---|---|
| **PART III** - <u>Historical</u> |  |  |
|  | Chronological Tabulation and Maps of the Territory | 30-37 |
| **PART IV** - <u>Appraisal of Subject Property</u> |  |  |
|  | 1. Highest and Best Use | 38 |
|  | 2. Surveyors' Notes on Soils, Timber and Water | 39 |
|  | a. Soil Analysis | 39 |
|  | Soil Analysis Map | 40 |
|  | b. Timber | 41 |
|  | Timber Analysis Map | 42 |
|  | c. Water Analysis | 43 |
|  | Water Analysis Map | 44 |
|  | 3. Climate | 45 |
|  | 4. Topography | 45 |
|  | 5. Water | 45 |
|  | 6. Land Use | 45 |
|  | 7. Minerals | 45 |
|  | 8. Transportation | 46 |
| **PART V** - <u>Land Sales</u> |  |  |
|  | 1. Factors an 1891 Purchaser should consider | 47-48 |
|  | 2. Sales of Comparable Areas | 48 |
|  | 3. Correlation of Land Sales data | 48-83 |
| **PART VI** - <u>Valuation Estimate and Final Conclusion</u> |  |  |
|  | 1. Discussion of Appraisal | 84 |
|  | 2. Valuation Estimate | 85 |
|  | 3. Classification of Average Price Per Acre | 85-86 |
|  | a. Map showing location of the classes of Land | 87 |
|  | 4. Discussion of Allotments selected by the Indians | 88 |
|  | b. Map showing location of Allotments | 89 |

1

Mr. Perry W. Morton
Assistant Attorney General
Lands Division
United States Department of Justice
Washington, D. C.

Dear Mr. Morton:

RE:    Docket 329-A
       Cheyenne and Arapahoe Indians
                    vs
       The United States

In accordance with your request of October 8, 1959, I have made an appraisal of the land involved in the Cheyenne and Arapahoe Indian Reservation to establish an estimate of the market value as of 1891.

This Reservation, containing 5,138,560 acres, is located in western Oklahoma between the ninety-eighth meridian and the one-hundredth meridian.  The northern boundary is the Cherokee Outlet.  The southern boundary is approximately the southern boundary of Township 7 North of the base line.

The total acreage was personally inspected and a careful and thorough investigation and analysis made of data pertinent to the estimation of value.  Deducted from this amount were 529,682 acres, same being the allotments selected by the Cheyenne and Arapahoe Indians, leaving 4,608,878 acres to be considered from a valuation standpoint in this appraisal.

Assisting me in making this appraisal was Dr. Arthur A. Ekirch, Professor of History, American University, Washington, D. C., and Dr. Horace J. Harper, Professor of Soils, Oklahoma State University, Stillwater, Oklahoma.

A full description of all lands appraised is contained in the assembled report, together with the legal description as furnished.

2

Mr. Perry W. Morton
Assistant Attorney General
Lands Division
United States Department of Justice
Washington, D. C.

In my opinion, as of 1891 and subject to the contingent
and limiting conditions described in the accompanying
report of 89 pages, the Market Price - that is, the price
a well informed buyer would be warranted in paying and a
well informed seller would be warranted in accepting,
both acting voluntarily and without necessity, of the
property herein described as the Cheyenne and Arapahoe
Reservation containing 4,608,878 acres, after allotment
deductions, is

$ 4,608,878.00.

Respectfully submitted,

Roscoe H. Sears - M. A. I.



From:

THE FORMATION OF THE STATE OF OKLAHOMA

By – Roy Gittinger

6

2.                    LEGAL DESCRIPTION

The Cheyenne and Arapahoe Reservation is located in
western Oklahoma and more specifically identified as
that area of land extending from the 98° meridian to
the 100° meridian.  The northern boundary is the
Cherokee Outlet, Township 20 North.  The southern
boundary is approximately the southern boundary of
Township 7 North of the base line.

Or described as:

    Bounded on the west by the 100° of west
    longitude; bounded on the east by the 98° of
    west longitude; bounded on the north by the
    Cherokee Outlet, bounded on the south by the
    Kiowa and Comanche Agency, and on the west
    by unassigned lands, Oklahoma Territory,
    created or defined by Executive Order dated
    March 3, 1891. (26-Stat.1022)

This area is shown in Royce Map No. 23 Indian Terri-
tory as Tracts Number 525 and 540A.

3.

## APPRAISAL CERTIFICATE AND ESTIMATE OF VALUE

This is to certify that, to the best of my knowledge and belief, the facts and figures contained in this Appraisal Report are correct and no important facts have been withheld or overlooked.

That this appraisal has been made in conformity with the Standards of Practice of The American Institute of Real Estate Appraisers of the National Association of Real Estate Boards.

I certify that I have personally inspected the area of lands involved in the Cheyenne and Arapahoe Reservation, State of Oklahoma, and that I made an extensive historical research from every available source.

The estimate of the Process of Valuation was arrived at by data gathered, together with consultation with County officials, early settlers, engineers, historians, surveys, sales' data, etc., but I take full responsibility for every phase of this appraisal as covered by the various steps outlined in this report.

I further certify that I have no interest, present or contemplated, in the properties herein described or appraised.

It is the Appraiser's opinion that the Market Value as of 1891 of the Cheyenne and Arapahoe Reservation, State of Oklahoma, containing 4,608,878 acres @ $1.00 per acre was $4,608,878.00.

A complete inspection and appraisal was made of 5,138,560 acres of land involved, but 529,682 acres were deducted, same being the allotments selected by the Cheyenne and Arapahoe Indians.

Roscoe H. Sears, M. A. I.

8





4.                         PURPOSE OF THE APPRAISAL

The purpose of this appraisal is to determine an
estimate of the Market Value as of 1891 of the land
involved in the Treaty of that date between the
Cheyenne and Arapahoe Indians and the United States
of America.

## PART II

## GENERAL

1. **Limiting Conditions**

The Appraiser assumes no liability for matters that are of a legal nature. It is assumed the legal description given is correct.

The area of the Cheyenne and Arapahoe Reservation identified and described in this report contains 5,138,560 acres in the entirety.

The area of the valuation covered in this appraisal report contains 4,608,878 acres - 529,682 acres being allotted land of the Cheyenne and Arapahoe Indians.

The date of subject appraisal is 1891.

2. **Method of Valuation**

In the appraisal of property there are three approaches to value; namely, the Cost Approach, the Income Approach and the Market Data Approach.

The Cost Approach - this method in the valuation process involves four separate steps:

(a) The valuation of the land, as if it were vacant.

(b) The estimation of the current cost replacement of the improvements.

(c) The estimate of the amount of the accrued depreciation.

(d) The preparation of the cost estimate.

Obviously the Cost Approach is not applicable to the appraisal of subject property.

The Income Approach:  This approach to the value estimate is also sometimes called the Capitalization Approach.  It is based on the assumption that the value of the property tends to be set by the amount of future income reasonably expected.  The amount of net income produced in the past is unimportant, except insofar as it may serve as a guide in the estimation of probable amount of future income.

The Market Data Approach: This valuation process is also known as the Comparative Approach, or the Sales Approach.

The Comparative Approach to value estimate is the most commonly used and best understood by appraisers and other persons.  In this approach the estimation of value of property under appraisement by reference to prices at which comparable properties have recently been sold, or for which they have been acquired, is a direct comparison of one whole property with another whole property.  It represents the reactions of typical users and investors, and it is based on the theory that a property cannot be worth more than the cost of a comparable property.

The Cost Approach and the Income Approach were discarded.  I have chosen the Market Data Approach.  It is the practical, realistic method and is used extensively with court approval.

This approach is practical because it has been possible to gather contemporary data regarding the value of the subject property, as well as information concerning competitive properties in Texas.

The appraiser has gathered historical data concerning the development of other areas comparable to the Cheyenne and Arapahoe Reservation and examined the characteristics of the sur rounding territory during the time immediately proceeding and after the time of the valuation of 1891.  Economic conditions of the area were reviewed as best they could be from historical writings.

3.  Description of the Cheyenne and Arapahoe Reservation
    and Surrounding Areas

    a.  Location

    The Cheyenne and Arapahoe Reservation is located in
    the western part of Oklahoma.  In its entirety it
    contains 5,138,560 acres.

    The eastern boundary is the ninety-eighth meridian.

    The western boundary is the one-hundredth meridian.

    The northern boundary is the southern boundary of
    the Cherokee Outlet, T20N.

    The southern and western boundary was the Territory
    of Oklahoma and the Kiowa and Comanche Agency, also
    identified on the southern boundary as approximately
    the southern boundary of Township 7 North of the base
    line.

    The Cheyenne and Arapahoe Reservation was created or
    defined by executive order, dated March 3, 1891, and
    identified in the records as 26 STAT.1022.  See the
    accompanying map identifying its location in relation
    to other areas.

    The Cheyenne and Arapahoe Reservation is slightly
    rectangular in shape and identified on the Royce Map
    No. 23 as tract 525 and 540A.  It extends from the
    south to the north as identified on the Indian Meri-
    dian from Township 7 North through Township 19 North
    and from Range 7 West to and including 26 West.

    b.  Situated in Practically the Center of the
        United States

    The Cheyenne and Arapahoe Reservation is situated in
    practically the geographic center of the United States,
    between the Atlantic Ocean and the Pacific Ocean.
    (See Map No. 3, page 22)

c.  Area Comprises:

This area comprises about 240 present day townships
and partial townships, and the present day counties
as follows:

|  |  |  |
|---|---|---|
| Ellis (partial) | Blaine | Roger Mills |
| Dewey | Kingfisher (partial) | Beckham (partial) |
| Custer | Canadian (partial) | Grady (partial) |
| Washita | Caddo (partial) |  |

This area is slightly south of the central portion of the
great plains area of the United States as identified on
the map showing the land regions of the United States.
It has a range of elevation from 1,000 feet on the east-
ern boundary to about 2,000 feet on the western boundary,
as indicated on the map 4, page 23.

d.  Climate:

As is noticed in Map 5, page 24, the climate of the
Cheyenne and Arapahoe Reservation varies from east to
west.  In the east the rainfall runs between 28 to 30
inches on the average per year, and in the western section,
it is down to 20, 22 and 24 inches per year.  Map 5,
page 24, illustrates the comparison of the rainfall in
the Cheyenne and Arapahoe Reservation with that of other
areas in the United States.

The United States Weather Bureau of the United States
Department of Agriculture, in its climatic summary of
the United States, in Section 42, describing climatic
data:  "Very marked differences in climate may be found
within Section 42, especially in regard to precipitation.
In the southeastern portion the normal annual precipita-
tion is about 35 inches; it decreases steadily and quite
rapidly toward the west and the north, falling to about
18 inches in the extreme western portion of the Panhandle.
Over the major portion of this section the precipitation
is ample to make it safe agricultural country without
resorting to irrigation.  The eastern half usually has
30 inches or more of precipitation annually and the remain-
der between 25 to 30 inches, except in a few northwestern
counties including the Panhandle, where annual amounts
usually range from 15 to 25 inches.  More than 80 per
cent of the yearly precipitation occurs during the

PART III

30

HISTORICAL

1.   Chronological Tabulation:

The Appraiser very carefully and thoroughly reviewed
the history and economic data of this area prior to
the date of this appraisal.  It was decided that the
historical data would be placed in the report in chrono-
logical sequence.  Such material as the historical
and economic data indicated as of value and substance
in making this valuation report has been made use of
even though the specific items were not considered
entirely necessary to be repeated in the test of the
report.

1800   Migration of Cheyenne and Arapahoe tribes begins from
Minnesota across the Platte River and eventually to
Colorado country along the Upper Arkansas River.

1803   Purchase of Louisiana adding 827,192 square miles, or
529,911,680 acres, to the public domain at a cost of
approximately 3.6 cents per acre.  The subject area in
Oklahoma was part of the Purchase Territory.

1819   Major Stephen H. Long explores the High Plains region
from Platte to the Canadian River and reports it a
desert.

1820   Five Civilized Tribes begin their removal to the
Oklahoma country.

1824   Bureau of Indian Affairs established in War Department.

1830   Act of May 28th gives formal approval and encouragement
to policy of removing all Indians west of Mississippi
River.

1832   Congress authorizes appointment of a Commissioner of
Indian Affairs.

1834   Act of June 30th stipulates that "all that part of the
United States West of the Mississippi, and not within
the states of Missouri and Louisiana, or the territory
of Arkansas....to be taken and deemed to be the Indian
country."

31

Map of Indian Territory

1836-1856



Indian Territory, 1836-1856

Thoburn and Holcomb, "History of Oklahoma" - Page 48

1849    Bureau of Indian Affairs transferred from War to
        Interior Department.

1851    Cheyenne and Arapahoe assigned lands on Upper Arkansas
        River by unratified treaty at Fort Laramie.

1854    Kansas Nebraska Act provides for the opening to white
        settlement of the Indian country north of the 37th
        parallel, thus marking the first break in the policy
        of keeping the Plains region for the Indians.

1855    Choctaw and Chickasaw Indians lease to the Government
        for the use of other friendly Indians that part of their
        lands in Indian Territory west of 98°, amounting to
        7,713,239 acres.

1861    Fort Wise Treaty shifts Cheyenne and Arapahoe to smaller
        reservation in Eastern Colorado.

1864    Cheyenne defeated at Chivington, Colorado, by the U. S.
        Army in the so-called Sand Creek Massacre.

1865    By Peace Treaty of October 14th the Cheyennes give up
        lands along the Upper Arkansas for a temporary reserva-
        tion in Kansas.

1866    Series of treaties with Five Civilized Tribes by which
        they relinquished for the use of other Indians their
        lands in the western portion of the Indian Territory.

1867    Treaty at Medicine Lodge Creek, Kansas, provides for
        removal of Cheyenne and Arapahoe to a reservation in
        the Cherokee Outlet.

1868    Cheyenne suffer severe defeat by U. S. Army.

1869    Executive Order of August 10th sets aside a large area
        in Western Oklahoma, south of the Cherokee Outlet, and
        derived from cessions of land by the Choctaw, Chickasaw,
        Creek, and Seminole tribes.  This is the subject area,
        located mostly in the so-called "Leased District,"
        which the Choctaw and Chickasaw had already partially
        released in 1855.  Area approximately 5,138,560 acres.

1871    Railroad construction begins in Indian Territory.

33

## Map of Indian Territory

### 1856-1866



Indian Territory, 1856-1866

Thoburn and Holcomb, "History of Oklahoma" — Page 64

1871   Congress declares that henceforth no Indian tribe may be considered an independent nation with which a treaty can be signed.

1874   Indian wars of past fifteen years end in Southwest with final defeat of Cheyenne and their acceptance of reservation policy and gradual removal to subject area.

1875   Destruction of southern herd of buffalo, following completion of transcontinental railroad.

1883   Post-Civil War cattle drives through Indian Territory climaxed by ranchmen signing formal leases for the use of the Cherokee Outlet and for 3,117,880 acres of the Cheyenne Arapahoe reservation.

1884   Range cattle industry reaches its peak prosperity.

1885   Attorney General Garland's ruling questions legality of cattlemen's leases.

1885   July 23rd President Cleveland declares all leases in Cheyenne Arapahoe country void and orders cattle removed.

1885   Indian Appropriation Act authorizes government to negotiate for cession of unoccupied Indian lands.

1885-6   Santa Fe R. R. enters central and western Oklahoma.

1887   First of series of depression years for western farmers that continue into early 1890's.

1887   Dawes Severalty or General Allotment Act provides for eventual dissolution of reservations and for allotting of private property and for citizenship to individual Indians.  Indians were to be paid for their surplus lands.  Although the Five Civilized Tribes were exempted, the Dawes Act provided the basis for negotiating land cessions from other tribes in Western Oklahoma.

1889   Creeks and Seminoles cede any remaining rights to their former lands in central and western Oklahoma.

1889   Congress authorizes Commission to treat with Indians for cession of their surplus lands.

35

## Map of Indian Territory
### 1875



Indian Territory, 1875

Thoburn and Holcomb, "History of Oklahoma" -Page 128

1889    Indian Territory established as a partially organized unit of government with boundaries of present state.

1889    April 22nd the Unassigned Lands in Central Oklahoma become the first area in Indian Territory opened to home-seekers.

1890    Oklahoma Territory created in the Western half of the present state out of that part of the original Indian Territory not occupied by the Five Civilized Tribes or by the Indians for the Quapaw Agency.

1890    Oklahoma total population estimated at almost 1/4 Million, including Indians.

1891    Opening of Sac and Fox, Pottawatomie and Shawnee cessions of 1890 to settlement.

1891    March 3rd, ratification of agreement reached in 1890 with Cheyenne and Arapahoe for cession of subject area.

1892    April 19th, Cheyenne Arapahoe reservation opened to settlement.

1893    Ratification of Cherokee agreement and opening of Outlet.

1895    Ratification of earlier 1891 agreement with Wichita for cession of their lands within the subject area.

1898    Five Civilized Tribes eliminated as political entities.

1901    All Indians of Indian Territory made citizens of U. S.

1901    August 6th, Wichita lands opened for settlement along with Kiowa Comanche reservation.

1906    Oklahoma Enabling Act passed.

1907    Oklahoma admitted to statehood.

Map of Oklahoma and Indian Territory
1901



Oklahoma and Indian Territories, 1901

Thoburn and Holcomb, "History of Oklahoma"-Page 200

## PART IV

### APPRAISAL OF SUBJECT PROPERTY - The Process of Valuation

The Cheyenne and Arapahoe Reservation is an area of
5,138,560 acres in its entirety.  Allotments totaling
529,582 acres were deducted from this amount, leaving
4,608,878 acres to be considered from a valuation
standpoint in this appraisal.

To properly establish an estimate of market value of
the subject area as of 1891, all of the data, facts
and information referred to in this appraisal report
were carefully evaluated, as follows:

### 1.  Highest and Best Use

The historical data from the period of 1854 to 1891
reveals that much of the area in the vicinity of the
subject property was not used for any purpose other
than hunting and occupation by Indian Tribes.  To the
south and in Texas large areas were used for grazing
of cattle.  Land in Kansas was used both for farming
on 160 acres or more and with larger areas for grazing
of cattle.

Therefore, it is the Appraiser's opinion that the
Highest and Best Use for the land under appraisement
was for sale to individuals or corporations to use in
large blocks for grazing of cattle.

2. <u>Surveyors' Notes on Soils, Timber and Water</u>

(a) <u>Notes on Soils</u>

The soil producing capacity analysis map on page 39 shows
that I have interpreted the surveyors' summaries as to
soils into three general classifications - "high",
"medium" and "low".

The "High" producing soils are designated in the notes
as first rate, or a combination of first and second rates.

Soils called "medium" producing were generally shown in
the notes as second rate, or in some cases a combination
of first rate and third rate.

The "low" producing soils, as shown on our soil map, were
designated in the notes as third or fourth rate, or not
suitable for cultivation.

A rough classification of the townships made from our
soil map, based on the surveyors' notes, show the follow-
ing:

| Class | Number of Townships |
|-------|---------------------|
| High | 52 |
| Medium | 97 |
| Low | 91 |
| Total | 240 |

The above analysis shows that 24% of the area was graded
"high"; about 40% graded "medium"; leaving about 36%
graded as "low".

The west third of the subject area grades generally "low".
The center third is generally "medium". The east third
grades from "medium" to "high".

I have included on page 40 a map showing the soil areas
of Oklahoma and a tentative classification thereof.

40



SOIL PRODUCTIVITY ANALYSIS

SURVEYORS' ORIGINAL NOTES

CHEYENNE & ARAPAHO

INDIAN RESERVATION



PRODUCING CAPACITY

HIGH

MEDIUM

LOW

(b)   Notes on Timber:

The map following this page shows the general classifi-
cation of the timber as "abundant," "ample" and "none."
These classifications apply to commercial timber areas.
"Abundant" timber has been applied to townships where
the surveyors reported there was timber along the creeks
or rivers, evidently of such size to be useful for small
sawmills.   In many areas of the United States "abundant"
timber would be classified as "poor".   In my classifi-
cation "ample" timber indicates the surveyors reported
presence of blackjack, hackberry, jack oak or scattered
growths of timber which would be available for fuel or
fence posts.   "None" in this classification means no
trees worth mentioning.

Analysis of the number of townships involved shows:

| Class: | Number of Townships: |
|---|---|
| Abundant to ample | 48 |
| Ample to scarce | 136 |
| None | 56 |
| Total | 240 |

Reference to the timber map on the following page shows
that the majority of the townships in the southeast part
of the subject area are reported "ample" to "scarce"
and in the northwest corner practically "none".   The
Washita River and part of the Canadian River areas report-
ed "abundant" to "ample".   It is evident that the absence
of timber on a portion of the subject tract would be a
serious drawback to prospective settlers.   There was no
commercial timber.



NATIVE TIMBER ANALYSIS

SURVEYORS' ORIGINAL NOTES

CHEYENNE & ARAPAHO

INDIAN RESERVATION

TIMBER SUPPLY

ABUNDANT TO AMPLE

AMPLE TO SCARCE

NONE (open land)

(c)  Notes on Water:

The water supply analysis map on the following page shows
the various townships are generally classified as
"abundant", "adequate" or "inadequate."  This classifi-
cation follows the report of the surveyors.

The class "abundant" water was applied to townships
where the notes reported ample water from springs, flow-
ing water in creeks or rivers.  "Adequate" water applied
to townships where the supply was limited.  "Inadequate"
water was applied to those townships where nothing was
reported about water, or where a positive statement was
made there was no water.

Analysis of the number of townships involved shows:

| Class: | Number of Townships: |
|--------|---------------------|
| Abundant | 66 |
| Adequate | 118 |
| Inadequate | 56 |
| Total | 240 |

Reference to the water map on the following page shows
that the western part of the subject area had only a
relative number of townships classed as "abundant".  All
of the remaining townships were reported "adequate" or
"inadequate".

44

SURFACE WATER ANALYSIS

SURVEYORS' ORIGINAL NOTES

CHEYENNE & ARAPAHO

INDIAN RESERVATION

WATER SUPPLY

ABUNDANT

ADEQUATE

INADEQUATE

PART V

<u>PART VI</u>

<u>VALUATION ESTIMATE AND FINAL CONCLUSIONS</u>

<u>Discussion of the Appraisal:</u>

The sale of 5,000,000 plus acres probably would have been made to more than one purchaser or corporation.  In any event the purchaser would have been confronted with the necessity of considering and planning for the carrying charges.  These carrying charges over a period of years would be:

  (a)  Taxes on real estate

  (b)  School land - 2 sections out of each township

  (c)  Interest on investment

  (d)  Sales expense

  (e)  Costs of resurveying

  (f)  Promotional and advertising

  (g)  Abstracts and legal

  (h)  Organization expense

  (i)  Profit

The final market value of the Cheyenne and Arapahoe Reservation was arrived at by giving careful consideration to many factors that would apply in the 1891 period.  Some of these, and especially the most important are outlined below:

  (a)  The surveyors notes and classification of the soil which associated the central and the eastern area as generally good; the west central and western as generally unsuitable for cultivation.

  (b)  The surveyors notes and classification of the water shows that water was fairly plentiful in the east central and eastern, and lessened toward the west. The Western third of the Reservation has a relative low supply of water.

(c) The absence of timber, as noted in the Surveyors' notes, and classification, would be a drawback to prospective settlers. Only 56 townships out of a total of 240 can be classed as good. On the remainder there was only a scattering of timber.

(d) The climate was generally mild, but the entire area was subject to frequent summer droughts, with temperatures of over 100 degrees.

(e) The topography, according to the surveyors notes, of the land varied from level and slopping bottom land to gently rolling and rough broken upland.

(f) The transportation afforded the area - practically no railroad service providing markets in Kansas to the north, and to the recently opened settlements in Oklahoma to the west.

(g) I found no record of any permanent settlers on this tract at the time of our settlement.

(h) There were no domestic buildings on the subject property.

2. **VALUATION ESTIMATE:**

After having given thoughtful consideration to all of the factors, both favorable and unfavorable, I am of the opinion that the Fair Market Value of the Cheyenne-Arapahoe Reservation as of 1891 was $1.00 per acre.

1. **CLASSIFICATION OF AVERAGE PRICE PER ACRE:**

One other method to consider the average price of $1.00 per acre would be to divide the land into separate classifications of which three would appear to be justified.

From the study of surveyors notes and soil analysis and from my general knowledge of the tract, there is a wide range of land quality within the tract. I would offer the following three classes of land:

(a) **First Class:** This area would be that part described in the surveyors notes and soil analysis as the good soil. The average value of this class would be $1.60 per acre.

86

(b) <u>Second Class</u>:   This area would be that part describ-
ed in the surveyors notes and soil analysis as fair
to good soil, timber and water - all three were very
favorable to general ranching.  The average value
of this class would be $1.00 per acre.

(c) <u>Third Class</u>:  This area would be that part describ-
ed in the surveyors notes and soil analysis as fair
to poor soil, timber and water; as part of the land
in this classification being not suited for culti-
vation.  The average value of this class would be
$0.80 per acre.  (See Map on following page.)


<u>Classification Estimation</u>

| | | | |
|---|---|---|---|
| <u>First Class</u> - | 1,000,000 Acres @ $1.60 per acre | - | $1,600,000. |
| <u>Second Class</u> - | 608,878 "    " 1.00 " " | - | 608,878. |
| <u>Third Class</u> - | 3,000,000 "    " .80¢ " " | - | 2,400,000. |
| **TOTAL** - | 4,608,878 Acres | | - $4,608,878. |



FIRST CLASS - 1,000,000 ACRES @ $1.50 PER ACRE -

SECOND CLASS - 608,878 ACRES @ $1.00 PER ACRE -

THIRD CLASS - 3,000,000 ACRES @ $0.80 PER ACRE -

88

4. DISCUSSION OF ALLOTMENTS:

The combined acreage in Royce area, 525 and 540A con-
sists of 5,138,560 acres, known as the Cheyenne and
Arapahoe Reservation, as of the year 1891.  Reserved
by the Cheyenne and Arapahoe Indians for allotments
were 529,682 acres, making a net total of 4,608,878
acres to be considered in determining an estimate of
value.

You will note from the map on the following page, the
selection of their allotments were units located along
the important rivers that crossed the reservation.
The larger percentage being along the North Canadian
and South Canadian Rivers.  They also selected many
tracts along the Washita River and the minor streams
in the reservation.

The soil map of the area that becomes a part of the
appraisal, as an exhibit, very definitely shows that
the soil, classed as high in producing capacity,
included most of the lands that were selected for the
Indian allotments.