**ATTACHMENT   K**

# EIGHTEENTH ANNUAL REPORT

OF THE

# BUREAU OF AMERICAN ETHNOLOGY

TO THE

SECRETARY OF THE SMITHSONIAN INSTITUTION

## 1896-'97

BY

## J. W. POWELL

DIRECTOR

---

IN TWO PARTS—PART 2



WASHINGTON
GOVERNMENT PRINTING OFFICE
1899

| Date | Where or how concluded | Reference | Tribe | Description of cession or reservation | |
|---|---|---|---|---|---|
| 1891<br>Mar. 3 | Act of Congress. | Stat. L., XXVI, 1022. | Cheyenne and Arapaho. | Also cede to the U. S., subject to allotment, the following lands: Commencing at a point where the Washita river crosses the ninety-eighth degree of W. longitude as surveyed in the years 1858 and 1871; thence N. on a line with said ninety-eighth meridian to the point where it is crossed by the Red fork of the Arkansas (sometimes called the Cimarron river); thence up said river in the middle of the main channel thereof, to the N. boundary of the country ceded to the U. S. by the treaty of June 14, 1866, with the Creek nation of Indians; thence W. on said N. boundary, and the N. boundary of the country ceded to the U. S. by the treaty of Mar. 21, 1866, with the Seminole Indians, to the one hundredth degree of W. longitude; thence S. on the line of said one hundredth degree to the point where it strikes the N. fork of the Red river; thence down said N. fork of the Red river to a point where it strikes the N. line of the Kiowa and Comanche reservation; thence E. along said boundary to a point where it strikes the Washita river; thence down said Washita river, in the middle of the main channel thereof, to the place of beginning; and all other lands or tracts of country in the Indian territory to which they have or may set up or allege any right, title, interest, or claim whatsoever. | it was provided, how claimed by the Wic ing at a point in the ninety-eighth m middle of the main c thence up said line the main Canadian river to where it cr place of beginning. |
| Mar. 3 | Act of Congress. | Stat. L., XXVI, 1027. | Cœur d'Alène | Confirms agreement with these Indians by which they cede to the U. S. all claim they have or ever had to any lands in Washington, Idaho, and Montana, except those included in their present reservation in Idaho. | This provision of th Indians had in a l Washington, whic never been formal 8, 1873, No. 553. |
| Mar. 3 | Act of Congress. | Stat. L., XXVI, 1032. | Gros Ventre and Mandan. | Confirms agreement with these Indians by which they cede to the U. S. that part of their Fort Berthold reservation lying N. of the forty-eighth parallel of N. latitude, and also all that portion lying W. of a N. and S. line 6 miles W. of the most westerly point of the big bend of the Missouri river S. of the forty-eighth parallel of N. latitude. Also provides for allotment in severalty. | The reservation bef The portion ceded i The reservation as c |
| Mar. 3 | Act of Congress. | Stat. L., XXVI, 1035. | Sisseton and Wahpeton Sioux. | Confirms agreement with these Indians by which they cede to the U. S. all the unallotted lands of their (Lake Traverse) reservation. | |
| Mar. 3 | Act of Congress. | Stat. L., XXVI, 1039. | Crow | Confirms agreement with the Crow Indians of the Crow reservation, Montana, by which they cede to the U. S. all that portion of their reservation lying W. and S. of the following lines: Beginning in the mid-channel of the Yellowstone river, at a point which is the NW. corner of sec. 36, T. 2 N., R. 27 E. of the principal meridian of Montana; thence running in a southwesterly direction, following the top of the natural divide between the waters flowing into the Yellowstone and Clarke's Fork rivers upon the W. and those flowing into Pryor creek and West Pryor creek on the E., to the base of West Pryor mountain; thence due S. and up the N. slope of said Pryor mountain on a true meridian line to a point 15 miles due N. from the established line between Montana and Wyoming; thence in a due easterly course on a parallel of latitude to a point where it intersects the mid-channel of the Big Horn river; thence following up the mid-channel of said river to a point where it crosses the Montana and Wyoming state line, except such lands in the ceded tract as have been selected and set apart for the use of individual Indians. These are specified in the President's proclamation of Oct. 15, 1892. | The ceded portion The reservation as The reservation be |
| Oct. 16 | Executive order. | | Hupa et al | The President extends the limits of their reservation so as to include a tract of country 1 mile in width on each side of the Klamath river, and extending from the then limits thereof to the Pacific ocean. | This extension in tive order, Nov them because o No. 400, Califor from the Hoopa 17, 1892, this la the Executive |

## LAND CESSIONS—Continued.

| Historical data and remarks | Designation of cession on map | |
|---|---|---|
| | Number | Location |
| It was provided, however, that no allotments were to be made in the lands claimed by the Wichita and affiliated bands bounded as follows: Commencing at a point in the middle of the main channel of the Washita river, where the ninety-eighth meridian of W. longitude crosses the same; thence up the middle of the main channel of the said river to the line of 98° 40′ W. longitude; thence up said line of 98° 40′ due N. to the middle of the main channel of the main Canadian river; thence down the middle of the main Canadian river to where it crosses the ninety-eighth meridian; thence due S. to the place of beginning. | See 525 | Indian Territory 3. |
| This provision of the act of Mar. 3, 1891, was inserted to cover any title these Indians had in a large tract of land embracing parts of Montana, Idaho, and Washington, which they claimed to have once possessed, which title had never been formally extinguished. For history see Executive order of Nov. 8, 1873, No. 553. | See 553 | Idaho, Washington 1. |
| The reservation before being thus diminished is No. 621 on Dakota map 1. The portion ceded is No. 712 on Dakota map 3. The reservation as diminished is mauve. | 712<br>713 | Dakota 3.<br>Dakota 3. |
| | See 496 | Dakota 1. |
| The ceded portion is No. 714. The reservation as diminished is No. 715. The reservation before being diminished is No. 635 on Montana map 1, crimson. | 714<br>715 | Montana 2.<br>Montana 2. |
| This extension includes the land set apart to the Klamath Indians by Executive order, Nov. 16, 1855, which, however, was subsequently abandoned by them because of the destruction of their property by a great freshet. (See No. 400, California map 2.) This addition is shown by blue lines extending from the Hoopa reservation to the Pacific ocean. By act of Congress, June 17, 1892, this land was restored to the public domain, without reference to the Executive order of Oct. 16, 1891. | See 400, 461 | California 2. |

