**ATTACHMENT L**

# EIGHTEENTH ANNUAL REPORT

OF THE

# BUREAU OF AMERICAN ETHNOLOGY

TO THE

SECRETARY OF THE SMITHSONIAN INSTITUTION

1896-'97

BY

## J. W. POWELL

DIRECTOR

---

IN TWO PARTS—PART 2



WASHINGTON
GOVERNMENT PRINTING OFFICE
1899

## SCHEDULE OF INDIAN LAN[D]

| Date | Where or how concluded | Reference | Tribe | Description of cession or reservation |
|---|---|---|---|---|
| 1817<br>Sept. 29 | Foot of the rapids of the Miami of Lake Erie. | Stat. L., VII, 160. | Wyandot, Seneka, Delaware, Shawnee, Potawatomi, Ottawa and Chippewa. | The Delaware tribe cede to the U. S. all claim to the thirteen sections of land reserved for the use of certain persons of their tribe by the second section of the act of Congress passed Mar. 3, 1807.<br>The U. S. agree to grant by patent in fee simple to the chiefs of the Delaware Indians living on the Sandusky waters and their successors in office, in the same manner and subject to the same conditions as are hereinbefore provided for the lands granted to the Wyandot, Seneca, and Shawanee Indians, a tract of land to contain 9 square miles, to join the tract granted to the Wyandots of 12 miles square, to be laid off as nearly in a square form as practicable and to include Captain Pipe's village.<br>The U. S. also agree to grant by patent to the chiefs of the Ottawa tribe for the use of said tribe a tract of land to contain 34 square miles, to be laid out as nearly in a square form as practicable, not interfering with the lines of the tracts reserved by the treaty of Greenville in 1795 on the S. side of the Miami river of Lake Erie, and to include Tushquegan or McCarty's village, which tract thus granted shall be held by the said tribe upon the usual conditions of Indian reservations as though no patent were issued.<br>At the special request of the said Indians the U. S. also agree to grant to certain individuals 14 tracts of land aggregating 9,480 acres. |
| 1818<br>Jan. 3 | Contract | | Piankishaw | The Piankeshaws cede to the U. S. the right to locate 1,280 acres of land granted to them by treaty of Dec. 30, 1805. |
| Jan. 22 | Creek agency, on Flint river. | Stat. L., VII, 171. | Creek | The Creeks cede to the U. S. the following tract of land, viz: Beginning at the mouth of Goose creek, on the Alatamahau river; thence along the line leading to the mounts at the head of St. Mary's river to the point where it is intersected by the line run by the commissioners of the U. S. under the treaty of Fort Jackson; thence along the said last-mentioned line to a point where a line leaving the same shall run the nearest and a direct course by the head of a creek, called by the Indians Alcasalekie, to the Ocmulgee river; thence down the said Ocmulgee river to its junction with the Oconee, the two rivers there forming the Alatamahau; thence down the Alatamahau to the first-mentioned bounds at the mouth of Goose creek.<br>The Creeks also cede to the U. S. the following tract, viz: Beginning at the High shoals of the Appalachee river; thence along the line designated by the treaty of Nov. 14, 1815, to the Ulcofouhatchie, it being the first large branch or fork of the Ocmulgee above the Seven islands; thence up the eastern bank of the Ulcofouhatchie by the water's edge to where the path leading from the High shoals of the Appalachie to the Shallow ford on the Chatahochie crosses the same, and from thence along the said path to the Shallow ford on the Chatahochie river; thence up the Chatahochie river, by the water's edge on the eastern side, to Suwannee Old Town; thence by a direct line to the head of Appalachie; and thence down the same to the first-mentioned bounds at the High shoals of Appalachie. |
| Aug. 24 | St Louis | Stat. L., VII, 176. | Quapaw | The Quapaws cede to the U. S. the following-described country: Beginning at the mouth of the Arkansaw river; thence extending up the Arkansaw to the Canadian fork and up the Canadian fork to its source; thence S. to Big Red river, and down the middle of that river to the Big raft; thence a direct line so as to strike the Mississippi river 30 leagues in a straight line below the mouth of Arkansaw, together with all their claims to land E. of the Mississippi and N. of the Arkansaw river included within the colored lines 1, 2, and 3 on the map accompanying the original treaty. |

## LAND CESSIONS—Continued.

| Historical data and remarks | Designation of cession on map | |
|---|---|---|
| | Number | Location |
| The U. S. afterward sold these sections under the provisions of an act of Congress approved May 11, 1820. | 90, 91 | Ohio 1. |
| By treaty of Sept. 17, 1818, the tenure by which the Indians held this tract was changed from a grant in fee simple to that of a reserve. By treaty of Aug. 3, 1829, it was ceded to the U. S. | See 150 | Ohio (detail). |
| By treaty of Sept. 17, 1818, the tenure by which the Indians held this tract was changed from a grant by patent to that of a reserve for the use of the Indians until they should cede the same to the U. S. By treaty of Feb. 18, 1833, the Indians ceded it to the U. S. | See 182 | Ohio (detail). |
| The right to locate this tract given by the treaty of 1805 had not been (so far as can be ascertained) utilized by its location and survey prior to this contract of cession. This contract is not published in the U. S. Statutes, but was made by Governor Posey on behalf of the U. S. It is found on page 228 of a compilation of Indian treaties and laws published by the War Department in 1826, and on page 230 of the edition of 1837. | 92 | Georgia. |
| This cession overlaps the Cherokee cession by article 1, treaty of July 8, 1817 | 93 | Georgia. |
| This cession in terms extends to the source of the Canadian river. The actual source of that river was at that date unknown. The territory of the U. S. did not at this period extend W. of 100° W. longitude in this quarter. This cession was in consequence limited in this direction to that meridian. The line of reservation "due SW." from the Arkansas post when surveyed struck Saline fork above its junction with the Washita. The Quapaw claimed that of right their territory extended E. of the Mississippi, and the U. S., although not recognizing the validity of such claim, accepted from them a relinquishment of such supposed right in order to avoid controversy. | 94 | Louisiana, Arkansas 1, Indian Territory 1. |

