UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEYENNE-ARAPAHO TRIBES<br>OF OKLAHOMA,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.06-519<br>)   (PLF)<br>)<br>)<br>)<br>) |

CONSENT MOTION FOR EXTENSION OF
TIME WITHIN WHICH TO RESPOND TO
DEFENDANTS' MOTION TO DISMISS, OR IN
THE ALTERNATIVE, FOR SUMMARY JUDGMENT

    Plaintiff, the Cheyenne-Arapaho Tribes of Oklahoma, respectfully request pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, that this Court grant an extension of time, up to and including December 29, 2006, within which to respond to Defendants' dispositive motion.  The grounds for this request are as follows:

    1.  Defendants filed their dispositive motion October 16, 2006, and Plaintiff's response is now due October 30, 2006.

    2.  The factual and legal histories of the lands in question are complex, which makes for a demanding briefing assignment.  It is also an extraordinarily busy time for Plaintiff's attorneys, who among other things are engaged in complex and protracted negotiations in a matter involving several Indian tribes and the U.S. Department of Interior that has been pending in tribal and federal courts for more than five years. Comanche Nation v. United States, et al., Case No. 05-328 (W.D.Ok.).

3. Defense counsel has kindly consented to this request, the granting of which should not delay the proceedings unduly.

WHEREFORE, Plaintiff respectfully requests that this Court grant leave to file a response to Defendant's Motion to Dismiss, or, in the Alternative, for Summary Judgment, on or before December 29, 2006. A proposed Order is attached.

Respectfully submitted,

LAW OFFICE OF JOHN P. RACIN

 /s/
John P. Racin    Bar No. 942003

1721 Lamont Street, N.W.
Washington, D.C.  20010
202.265.2516

Attorney for Plaintiff
Cheyenne-Arapaho Tribes
of Oklahoma

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEYENNE-ARAPAHO TRIBES OF OKLAHOMA, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Civil Action No. 06-519 (PLF) ) |
| UNITED STATES OF AMERICA, et al. | ) ) |
| Defendants. | ) ) ) |

ORDER

Having considered Plaintiff's Consent Motion for Extension of Time Within Which to Respond to Defendants' Motion to Dismiss, or, in the Alternative, for Summary Judgment, it is, this ____ day of _____, 2006,

ORDERED, that Plaintiff's Motion be, and the same hereby is, GRANTED;

FURTHER ORDERED, that Plaintiff shall respond to Defendant's dispositive motion on or before December 29, 2006.

PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE