UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEYENNE-ARAPAHO TRIBES OF OKLAHOMA, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Civil Action No. 06-519 ) (PLF) |
| UNITED STATES OF AMERICA, et al. | ) ) |
| Defendants. | ) ) ) |

PLAINTIFF'S MOTION FOR RICHARD J.
GRELLNER TO APPEAR PRO HAC VICE

Plaintiff, through undersigned counsel, respectfully requests pursuant to Rule 83 of the Local Rules that this Court grant Richard J. Grellner leave to appear in the matter pro hac vice. The grounds for this request are as follows:

1. The Affidavit of Richard J. Grellner attached as an Exhibit hereto shows that in 1993 he became a member of the Oklahoma Bar Association and the Bar of the United States District Court for the Western District of Oklahoma, and since then has devoted his legal practice almost exclusively to the representation of Indian Tribes in Oklahoma, including the Cheyenne-Arapaho Tribes. He is very familiar with the complex factual history of the Cheyenne-Arapaho in the lands at issue.

2. Defense counsel have kindly indicated consent to this Motion.

WHEREFORE, Plaintiff Tribes respectfully request that this Court grant Richard J. Grellner leave to appear pro hac vice.

Respectfully submitted,

LAW OFFICE OF JOHN P. RACIN

/s/
John P. Racin Bar No. 942003
1721 Lamont Street, N.W.
Washington, D.C.  20010
202.265.2516

Attorney for Plaintiff
Cheyenne-Arapaho Tribes

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEYENNE-ARAPAHO TRIBES OF OKLAHOMA, </br></br>　　　Plaintiff, </br></br>　　vs. </br></br> UNITED STATES OF AMERICA, <u>et al.</u> </br></br>　　　Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> )　Civil Action No. 06-519 </br> )　(PLF) </br> ) </br> ) </br> ) </br> ) |

AFFIDAVIT OF RICHARD J. GRELLNER

　　　I, RICHARD J. GRELLNER, submit this Affidavit in support of an accompanying Motion for Admission <u>Pro</u> <u>Hac</u> <u>Vice</u> pursuant to Rule 83 of the Local Rules, and certify that my Affidavit is true and correct:

　　　1.  My full name is Richard James Grellner.

　　　2.  My address, telephone number, and other contact information are as follows:

　　Law Office of Richard J Grellner
　　439 NW 18th St
　　Oklahoma City, OK 73103
　　Telephone:  (405) 602-0384
　　Facsimile:  (405) 602-0990
　　Email: rjgrellner@hotmail.com

　　　3.  In 1993 I became a member of the Oklahoma Bar Association and the United States District Court for the Western District of Oklahoma, and since then have devoted my legal practice almost exclusively to the representation of Indian Tribes in Oklahoma, including the Cheyenne-Arapaho Tribes of Oklahoma.  I am very familiar with the complex factual history of the Cheyenne-Arapaho in the lands at issue here.

EXHIBIT

4. I have never been disciplined by any Bar.

5. I have never before applied for admission pro hac vice to the Bar of this Court.

6. I do not maintain an office in the District of Columbia.

I hereby certify under penalty of perjury that the foregoing Affidavit of Richard J. Grellner is true and accurate to the best of my knowledge, information and belief.


Dated: October 23, 2006                         /s/
                                                RICHARD J. GRELLNER