UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEYENNE-ARAPAHO TRIBES OF OKLAHOMA,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.<br><br>    Defendants. | Civil Action No. 06-519 (PLF) |

ORDER

Having considered Plaintiff's Motion for Richard J. Grellner to Appear Pro Hac Vice, it is, this ____ day of _____, 2006,

ORDERED, that Plaintiff's Motion be, and the same hereby is, GRANTED;

FURTHER ORDERED, that Richard J. Grellner, a member of the Oklahoma Bar Association, is hereby granted leave to appear pro hac vice.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE