UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEYENNE-ARAPAHO TRIBES<br>OF OKLAHOMA,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.06-519<br>)    (PLF)<br>)<br>)<br>)<br>) |

CONSENT MOTION FOR EXTENSION OF
TIME WITHIN WHICH TO RESPOND TO
DEFENDANTS' MOTION TO DISMISS, OR IN
THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Plaintiff, the Cheyenne-Arapaho Tribes of Oklahoma, respectfully request pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, that this Court grant an additional extension of time, up to and including Monday, January 29, 2007, within which to respond to Defendants' dispositive motion. The grounds for this request are as follows:

1. Plaintiff Tribe's response is now due December 29, 2006. Its attorneys are solo practioners engaged in busy litigation practices in Washington, D.C. and Oklahoma City, Oklahoma. The Tribe's local counsel had intended to devote several weeks to the complex factual and legal issues involved in the response, but has been prevented from doing so, by matters including emergency hospitalization and heart surgery for a close family member, and time thereafter involving handling her affairs and arranging around the clock nursing care.

3. Defense counsel has kindly consented to the Motion.

WHEREFORE, Plaintiff respectfully requests that this Court grant leave to file a response to Defendant's Motion to Dismiss, or, in the Alternative, for Summary Judgment, on or before January 29, 2007.  A proposed Order accompanies this Consent Motion.

Respectfully submitted,

LAW OFFICE OF JOHN P. RACIN

 /s/
John P. Racin    Bar No. 942003

1721 Lamont Street, N.W.
Washington, D.C.  20010
202.265.2516

LAW OFFICE OF RICHARD J. GRELLNER

 /s/ by JPR
Richard J Grellner, pro hac vice
439 NW 18th St
Oklahoma City, OK 73103
405.602.0384

Attorneys for Plaintiff
Cheyenne-Arapaho Tribes
of Oklahoma

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEYENNE-ARAPAHO TRIBES OF OKLAHOMA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 06-519 (PLF) |

## ORDER

Having considered Plaintiff's Consent Motion for Extension of Time Within Which to Respond to Defendants' Motion to Dismiss, or, in the Alternative, for Summary Judgment, it is, this ____ day of _____, 2006,

ORDERED, that Plaintiff's Motion be, and the same hereby is, GRANTED;

FURTHER ORDERED, that Plaintiff shall respond to Defendant's dispositive motion on or before January 29, 2007.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

Case 1:06-cv-00519-PLF    Document 9    Filed 12/22/2006    Page 4 of 4