**ATTACHMENT 2**

DATE: 4-9-54 4-9-54

RESEARCH WORK 1

CROSS REF: LAND 3

INDIANS

TO: J. Earl Coke, Asst. Secy

FROM: B. T. Shaw, Administrator, ARS

SUMMARY: Meeting April 24 re possible transfer of some 7,000 acres of the Ft. Reno Military Reservation to the Cheyenne and Arapaho Indian tribes

FILED: MEETINGS 4

REMARKS:

UNITED STATES DEPARTMENT OF AGRICULTURE

**CROSS REFERENCE FORM**

☆ U. S. GOVERNMENT PRINTING OFFICE: 1952—254849

**Congress of the United States**
**House of Representatives**
**Washington, D. C.**

[illegible]

Hon. Ezra T. Benson
Secretary of Agriculture
Department of Agriculture
Washington 25, D. C.

Dear Mr. Secretary:

At the request of representatives of the Cheyenne and Arapaho tribes, on Saturday, April [illegible], 19[illegible] at 10:00 a.m. in the El Reno District Courtroom, [illegible] Victor Wickersham and I shall hold an open meeting for the purpose of hearing all interested parties to the possible transfer of some 7,000 acres of the Ft. Reno Remount Station to the Cheyenne and Arapaho tribes.

You may recall that legislation for the above transfer was introduced in the [illegible] Congress by then Congressman Toby Morris. The bill failed to pass and the purpose of this meeting is to sound out all sides of the problem on the advisability of reintroducing such a measure.

I have notified the offices of both Senators Kerr and Monroney of this forthcoming meeting and I wanted to make sure that officials of both Oklahoma A. & M. College and the U. S. Department of Agriculture also had notice in order that plans could be made for complete representation at this meeting.

Sincerely,

John Jarman
John Jarman, M. C.

[illegible]

Reproduced at the National Archives

CORRESPONDENCE
PLEASE HANDLE PROMPTLY

Date 3-23-54 ew

From Jarman, John (MC)

[redacted]

Summary Re meetg to be held re transfer of 7,000 acres of Ft.Reno Remount Statn to Cheyenne and Arapaho tribes.

This jacket, accompanied by the attached correspondence and a reply, should be returned to the Secretary's Records Section within three days from date of reference.

If a complete reply cannot be prepared within this time, acknowledgement of receipt of the letter should be prepared at once for a signature by the officer indicated. Include a statement to the correspondent as to when he may expect a complete reply.

If neither a complete reply nor an acknowledgement can be prepared within three days, the reason for the delay should be furnished the Secretary's Records Section by calling extension 4163 (See 1 AR 611b).

This jacket should not be detached, but should remain on top of the correspondence at all times. The blank spaces under "Memorandum of Action" (below) should be filled in.

Referred for Signature: Office of Secy

| | To | Date |
|---|---|---|
| 1. | ~~ARS~~ | 3-24-54 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | [signature] 3/31 |

Secretary of Agriculture

REMARKS: [illegible stamp]

MEMORANDUM OF ACTION

Prepared in (Agency): ATM-Livestock Research Date March 29, 1954

Dictated by: HCMcPhee Ext. No. 4319 Initials of Stenographer mgw

Rewritten in (Agency): ____ Date ____

(The initialed salmon copy of the original canceled draft should accompany file)

PBO 38 (Rev. 4-51)

Jan-19-2006 02:23am From- T-251 P 004/006 F-287

Reproduced at the National Archives

AD-170-4

DATE:   5-5-54                                    5-5-54

INDEX:   NATIONAL DEFENSE



TO:   Hon. John Slezak, Under Sec. of the Army

FROM:   True D. Morse

SUMMARY:   Certain facilities at the Fort Reno installation, Fort Reno, Okla.,
be kept in standby status for use by Army.

FILED:   NATIONAL DEFENSE (FILED IN LOCKED FILE)

INDEXER:

REMARKS:

UNITED STATES DEPARTMENT OF AGRICULTURE
CORRESPONDENCE REFERENCE FORM



Reproduced at the National Archives



FILE

DEPARTMENT OF AGRICULTURE
WASHINGTON 25, D. C.

May 5 1954

OUS 323.3 Ft. Reno 5-5-54 fw 3-19-54

Hon. John Slezak
Under Secretary of the Army

Dear Mr. Slezak:

Receipt is acknowledged of your letter of April 27, requesting that certain facilities at the Fort Reno installation, Fort Reno, Oklahoma, be kept in standby status for use by the Department of the Army.

323.3
3-19-54

Immediate steps are being taken to notify our officials concerned in this matter and action will be taken to develop an agreement covering the maintenance and upkeep of these facilities as mutually agreed upon by the Departments.

Such a proposed agreement will be submitted for your consideration at a later date.

Sincerely yours,

Secretary's Records (Signed)

True D. Morse

True D. Morse
Under Secretary

DECLASSIFIED
Authority [illegible]
By PT NARA Date 1/28/05

APR 27 1954

FILE

[illegible]

[illegible]

[illegible]

[illegible]

a. [illegible]

b. [illegible]

c. [illegible]

d. [illegible]

e. [illegible]

f. [illegible]

g. [illegible]

h. [illegible]

i. [illegible]

[illegible]

[illegible]

(Signed)

OUS 323.3 Ft. Reno 4-27-54 IN 3-19-54

FILE COPY
OUSA/

RJK/ct
23 Apr

Change concurred in by Mr. McDonald, OQMC (73408)

CONFIDENTIAL

DECLASSIFIED
Authority [illegible]
By PT NARA Date 1/28/05



DECLASSIFIED
Authority NND 969070
By PT NARA Date 11/08/05

CONFIDENTIAL

| TO | | | FOR | APPROVAL / SIGNATURE / COORDINATION | OFFICE OF PREPARATION: OQMG | |
|---|---|---|---|---|---|---|
| | | CHIEF OF STAFF | | | GRADE - SURNAME: Mr. Macdonald | TELEPHONE NO.: 73408 |
| | | SECRETARY OF THE ARMY | | | | |
| FILE NO.: QMSOF 404.3 | | SUBJECT: Retention of Certain Facilities at Fort Reno, Oklahoma, in a Standby Basis for QMC Mobilization Use | | | | DATE: 19 Mar 54 |

DISCUSSION

1. A need has been established by present mobilization plans (AMP III-Part II-Troop Basis) for facilities to process and train horses and mules for the military service. The phased schedule extracted from QMP III-Part II-Troop Basis is attached as Tab A. The facilities at the Department of Agriculture Beef Cattle Research Station at Fort Reno, Oklahoma, which are being used to process animals for a Turkish Aid Program until 30 April 1954, are well suited for Quartermaster mobilization needs. These facilities are listed in Tab B.

2. Fort Reno was a depot under the jurisdiction of the Quartermaster Corps from 18 April 1908 to 1 July 1948. The original name in 1908 was Fort Reno Remount Depot and the name was changed to Reno Quartermaster Depot in 1938.

3. Reasons for requesting the facilities listed in Tab B for mobilization requirements are shown in Tab C.

4. The Department of Agriculture has indicated informally that they will need the land areas listed in Tab B but that the majority of the buildings listed therein are excess to their present and future needs. It would be understood that complete control of the installation would remain with the Department of Agriculture except when in actual use by the Army, therefore the Department of the Army would not object to use of any or all of these facilities during the period from 30 April 1954 until mobilization.

5. A small maintenance fund (estimated at less than $1,000 per year) as mutually agreed upon by the two Departments would be necessary to keep the facilities in a usable condition for immediate use.

6. The following previous correspondence and agreements between the Department of Agriculture and the Department of the Army are attached for background information:

a. Tab D - Agreement dated 30 June 1948 between the two Departments to accept transfer of certain records, property and personnel from the Department of the Army.

b. Tab E - Letter from Department of the Army, dated 26 May 1948, and inclosed agreement, dated 22 June 1948, between the two Departments together with addendum thereto, dated 11 August 1948, for Department of the Army to utilize the facilities at Fort Reno for processing of animals under Foreign Aid Programs.

c. Tab F - Letters between the two Departments, dated 16 August 1951 and 30 August 1951, confirming previous agreements (Tabs D and E) for further use of facilities at Fort Reno for processing of animals under Foreign Aid Programs.

QMS 323.3 Ft Reno (3-19-54)

CS 323.3 Fort Reno (19 Mar 54)

CONFIDENTIAL

701226

DA FORM 520 1 MAY 51 — REPLACES EDITION OF ... WHICH MAY BE USED.

U.S. GOVERNMENT PRINTING OFFICE

DECLASSIFIED
Authority NND 765070
By PT NARA Date 1/28/05

"... Retention of Certain Facilities at Ft. Reno, ... Basis for Mobilization Use."

3. ... - Agreement between the Quartermaster Corps and Bureau of Animal Industry dated 17 November 1952, covering utilization of certain facilities at ..., Oklahoma.

RECOMMENDATIONS

1. That facilities listed in Tab B be retained in a standby basis for use of the Quartermaster Corps for Mobilization needs.

2. That the attached letter, Tab E, to the Secretary of Agriculture be signed and dispatched by the Secretary of the Army.

COORDINATION

OCE - Concur - Mr. Figert, Extension 58373
ARS, Dept. of Agric. - Concur - Mr. Carlson, Code 161, Extension 2460

K. L. HASTINGS
Major General, USA
The Quartermaster General

8 Incls
1. Tab A, Mobilization Planning
2. Tab B, Facs Required
3. Tab C, Justification for Facs
4. Tab D, Agreement, 30 Jun 48
5. Tab ..., Memo from Sec Army, 26 May 48
6. ..., 15, 30 Aug 51 (cy)
7. ..., Agreement 17 Nov 52
8. Tab E, Ltr to Sec. Agri.

19 APR 1954
G-4 Concurs
EDWARD J. O'NEILL
Brigadier General, GS
Deputy Assistant Chief of Staff, G4
for Operations

APPROVED — OCS US ARMY
21 APR 1954

Regraded to: CONFIDENTIAL - UNCLASSIFIED
Authority: The QMG
Signature:
Date: 1954

CONFIDENTIAL

DECLASSIFIED
Authority NND964670
By PT NARA Date 11/28/05





01-28-2006 06:32pm From-PODESTAMATTOON +202 383 5510 T-011 P.007/023 F-761

PHASED SCHEDULE EXTRACTED FROM QMP III - PART II - TROOP BASIS

FOR FORT RENO, OKLAHOMA

| | Animals Horses | Animals Mules | | Off. | EM | Civilians |
|---|---|---|---|---|---|---|
| M | 19 | 468 | 457 | 12 | 101 | 35 |
| M / 2 | 58 | 1924 | 1492 | 12 | 101 | 46 |
| M / 9 | 29 | 410 | 456 | 14 | 238 | 78 |

Regraded to:
~~SECRET~~ - CONFIDENTIAL - ~~UNCLASSIFIED~~
AUTHORITY 2nd Ind. Oettinger
By Authority The QMG
Signature [signature]
Date 13 April 54

CONFIDENTIAL
~~SECRET~~

AB A

DECLASSIFIED
Authority NND..70
By PT NARA Date 1/26/06

FACILITIES AT THE DEPARTMENT OF AGRICULTURE BEEF CATTLE RESEARCH STATION, FORT RENO, OKLAHOMA, WHICH ARE NEEDED FOR QUARTERMASTER CORPS MOBILIZATION REQUIREMENTS

1. Veterinary Hospital Area (including all buildings except Building No. 185), and all paddocks (V1 to V21 inclusive and No. 31), feed racks shelter sheds, loading and unloading ramps and chutes installed therein or adjacent thereto.

2. Dipping vat and adjacent Building No. 53.

3. Processing Stable No. 84 and adjacent paddock

4. Stallion Stable Building No. 117 and 111 and adjacent paddocks.

5. Hay storage Sheds Nos. 195, 77, 92, and 229.

6. Grain storage Warehouse Nos. 211 and 65.

7. Barracks Building No. 172.

8. Loading platform and ramps at railroad siding and pens pertaining thereto.

9. Pastures No. 8, 9 and 12.

Regraded to: ~~SECRET~~ - CONFIDENTIAL - ~~UNCLASSIFIED~~
AUTHORITY [signature]
By Authority The QMG
Signature [signature]
Date 13 April 54

Tab B

CONFIDENTIAL
~~SECRET~~

DECLASSIFIED
Authority NND964070
By PT NARA Date 1/28/05

[illegible] FOR REQUESTING CERTAIN FACILITIES AT FORT RENO, OKLAHOMA, FOR QUARTERMASTER CORPS MOBILIZATION REQUIREMENTS

1. Since this Post was formerly a Quartermaster Remount Depot and all necessary facilities are available. By providing a small maintenance fund, that portion of the facilities not needed by the Department of Agriculture under present program could be kept in stand-by status for Department of the Army use.

2. Fort Reno is centrally located with respect to the horse and mule population of the country as well as to the chief source of forage.

3. A main line of the Rock Island Railroad goes through the Post for receiving and shipping animals and a spur line owned by the same Railroad provides siding for off-loading forage directly into hay sheds and granaries.

4. Animals can be shipped over existing railroad schedules to New Orleans Port of Embarkation, which has the only approved shipside loading facilities at Westwego, without being off-loaded enroute for rest and feed.

5. Climatic conditions are such that year around operation can be conducted.

6. A source of trained civilian labor is available locally.

7. The adjacent town (7 miles away) of El Reno could supply adequate housing facility for operating personnel not quartered on the Post.

8. There are, it is believed, no commercial facilities available that could adequately meet the requirements in the event of mobilization.

Regraded to:
~~SECRET~~ - CONFIDENTIAL - ~~UNCLASSIFIED~~
AUTHORITY [illegible]
By Authority The QMG
Signature [illegible]
Date 13 April 54

CONFIDENTIAL
~~SECRET~~

Tab C

DECLASSIFIED
Authority NND964076
By PT NARA Date 1/28/05

TO BE GOVERNED BY THE TRANSFER OF THE REMOUNT SERVICE, DEPARTMENT OF THE ARMY, TO THE DEPARTMENT OF AGRICULTURE PURSUANT TO PUBLIC LAW 494 - 80th CONGRESS

* * * *

Pursuant to the provisions of Public Law 494 - 80th Congress, approved 21 April 1948, the Department of the Army will, on 1 July 1948, transfer, and the Department of Agriculture will accept the transfer of, the records, property, real and personal, and civilian personnel of the Remount Service of the Quartermaster Corps, Department of the Army, described below:

a. All real property located at the Aleshire Quartermaster Depot, Front Royal, Virginia; the Fort Reno Quartermaster Depot, El Reno, Oklahoma; the Fort Robinson Quartermaster Depot, Fort Robinson, Nebraska; and Pomona Quartermaster Depot, Pomona, California, together with all appurtenances thereto, subject to any existing encumbrances, including temporary use grants by the Department of the Army to individuals, corporations, municipalities and other Government agencies, a list of which will be furnished at a later date.

b. All records pertaining to the Army Horse Breeding Programs.

c. All personal property as shown on inventories of each installation listed in sub-paragraph (a) above, dated 30 May 1948, except items of military property pertaining to troops assigned to temporary duty at these installations, which items shall be deleted from the inventories at the time of transfer of accountability.

d. Such civilian personnel as it may be found practicable to transfer after determination by the Department of Agriculture as to the number of such employees whose services can be utilized.

The Department of the Army and the Department of Agriculture further agree that:

~~"WHEN THE ACCOMPANYING CLASSIFIED PAPERS ARE WITHDRAWN, THIS PAPER BECOMES~~ UNCLASSIFIED ~~(AR 380-5, PAR. 18b, PER AUTHORITY OF THE QUARTERMASTER GENERAL)"~~

Regraded to:
~~SECRET~~ - CONFIDENTIAL - ~~UNCLASSIFIED~~
AUTHORITY [signature]
By Authority The QMG
Signature [signature]
Date 13 April 54

~~SECRET~~

TAB D

CONFIDENTIAL

DECLASSIFIED
Authority NND964070
By PT NARA Date 1/28/05

... may be placed on duty with ... furnished living quarters ... of the Army, except that the ... will reimburse the Department of ... furnished this military personnel.

b. The Commanding Officer of each installation will remain in command as representative of the Department of Agriculture until relieved, it being understood, however, that the services of military personnel shall not extend beyond 1 March 1949.

c. Representatives of the Department of the Army will be present at each of the Remount Installations for the purpose of effecting a physical transfer of accountability of all property to the Department of Agriculture on or about 1 July 1948; and representatives of the Department of Agriculture will be present at each installation for the purpose of accepting such transfer, on or about 1 July 1948.

FOR THE DEPARTMENT OF AGRICULTURE

/s/ A. J. Loveland Under Secretary

DATE: June 30th 1948

FOR THE DEPARTMENT OF THE ARMY

/s/ Gordon Gray
The Assistant Secretary of the Army

30 June 1948

~~"WHEN THE ACCOMPANYING CLASSIFIED PAPERS ARE WITHDRAWN, THIS PAPER BECOMES UNCLASSIFIED (AR 380-5, PAR. 10b; PER AUTHORITY OF THE QUARTERMASTER GENERAL)"~~

Regraded to ~~SECRET~~ · CONFIDENTIAL · ~~UNCLASSIFIED~~
AUTHORITY [signature]
By Authority The QMG
Signature [signature]
Date 13 April 54

CONFIDENTIAL

~~SECRET~~

DECLASSIFIED
Authority NND 964070
By PT NARA Date 1/28/05

DEPARTMENT OF THE ARMY
OFFICE OF THE ASSISTANT SECRETARY

Washington, D. C.

26 May 1948

The Honorable

The Secretary of Agriculture

Dear Mr. Secretary:

As you know, Public Law 494, 80th Congress, Chapter 224, 2nd Session, H.R. 3484, covering the transfer of the Department of the Army's Remount Service to your Department, has been enacted.

It has recently become necessary for the Department of the Army to procure and process mules through the Remount Depots in order to fulfill procurement requirements for presently authorized Foreign Aid Programs. The Quartermaster General is now engaged in assembling 2,500 pack mules at the Reno Quartermaster Depot for processing and movement to Greece under the Greek Aid Program. This mule program will not be completed until 15 October 1948 which is well beyond the date the depot cited passes to the jurisdiction of your Department.

In order that the Department of the Army may continue to process these mules through the Reno Quartermaster Depot following the transfer of this depot to your Department, an agreement has been arrived at between representatives of the Department of the Army and Mr. Edward J. Overby, Assistant to the Secretary, U. S. Department of Agriculture, covering this operation.

This agreement, which is attached as Inclosure 1, has been signed by me and is forwarded for your consideration and signature, if you are in agreement.

Sincerely yours,

/s/ Gordon Gray

Gordon Gray
The Assistant Secretary of the Army

1 Incl
Agreement in triplicate

COPY

TAB E

DECLASSIFIED
Authority
By NARA Date

AGREEMENT

The Department of Agriculture hereby agrees that, subsequent to the transfer of the Department of the Army's Remount Depots to the Department of Agriculture on 1 July 1948, the Department of the Army may utilize the Issue Animal Section of the Reno Quartermaster Depot for processing animals subject to the following conditions:

a. The Department of Agriculture will be reimbursed for all expenses that may be incurred by the Department of Agriculture as a result of the processing of animals through the Issue Animal Section of the Reno Quartermaster Depot by the Department of the Army, including salaries and expenses of any Department of Agriculture employees utilized in such processing and a proportionate share of the cost of utilities and administrative activities of the Reno Quartermaster Depot.

b. The Department of the Army will be responsible for all operations involved in the processing of animals including in and out transportation, inspections, vaccinations, veterinary service, feeding, breaking, branding, etc. However, if available, employees of the Department of Agriculture may be used for any of these operations on a reimbursable basis subject to the agreement of the Head of the Remount Depot.

c. The Department of the Army may utilize additional officer personnel, including veterinarians, and enlisted personnel in the processing operations as it may determine to be necessary in the accomplishment of the program.

d. This agreement will be effective upon the transfer of Remount Depots from the Department of the Army to the Department of Agriculture on 1 July 1948 in accordance with Public Law 494, 80th Congress, Chapter 224, 2nd Session, H.R. 3484 and will be in effect until the Department of the Army completes the program now underway to process and move 2,500 pack mules to Greece under the Greek Aid Program.

For the Department of the Army

/s/ Gordon Gray

The Assistant Secretary of the Army

For the Department of Agriculture

/s/ Charles F. Brannan

Secretary of Agriculture

22 June 1948

~~"WHEN THE ... CLASSIFIED PAPERS ARE WITHDRAWN, THIS PAPER BECOMES~~ UNCLASSIFIED ~~(AR 380-5, PAR. 19b, PER AUTHORITY OF THE QUARTERMASTER GENERAL)"~~

CONFIDENTIAL

UNCLASSIFIED · CONFIDENTIAL · SECRET · AUTHORITY The QMG · By Authority · Signature · Date 13 April

DECLASSIFIED
Authority NND 964070
By PT NARA Date 1/26/05

CONFIDENTIAL

ADDENDUM

The Department of Agriculture and the Department of the Army hereby agree that:

WHEREAS under date of 22 June 1948 the Department entered into an agreement, effective 1 July 1948, that the facilities of the Reno Quartermaster Depot would be utilized by the Department of the Army for the processing and movement of 2,500 pack mules under the Greek Aid Program, and;

WHEREAS all conditions as noted on that agreement will remain in full force and effect.

NOW, THEREFORE, it has been determined that additional procurement of 6,000 mules for the Greek Aid Program is necessary.

It is, therefore, further agreed that the facilities of the Reno Quartermaster Depot, subject to the conditions noted in the basic agreement, may be utilized by the Department of the Army for the additional procurement and processing of mules.

It is further agreed that should the subject facilities be required under future procurement programs such usage by the Quartermaster Corps, Department of the Army, may be authorized by confirmed understanding of said Department of the Army and the Department of Agriculture without further amendment to this agreement.

For the Department of the Army

/s/ Kenneth C. Royall
Kenneth C. Royall
Secretary of the Army

For the Department of Agriculture

Charles F. Brannan
Secretary of Agriculture

DATE: August 11, 1948

C
O
P
Y

~~"WHEN THE ACCOMPANYING CLASSIFIED PAPERS ARE WITHDRAWN, THIS PAPER BECOMES~~ UNCLASSIFIED ~~(AR 380-5, PAR. 16b, PER AUTHORITY OF THE QUARTERMASTER GENERAL)"~~

Regraded to: ~~SECRET~~ - CONFIDENTIAL - UNCLASSIFIED
AUTHORITY: [illegible]
13 April 54

CONFIDENTIAL

~~SECRET~~

DECLASSIFIED
Authority NND964076
By PT NARA Date 11/28/05

C O P Y

The Honorable

AUG 16, 1951

The Secretary of Agriculture

Dear Mr. Secretary:

Reference is made to letter from this Department dated May 26, 1948, with inclosure, as well as addendum to inclosure, pertaining to the use of certain facilities at the Beef Cattle Research Station, Fort Reno, Oklahoma, by the Department of the Army, for processing animals under Foreign Aid Programs.

In view of prospective Foreign Aid Animal Programs, which will necessitate the utilization of animal processing facilities, attention is invited to the last paragraph of the addendum mentioned above, dated August 11, 1948, copy herewith. It is requested that usage of subject facilities under existing agreement be confirmed without further amendment.

Sincerely yours,

(Signed) Frank Pace, Jr.
Frank Pace, Jr.
Secretary of the Army

Incl
Cy Addendum

TAB F

DECLASSIFIED
Authority NND966027
By PT NARA Date 1/28/05

01-29-2006 06:38pm From-PODESTAMATTOON +202-393-5510 T-011 P 016/023 F-761

Washington 25, D.C.

C
O
P
Y

August 30, 1951

The Honorable
The Secretary of the Army

Dear Mr. Secretary:

With reference to your letter of August 16, 1951, this letter confirms an agreement for the further use by the Department of the Army of certain buildings and facilities at the Beef Cattle Research Station, Fort Reno, Oklahoma in accordance with the provisions of the original agreement effective as of July 1, 1948 and Addendum thereto dated August 11, 1948, for processing animals under Foregin Aid Programs.

It is understood that the details involved in conducting the programs will be mutually agreed upon and accomplished by the Quartermaster Corps of the Department of the Army and the Bureau of Animal Industry of the Department of Agriculture.

Sincerely yours,

/s/ Charles F. Brannan
Secretary

DECLASSIFIED
Authority
By NARA Date

AGREEMENT

Whereas, an agreement was executed by the Quartermaster Corps and the Bureau of Animal Industry on August 23, 1951, and August 24, 1951, respectively, to provide for the responsibilities, facilities, services, supplies, equipment, and expenses of each agency in connection with utilization by the Quartermaster Corps of certain facilities located at the Agriculture Beef Cattle Research Station, Fort Reno, Oklahoma.

Whereas, the aforesaid parties desire to terminate said agreement and to substitute a new agreement in lieu thereof for their mutual benefit.

Now, therefore, the parties hereto agree to terminate the agreement executed August 23, 1951, and August 24, 1951, and that this agreement as set forth herein shall stand in lieu thereof effective September 14, 1952.

In accordance with the provisions of existing agreement between the Department of Agriculture and the Department of the Army, dated June 22, 1948, and Addendum thereto, dated August 11, 1948, and as re-affirmed by letter between the Secretary of Agriculture and the Secretary of the Army dated August 16, 1951, relative to the Department of the Army utilizing, for a remount station, certain facilities located at the Agriculture Beef Cattle Research Station, Fort Reno, Oklahoma (former QM Remount Depot), it is further agreed between the two interested agencies, the Bureau of Animal Industry and the Quartermaster Corps, that the responsibilities of each agency, the facilities to be utilized by the Quartermaster Corps, the services rendered, supplies and equipment furnished the Quartermaster Corps by the Bureau of Animal Industry, funding and reimbursement to the Department of Agriculture for expenses incurred by such services rendered and supplies and equipment furnished shall be subject to conditions as set forth herein:

Responsibilities

The Bureau of Animal Industry does and will continue to exercise control over all matters pertaining to the operation of Fort Reno with exceptions as listed under responsibilities of the Quartermaster Corps.

Quartermaster Corps

The Quartermaster Corps will be responsible for all phases of the operation of the Reno QM Remount Station, Fort Reno, Oklahoma, involving the purchase, shipment (both in and out), care, feeding and processing of all animals acquired by the Army. The Quartermaster Corps will be responsible for the administration of all personnel, both

TAB G

DECLASSIFIED
Authority
By PT NARA Date

military and civilian, assigned to or employed by the Department of the Army. The Quartermaster Corps will be responsible for the police and care of buildings, areas and other facilities assigned to the Quartermaster Corps in connection with the operation of the Reno QM Remount Station. The maintenance of all organizational equipment obtained for use of the Remount Station will be the responsibility of the Quartermaster Corps.

Facilities

It is agreed that the Quartermaster Corps is assigned the following listed facilities for the operation of the Reno QM Remount Station to approximately June 30, 1954:

1. Veterinary Hospital Area (including all buildings except Building No. 183), and all paddocks (VI to V21 inclusive and No. 31), feed racks, shelter sheds, loading and unloading ramps and chutes installed therein or adjacent thereto.

2. Dipping Vat Building No. 33.

3. Processing Stable No. 64 and Paddocks P-1, P-2 and P-3 adjacent and pertaining thereto.

4. Stallion Stable Buildings No. 117 and 111, and paddocks adjacent and pertaining thereto.

5. Horse Shoe Shop Building No. 209.

6. Hay Storage Sheds Nos. 195, 77, 92 and 229.

7. Grain Storage Warehouses No. 211 and 65.

8. Barracks Building No. 172.

9. Post Exchange Building No. 24.

10. Motor Shop Building No. 213.

11. Riding Hall Building No. 108 and Stable Buildings Nos. 73 and 74.

12. Wash Rack No. 244.

13. Officers' Club Building No. 134 and swimming pool adjacent and pertaining thereto.

14. Officer Quarters Nos. 1 and 58, including garages in Building No. 143 pertaining thereto.

15. NCO Quarters Buildings Nos. 59, 13S, 13N, 80S, 80N, 67, 95, 62, and 120 including garages in Buildings Nos. 135 and 136 pertaining thereto.

DECLASSIFIED
Authority NND964078
By PT NARA Date 11/28/05

16. Trailer space for military personnel as mutually agreed between the Superintendent of the Agriculture Station and the Commanding Officer of the Remount Station.

17. Corrals No. I-3, I-4, I-5, I-13, I-14, I-15, I-16, I-17, I-18 and I-19, including feed racks located therein.

18. Mare-and-colt Pasture No. 1, located south of and adjacent to Hay Storage Area.

19. Mare-and-colt Pasture No. 2, located south of and adjacent to Stallion Stable Building No. 117.

20. Pastures No. 8, 9, 12, N E No. 2 and SE No. 2, including shelter sheds and feed racks located therein.

21. Pasture area lying between Corral V-21 and road leading to Officers' Club Building No. 134, to be limited to the maximum use of 25 animals.

22. Scale House Building No. 249.

23. Administration Building No. 219.

24. Latrine Building No. 36.

25. Shed, oil storage, Building No. 248.

26. Three stalls in Garage Building No. 145.

The Gasoline Station Building No. 190 and gasoline and Diesel fuel storage tanks pertaining thereto will be utilized jointly by the Agriculture Station and the Remount Station as agreed to by the Superintendent of the Agriculture Station and the Commanding Officer of the Remount Station.

Repairs considered essential to the successful and economical operation of the Remount Station will be made as agreed between the Superintendent of the Agriculture Station and the Commanding Officer of the Remount Station. Such repairs will be made only on existing facilities including quarters for personnel so furnished. No new construction of buildings is authorized without prior approval of both the Chief, Bureau of Animal Industry and The Quartermaster General. It is agreed that facilities listed herein may be turned back to the Bureau of Animal Industry prior to 30 June 1954, in the event they become excess to current needs.

DECLASSIFIED
Authority NND964070
By PT NARA Date 1/25/05

Support to be Furnished by the Bureau of Animal Industry

It is agreed that the following will be supplied by the Bureau of Animal Industry:

1. Services. Natural gas, water and electricity as required. It is agreed that the difference between charges incurred for these items in the operation of the Agriculture Station for the current month's operation and that incurred for the same month of the year prior to operation of the Remount Station (September 1950-August 1951) is a fair and just amount to be charged against funds made available. Further, in the event of increases in rates for natural gas, water and electricity, additional costs incurred as a result of these increased rates will also be proportionately charged against funds made available.

2. Personnel. The Bureau of Animal Industry agrees to furnish all skilled labor required in connection with the repair and maintenance of facilities utilized by the Army. Skilled labor required, over and above the normal operating level of the Agriculture Station as agreed by the Superintendent of the Agriculture Station and the Commanding Officer of the Remount Station, is a proper charge against funds made available. Unskilled labor required in connection with the repair, maintenance, and operations of facilities utilized by the Army will be furnished by the Quartermaster Corps.

3. Supplies. All materials required in the repair and maintenance of facilities utilized by the Remount Station will be supplied by the Bureau of Animal Industry. Actual costs of such materials and costs of transportation in connection therewith are proper charges against the funds made available.

4. Equipment. The Bureau of Animal Industry agrees to furnish only such equipment as is available and essential for the repair and maintenance of facilities utilized by the Remount Station and for the rendering of services as agreed herein. The cost of repairs, including supplies for replacement of equipment furnished by the Bureau of Animal Industry for use in support of the Remount Station and utilized by both agencies shall be borne by both agencies. The proportion chargeable to each agency shall be determined on an individual basis by the Superintendent of the Agriculture Station and Commanding Officer of the Remount Station, taking into consideration the life expectancy of the equipment, the percentage of benefit received from such equipment by each agency, and the degree of responsibility necessitating the repair or replacement. The cost of repairs or replacement of equipment furnished for the sole use of the Remount Station shall be properly chargeable to funds made available. Operational equipment required in connection with the operation of the Remount Station will be obtained from military sources.

DECLASSIFIED
Authority [illegible]
By PT NARA Date 1/28/[illegible]

5. Roads. The cost of maintenance and repair of roads utilized by both agencies shall be borne jointly as agreed to by the Superintendent of the Agriculture Station and the Commanding Officer of the Remount Station.

6. Restoration of Paddocks and Corrals. The cost of restoring paddocks and corrals used by the Remount Station shall be a proper charge against funds made available by The Quartermaster General. These paddocks and corrals are identified as follows: V-21, I-13, I-14, I-15, I-16, I-17, I-18 and I-19.

Funding. For the support of the operation of the Remount Station at Fort Reno, Oklahoma, by the Department of Agriculture, the Department of the Army agrees to set up and make available to the Department of Agriculture in advance the necessary funds for the cost of utilities, the hire of labor, and the purchase of supplies and equipment necessary to maintain the buildings, areas, pastures and corrals assigned to the Remount Station as well as necessary overhead administrative expenses. Such funds will be provided on a fiscal year basis in such amounts as are available and as are deemed necessary for the successful and economical operation of the Remount Station as determined and agreed to by the Superintendent of the Agriculture Station and the Commanding Officer of the Remount Station. In the event it becomes necessary to provide operating funds from sources other than Foreign Aid Programs, methods of such funding will be coordinated and agreed to by all agencies concerned. This agreement will be amended accordingly prior to such time as additional funds would be required.

Records and Reports. The Bureau of Animal Industry agrees to maintain records of expenses incurred incidental to this agreement in the manner agreed to by the Bureau and the Office of The Quartermaster General. Further, the Bureau of Animal Industry agrees to submit as of the last day of each month a report of the expenses charged against funds made available. This report will be rendered in the manner agreed to by the Bureau and the Office of The Quartermaster General.

| For the Quartermaster Corps | For the Bureau of Animal Industry |
|---|---|
| /s/ K. L. HASTINGS | /s/ HUGH C. McPhee |
| K. L. HASTINGS | HUGH C. McPHEE |
| Major General, USA | ACTING CHIEF OF BUREAU |
| The Deputy Quartermaster General | |
| Date: 17 November 1952 | Date: 17 November 1952 |

DECLASSIFIED
Authority NND
By PT NARA Date



CONFIDENTIAL

DEPARTMENT OF THE ARMY
WASHINGTON, D. C.

The Honorable

The Secretary of Agriculture

Dear Mr. Secretary:

In view of the mobilization need by the Army for animal processing facilities and the possibility of continuing Foreign Aid Animal Programs at the Beef Cattle Research Station, Fort Reno, Oklahoma, it is requested that the following facilities be kept in standby status for use by the Department of the Army.

a. Veterinary Hospital Area (including all buildings except Building No. 183), and all paddocks (V1 to V21 inclusive and No. 31), feed racks, shelter sheds, loading and unloading ramps and chutes installed therein or adjacent thereto.

b. Dipping Vat and adjacent Building No. 55.

c. Processing Stable No. 64 and adjacent paddock.

d. Stallion Stable Buildings Nos. 117 and 111 and adjacent paddocks.

e. Hay Storage Sheds Nos. 195, 77, 92, and 229.

f. Grain Storage Warehouses Nos. 211 and 65.

g. Barracks Building No. 172.

h. Loading platform and ramps at railroad siding and pens pertaining thereto.

i. Pastures Nos. 8, 9 and 12.

It would be understood that complete control of the above facilities will remain with the Department of Agriculture except when in actual use by the Army. Maintenance and upkeep of these facilities would be as mutually agreed upon by the Departments.

Sincerely yours,

Robert T. Stevens
Secretary of the Army

CONFIDENTIAL

DECLASSIFIED
Authority NND964070
By PT NARA Date 1/26/05

DUCED AT THE NATIONAL ARCHIVES

| C & R P S A<br>OUS 323.3 Ft Reno<br>CONFIDENTIAL | 020 QMG | 040 Agric | 04 S/A | Tickler |
|---|---|---|---|---|

8-19-54

Fr: K. L. Hastings, MGen, USA QMG
To: Summary
Subj: Retention of Certain Fac at Ft Reno, Okla, in Standby Basis for QMC Mobilization Use

FILE

Need has been established by present mobilization plans for fac to process and train horses and mules for mil svc. Phased schedule extracted fr QMP-III-Part II-Troop Basis is atch as Tab A. Fac at D/Agric Beef Cattle Research Station at Ft Reno, Okla, which are being used to process animals for Turkish Aid Program until 4-30-54, are well suited for QM Mobilization needs. Theses fac are listed in Tab B. Reasons for rqst fac listed in Tab B for mobilization rqmts are shown in Tab C. Recommended that fac listed in Tab B be retained in standby basis for use of QMC for mobilization needs. That athe ltr, Tab H, to S/Agric be signed and dispatched by S/A

rn Incls as std & rel info
Disp Svc 4-22-54

4-27-54

OUS 323.3 Ft Reno (3-19-54

OSA FORM 3
21 MAY 48

THIS PAPER BELONGS TO:
Coordination and Records Division, Office of the Secretary of the Army

U. S. GOVERNMENT PRINTING OFFICE: 1953

DECLASSIFIED
Authority NND964070
By PT NARA Date 1/25/05