**ATTACHMENT 3**

Case 1:06-cv-00519-PLF   Document 10-4   Filed 01/29/2007   Page 2 of 9

Vol. 62, No. 845

# Chamber Plans Its Campaign On Fort Reno Land

## Resolution Opposing Claims of Indians Adopted at Meeting

A resolution urging every possible action to oppose the "gift" of Fort Reno lands to Cheyenne and Arapaho Indians was adopted by directors of the El Reno chamber of commerce today.

Adoption of the resolution drawn up Thursday at a meeting of the chamber's governmental affairs committee, headed by Pat Weaver, preceded a special hearing to be held concerning the Fort Reno land question at 10 a. m. Saturday, April 24, in the district courtroom of the county courthouse.

The hearing is to be conducted jointly by Congressmen John Jarman and Victor Wickersham to determine what action should be taken in regard to Indian claims on the land.

The El Reno chamber has steadfastly opposed turning the land over to the Indian tribes, both because of experiments with farm animals conducted at the old fort and because of the possibilities of other future uses of the land.

### 'No Justification'

The resolution adopted upon recommendation of the governmental affairs committee declared that there is "no legal or moral" justification for transfer of the lands to the Indian tribes.

It expressed the opinion that "public interest would be best served" if instead of transferring the lands an equitable compensation be paid to the tribes, with the lands being retained by the federal government.

11-9-54

---

[society column, right]

...home of Mrs. City...family for a two-week visit in the home of her brother and sister-in-law, Mr. and Mrs. Albert ... in Drexel.

Mrs. Aldean Thompson and son, ... Mrs. Leo Moon and Mrs. Clyde Knudsen, all of Calumet, attended the Home Show at the Municipal Auditorium in Oklahoma City Thursday evening.

Mrs. C. G. Frost of Oklahoma City is a guest in the home of Mr. and Mrs. Kermit P. Schafer, 615 South Williams.

Mrs. J. P. Neal, jr., left Friday for her home in Midland, Tex., following a week's visit with her husband's parents, Dr. and Mrs. James R. Neal, East Foreman road.

Mrs. M. C. Hoard, 809 South Duane, Mrs. Lloyd J. Palmer, 515 South Choctaw, Mrs. Harry Kenaga, north of El Reno and Mrs. Bob MacSwain, southeast of El Reno, attended the Friends Night meeting of the Omega chapter of the Order of Eastern Star in Oklahoma City Thursday evening.

Mr. and Mrs. Jess Oyler and children, Malcom and Joy, 520 South Reno and Mr. and Mrs. A. N. Keith and son, Gary, 117 North K, were Oklahoma City visitors Thursday evening.

Mr. and Mrs. James Fitzgibbons, northwest of El Reno, left Wednesday for a two-week vacation in Chicago and Indiana.

Mrs. Buster Shuttee, 805 South Hoff was an Oklahoma City visitor Thursday.

C. L. McGill, 110 South Hoff, is attending the State Vocational Educational Conference in Stillwater, April 8 - 10.

Mr. and Mrs. Ted Feddersen, 1120 South Hoff, were guests Thursday in the home of their son-in-law and daughter, Mr. and Mrs. Orville Ea-

10/20/2003 EL RENO CARNEGIE LIBRARY

...ained by the federal government.

In adopting the resolution, the chamber's directors also adopted a proposal that a committee be named to organize and coordinate activities in presentation of the chamber's arguments at the hearing later this month.

**Members Not Named**

A. Francis Porta was named as counsel for the committee, but members of the organization were not selected and will be appointed later.

The chamber based its actions on contentions that the Cheyenne and Arapaho tribes had never owned the lands to which they now lay claim, and that any prior claim they have made to the land was liquidated by an agreement of Nov. 13, 1890, and ratified by an act of congress of March 3, 1891.

Chamber directors also claim that white settlers on unalloted lands, following the allotment of Cheyenne and Arapaho lands had been made, paid the U. S. government $1.50 per acre for lands they occupied.

**Point to Dismissal**

The directors said that the Indians had "had their day" in the court of claims, where after their case had been pending for 12 years, it was dismissed in 1941 for lack of prosecution, and that the tribes still have recourse to the Indian claims commission if they feel they have been defrauded.

It was stressed that in its answering suit in the court of claims the government had shown it had paid to or for the benefit of the two tribes, during a period of years up to 1929, an amount totaling $25,-71,573.15.

Chamber directors declared that the government in dealing with the Cheyenne and Arapaho tribes had leaned toward the side of justice.

They contend that if the lands are transferred to the Indians they will be added to the "great amount of land held in trust for Indians and become part of a federal problem of great magnitude, and stressed that the lands now serve an excellent purpose" for livestock research.

---

...daughter, Mr. and Mrs. Orville Eaton in Tuttle.

Mrs. Helen E. Dever, 621 South Reno, and Miss Anna Picklum, 530 South Reno, attended the District Nurses meeting and program at the new Veterans hospital in Oklahoma City Thursday evening.

Mr. and Mrs. Roy O. Pool, 1009 West Wade, attended a dinner-meeting of the Clinton District Board of trustees of the Methodist church in Clinton Thursday evening. The dinner was given in the home of Dr. and Mrs. Phil Deschner. Dr. Deschner is superintendent of the district and Mr. Pool is a member of the board. Husbands and wives of the board members were special guests.

Mr. and Mrs. Vestus Morris, 512 South Frances, have returned from Oklahoma City where they attended the National Ice Association Convention April 7 – 8.

W. G. Clouse, 806 West Watts, transacted business in Yukon Thursday.

Mrs. D. A. Morgan, Reformatory circle and Mrs. Henry Behne, 1017 South Macomb, attended the 56th annual meeting of the Oklahoma State Federated clubs at the student union building of the Oklahoma College for Women in Chickasha Thursday.

Among those from El Reno, who are attending Visitors Day activities and the "Variety Show" given at the Oklahoma Baptist University in Shawnee Friday and Friday evening are Rev. and Mrs. J. W. _____, Mrs. W. E. Brown and daughter, Nancy Carol, Mrs. Nova Smith and daughter, Carol D. _____, Natha Clark, Patty Choice, Patty _____, Mary Ellen Freeman, _____, Mae Smith, Joy Keller, June Keller, Gail _____, Frances Atwood, Mrs. _____, Tommy Hollingshead, _____ Davison and Mr. and Mrs. _____ of Concho. The Variety show will feature the...

---

Allis M...
Mrs. J...
eker, a...

Mrs. ...
Sunday...
holser...

Hunter...
Mr. an...
daughte...
daught...
Gallida...

Lieute...
son is ...
and M...
on lea...
gomery...
Morriso...
and M...
Mr. an...
lahoma...
Morriso...
Mrs. H...
Mrs. J...

Miss ...
Mrs. V...
City, M...
of Gea...
the La...

Mr. a...
Janice ...
were gu...
Fred B...

Pocas...
the Uni...
Sunday...
14-7.

Mrs. ...
le, sper...
Geary.

Mr. a...
family ...

Roof...

CA!

El Reno Tribune
Wednesday
April 21, 1954

# Two Factions Shape Up On Fight for Fort Reno

Opposing contenders in the Fort Reno land question—Indian tribal organizations on one side and more than 20 organizations ranging from the El Reno chamber of commerce to federal bureaus on the other—are preparing for a mass showdown on the problem Saturday.

Cheyenne and Arapaho tribe members, apparently determined to make a show of strength at a special hearing in the county courthouse Saturday, already have made reservations for both shelter houses in Adams park, arranging to use the places all day Saturday.

But their numbers will not be the only show of strength at the hearings, to be conducted jointly by Congressmen John Jarman and Victor Wickersham. More than 100 representatives of the opposing view on the fort's land area also plan to attend the session.

### Tribes Claim Land

The Indians contend that the Fort Reno land belongs to them and should be returned now that the land is no longer used as a military reservation, while the other side, has contended the particular land in question was never the property of the Cheyennes and Arapahoes, and that the site is more valuable to this area and the nation as a whole as an agricultural experiment station.

### Others Interested

The El Reno chamber has been joined in protests by state cattlemen's organizations, several cattle, sheep and swine breeders' associations, interested in the experiment station; the Oklahoma Livestock exchange in Oklahoma City, cotton seed crushers and cotton ginners; the Oklahoma Farm Bureau association, Oklahoma A. and M. college extension service; the U. S. department of justice, which operates the El Reno reformatory; the U. S. department of agriculture.

### City Clubs Join In

In addition the El Reno Kiwanis and Lions club plan to take part in the hearings.

All of these organizations have indicated they will have one, and in some cases two, representatives at the meeting, and have also drawn up written explanations of their stands for presentation to the two congressmen.

Two state rancher and stockmen publications also have indicated they will send representatives to the meeting.

No indication has been made that hearings will be moved from the courthouse, despite the large numbers of persons expected to attend and despite the limited seating facilities of the district courtroom.

El Reno American
Thursday
April 22, 1954

# Big Crowd Coming for Hearing on Fort Reno's Disposition Saturday

## Cheyennes, Arapahoes Ask Return of 8,400 Acre Reservation on Claim of Reversionary Rights in 1867 Treaty

Whether the Cheyenne and Arapaho Indians still posses a valid claim to the Fort Reno reservation is to be argued extensively here Saturday when two congressmen will hold a hearing in the Canadian county courthouse.

And instead of just a few representatives of the tribesmen being on hand, it is probable that the city will be filled with the tribesmen and instead of brief hearings of only a few hours, the sessions may extend over several days.

What action to take toward the reintroduction of bills in congress calling for the return of the 8,400 acre Fort Reno reservation to the two tribes, is the decision to be reached in the conference here. Cong. John Jarman and Cong. Victor Wickersham issued the call for the hearing after being asked by the tribal council to introduce a bill similar to those which have been before the past two congresses. On both occasions they died without being acted upon.

### Huge Crowd Expected

The sessions will start at 10 a.m. and if the crowd is as large as is expected loud speakers will be utilized to carry the talks to the overflow assembled on the courthouse lawn.

Howard Payne, former El Reno newsman and now counsel for the two tribes, estimates that there may be between two and three thousand Indians on hand for the hearing. He has been active in the proposed return of the reservation to his clients for several years and assisted former Cong. Toby Morris in preparing the first bill for introduction.

Claim of the Indians for return of the reservation and improvements is based upon the treaty of 1867 when land was ceded to the two tribes in northern Oklahoma. Later by executive order the tribes were permitted to take possession of the new area to the south with Darlington as agency headquarters. Fort Reno was set up to protect the agency and the Indians claim a reversionary clause in the treaty calls for restoration to the tribes in the event the area is abandoned for military purposes.

However, the El Reno chamber of commerce and the department of agriculture are opposing the transfer on the grounds that the Indians relinquished the reversionary right to the property in the treaty of 1891.

### Experiment Station Starts

The title to the area was transferred in 1947 to the department of agriculture and the Fort Reno experiment station has been set up through the Oklahoma A&M college. Extensive beef, swine and other experiments are being carried on. For the past two years the war department has utilized a portion of the reservation for a mule-buying program to provide the transport animals for the Turkish army. The department of agriculture is anxious to retain

### HEAP MUCH PUBLICITY!

The special hearing here Saturday on Fort Reno will gain state-wide attention and be given extensive news coverage by WKY-TV, various radio stations from throughout the state, and the Associated and United press services. A parade and war dance by members of the Cheyenne and Arapaho tribes in full native dress, is scheduled during the afternoon. Indian spokesmen say that they expect several thousand Indians to be on hand for the hearing.

El Reno Tribune
Sunday
April 25, 1954

# Disputed Land Still In Doubt; Hearing Ends As Questions Studied

## Oldtimers Testify By Interpreter

MOST testimony in Saturday's Fort Reno hearing was brief, direct and effective. At least one speaker became somewhat vitriolic and others were downright dramatic.

Probably the most dramatic, if not the most colorful oratory of the day came in the afternoon session when three elderly tribesmen gave their ideas on disposition of the thousands of acres in the reservation—but they spoke through interpreters.

Those who had never witnessed an Indian of the "old school" express himself in sign language, along with his native lingo, got a treat.

First to testify was Baldwin Twins, Clinton, principal chief of the Cheyennes, then came Ralph Whitetail, a Cheyenne from Thomas, and Henry Elk River, another Cheyenne from Hammon.

They were hampered in ignorance of the English language, but they weren't lacking in eloquence in their native tongue.

Other Indians to testify without the aid of an interpreter were Ed Burns and John Fletcher, Cheyennes from Clinton; Fred Bushyhead, chairman of the tribal business committee from Calumet; Jess Rowlodge, Arapaho from Geary, and Charles M. Wicks, Cheyenne from Kingfisher.

Statements for the "opposition" were presented by some two dozen organizations.

Dr. Oliver S. Willham from Oklahoma A. and M.; Dr. T. C. Byerly, agriculture department, Washington, D. C.; W. H. Hardwick, reformatory warden; Dr. C. Riley Strong, chamber of commerce.

MARION JEFFREY represented the Canadian county Farm Bureau; C. E. Weller, Yukon, was on hand for the Farm Bureau; J. B. Smith, Pawhuska, represented the Oklahoma Cattlemen's association, and Roy Craig, Leedey, delivered a statement opposing the change from the Northwest Cattlemen's association.

Other cattlemen's organizations were represented by the following:

Wayne Rowe, Cache, Southwest Oklahoma Cattlemen's association; Jack Walker, Pawhuska, Osage County Cattlemen; Gene Watson, Morris, Hereford breeders; Robert Collier, Fletcher, Oklahoma and American Shorthorn breeders; Carlton Corbin, Ada, Oklahoma Aberdeen-Angus breeders.

Other statements urging that the livestock research station remain at Fort Reno were issued by private ranchers and grain dealers.

El Reno Tribune
Sunday
April 25, 1954



TRIBAL CHIEFTAINS—On hand Saturday to see that the Fort Reno hearing went off on schedule and to eat barbecue along with several hundred more tribesmen were, left to right, Baldwin Twins, principal chief of the Cheyennes, Clinton; Jess Rowlodge, Arapaho chief and tribal representative, Geary, and Jasper Saunkeah, Kiowa chief, Oklahoma City. Saunkeah, a deputy U. S. marshal for many years, retired last year.

El Reno Tribune
Sunday
April 25, 1954

# Tribes Vie With Whites To Test Old Agreements

## Both Factions Deny Other Has Right To Claim Site of Fort

Rightful ownership of some 7,000 acres at historical old Fort Reno still is a matter for strong opinions today, some of which were aired Saturday in the district courtroom here.

Representatives of the Cheyenne and Arapaho Indians attempted to convince Fifth District Congressman John Jarman and Victor Wickersham of the sixth district that the two tribes were joint heirs to the land, while heavy opposition was set up by a number of city and state organizations who claim the Indians have no right to the land.

Speaking for the Indians were William H. Payne, Washington attorney and counsel for the tribes, and J. F. Nighswander, El Reno realtor and unofficial representative for the Cheyennes and Arapahoes.

### College Represented

On the other side of the fence were representatives from Oklahoma A. and M. college and the U. S. department of agriculture, co-operators of an experiment station on the reservation; the El Reno chamber of commerce; federal bureau of prisons, Farm Bureau, Farmer's Union and a lengthy list of state organizations interested in agriculture and livestock research.

Congressman Jarman presided at the hearing which opened at 10 a. m. and ran past 1 p. m. before it recessed for lunch. The courtroom was jammed with Indians and opposition representatives and several hundred more listened in on the hearings at loudspeakers set up on the courthouse lawn.

### Records Reviewed

Opening testimony was offered by Payne, who read for more than an hour from a heap of legal records and prepared arguments. His talk was followed by brief talks by Dr. Oliver S. Willham, president of Oklahoma A. and M. college and T. C. Byerly, Washington, D. C. head of poultry and livestock research, department of agriculture.

Both Willham's and Byerly's talk summarized the values of the Fort Reno livestock experiment station to the state and nation, while each submitted detailed written statements for the congressmen's approval.

Counsel for the opposition were A. Francis Porta, El Reno, and John C. Monk, representing the Oklahoma A. and M. board of regents, the USDA and several affiliated farm groups.

### Wickersham Leaves

Congressman Wickersham was required to leave the hearings shortly after noon. He was replaced by David J. Perry, administrative assistant to Senator Mike Monroney. Perry heard testimony along with Jarman until 5 p. m. when concluding talks were made.

One of the liveliest moments of the day was furnished by J. F. Nighswander who was first to be called by the Indian counsel.

The elderly pioneer businessman and self-styled "friend of the Indian" ripped into the opposition collectively and singly, with his strongest blasts directed at Oklahoma A. and M. college and its administrators.

### 'Selfishness' Hit

Nighswander flung out general charges of "selfish interests trying to rob and steal from the Indians," and he asserted that A. and M. college "controls 45,050 acres of tax-free land" and that the opposition was attempting to rob "the homeless, helpless, busted Indians, remnants of a once proud people."

His outbursts brought a second round of applause from the Indian galleries, after they had previously been warned by Jarman that no demonstrations would be tolerated. The congressman once again objected to the cheering, and the Indian counsel concurred.

Nighswander also took a few random shots at the El Reno chamber of commerce—again collectively, and a few of them personally—and accused the chamber of acting as "the dog in the manger" in opposing transfer of the lands to the tribes. His label for the chamber was "the 100 club."

### Lease Is Cited

Speaking for the federal bureau of prisons, Warden W. H. Hardwick of the El Reno federal reformatory, pointed out that the reformatory has a lease agreement with the agriculture department and the army for approximately 700 acres of reservation land, which is used, in the most part, for grazing purposes.

The reformatory controls 1,000 acres previously granted by congress.

Warden Hardwick emphasized that the prison bureau "has no quarrel with anyone," but that he wished to state briefly his bureau's requirements.

### Indian Claim Doubted

In his concluding remarks in behalf of the opposing faction, Counselor Monk pointed out that his clients were not in opposition "to anything that the Indians have legal right to," but the strong objection and crux of the arguments was usage of the term "giving it back to the Indians," when, he claimed, the Indians never owned the land.

Congressman Jarman promised both factions that he would study all statements of testimony and transcriptions of the session, and that he would make copies of the transcriptions available to all Oklahoma representatives in congress.

El Reno American
Thursday
April 29, 1954

# No Decision Reached in Fort Hearing Here

The big decision of whether or not to initiate legislation in Congress asking the transfer of Fort Reno lands to tribal ownership of the Oklahoma Cheyenne and Arapahoes now rests with Rep. John Jarman and Rep. Victor Wickersham, who presided over the exhaustive hearings here Saturday.

Both sides of the argument were presented, with Cushing attorney, W. Howard Payne, representing the Indians, and A. Francis Porta, El Reno lawyer, spearheading the attack on the proposal for the El Reno chamber of commerce, and John C. Monk representing Oklahoma A&M college and the U.S. Department of Agriculture in their efforts to block the transfer proposal.

The public hearing got underway shortly after 10 a.m. in the district courtroom with Payne presenting the opening testimony in behalf of the two tribes. His statement, which took almost an hour, contended that the land rightfully belonged to the Indians and that it was only "loaned" the government for military purposes in an early treaty. He said that since there were no longer any military functions there, the land should be "returned."

### Indians Never Owned Area

Attorney John C. Monk, Oklahoma City, representing A&M and the USDA, summarized his lengthy written argument opposing the transfer by claiming that the two tribes had never actually owned the disputed 9,493 acres and they had lived there only temporarily from 1869 to 1890. Monk said that after having come down from the north, the tribes were offered a reservation in 1867 bordered on the south and west by the Cimarron river, the Arkansas river on the east and the present Oklahoma-Kansas state line on the north. Monk contended that the tribes refused this territory and then were granted temporary residence further south in Oklahoma. The factions opposing the transfer said that the term "returned," as used by the Indians, was erroneous because they had never had actual ownership.

Opposition to the transfer proposal also contended that the government had made an agreement in 1890 with the Indians which gave to each man, woman and child in the tribes living in the territory 160 acres of land in the strip extending westward from El Reno to the Oklahoma-Texas line. The executive order authorizing the permanent 160 acre allotment was in lieu of the northern reservation which the tribes rejected, Monk said.

Monk also pointed out that the executive order of 1890 paid to the tribes a sum of $1,500,000 for the northern territory and that it was agreed to that the Indian allotments would not include land then occupied by the military agency, school, school farm or land used for religious or other public purposes.

### Earlier Claim Thrown Out

He also said that a suit asking payment for the disputed territory had been filed by the tribes in the U.S. Court of Claims in 1921 and that due to lack of prosecution by the Indians the suit was thrown out in 1941. He asserted that had the tribal claim been valid, the court would have returned a judgment in their favor in the 1929 case.

In answer to the "white" faction, J. F. Nighswander, El Reno realtor, gave a verbal blast to the El Reno chamber of commerce saying that it did not represent the people of the area but only a few individuals. Nighswander said that public sentiment was for the transfer of the lands to the "remnants of a once proud tribe, that was now poverty-stricken and penniless." He hurled the accusation at the A&M president of establishing a vast political machine with "selfish and greedy motives as a basis for his opposition."

### Criticizes Political Machine

Nighswander asserted that the college now had some 45,000 acres of land at 117 experiment stations in the state and that they did not want to see their "machine" weakened. At times in the elderly Nighswander's oratory, members of the tribes burst out with applause and shouts of approval. Congressman Jarman interrupted the proceedings at several points to warn the group that no demonstrations would be allowed.

A. Francis Porta, counsel for the El Reno chamber of commerce, also raised the question of tribal ownership of the Fort Reno lands, asserting that they had only resided there temporarily. He also pointed out the beneficial agricultural projects that were being carried on at the experimental station by the Department of Agriculture and Oklahoma A&M and expressed the doubt of the feasibility of the cooperative beef-raising plan introduced by the Indians.

In charge of the experimental work, Vernon Jeffrey, representative for the Oklahoma Farm Bureau, as the morning session concluded and his chair was filled by David J. Perry, administrative assistant to Toby Morris, who was unable to attend.

As the hearing resumed after lunch at 2:30 p.m. the various farm groups expressed their desires to see the continuation of the present experimental program on the reservation and pointed out the ways in which the nation as a whole could benefit from the findings there. They pointed out expected population increases and asserted that such programs will be necessary for this country to produce certain foods when this increase comes about.

### Old Chiefs Give Color to Hearing

One of the most colorful portions of the entire proceeding came in mid-afternoon when several tribal chieftains came before the group to offer their views. Chief Elk River, Hammon, who speaks only his native Cheyenne, said through an interpreter, that he believed the land should go back to his people.

"When I was just a boy and roamed over the prairies of Oklahoma, my people told me that someday we would get Fort Reno back," the aged chieftain told the group in his Cheyenne tongue and sign language. The crowd of some 275 people in the courtroom and a large number on the lawn listened to a public address system outside, sat motionless and quiet as the old chief appealed.

Chief Baldwin Twins, Cheyenne from Clinton, told the Congressmen that he too had thought all his life that the fort would belong to the tribes when the soldiers left. Through the interpreter, John Fletcher, Clinton, Chief Twins said, "There is no doubt in the mind of the Great One above about who should have Fort Reno."

Summations by both sides of the issue came at the conclusion of the five and one-half hour meeting. Each side reviewed its arguments and presented to the congressmen prepared statements on the matter for consideration and study.

### No Decision by Jarman

The controversial reservation has been used up until 1948 by the military but was at that time turned over to the jurisdiction of the U.S. Department of Agriculture, with some 2,688 acres located on the south of highway 66 and the old prisoner of war camp on the east edge of the fort going to the U. S. Bureau of Prisons. The Army moved back into the reservation in 1952 as a "tenant" unit to carry on a horse and mule procurement program but the control of the lands remained under the USDA.

The reassurance that no decision had been made yet was given both sides by Congressman Jarman. He pointed out that the matter would receive a great deal of consideration before a decision would be made on whether or not to initiate the legislation.

Bills for the fort's transfer have been introduced in the 81st and 82nd congresses, passing in the House of Representatives but dying in the Senate chambers.