**ATTACHMENT 4**

El Reno American
Thursday
May 20, 1954

# Army Asks for Retention of Fort Reno by Government for Possible Military Need

## Request May Block Demands by Indians For Legislation to Return Reservation to Two Tribes—Equine Program May Be Reinstated

Settlement for the time being of the disposition of Fort Reno may result from the request filed Wednesday by the army officials in Washington, D. C., who desire to keep the big station on a standby basis.

Cheyenne and Arapaho Indians contend that the property should be returned to their possession whenever it is abandoned by the army. As a result of the closing down of the remount station activities recently when the furnishing of horses and mules to Turkey was completed, the Indian leaders asked Cong. John Jarman to introduce a bill to restore the 7,000 acre reservation to them.

A hearing was held here three weeks ago in which Cong. Jarman and Cong. Victor Wickersham heard leaders and attorneys on both sides of the controversy advance arguments on the question. No action was taken at the time and the request by the army is believed to be all that is sufficient to invalidate for the time the application by the Indians, regardless of the rulings on the validity of their claims for the return of the lands.

**Farm Agencies Oppose Indians**

During the hearing here the Department of Agriculture and A&M college, operators of the large livestock experiment station on the reservation, joined by the El Reno chamber of commerce, state farm organizations and cattlemen's groups, opposed the claims of the tribesmen on the grounds that the treaty of 1867 reserving the land for the two tribes, had been set aside by the treaty of 1891.

Transcripts of the hearing have just been completed by Roger Worsham, U. S. Reformatory employee, and have been turned over to the chamber of commerce. Copies are to be prepared by the A&M college for distribution to interested parties.

The action of the army indicates that it has in view the reviving of the equine program at the station as a result of the gravity of the Indo China crisis. During the past three years the army and experiment station have divided the buildings and pasture acreage at the fort for a joint operation, and the same plan is to be followed in the future if the military program is revived.