# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

CHEYENNE-ARAPAHO TRIBES OF       )
OKLAHOMA,                        )
                                 )
                 Plaintiff,      )        No. 06-519
                                 )        Judge P. L. Friedman
                                 )
        v.                       )
                                 )
UNITED STATES OF AMERICA, et al. , )
                                 )
                 Defendants.     )
_____ )

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE
## REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION
## TO DISMISS, OR, IN THE ALTERNATIVE FOR SUMMARY

Defendants hereby move for an extension of time of sixty days, from February 5, 2007,

to, and including, April 6, 2007, in which to file Defendants' Reply to Plaintiff's Opposition to

Defendants' Motion to Dismiss, or, in the Alternative , for Summary Judgment.  In support of

this motion, Defendants state as follows:

1. On October 16, 2006, Defendants filed a Motion to Dismiss, or, in the Alternative, for

Summary Judgment;

2.  Plaintiff's response was due on October 30, 2006, but plaintiff sought for an extension

of time of sixty days until December 29, 2006, in which to file its response brief.  Defendants

consented to this extension.

3.  In mid-December, 2006, the Plaintiff sought a further extension of time for thirty days

in which to file its response brief.   Defendants also consented to this second enlargement

request.  Plaintiff filed its response brief on January 29, 2007.

4.  Defendant's reply brief is now due to be filed on February 5, 2007.

5. Defendant's counsel is assigned as the attorney of record  for the government in two other Indian cases one of which is particularly complex - - that is, factually/technically complex.  Both cases will necessitate extensive briefing during February and March; the complex one will most likely require the government to  respond to plaintiffs' discovery as well.

6. Plaintiff's counsel, John Racine, has authorized the undersigned to state that the plaintiff does not oppose this motion.[1]

This is the first request for an extension of time which the government has made.


Dated this 30th day of January, 2007.

                                        Respectfully submitted,


                                        /s/ James M. Upton
                                        JAMES M. UPTON
                                        U.S. Department of Justice
                                        Environment & Natural Resources
                                            Division
                                        Natural Resources Division
                                        P. O. Box 663
                                        Washington, D.C.  20044-0663
                                        Ph: (202) 305-0482
                                        Fax: (202) 305-0506
                                        E-mail: james.upton@usdoj.gov

                                        Attorney for Defendants


## UNITED STATES DISTRICT COURT

---

[1] A proposed Order is attached.

**FOR THE DISTRICT OF COLUMBIA**

_____

**CHEYENNE-ARAPAHO TRIBES OF**  )
**OKLAHOMA,**  )
  )
              **Plaintiff,**  )      **No. 06-519**
  )      **Judge P. L. Friedman**
  )
       **v.**  )
  )
**UNITED STATES OF AMERICA, et al.,**  )
  )
          **Defendants.**  )
_____ )

**ORDER**

In light of the fact that the Defendants' Motion for an Extension of Time to File Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment is unopposed, and that the Defendants did not oppose the two extensions of time sought by Plaintiff to file its Opposition, the court has decided to grant the Defendants' Motion for Extension of Time. Accordingly, it is hereby ORDERED that the Defendants' Motion for Enlargement of Time to File Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss, or, in the Alternative, for Summary Judgment be, and it hereby is GRANTED.

Dated: _____

                                          _____
                                          JUDGE P. L. FRIEDMAN
                                          UNITED STATES DISTRICT COURT