UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEYENNE-ARAPAHO TRIBES OF OKLAHOMA,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>   Defendants. | No. 06-519<br>Honorable Paul L. Friedman |

**DEFENDANTS' MOTION FOR ORDER WAIVING PAGE
LIMITATION ON REPLY BRIEFS IN LOCAL RULE 7(e)**

Defendants hereby move for issuance of an order waiving the page limitation on reply briefs imposed by LcvR 7(e)) and allowing the Defendants to file a reply brief of thirty-five pages. In support of this motion, counsel for Defendants states as follows:

1. LcvR 7(e) imposes a 25- page limitation on reply briefs;

2. This case has a factually and legally complicated history;

3. In order to have an adequate opportunity to fully respond to Plaintiff's Opposition to Defendants' Motion to Dismiss, or, Alternative, for Summary Judgment, Defendants need the reply brief page limitation waived;

4.. Plaintiff's counsel, John Racine, has authorized Defendants' counsel to state that Plaintiff does not oppose this motion.[1]

---

[1] A proposed Order is attached.

Dated this 16th day of March, 2007.

                          Respectfully submitted,

                          /s/ James M. Upton
                          JAMES M. UPTON
                          U. S. Department of Justice
                          Environment & Natural Resources Division
                          Natural Resources Section
                          P.O. Box 663
                          Washington, D.C. 20044-0663
                          Ph. (202) 305-0482
                          Fax: (202) 305-0506
                          E-mail: james.upton@usdoj.gov

Attachment

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHEYENNE-ARAPAHO TRIBES OF OKLAHOMA,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **UNITED STATES OF AMERICA, <u>et al</u>.** ) <br> ) <br> **Defendant.** ) | **No. 06-519** <br> **Judge Paul L. Friedman** |

**ORDER**

The court has decided to grant the government's unopposed motion for waiver of the page limitation on reply briefs imposed by LcvR 7(e). Accordingly, it is ORDERED that Defendants' Motion for Order Waiving Page Limitation on Reply Briefs in Local Rule 7(e) be, and it hereby is, GRANTED.

Dated: _____

_____
UNITED STATES DISTRICT COURT
JUDGE PAUL FRIEDMAN