## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHEYENNE-ARAPAHO TRIBES OF OKLAHOMA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | **No. 06-657** |
| **v.** | ) | **Judge Paul L. Friedman** |
| | ) | |
| | ) | |
| | ) | |
| **UNITED STATES OF AMERICA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### DEFENDANTS' MOTION FOR LEAVE TO FILE
### PAPER COPY OF ARCHIVAL DOCUMENT

Defendants hereby move for leave to file a paper copy of a lengthy archival document which we have designated as "Transcript of Negotiations" located at National Archives Record Group No. 48.  In support of this motion, Defendants states, as follows:

1.  Defendants are filing their Reply brief in this case today, April 6, 2007, attached to which is an electronic copy of an archival document which we have designated as "Transcript of Negotiations."  This is the archival record of the 1890 negotiations between the Cheyenne-Arapaho Tribes and the federal government leading to the cession of the Tribes' 1869 Executive Order Reservation in 1890 (and later ratified by Congress on March 3, 1891);

2.  Despite our best efforts, there are portions of the scanned version of this document which are illegible;

3.  Both the Court and the plaintiff should have a legible copy of this very significant document;

4. Defendants will hand carry to the Clerk's Office today a paper copy of this motion, an original certified copy of this document, and two additional copies - - one to be sent to the chambers of Judge Friedman;

5. We will sent a paper copy to Plaintiff's counsel today.[1]

Dated this 6th day of April, 2007.

Respectfully submitted,

/s/ James M. Upton
JAMES M. UPTON
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C.   20044-0663
Ph. (202) 305-0482
Fax: (202) 305-0506
E-mail address: james.upton@usdoj.gov

Attachment

# UNITED STATES DISTRICT COURT

---

[1] A copy of a proposed Order is attached.

### FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| **CHEYENNE-ARAPAHO TRIBES OF OKLAHOMA,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **No. 06-657** **Judge Paul L. Friedman** |
| **UNITED STATES OF AMERICA, <u>et</u> <u>al.</u>,** | ) ) ) | |
| **Defendants.** | ) ) | |

_____)

### ORDER

Since it is essential that the Court must have legible copies of the archival documents relied upon by the parties, the Court grant Defendants' Motion to File Paper Copy of Archival Document.  Accordingly, it is hereby ORDERED that this motion be GRANTED.

Dated:_____

_____
**JUDGE PAUL L. FRIEDMAN**
**UNITED STATES DISTRICT COURT**