Tract 2, sec containing Lot 5, SEXE, NESE — [illegible notation] about [illegible]
reserved under the Justice Dept. for use by the Bureau of Prisons in connection with operation of the El Reno

Township No.

All sec 1-2-3-4-5-6-7-8-9-10 and balance of W½ sw 11 — Transferred to Agriculture by War Dept. Aug 5-1949

| PART OF SECTION. | SECTION. | TOWNSHIP. | RANGE. | ACRES. | 100ths. | Dollars. | Cents. | Dollars. | Cents. | NAME OF THE PURCHASER. |
|---|---|---|---|---|---|---|---|---|---|---|
| All of | 3 | 12 N. | 8 W. | | | | | | | Military Reservation for Fort Reno, by Executive |
| all | | | | | | | | | | see Sec. 10 - O+G Lse. 017024. |
| All of | 4 | 12 | 8 | | | | | | | Military Reservation for Fort Reno, by Executive |
| Lots 3,4, S½NW¼, SW¼ (W²) | | | | | | | | | | see Sec. 9 - O+G Lse. 016539 |
| Lots 1,2, S½NE¼, SE¼ (E²) | | | | | | | | | | see Sec. 10 - O+G Lease 017024. |

way [illegible] hereby withdrawn from all forms of appropriation under the public land laws & reserved
Federal Reformatory. PLO 3089, 0369436 New Mex. 5/22/63.

| Range No. | | , District of | | | |
|---|---|---|---|---|---|
| DATE OF SALE. | NUMBER OF RECEIPT AND CERTIFICATE OF PURCHASE. | TO WHOM PATENTED. | DATE OF PATENT. | WHERE RECORDED. | |
| | | | | VOLUME. | PAGE. |
| Order of July 17/83 | Reserve No. 1. | See Sec'y's letter of April 12/92 per 92/47,406 | | | |
| Order of July 17/83 | Reserve No. 1. | See Sec'y's letter of Apr. 12/92 per 92/47,406 | | | |

*[Handwritten notes at top:]* Tract... see above... township south range... / See Page 8/ under jurisdiction of the Justice Dept. for use by Bureau of Prisons in connection with operation of the El Reno (4-952.)

Township No.

| Part of Section | Section | Township | Range | Acres | 100ths | Dollars | Cents | Dollars | Cents | Name of the Purchaser |
|---|---|---|---|---|---|---|---|---|---|---|
| All of | 1 | 12 N. | 8 W | | | | | | | Military Reservation for Fort Reno, by Executive |
| | | | | | | | | | | See sec. 12. Oil & Gas appln. 017023 |
| | | | | | | | | | | See sec. 4. Oil & Gas appln. 014312 withdrawn |
| | | | | | | | | | | Sec 2 & 4 — O & G — 0?????? 9/2/52 — Rejected |
| all | | | | | | | | | | See Sec. 12 — O+G Lease 017023 |
| | | | | | | | | | | Rej. app. 82N64, 8288° — John Young Bloo? — 1951 — 145246 |
| All of | 2 | 12 | 8 | | | | | | | Military Reservation for Fort Reno, by Executive |
| | | | | | | | | | | See sec. 12. Oil & Gas appln. 017023 |
| | | | | | | | | | | See sec. 4. Oil & Gas appln. 014312 withdrawn |
| | | | | | | | | | | Sec ? — O & G — 0????? — 9/2/52 — Rejected |
| all | | | | | | | | | | See Sec. 12 — O+G Lse. 017023 |

Federal Reformatory - PLO 3089, 0309436 New Mexico, 5/22/63.

| Range No. | , District of | | | | |
|---|---|---|---|---|---|
| act April 21-1948 (Pub. Law 494) #53841 | | | | | |
| DATE OF SALE. | NUMBER OF RECEIPT AND CERTIFICATE OF PURCHASE. | TO WHOM PATENTED. | DATE OF PATENT. | WHERE RECORDED. | |
| | | | | VOLUME. | PAGE. |
| Order of July 17/83 | Reserve No. 1. | See Secy's letter of Apr. 12/92 per 92/47406 | | | |
| Order of July 17/83 | Reserve No. 1. | See Secy's letter of April 12/92 per 92/47406 | | | |
| Dec. 13, 1948. | | | | | |
| Rejected & case closed April 20, 1954. | | | | | |

(4—952.)

Township No.

| DESCRIPTION OF TRACT. | | | | CONTENTS. | | RATE PER ACRE. | | PURCHASE MONEY. | | NAME OF THE PURCHASER. |
|---|---|---|---|---|---|---|---|---|---|---|
| PART OF SECTION. | SECTION. | TOWNSHIP. | RANGE. | ACRES. | 100ths. | Dollars. | Cents. | Dollars. | Cents. | |
| All of | 9 | 12 N. | 8 W | | | | | | | Military Reservation for Fort Reno, by Executive |
| | | | | | | | | | | see sec sev - 11 - oil & gas appl. 016539 |
| | | | | | | | | | | sw¼ S² sec sec, 10 oil & gas appln 017024 |
| | | | | | | | | | | All sec sec. 12. oil & gas appl. 014314 withdrawn |
| O&G Lee. Pt. 33, T. 13 N. 8 W, pt sec. 4, nw¼ | | | | 796 | 53 | | | | | act Feb. 25, 1920  Neil F. Stull |
| sw¼,   S² | | | | | | | | | | See Sec. 10 - O&G Lease 017024 |
| All of | 10 | 12 | 8 | | | | | | | Military Reservation for Fort Reno, by Executive |
| | | | | | | | | | | O&G Pt 4,9 all sec appln. 017024 B.L.M, Neil F. Stull, Mar. 3 1919 |
| | | | | | | | | | | All sec sec 12. oil + gas appl. 014314 Withdrawn |
| O&G Lee. Pt. sec. 4, 9, all sec. 3, 10 | | | | 2067 | 09 | | | | | act Feb. 25, 1920  Standolind Oil & Gas Co / Neil F. Stull |

Range No. _____, District of _____

| DATE OF SALE. | NUMBER OF RECEIPT AND CERTIFICATE OF PURCHASE. | TO WHOM PATENTED. | DATE OF PATENT. | WHERE RECORDED. | |
|---|---|---|---|---|---|
| | | | | VOLUME. | PAGE. |
| Order of July 17/83 | Reserve No. 1. | See Secy's letter of Apr. 12/92 per 92/47,406 | | | |
| June 1, 1953 | 016539 BLM. | | | | |
| Order of July 17/83 | Reserve No. 1. | See Secy's letter of Apr. 12/92 per 92/47,406 | | | |
| June 1, 1953 | 017024 BLM. assigned 9/3/53. | | | | |

(4—952.)

Township No.

| Part of Section. | Section. | Township. | Range. | Acres. | 100ths. | Dollars. | Cents. | Dollars. | Cents. | Name of the Purchaser. |
|---|---|---|---|---|---|---|---|---|---|---|
| All of | 11 | 12 N. | 8 W. | | | | | | | Military Reservation for Fort Reno, by Executive |

see sec. 12- O+G appl. 017023
see sec. 12- oil + gas appl. 01524 withdrawn
see sec. 17- O+G appl. 052220  9/5/52 - Rejected

all                  see sec. 12- O+G Lse. 017023

| All of | 12 | 12 N. | 8 W. | | | | | | | Military Reservation for Fort Reno, by Executive |

see sec. 1, 2, 11, 12 - oil + gas appls. 017023 O.C.M. Neil F. Stull, Mar. 3, 1949
all required oil + gas appl. 01531 O.C.M. N. W. Wagner, apr. 14, 1948 withdrawn
                    O+G appl. 052220 G L M 9/5/52 - Rej. m...

O+G Lse. all Secs. 1, 2, 11, 12          2544.44  act 2-25-20   Stanolind Oil Co.
                                                                 Neil F. Stull

Ref. appls. 87184 + 8288   Clarence A. Newman - 1901 - 145246

Range No. _____, District of _____

| DATE OF SALE. | NUMBER OF RECEIPT AND CERTIFICATE OF PURCHASE. | TO WHOM PATENTED. | DATE OF PATENT. | WHERE RECORDED. | |
|---|---|---|---|---|---|
| | | | | VOLUME. | PAGE. |
| Order of July 17/83 | Reserve No. 1. | See Secy's letter of Apr. 12/92 per 92/4740 | | (E½ & 471.48 ft of W½ trans. all.) transferred to Dept of Justice by War Dept. by act 5/4/1897 (30 Stat. 200) 12/4/98 #53841. | |
| Order of July 17/83 | Reserve No. 1. | See Secy's letter of Apr. 12/92 per 92/47406 E½ + east 471.48 feet of the W½ transferred to Dept. of Justice by War Department – (act of May 26-1897 30 Stat. 200 + Feb. 24-1898 – #53841). note all see 12. | | | |
| * Rejected April 20, 1954. | | | | | |
| June 1, 1953 | 017023 BLM | assigned 9/3/53 | | | |

146 (4—952.)

Township No.

| Description of Tract. | | | | Contents. | | Rate per Acre. | | Purchase Money. | | Name of the Purchaser. |
|---|---|---|---|---|---|---|---|---|---|---|
| Part of Section. | Section. | Township. | Range. | Acres. | 100ths. | Dollars. | Cents. | Dollars. | Cents. | |
| | 28 | 13 N. | 8 W. | | | | | | | |
| SE¼, NNE¼ & NE NW¼ All of | | | | | | | | | | Right of Way act Feb. 18,1888 Choctaw Coal & Ry Co. Military Reservation for Fort Reno by Executive |
| | | | | | | | | | | Transferred 7/1/44 by War Dept. to Dept of agriculture act 7/1/48 Pub. 494 80th Cong. |
| | | | | | | | | | | 25,26,27,all Oil & Gas appln. 079025 E.& M. Paul F. Stull, Mar. 3, 1949. |
| | | | | | | | | | | 25,26,27, all Oil & Gas appln. 014313 E.& M. H. W. Wagoner, Apr 14, 1945. |
| O&G. Lse. Pt. Secs. 25,26,27, all | | | | 1643 | 06 | | | | | act Feb. 25, 1920 Stanolind Oil & Gas Co Paul H. Stull |
| | 29 | 13 | | | | | | | | |
| NE¼ | " | " | " | 160 | | | | | | Chey. & Arap. Jessie Spread Hands |
| NW¼ | | | | 160 | | | | | | Chey. & Arap. Willie Shields, 1902 |
| SE¼ | " | " | " | 160 | | | | | | Chey. & Arap. Mrs. Peter Shields |
| SW¼ | " | " | " | 160 | | | | | | Chey. & Arap. Eddie Shields |

Range No. _____, District of _____

| DATE OF SALE. | NUMBER OF RECEIPT AND CERTIFICATE OF PURCHASE. | TO WHOM PATENTED. | DATE OF PATENT. | WHERE RECORDED. | |
|---|---|---|---|---|---|
| | | | | VOLUME. | PAGE. |
| Order July 17/83 #5384 | Indian Office Ind Res No 1361-E-531255- Reservation | Approved Nov. 25, 1890 See Secy's letter of Apr. 12/92 per 92/47406 | | | |
| withdrawn 9/1/53 | | | | | |
| June 1, 1953 | 017026 BLM. assigned 9/3/53. | | | | |
| Act Mch 3/91 | 3258 | See Secy's letter of Apr. 12/92 per 92/47406 | | | |
| Act Mch. 3/91 | 3247 | Patent in fee 593448 July 23, 1917. See Secy's letter of Apr. 12/92 per 92/47406 | | | |
| Act Mch. 3/91 | 3241 | See Secy's letter of Apr. 12/92 per 92/47406 Patent in fee 593445 July 23, 1917. | | | |
| Act Mch. 3/91 | 3242 | See Secy's letter of Apr. 12/92 per 92/47406 | | | |

| Description of Tract. | | | | Contents. | | Rate per Acre. | | Purchaser Money. | | Name of the Purchaser. |
|---|---|---|---|---|---|---|---|---|---|---|
| Part of Section. | Section. | Township. | Range. | Acres. | 100ths. | Dollars. | Cents. | Dollars. | Cents. | |
| All of E½ | 34 | 13N | 8W | Transferred 7/5/49 to agriculture dept by War Dept. act 4/21/48, Pub. 494, 80th Congress Military Reservation for Fort Reno by Executive Right of Way Act Mar. 2, 1887 | | | | | | Chic. R.I. & P. Ry. Co. |
| all | | | | See Sec. 36 – O&G Lease 017025 | | | | | | |
| All of W½E¼ + NE¼W¼ | 35 | 13 | 8 | Transferred 7/5/49 to agriculture dept by War Dept. act 4/21/48, Pub. 494, 80th Congress Military Reservation for Fort Reno by Executive Right of Way act Feb. 18, 1888 Right of Way, act Mar. 2, 1887. | | | | | | Choctaw Coal & Ry Co. Chic. R.I. & P. Ry. Co. |
| all | | | | See Sec. 36 – O&G Lse. 017025 | | | | | | |
| All of For indemnity (640) S½E¼ S½W¼ + N½W¼ | 36 | 13 | 8 | Transferred 7/5/49 to agriculture dept by War Dept. act 4/21/48, Pub. 494, 80th Congress Military Reservation for Fort Reno by Executive See Sec. 32, T. 13 N, R. 1 E. Right of Way act Feb. 18, 1888 | | | | | | Choctaw Coal & Ry. Co. |
| O&G Lse. Pt. 33, all Sec. 34, 35, 36 | | | | | | | | 2239 | 75 | act 2-25-20 Neil F. Stull |

| Range No. | | , District of | | | |
|---|---|---|---|---|---|
| DATE OF SALE. | NUMBER OF RECEIPT AND CERTIFICATE OF PURCHASE. | TO WHOM PATENTED. | DATE OF PATENT. | WHERE RECORDED. | |
| | | | | VOLUME. | PAGE. |
| #5384 Order of July 17/83 | Reserve No. 1. 117905-99 | See Secy's letter of April 12/92 per 92/47,406 Error in posting - map not approved - | | | |
| #5384 Order July 17/83 Indian Office | Reserve No. 1. 1361-E-53/255 117905-99 | See Secy's letter of Apr. 12/92 per 92/47,406 Approved Nov. 25, 1890 - Error in posting - map not approved - | | | |
| #5384 Order July 17/83 Indian Office 9/18/30 | Reserve No. 1. 1361-E-53/255 | See Secy's letter of Apr. 12/92 per 92/47,406 Approved Nov. 25, 1890 - Rejected April 20, 1954. | | | |
| June 1, 1953 | 017025 BLM. | | | | |