NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

# To all to whom these presents shall come, Greeting:

By virtue of the authority vested in me by the Archivist of the United States, I certify on his behalf, under the seal of the National Archives of the United States, that the attached reproduction(s) is a true and correct copy of documents in his custody.

(seal)

SIGNATURE: *Gary L. Morgan*

NAME: Gary L. Morgan

DATE: 3/14/07

TITLE: Asst. Chief, Archives I Research Support Branch

NAME AND ADDRESS OF DEPOSITORY:
National Archives and
Records Administration
Washington, DC 20408

NA FORM 14007 (10-86)



INDIAN OFFICE
FILED

Reports of Council

Held by

Cherokee Commission

and

Several Indian Tribes

in 2 Parts

Part 1








July 7, 1890

Jerome. The commissioners here want to talk to the Cheyennes
rapahoes as one people, and we don't want any differences that
have heretofore existed to interfere with your giving it your
deliberate consideration and treating us just as fairly as the
Government will you.

Now in order that we may all understand what is said
we have this man and this man (here points to interpreters)
to interpret for you and if one man does not tell you right
the other man will tell you and so you may understand all that
we say. Is that satisfactory? (Ans.) Yes.

These gentlemen and myself come from Washington under the
authority of an Act of Congress and under an appointment by
the President of the United States to talk to you. For a
great many years it has troubled the mind of the President to
know what was the best for you Indians to do in order that they
should not be crowded out of their homes and crowded out of an
an opportunity to get a good living.

The President has now reached a conclusion and he has now
sent us here to call you together as a father, as any of these
old gentlemen, would call his children round him to tell them
what he wanted them to do. The President is like a father
to the Indians and guardian of their rights, and has sent us
here to tell you what you ought to do and what is right and to
prepare you to get a living hereafter in the best way that can
be planned for you. What the President wants the Cheyennes
and Arrapahoes to do, he wants all the Indians to do and a
great many of them are already doing what he wants them to do.

When the President's wants were explained to the great
Sioux Tribe up in Dakota they did it; and when we went to the
Iowas, the Sac and Foxes, the Pottawatomies and the Shawnees
and told them what the President wanted them to do they said
all right and are doing it. Now you Indians have a great
territory of land here and the Government wants you to change
your relation to it because the uses that you used to put it
have ceased to exist. Before any change is made the Presi-
dent has sent us here to see you and to fix you so that you
may have some land and fence it, and have a home so that no
white man can come and encroach upon it.

Now this Commission is willing to agree upon the part of
the United States that when you have taken your homes it will
give you some money that you may build your homes, buy your
cattle and fence your farms and thereby have something on which
to live. Now in selecting these homes the Indian may go
and select such part of the reservation as he thinks will make
him the best home, he may take the best land and take it where
he pleases. Now some of these people may say to us we don't want
to do it we want to be left entirely as we are, that they want
the buffalo to come back, and the game to come back, and things
be entirely as they used to be. Now this can't be done, the
buffalo will never come back and the game will never come back
and the Indian must live by growing something out of the ground
or else he will starve; this the great father don't want to come
to the Indian, he wants him to have plenty of corn and potato
and beef so that he may have good food every day and
-es to put on in winter. In 7 years from now all
that the Government agreed to pay to you by treaty
paid to you and then you will have no more money

2

from the Government on which to live. Now if you are going to live by t[illing] the land and raising cattle and horses like whitemen you [have got to] begin before the money gives out so as to have some[thing] to start on. Seven years will soon be round and if [you had] all the land round you you would starve just the same, you can't eat it nor feed it to your children. If you d[eci]de to do what the President wants you to do this Commission will agree with you how much land you ought to have and [how] much money you ought to have for your interest in the lands [that] you don't select for homes.

This Com[miss]ion the President sent here for the purpose of looking at your lands and talking with your people so that we can tell the President how much land you ought to have and how much money you ought to have for the land that you don't use live on, so that you you may look like good people.

These Com[miss]ioners have no money interest nor any other interest in wha[t is] done with you Indians, we get just as much money if we don't trade as if we do trade.

We are [sen]t here to talk to you Indians and to almost all the Indians i[n t]he Indian Territory and we have no other interest than to [tel]l you what we think is best for you and and what is best for your best interest.

If you [sa]y you wont trade with us, you wont do what the President wan[ts y]ou to to do, the law of Congress will be put in force and [we] will have to deal with some one else: you will have to deal [wi]t[h] someone a long ways off, you wont wont have anyone to com[e] and see you as this Commission has done.

The peo[ple h]ave determined, the great masses of the people have determine[d tha]t if the Indian does not use the land to live on and d[oe]s not live upon all the land in his reservation he must take small allotments and live upon it. It is one of those [thing]s that this Commission can't help, can't make it diff[erent i]f they want to; it is a law of the land today. Oth[er I]ndians have been ordered to take their lands and have to [do so]. After they have taken their allotments under the req[u]irements of this law they would have to settle with the Gove[rnmen]t for the rest of the land not used and that is what you wo[ul]d have to do, I have no doubt, if you refused to to do what t[he C]ommission wants you to do. I don't tell you these thi[ngs] to terrify [y]ou or to over-ride you in the least but I tell you [bec]ause it is our duty to tell you what is in the law conc[ern]ing the Indians. Now while the President has has the autho[rity] and power to do these things he hopes you will do what is be[tter] for you than would be done if you wait till force is used

While tel[ling you] the law the Government will never do a mean thing to th[ose] [don]e through this Commission: they will not take your lands f[rom you] until they have sent us to look at your land and improveme[nts an]d paid you for the rest of your lands and we can do [a] [goo]d deal better than a man away off in Washington

When a fa[the]r asks his children to do so and so because he believes i[t i]s the best for them and they do it he feels very very kindly [tow]a[r]ds them; and now when we have told you what the President [wan]ts you to do and if you do it you will be trea-ted very gen[erous]ly and kindly. Now I have said this much to you that yo[u ma]y have a great deal to think of; this is one of the most i[mpor]tant things that you have ever had to consider maybe the mos[t] [i]mportant and you do not want to hurry, go home and sleep ov[er it] and come back tomorrow and tell us frankly and kindly w[hat yo]u think of it. If you treat these requests that [the P]resident makes to you through these commiss-

ioners as we ... you will do, we will ofeer you such good things that I know that there is not an Indian here but what will say it is just and fair and that they are glad the Commission came here.    I ask you now to listen to my associate Judge Sayre who wants to say a few words to you and then I hope that every one of you whether Cheyenne or Arapahoe may feel free to speak out what you have in your minds because you are among friends who feel and think kindly towards you.

(Sayre)   It makes me glad to know that when I come to speak to the Cheyennes and Arrapahoes I com to speak to great big stout sensible men and not to children.   I am glad to know that I can talk to men who know what they want and are not afraid to tell it. On the other hand the great father at Washington has sent us out here and we must not be afraid to tell you what he wants and he thinks the Indians ought to do it.

Now in order that we may come to the just conclusion in great matters like this of great importance to you as well as to the President it is but right that we should speak only the truth to you and that you speak only the truth to us.   Now Now in the first place what is it that the Indian wants or the white man either  is that he may live comfortably that he may have a house to keep him warm in winter and cool in summer and plenty of cattle and ponies that is what the Indian wants and what the white man wants.

Now it is right for you to think how you can best live and the President he has determined in his own mind how he thinks you can live better and more comfortably.   It seems that it is the will of the Great Spirit somehow that changes should be taking place, you have witnessed hundreds of changes and will doubtless witness more.

Now in times gone by the Indians, it seems, have had three different ways of living. One of those ways was by war where you went on the warpath and either plundered someone or got plundered but that way you all understand has gone by forever: another way of living the Indian had a few years ago was to go upon the chase and kill deer and buffalo and kill game for himself and his family but that way too is gone by forever: the 3d way the Indian had to live was by the Great Father at Washington providing by law that the agent would issue to them rations and money and clothing and so he could live but in seven years that too will be gone with the others and forever lost to us.   Now in view of these facts something else has got to be done by the Indian; what shall it be?

The great Father at Washington has for many years been studying your condition and what can be done that will be best for you: he has given perhaps much more attention and study to this great question than you have, perhaps more that you can.

Now in the determination that he has come to he does not want any Indian to leave the home that he occupies, he may live with his family right where he now lives, in the same reservation and in the same part of the reservation if they desire it.   The great father has determined farther that you shall not have a little piece of ground but that you shall have more ground than any of you now occupy so that you may r raise more corn, more beans, more potatoes more beeves and more ponies than you now raise.   He does not propose that just the Indian shall have a home butxthexwomanxxxshallxxxx of this kind   but that each man woman and child among the Cheyennes and Arapahoes shall have a home just alike, and the President has also determined that the white man shall not go into your reservation and pick out good land and get away

4.

the best of it or that you shall struggle with them for it, but that the Indian, each man woman and child, shall go over the reservation and select his homes and take his choice before any white man comes at all. Now this is not the way the great father treats the white man, when he says to the white man you may have a home he gives it all to the white man and none to the children and wife. But the President, the great father, through the persons that he sends from time to time to find out your condition has determined that you are not ready to take your homes and make your homes without some further assistance than he gives to the white man.  The great father has further determined that before you can live upon these homes that you select for yourselves you must build fences round them, houses on them and have plows and harrows and harness, and because you can't provide them for yourselves he has determined that we shall give them to you so that without indicating to you or telling you what you it is that the great father proposes to do I can tell you that there will be more money paid every year than is now paid to the Cheyenne and Arapahoe Indians. Now my these my friends are about the conclusions, that the great father has sent us here to tell you what is is his wish and his desire and we hope too that you will agree that it is best for the Indian.

Now before we can go into the details of any proposition or contract it is necessary for the Indians to determine among themselves whether or not they will take this allotment of land as the President desires; after that is done we can come together and agree upon how much land and how much money each Indian is to have. Now in what you have to say to us I hope that every man that wants to talk for himself will do so and say just what he thinks about this but all the time keep in mind that a great storm, a great change is coming that in 7 years the Government no longer pays you money and that you must begin to think. The white man is wanting to occupy all the land in the west and if Col. Wade and his soldiers were not here to keep them back they would trample all over your reservation in a day but the President has sent us so that we can make arr arrangements so that you can live better in the future than in the past.   Now in ending my talk I want to say to you in all earnestness and truth that no arrangement can be made except upon a basis that each Indian must take land for himself and if you can get past that I am sure that we can make a contract that will be satisfactory to you and make you a great deal happier.  .  I ought to say that lots of white men, thousand of them, think that the Indian ought not to be permitted to stay stay here in the possession of so much land and so the white men and Congress, that is not elected by the Indians but by white men, has already passed a law that says that the President may make the Indian take an allotment whether he wants to or no, but the great father because he loves the Indians as he does his children says that the law shall not be put in force until I have sent Commissioners to the Indians to give them lands and put them in condition to be happy and if you put us away we can't nor can anybody else tell you what in the future will happen to the Indians.

Now the Commission nor the President can not trade with a few Cheyennes nor with all the Cheyennes nor with a few Arapahoes nor with all the Arapahoes but all the Cheyennes and all the Arapahoes and all the Commission will have to agree and then it will be put in writing and all the good results that we promise will come.

5

On these accounts it will be necessary for all of you to agree upon this one proposition as to what the Great Father wants you to do in taking these allotments of land, then when you have agreed upon that we will make this contract which will do you good and your children good as long as you live upon earth.

We know that many of you are a good ways from your homes and on that account and while we have no desire to hurry the Indians to any conclusion but will wait just as long as the Indians want yet this would seem to urge your early consideration of this matter and get to your homes as soon as possible

(Old Crow)  tells his own people to listen, that here are the people that we have been waiting for for a long time-----
(To the Commissioners)  What I have already said to you at this other place on Saturday, that is what I think now. I think just the same.  What I told you Saturday in the historical space that is the way I feel today.  The Great Spirit will know whether a man is speaking the truth in speaking his mind or not.  The Great Spirit gave the Indians all this country and never tell them that they should sell it; we never had any such words with the Great Spirit we had not been told that we had to give any land to the white man.  (asks the Commissioners to swear if they have had such word from the Great Spirit)  If you have any such word from the Great Spirit that gave them this land I would like to hear it.  The Great Spirit gave it to us because he put us here and no other people here.  If you know anything about that I would like to hear it.  These Indians were never told by the Great Spirit that they would have to swap their land.  Take the Agent and George Bent when you go and leave Col. Wade. (great applause)

The Great Spirit made the Indian one way and the white man another, He gave the Indian one way to live and the white man another way to live..  I think our children will be taken care of the same way we have been we appeal to the Great Spirit the same as they do in the Church, I have never let go of that idea that I will be left by the Great Spirit and all these people are just my way for they are all my people and it is no use for you to try and make them believe different, I speak for them all.

(Jerome)  Do they understand that the President can order it done done?
(Interpreter  They understand that it is in the power of the President to force the matter.
No dissenting voices are heard to Old Crow's

statement)

(Whirlwind  As I saw you gentlemen and as I see you now I take you to be gentlemen of sense as we see you here and as we have met you here we have nothing but kindly feelings and were glad to see you.  These people all know their minds and what they want and what has been already said is the way they feel.  I am no child, I am pretty good age, you can look around and see all the head-men and see that they ought to know their own minds
(Jerome)  What do they think the Indians will do if the President orders them to take allotments which he is able to do?
(Whirlwind)  I don't know what would be done but I have heard the talk on the subject and we would like to have the President know how we feel.
(Sayre)  We are going to report to the President on this Subject and what do they want us to tell the President?

REPRODUCED AT THE NATIONAL ARCHIVES

6.

(Whirlwind)    We expect you to tell him just what we have told you; that we don't want to sell our land: you may tell him something else but we can't help that. I have been in Washington and had several talks with the president and he never said anything like this.
(Jerome)    Tell him that the Pottawatomies thought just like he does but the President ordered them to----
(Whirlwind) That is all cut it off.

ARAPAHOE.

(Left Hand)    Since you told us that you would give us time to think over the matter, we are going to think about it and come back and have a talk.

(Tall Bear) I know that you Commissioners came out for the purpose of talking about the land to us, we heard that you were coming.    I sent my children to school, to the States to be educated.  We are holding this land for our children when they get educated.  The commanding officer at Ft. Reno was sent here to look after our lands The commanding officer at Ft. Reno tells us everything that is true.  Before seven years runs out we don't want any changes.  We don't want to sell this lnad till the seven years runs out.
(Elk Toungue or Pushing Bear)    What I say here is just the same way; these people all think the same.    (this man is Cheyenne and Arapahoe and ranks with both.)
(Cloud Chief)    Since you give time I will think of it and study it, it is very important.

--ooo0ooo--

July 8th, 1890.

(Jerome)    When we adjourned yesterday morning, a good many of your people said that this morning they would talk, and the Commission is here this morning to hear you speak.
    The question for you to talk about and tell the Commission about is whether you will take your lands as talked about yesterday.    You can ask any other questions and talk about anything else that you want to talk about and the Commission will answer the questions.    We have two Cheyenne and one Arapahoe Interpreters this morning so that if one don't understand the other can tell him what is said.    Now we want to hear from you Indians.

    (Interpreter, Price)  Whirlwind says that he has not decided today; he will listen to the others.
                Cheyenne.
(Cloud Chief)   He would like to consider over this thing. You have taken him by surprise.
(Wilson)    How long does he want.
(Cloud Chief) Colonel we would like to wait for Reynolds to come, Miles is here today and we want Reynolds to come.
(Jerome)    The Commission would like to hear from these Indians They have no objection to hearing anyone speak for them, but in the end the Indians are the ones that will have to trade.
                Arapahoes.
 Left Hand,    Yesterday I told you that I was going to have a talk today but changed my mind when I saw Miles and am going to

REPRODUCED AT THE NATIONAL ARCHIVES

7

wait for Reynolds and then I will make my talk.  I know what you came here for and have been thinking about it for a good while and when Reynolds comes I will talk.  I don't know what I will say but the Cheyennes have said against my wishes and I will wait.
(Jerome) Ask Whirlwind if he and the others will come back by and by?
(Whirlwind) We want to go over to the post and have a talk with Col Wade, we want to go over pretty soon.

### Cheyenne.

(Wolf Face) (Interpreter: he don't want to influence the feeling of anybody but wants to speak a few words to Mr. Miles)
I have been appointed Chief of the Cheyennes for 16 years I have done everything for the best of my knowledge of all the goings on of the tribes on the reservation and have good sense and know what I am doing.  We have had five agents since we have been on the agency.  We have tried our very best to get on with them but Agent Miles has done me wrong and I want to say something to him.  You can see Mr. Miles the gentleman thr there.  You have done me wrong and made me have a bad feeling I think I have appreciated the manner in which Mr. Miles got me to sign that paper, and since them I have changed my mind and joined the other people.  I was not brought up in this way of rascality and fooling people.  Now that I see Mr. Miles I thought that I would say that I want my name erased from that contract and want nothing to do with it.  I say this in the presence of all the Chiefs that I don't want anything to do with anything that is wrong?  I went up with the understanding that the Cherokee Strip belonged to us and My friend Miles had me brought back and I don't claim that now, but I think I am entitled to some damages for the work that I put on that land.
I think you done me wrong when you let me go there and fooled me.  There are a great many cattle there this side of the Cimarron and I want to know whose they are, I think they belong to a high forehead man.
(Agent) They belong to the man who furnishes the issue.
(Wolf Face) They are not the cattle that are issued, they keep them there till they get fat and then ship them---(Agent) I don know anything about that they say they are--- you issue rotten food and diseased cattle.  I had a good feeling for you but I a dissapointed in the way that things are.  The great Chief told us that when we had an agent that did not treat us right he would have him removed.  I want to say again that I want Mr. Miles to understand that I signed that under a misunderstanding and that I thought it was an official paper, and I want Mr. Miles to understand that I don't want to have anything to do with it.

### Arapahoe.

Left Hand   I knew that the people were poor and had no one to look after their interest, we were the people that appointed our attorneys to look for them; the Cheyennes have nothing to do with it.

### Cheyenne

Cloud Chief   We selected Mr. Miles and Dyer and Crawford and    Mr. That Wolf Face said I don't know anything about it, we selected them to be our attorneys.  Hands Jerome copy of

Jerome   The Commission wants to say to these Indians again that has nothing whatever to do with private affairs, and making a contract is a private affair.  That we have to say is that if any of these people want attorneys let

8

them have them, it is a privat affair and they must pay them, and those that dont want attorneys need not have them, the Commission don't care but what the Commission says to you is that you should not let your private affairs stand in your face so that you can't see what the Commission is saying to you a about public business. In saying this on behalf of the Commission I don't say that I have any feeling for these attorneys or against these attorneys, that is something that you must settle among your selves.

If you made a good trade all right, if you made a foolish trade all right, we don't have anything to say about it.

(Tall Bear, Arapahoe) You three are Commissioners and come from the great father to talk about our lands. We don't want to take our lands in severalty yet.

(Pushing Bear) --Cheyenne-- That is just my sentiment exactly I have never had any other idea about this land but one and that was that we could do as we pleased with it. Now all these head men have thrown away any idea of having trouble with the Government and are getting along peaceably with the white people.

9.

July 9th, 1890.
Little Raver Ara.  You 3 Commissioners and the Cheyennes and
Arapahoes and Col. ade are here. I want you to tell all these
Indians what you are going to offer and all these Indians will
think about it.  We knew for a long time before that you were
coming down here and have been looking for you.  God made you
white men on the other side of the ocean and made the Indian
on this side.  It has been over 4000 years since he made the
Indian on this country.  I have been thinking since yesterday
and I have not thought what I am going to say to you, there are
2 parties and the one pulls one way and the other pulls differ-
ent way.   I want you Commissioners to explain to the Indians
give them points what you are going to talk, and if the Indians
talk and I like their talk I will get up and talk.  I won't
make any speech in regard to this land until I hear from others.
   We are going to talk about this land and God made the land
and we want to talk nothing but the truth.  I would like to
have the other Indians talk about the land and make speeches
before me.
Jerome.  The chief that has spoken last wants the Commission
to say to you Indians just what the Government of the United
   States wants you to doa and what the Government on its part
will do.    The Commission is now ready to tell you precisely
what the Government wants you to do and what the we are ready
to do on the part of the Government and what we will agree to
     If you will listen Judge Sayre will read a paper to you
and the interpreters will explain every word to you so that you
may talk among yourselves.
(Sayre)   My friends this is what the great father has told
   us to say to you and I wnat to say it fully and completely and
have it explained so that every Indian here Cheyenne as well as
Arapahoe may know precisely what it is that the Go vernment
wants him to do.  23 years ago the Cheyennes and Arapahoes
made a treaty with the United States Government in which there
was given to the Cheyeenes and Arapahoes 4 or 5 million acres
of land, what is now known as the Cherokee Strip.  That was
written down in a paper called a treaty and signed by the Chey9
enne and Arapahoe Indians but when you went there it seems that
you did not like the country and you came down here and have
ever since said that you did not like the Cherokke Outlet.
   Ever since that time you have said that you did not want th
the Cherokee outlet, but you have never said it by a paper, now
what the Government wants you to do is to say in a paper that
you don't want the Cherokee Outlet, and say it in a paper.
     So we write in this paper that the Cheyennes and Arap-
ahoes do not claim and do not want any part of the Cherokee
Outlet but claim this reservation for your home.  The Govern-
ment understands that you do claim this reservation on which
you liver going down here on the Washita River and up to the
Ci maroon River and then across to the Washita that is what
you claim as yours as we understand it.  But as we have
explained to you before the great father does not want you to
move away from this reservation; he wants you to live here just
as you live here now only that he desires that each man woman
and child shall select a place in the territory where he will
live, you may take together or you may take it apart, only
the great father wants each man, woman and child to have a
place where he may live and call his home.  The Government
also proposes that you shall have a bigger farm and more land
than you now occupy as we understand it.   Now we want you
to write in this paper that after you all have your lands pickd

10.

out as I will state by and by that you will say to the United States that I may have the rest of the reservation. . If there were enough Indians here to occupy and use all this land the Government would not want any of it but because the reservation is so large and the Indians so few and so little of it is occupied the Government wants it.   You see if you can't use it yourselves, and cant lease it to anybody as the Government has said you can't it don't make you any money nor anybody else; on that account the Government wants to change the condition as we have spoken about.      But we propose that when you have farms, that when each person selects his own lands and his wifes and childrens that you may lease them to anybody you please so that when the Indian don't fell like worjing this farm he may rent it to anyone he pleases for as much as he can get for it.  Since you came upon this reservation the Government has cut off one corner of it for the Wichitas so that we propose that you shall not take your homes down among the Wichitas.   The Government also set apart on this reservation a Military Reservation containing fourteen or 15 sections, we also propose that that shall be set aside so that no Indian nor white man can take his home on this reservation.
: the Government has set apart land in this reservation for an Agency both here and in other places, and for schools ad for churches and where the Government has set aside land for school, military, church or agency purposes and we propose that no Indian can take his home on any of that.
     The great father says that there ought to be some land set off in this reservation for school purposes so that he should like to have the Indians say that 2 sections in every 36 shall not be taken by Indians or whitemen but be kept for school purposes.  All this school land will be for the use and benefit of the Indians as well as the white men; but it may be that some Indian now lives upon one of these sections in som township and we find that any Indian has his home upon sections 16 or 36 shall keep his home there just the same as if it was not school land.  The President has found out too that there are two kinds of land in this reservation one is on the rivers and in the valleys which is rich and on which corn can be raised and another kind that is on the hills and is only adapted to stock raising, and because an Indian or any other man needs more land to raise cattle upon than to raise corn so we make a difference in these two kinds of lands       so that we propose that every member of the Cheyenne and Arapahoe Tribes of Indians that are 18 years of age and upwards shall have the right to go any where on this reservation except the places that I have explained and select 80 acres of land -- that is a piece a mile long and a quarter of a mile wide - of farming land for his home. ----
(Interpreter: Every man woman and child?    ------
(Sayre)Every Man, woman and child.--- and if he wants pasture land each person may take 130 acres -- that is a half a mile square -- and he may take all or part of each but he must always take two acres of pasture land for one of corn land.
    Now understand that this much land of either kind that is wanted is given to every man woman and child that is over 18 years of age gets this much land, they select it for themselves.     Now we think that perhaps a child that is under 18 years of age does not know how to make these selections for themselves, so we provide that the father or if he be dead the mother may select 160 acres of pasture land or 80 acres of farming land for each child that is under 18 years of age.

II.

And there may some children under 18 years of age that are orphans that have neither father nor mother, so we make some provision for them so we provide that the Commissioner of Indian Affairs may make the selection for them 160 acres of pasture land or 80 acres of farming land so that in this way we provide for every Indian upon this reservation, man, woman and child, each Indian shall be provided with a home and you may select them for yourselves before any white man comes upon these lands. . Now this means for an average family, take a man and wife and three childred, it means they shall take 800 acres of pasture land or they may take 400 acres of farming land; they may take it altogether or they may take 1oo acres of farming land and 8oo acres of pasture land or they may divide it up in any way that suits them. and 5 or 8 or 1o or 2o families may all go together and take land that joins and make one great big ranch and live there just as you please.

Now white men when they own land are compelled by law to pay taxes to build bridges and schoolhouses and such things but we propose that the Indian shall not pay any taxes, the whiteman will do that and the Indian gets the benefit; and it is sometimes thought that the whiteman knows a little better the value of land than the Indians and so we provide that the United States will hold the land for the Indian for 25 years so that nothing will happen that will take your homes away from you, it can't be mortgaged nor sold for taxes; and during this time if any person should diewe propose that his farm and home shall belong to the rest of his family. And at the end of 25 years it is thought that the Indians, both the older ones that have been living and the younger ones that may be grown up will be able to take care of their lands themselves, so that the Government will give them a patent for it at the end of the 25 years. Now we understand that some of the Indians on this reservation have already under the Agent or the Secretary of the Interior that have take allotments and made a farm, we decide that he shall not be disturbed but that where any Indian has made improvements he shall have the first right to take the land. Now you already have a treaty with the United States under one provision of which about the sum of $38,ooo- is paid by the United States for provisions and clothing for you and this lasts for 7 years longer. We don't propose to change that but let it go on to the end of the 7 years just the same as it has in the past. Now the great white father knows and we know that if you are invited to take these allotments of land in severalty that you can't get along very well or at all unless you are given some money to fence your lands, build houses and buy stock with and fix your new homes.

On that account besides the $38,ooo- that is to be paid to you every year for the next 7 years, we propose to give to the Cheyennes and Arapahoes 1,500,000 dollars: 1/3 of which is to be paid out per capita to you, every man woman and child, to be paid out to you within one year for the purpose of buying stock and improving your homes. We understand that there are about 3500 of you and if there are 3500 of you men women and children it means that we will give to every man woman and child of the Cheyennes and Arapahoes 143 dollars.
(Interpreter, Ben Clark) Every year,
(Sayre) That is in a year.
(Col. Wade) That is the first payment Ben.
(Sayre) This means to a family of five persons, a man and wife and 3 children $715- for each family of five. Now after this is done there will be twice as much money left that the Government will owe to the Cheyennes and Arapahoes or one mill-

12.

ion dollars and that we propose shall remain in the treasury of the United States and draw 4% as long as you want it to.
What this will give to the Indians makes $40,000- a year or $2,000 more than they are now getting under the treaty so that for 7 years they will get $75,000- a yaer and after 7 years they will get their $40,000- a year as long as they want it. And then if at any time the Indians want the Government to pay them this money instead of paying them interest they are entitled to take $286- apiece if there are 3500 of them, every man woman and child gets $286-. Now whatever agreement we make if we make an agreement, must be sent to Washington and ratified by Congress. We can't make an agreement by ourselves but it must be ratified by Congress and then we propose further that if you consent to take these homes and money as we propose that you shall take them right away and that each man, women and child shall select his home before Feb. I next that is 3 months. The way this is done if we make a contract the government will send an allotting agent here to survey it off and give you a paper to say that it is yours that that is what we call allotting it. Now if we make a contract it may be that some persons because they are sick or mad may not take their allotment according to this contract, so we propose that during the next 30 days, Macrh I, the Commissioner of Indian Affairs or some one appointed by him may make the selections for those indians. So that all together we propose that every indian that every Indian shall have a home and have money to buy stock with and have money to improve his home and money to live upon. And if this is done I think I can truly say that you will be the richest people on earth : no entire white people on earth will have the home and money that the Cheyenne and Arapajoe people will have.
(Jerome) If they have any questions that they want to ask, or anything that they don't understand we will answer them.
(sayre) If this contract is made we make three copies of it one we send to Washington, one we give you so that you may always know what you have and one copy we keep. .
(Old Crow,    ) As I told you last Saturday across the river I tell you again that we don't propose to give up this land and have it cut up into farms, and I want you to understand this and that is the way these people feel. We don't propose to let some fellow here and there regulate this and if they do we will punish them for it. This reservation is already small enough. We used to own a great deal bigger country and we have got down on to this and it is small enough.
I speak for the Cheyenne Tribe, that is the sentiment of all, I am spokesman for all and I don't want anything to do with Mr. Miles and don't think he has any business here. I want him put out. I know my mind and the minds of the people and I told you then and the people do not want to change and that is the true state of the matter and we don't want any offer.
(Jerome) This Commission came here to talk to you Indians for the President of the United States and to tell you what he wanted you to do, that has ben told you by Judge Sayre very plainly. Now this man says for the Cheyennes that you will do no such thing. That when the Government wants you to do so and so, what is for your good that you will do no such thing, that you will do as you please. Now this Government is controled by law and is controled by law made by the Congress and the President and it is the duty of this Commission to tell you

REPRODUCED AT THE NATIONAL ARCHIVES

13.

what the law is. When Congress makes a law it prints them in books like that and we brought the books out to show you what the law is and they are sent out all over the country so that whitemen and Indians may know what the law is. Now here is the law and this is what it is, it says that the President can order the Cheyennes and Arapahoes to take these peices of land and it don't require the consent of the Indians either.

Now the President may make this order tomorrow that you shall take your lands in severalty and pieces, and the law don't provide that you shall have as much land as this Commission is offering you. Now Mr. Old Crow is not as big as the President of the United States and because he says that they won't take these allotments it is no sign that they wont.

I say these things to you because it is our duty to say the whole thruth to you. You say that you wont trade, we say that we offer you more than the law allows. And when we write to the President that you decline to do what he wants you to, he is sorry and says that he will have to order the law to be executed and make these people do what is best for them. I say these things to you so that you may take them home with you and think of them. I said to you a few days ago that this land could not be sold by you because you dont use it all, the uses that you used to put it to are gone and the Government says that that it must be used. These are things for you to think of: we offer you large pieces of land for your use and we offer your children large pieces of land for their use. If you don't do what we ask you to you will have to deal with the Government away off and I can't tell you what they will do with you.

Now if we have any doubt about what the law is and if I have stated it correctly ask Col. Wade he has read the law and will tell you. Now this Crow said that if any Indian does what he thinks he ought not to do he will be punished.

Now here sits a man with the force to punish thouroughly any Indian who dares to punish people for doing as they want to. The day for punishing people for doing what is right has gone by and if any Indian try to punish any other Indian for doing what he wants to and the Government will surely punish him. Now we have told you what the law is and what the government will do for you and you ask Col. Wade or any other intelligent gentleman and he will tell you whether I have said right or not.

(Old Crow) We have given you no such talk as you gave as I thought. I thought that you heart was not right at first but now I know it and here is only one man in the crowd here now that I know his heart is right. War, we have not been talking about at all you have been talking more in that line than we have. Now I am going to speak my mind to you if I am killed for it. The feeling that God gave me as an Indian and I have not got your ways even if I should be stabbed in the heart. We have been robbed of our land and the worth of our land ever since the white man came into the Country and they ought to to be full of it. I do not want anything that is bad and I do not want anything bad to happen.
(Jerome) You must not talk about punishing people that do not do as you want them to.
(Old Crow) We thought that you did not have the right kind of hearts when we came we know it now. These are sensible men and and know their rights and what they are entitled to in the land
I do not feel bad but I am only giving you what I thought.



14.

(Big Jake, Chey.) I am sorry to hear this complicated talk that has been going on here; we want to go on peaceably and not have any fuss. I want to say that I don't want Mr. Miles to have anything to do with this business and I don't want him here. These people have not the knowledge and education of the White people and don't understand this allotment business and don't want it. We have not reached that spirit of education and knowledge where it would be a good plan to mix up in with the white people. I don't think that if we had money piled up that high -- about 7 ft. -- that it would be as good for us as the land, we don't feel that we will be able to take care of ourselves, I think that we will come up after a while, maybe the children that are going to school now or the children after them; we don't want to sell the land. It might get to be finally about this money like it was about when we had so many thousand head of cattle when we were to get so many thousand dollars and it fell short, it was the cattle man that we sold to. I say this in a good nature and not in a spirit of quarreling, I think our way is best.

(Jerome) Tell him that we talked good naturedly till that man talked about punishing.

(Old Crow, Chey.) We did not expect to have any quarreling ober this but you got mad very quick, like a child and talked about the Military. You had better go on and do all your business today we are getting hungry and must go home and get something to eat. I live in the Washita country.

(Spotted Horse, Chey.) What Old Crow has said are my feelings too and the feelings of all the rest. We don't have any other feeling. This country was given to us by General Kearney and others that treated with us; that was the Cherokee Strip we thought that that was given to us clear down to the Washita and up to the summit of the Rocky mountains and that was a treaty and maybe you have seen it. We were told that it was given to us for 50 years and they told us not to sell it if any one wanted to buy it. When Gen. Sheridan came down here a few years ago to run the cattle men out of it he told us that the land was ours and and to run the cattle men out of it now that we know the boundaries of the last land and want to keep everybody off of it, we went round the boundaries of the reservation and it is small enough. What Sheridan told us our chiefs Stone Calf and Little Raven told us was right and to keep everybody off of it: now you are trying to get a different thing and I thought that I would tell you what my feelings were and the feling of all the people round here. Whirlwind, (Chey.) he hates to see the state of feeling that you come to all at once among these chiefs it ought to be different. I don't feel any ways worried or like fighting even if my friend Mr. Ashley did throw me away that although he deceived the whole Cheyenne Tribe yet they are here today.

These people have already had a council among themselves and arrived at a conclusion and had before they came here. I have arrived at a sensible old age and can not quarrel about a little thing like this. . We look upon this land as a home and as our mother and we dont expect to sell it.

(Little Medicine, Chey.) As we told you across the river and as we told you here before that is our feeling and we don't expect to change our minds. We heard that you are going to have another meeting today and we came to let you know that our minds have not changed and we don't want the land cut up into farms and are not going to give our land away. The one decision that we come to is that this land is what we want.

The trees and rock and mineral and everything that is in o

15.

or on the land is our wealth, that is all we want; if we had all the oney that you could p le up in this tent   we would get away with  , but as long as we have this land we have some thing.   There is my friend Wolf Face the Rock Island Ry. went through his place or farm and gave him $136- for going through his farm and he aint any better off --- Old Crow says that it was no 3 days till it was all gone-- That is what I thought.  I thought that I would tell you that we have not changed in the matter that you spoke to us about.   When Gen. Sheridan came down here and the interpreter Armstrong we had a talk and the advice was not to have the country cut up.

Agent Ashley since he has been here has had everything in confusion and  don't think that we have been treated right, if we go to the Agent for a little extra to eat for an occasion he says go over to your friend at the fort and get something and I tell him that I will go over and beg a little and I want to tell these Commissioners that we don't want this agent any longer.---- Wilson. Tell him that we have nothing to do with that. -- I want you to tell the president when you see him and want you to tell him our feelings on it and everybody here is  glad to hear it and we would like to have you take the Agent along with you and take Sugar too.   I want to say that this reservation is small enough and I want a high fence all round  it.
(Wolf Face, Chey.) --first calls on the Indians to listen ---
 What we told you Saturday over the river about our lands is  still our minds.  It takes a heap of this land to do and I think that we are benefiting our relations more by keeping it. We might  feel different after a while, there are 7 years on our last treaty yet and after that we might do something. .

He says that this country was given to them a great many years ago all of it, and the white man came across the ocean the Great Spirit gave the whitemen their lan s on the other side of the ocean.  The Spaniards came across the ocean first-- he draws a little distinction between the spaniard and white men -- ; the spaniard came first and then the white man then the Great Spirit sent some Rules for them to go by, don't you lie don't you steal and don't you do things on the sly and the white men have crowded on us over and up and they want what is not their own.  We have got to a point now where we want to stay.  We had a great big reservation up north and we g ave it up by treaty on the Platte and had another on Medicine Creek and we have had to give up those reservations up there then we got this reservation by treaty with Kearney for 55 years.   Now you want to spring another treaty on us before th time is up that that one held good for.   Now we have come to love this land that we are living in and we want to keep it.
We want a military Agent and don't want this man Ashley.

REPRODUCED AT THE NATIONAL ARCHIVES

(16)

|WILSON|. THE COMMISSION CAME HERE TO TALK TO THESE INDIANS AS MEN. THE PRESIDENT OF THE UNITED STATES HAS SENT THIS COM HERE TO DO YOU RIGHT, NOT TO CHEAT YOU, NOR TO LET ANY ONE ELSE CHEAT YOU.  THE COMMISSION COMES HERE AS YOUR FRIENDS NOT AS YOUR ENEMIES. TELL THEM THAT I WANT THIS DISTINCTLY UNDERSTOOD.  WE CAME TO BRING KIND WORDS FROM THE GREAT FATHER I HEARD IT JUST A LITTLE BIT AGO BY SOME OF THE CHEYENNE CHIEFS THAT THEY MADE UP THEIR MINDS LAST SATURDAY, THAT THEY MADE UP THEIR MIND WHAT THEY WERE GOING TO DO AND WE NEVER MA MADE THE OFFER TO US TODAY.  I HEAR THESE CHIEFS SAY TIME AND AGAIN THAT THEY LOVE THIS COUNTRY AND THAT THEY WANT TO STAY HERE THE COMMISSION TOO WANTS YOU TO STAY HERE.  WE COME HERE TO MAKE AN OFFER TO YOU AS THE GREAT FATHER HAS DIRECTED BECAUSE THE GREAT FATHER THINKS IT IS TO YOUR GOOD.  WE DON'T WANT TO FORCE YOU, WE COME HERE TO TALK TO YOU AS MEN.  NOW DO YOU WANT TO KNOW THE REASON WHY THE GREAT FATHER MAKES THIS OFFER -- SHALL I TELL YOU? -- ANS. YES.----- A LONG TIME AGO THE INDIE USED TO LIVE IN GAME AND HAD A HEAP OF GAME THEN YOU WANTED A GREAT BIG RESERVATION.  NOW THE GREAT FATHER AT WASHINGTON BECAUSE THE GAME IS ALL GONE ~~WANTS YOU TO~~ ISN'T THAT THE TRUTH, ISN'T THE BUFFALO ALL GONE, ISN'T THE BALANCE OF THE GAME ALL GONE, ISN'T THAT THE TRUTH NOW IF THE BUFFALO IS ALL GONE AND THE GAME IS PRETTY MUCH ALL GONE HOW ARE YOU GOING TO LIVE, YOU HAVE GOT TO CHANGE YOUR WAY OF LIVING! NOW I WANT TO SHOW YOU THAT WE WANT TO DO YOU GOOD AND THESE OLD MEN KNOW THAT IT IS THE TRUTH.  20 YEARS AGO YOU GOT THE CHEROKEE OUT LET BY TREATY  IT WAS NOT A GOOD COUNTRY AND YOU DIDN'T LIKE IT AND YOU CAME HERE AND THE GREAT FATHER SAID STAY HERE.

NOW THEN YOU ARE HERE IN A GOOD COUNTRY AND THE GREAT FATH SAYS TO YOU STAY HERE ALWAYS BUT THE GAME IS GONE AND THE GREA FATHER THE PRESIDENT SENDS THE COMMISSION HERE AND TELLS YOU TO STAY HERE ALWAYS BUT HE KNOWS THAT YOU MUST CHANGE YOUR WAY OF LIVING  AND THE COMMISSION COMES HERE AND TELLS YOU TO TAKE A GREAT BIG PIECE OF LAND, OF GRAZING LAND,
AND GIVES YOU MONEY TO BUILD HOUSES AND FENCES AND MONEY TO LIVE ON ISN'T THAT THE BEST WAY, THINK OF IT YOU CAN'T LIVE THE OLD WAY, YOU ARE NOT MAKING A LIVING TODAY, YOU COME HERE AND GET RATIONS FROM THIS AGENT.  NOW LET ME TELL YOU OF A PLAN THAT WE PROPOSE. WHAT WE PROPOSE IS TO GIVE YOU EVERY MAN WOMAN AND CHILD A BIG PIECE OF LAND AND SO YOU CAN GROW CORN AND RAISE SOME HORSES AND THEN YOU CAN TELL AGENT ASHLEY TO GO AWAY WE DON'T WANT ANY RATIONS, WE RAISE THEM.