REPRODUCED AT THE NATIONAL ARCHIVES

If I was an Indian and there was plenty of buffalo and game I wouldn't want to farm and live like a whiteman either. But the game is all gone and the great father can't help it and the commission can't help it and you can't help it.

Now I heard one of these chiefs say a little while ago that you did not have too much land, if you had a heap of game you would not have too much, you don't use it, you don't walk over it once a year, it is no use to you. How do you think that you can get along in this way; the great father don't think you can and I don't either , what do you think.?

Tell him that he is one of the smartest looking men that I have seen and that if the Government helps him he can go to farming right off, he has more sense than I have had more sense than any of these men and more sense than the Agent.

But get a big piece of land and raise corn and beans and when you get that done I will come and take dinner with you; when you have that say to your agent go away we have beans of our own. We don't want to get mad and talk cross to you. If you don't want to take this offer all we have to do is to go back and tell the President, and I don't know what the Government will do, and then I will go back home and stay with papoose.

Tell them that I want them to do what is for their best interest. Some of these chiefs say that we have bad white men we have lots of them, but the Government is not going to treat you bad, it is going to drive them off, We want to do you just. I want you to sleep on this and when you do this I want them to come over to Arkansas and eat beans with me and then I will come and eat beans with them and we won't have any agent either to issue rations.

(Good year, Chey.) These are all my friends that you see around here, Cheyennes and Arapahoes, and I am not in the habit of making speeches. I am glad I am here today and want to say a little. This earth here is our father and our mother and we love it, if you were to talk here ten days we would have just this same talk, we want to keep the land. I merely want to let you know that we won't agree to the proposition you make.

(Tall Bear Chey.) He says that there are 2 tribes over this reservation. These two tribes have been living together for a long while and always say good words to each other. We know that you are big men from Washington come down here to make a good talk to us. He says that the old Indians may take allotments and then the young children who are at school may be they will take allotments.

(Mad Wolf Chey.) I am not a chief, only a warriorthat is what I told my friend Major Reynolds when I was one of the delegation to Washington. I appeal to this warrior element of Cheyennes and they are the men who have control of the different bands of our peopleWhat these chiefs have said about holding the lands these young men will feel the same way. At the time that he went to Washington with Major Reynolds when he was Commander of the Post, he says that he was told the Indians owned this land. What Old Crow told you is the way we feel, we don't want to relinquish any of this land; we don't want any money for it and if you were to give us ever so big a pile of it it would do us no good. When I want a change made I want the Military.

REPRODUCED AT THE NATIONAL ARCHIVES

(Howling Wolf Chey.) I am glad to say to these Commissioners here in the presence of the Col. and all these people as we told you across the river that we were not going to give up this land that is still our minds yet. About these medicine lodges that we get up sometimes when a woman has a child sick we get up a feast and a medicine lodge and we get favor from the Great Spirit and we are happy and don't think that there is any harm in it. When I ask you for permission to get up a medicine lodge we will give up the cutting ourselves and only have the rest of it.

(Jerome) Now I want to say that we have talked a great deal to-day and I want you think of it and we will come back and talk to you tomorrow. We expect that youngmen that have not talked will talk tomorrow.

JULY 10th, 1890.

(Old Crow Chey.) As long as Mr. Miles has been our agen and he began 22 years ago, and we have been on this land 22 years and while he was our agent he never gave us this advice but after he left us he gave us this advice about selling our land and no matter how many days you keep this subject up I am not going to change my mindWe expect to make ourselves self improving on this land and make ourselves like white people on this land. It is an important and strong difference the way the Indian and white man have been raised, it is a big differance. Mr. Miles has been in every deal that was against the Indian, and every scheme that helped the white man.

I want to tell you that my sentiments are just the same and would be if I had to die for them. I want everybody to know and the Government to know that we are holding this country for ourselves. There is just the one straight road and that we have got and no other oneThat is my decision and it can not be changed. We don't like the doing of anything underhanded, we like everything open and above board; we think this is just a lot of underhanded scheming and we don't like what we have seen of it. Although this is the uppermost feeling in my mind I don't want to have any bad feeling about it, I want the wishes of the Government to run a long smothly The land is money to us and that is all the kind of money that we want even if I am poor, and you can see no money about me, and the riches that I have is in this land: the land and the streams of water that run through it that is all the wealth that I want. I don't expect to see the day that this land wouldn't be our own and when I die I expect to be buried in it.

(Jerome ) I want to say to Old Crow that we know what he said on Monday and Tuesday and Wednesday and we give him credit for saying truly, but we want to hear from some of these other people. We want all the Indians who have an opinion to say what they honestly believe, but we don't want the Indians to charge us with being dishonest and putting up schemes on them. We come here as honest men and we will say no unpleasant things to them if they do not to us, but the Government has sent us here to tell them honestly, true things. If you have any grievances against anyone that is sitting around behind the

REPRODUCED AT THE NATIONAL ARCHIVES

Commission you must not let that make any difference to you, you must shut your eyes to them and talk to the Commission just as if you were talking to the President of the United States

Now the Commission wants to hear from some of these other Indians and after a while hear from you again.

(Howling Wolf Chey.) --tels the Indians to go on and tell thei minds to the Commission.---

White Eyed [illegible] Arap. and Chey.) -- says same thing ---

(Cloud Chief Chey.) I have been considering just what my other friends have said and we generally consider a subject for a while. When the Commission came we had a talk and I have considered thoroughly and can now say a word to you. I don't want to be dishonest or do anything that will be dishonest to our people and I have been in Washington and heard the great father say that the Commanding Officer was the place to see that we were treated right. I have been told in Washington that the Commanding Officer was to keep the peace but had no authority to counsel with the Indians and that counsel was with the Agent. I know that you are not dishonest and now I want to tell the other people that you are not dishonest who made this contract. Before we made this contract - the Miles &c. contract -- there was a certain man came here and wanted to be our attorney, Mr. McCosken, and I told him that I did not want to be dishonest and wanted to consider it first and I was [illegible] that his contract was not dishonest and the paper is in the Agent's office. Anything that is very important that comes to our people we generally consider and think over. When we have an important matter we want to know and consider it and explain it just exactly to the other people and not interpret it right. I understand that these other friends do not understand that is the reason that this trouble arose because it was misinterpreted.

(Little Medicine Chey.) I say nothing but the truth, I don't want to help people that are trying to put up schemes on the sly. You can judge when you understand the truth of this matter who are the ones that acted dishonestly. We were notified to a meeting in the agent's office and when we were there and we said that we don't want no one to represent these claims and we went away and then in the night and got these men and fixed for them to represent the tribe. After they steal these people out and steal their signatures and then we don't know whether it was the agent of Miles or who it was and signed some other papers, and one Cut Nose was struck dead afterwards for the sly business, and they is the man that they got to do the sly business for them. When this meeting is through go on and try some other sly scheme on the outside, we don't approve of anything like that. . He says as to the dishonesty of the first man known who came here to be our attorney, I have no proof of his dishonesty he never did any business for us .

(Cloud Chief Chey.) We were not sent up to Kingfisher. Cut Nose died a natural death. I don't want any sly talk at all. I don't like the kind of talk that these people have made, I have been farming and I think that is right, and would like

REPRODUCED AT THE NATIONAL ARCHIVES

to find out whether these fellows have any farms, they have no [illegible] I wish these fellows would do as I do, go to work. I am going to make a proposition to you but I would put it off for today.

(Left Hand Arap.) This land here belongs to us, that it was given to us by the great father and you are the Commissioners sent out here by the great father to talk to them. He says He says that the intention was that we were going today but since one side talks one way and the other side talks the other way we will put it off for a while. . He never see Mr. McMeakon before he was called to the store and he told us that he was going to talk to us about our land and I heard afterward that he held a council with the Cheyennes without leave of the agent. And I am going to put it off for a while and then think about it and come back to you about this land. I am going to tell you [illegible] whether I will trade or not, and what I tell you yesterday he is going to do; to call these Indians together and talk among themselves. These other Indians I don't think their talk amounts to anything but I want to talk over the matter before I express an opinion.

(Wilson) [illegible] will that be?

(Left Hand, Arap.) Tomorrow,--- I will talk to the other indians now, [illegible]

(Little Chief, Chey.) I thought that we were all going to pull together but I see there is a difference now. I thought when the Commissioners came here that we were all going to pull together. Little Chief told these people on this side-- Arap.- to consider this thing. Little Chief said they ought to give us time to talk, they-- Chey's-- have done all the talking. Little Chief tells these fellows to keep their mouths shut till he talks to you.

(Old Crow [illegible]) [illegible] was made by some of the people that the Commanding Officer did not have the authority to council with us. This Commanding Officer never told us that there was the place to council, but when Sheridan was here we were called together and we met the Officer of the Interior Department but we liked to meet them because they were our friends. I say this for the Colonel.

(Tall Bear, Arap.) I don't want them to listen to anybody but the commission and these other people keep putting it off, they are afraid to make their speeches, these Indians have been talking to other all day and are not yet through. The reason that they are opposed to selling of the land was that when we leased the land to the cattlemen we were to get so much and did not get it all. If we sell the land it will be the same way as when we lease land to the cattle men.

(Big Nose, Arap.) ---tells the Indians to listen carefully.-- Says that these are Commissioners and that he is glad to see you. I think that they seem to know that this land is theirs and they seem to love it. I heard that there were Commissioners come out here and we come to this place to see the Com-

missioners and when we came down here we were glad to see you and I know that we would have a talk to you about the land and I want all the Cheyennes and Arapahoes to think what is the best thing for them to do in regard to the land. And the paper that you read to the Indians yesterday was from the great father and we were glad to hear it. I am going to think some more over this matter and when I find out what I am going to say I will make a speech to you. I want all these boys that are educated to listen to what I am going to say to the Commissioners. There has been a good many children went from this place to school and when they come back from school they are educated.

(Row of Lodges, Arap.) We have been making speeches and we want to think of it for a while till we know what we are going to say. When a white man or an Indian makes a trade he wants a little time to think and when a man buys a horse he wants to look it all over whether it is all right or not and so it is about our land. I saw while I was sitting here I noticed some of these Cheyennes have been talking in a rough way among themselves and I dont want to hear that. When I talk to the Commissioners I ought to know in my mind what I am going to say to the Commissioners. What I am going to say to the Commissioners I am going to put off. Of course I am going to talkto the Commissioners what I think is best for my people.

(Sitting Bull, Arap.) I have been sitting here listening to the others making their speeches. I am glad to see the Commissioners I heard that you were coming, and I also knew that you were coming out here. I want to see or rather hear from these chiefs, cheyennes and arapahoes and if I am in favor of it I will tell you right out. We are going back to our homes and will be back in the morning to talkto you. If these other Indians are willing to take allotments and sell the surplus lands I will too.

(Man in the Cloud, Chey.) I am a soldier and a warrior not a talker. I have trouble in my mind to hear this quarreling going on between these people. I have been with these people since they have been counciling on this subject. I went to Washington with Big Horse. Left Hand went with him the Commission did not tell me about this. When I was in Washington this land that they gave to Black Kettle and the other chief, we were not told anything about giving it up, even if you want any other land, here is the land that was given to you. This reservation here, this land was given to us in council. It is a long time since the old Chief Man in the Cloud had the treaty on horse creek, a long time has past since then. We didn't expect to have this land divided up and cut up in the way this proposition says. We won't agree to the proposition to give up this tract, these Indians that you have been treating with down east of here have had all the knowledge of living for a long time and have been farming. These Cheyennes and Arapahoes have been used to living a different kind of life they were brought up in a different kind of a way and are used to a different kind of life. We have seven years yet that we are entitled to rations that we get from the Government

REPRODUCED AT THE NATIONAL ARCHIVES

Now what we have told you we want you to go back to the Government and tell the Government at Washington and then we will hear what you say afterwards. I don't mean anything out of the way by this but just want to let you know how I feel. I don't expect any of the people here today are going to take a bad road and have a bad talk today.

(Red WolfChey.) It is 4 days now since we have been listening to the Commissioners and having this talk with the Commissioners. We have been listening on this council about giving up the Cheyenne and Arapahoe land. This land belongs to the Arapahoes and the Cheyennes in common because the Cheyennes and Arapahoes are the same as brothers and it was these people have been in Washington and had a council with the great father My friends over here the arapahoes seem to have doubtful minds on the subject but the Cheyennes have only one mind on the subject; we have been talking among ourselves and talking loud but the subject was important enough to talk that way we proposed in the council that we had over here at the agency to go and hear what the Government had to say about it. I want you to look at this, we were given this land to keep and have seven years more on this treaty.

(Jerome) We have had a good long talk and we will adjourn till tomorrow morning and then hear what the people have to say.

July 11th, 1890.

(Left Hand, Arap.) He says that the great father sent you here to trade for this land; yesterday you made your offer to them and I have been thinking over it ever since and will tell you this morning what I think of it. I am going to tell you today what I feel in regard to this land. You made this offer to us and I thought over it and I am going to set a price on this land and I want you to think over it.. He says he is willing to sell the surplus land for $1.40 per acre; he is also willing to take these allotments providing that each man woman and child has 130 acres of land. The great father sent you out here and you are authorized to make a bargain with these Indians and I have set a price on it today and I want you to take back my words and think on them We all came we all came away from our places and we would like to get through with this business and get back and see our places.

(Cloud Chief, Chey.) Col. Wade I would like to have you listen, and you, you are here from Washington and I would like to have you listen to what I have to say and if it don't suit say so.

(Wade) Tell him to talk to the Commission I have nothing to do with it.

(Cloud Chief, Chey) Commissioners I have been thinking over this thing and I am going to make a proposition to you: first Commissioners when folks have anything to trade they like to get as much as they can for it and it is the same way of course if I had a horse to trade to you I would like to get as much as I could for it.

They propose to sell their lands for $1.45; Cloud Chief says that they would like to have 160 acres for each man woman and child.----(Wilson) and they pick it out themselves? ---(Cloudchief) I speak for the whole crowd, they want each man woman and child ----(W) do they want to go and pick it out themselves---(Cl.C) I would like to have you write to the President what we propose to you this day. I would like to have you think of the proposition that I have made you today, 160 acres and $1.45 per acre.

(Row of Lodges, Arap.) He says that you Commissioners were appointed by the great father and were sent out here to come and make a trade with the Indians about their land, and he says that when you made your offer the other day that he took time to think it over, and this morning he came and told you how he felt about it. He says that if he and all his people are to take allotments that they are to take 160 acres all round and he says that if there is any surplus land that they would like to sell it at $1.45.

(White Eyed Antelope) When we first heard that you were coming out here he did not know what you were going to say till you got here. The reason that they didn't make speeches to the Commissioners was because they were talking among themselves and have agreed upon what they are going to say to the Commissioners/today. every day and every night we think about what you say/the first day we had a meeting a meeting to find out what we were going to tell you and I am going to tell the Commission what I feel about this land and what we ought to get for the land and how much each man woman and child ought to get if they take allotments. When a man buys a horse the first thing he does is to look the horse all over to see if he is all right or not and the land is the same way. He says that they are willing to sell the surplus land at $1.45 per acre and I am going to tell you how much each man woman and child ought to take in allotment, each man is to get 160 acres and 160 acres all round men women and children. He says that he wants you to send the paper to the great father with the price we have said and if the great father wants to send another Commission out to make another price we won't change at all and he says that if the great father buys the land from the Indians and there is any money in the treasury he would like to have it draw 6%. The great father sent you out her to talk to the Indians and we would like to have you go back and tell what we have said.

(Bull Thunder, Arap.) He says that you are Commissioners sent out here by the great father to buy land from these Indians. He says that he has been thinking all the while since the first day that we met together and today I am going to sell my land. We are willing to sell to the Government the surplus land at $1.45 per acre providing that each man woman and child get 160 acres. I want you to tell the great father at Washington what I said.

(White Buffalo, Arap) He says that you are Commissioners sent out here by the great father to make a trade with the In-

dians for the land. I have been thinking all the while but I love the land and I want to sell it and get as much as I can for it. I sell the surplus land at $1.45 per acre, if we tak allotment I would like to get 160 acres all round, men, women and children. He says all that I have said today I won't make any changes at all when you send the report back to the great father I want you to tell him all that the Indians have said to you

(White Snake, Arap.) You were sent out here by the department to make a trade with these Indians for their land, I have been thinking for a long while what I was going to say, and since we know that there was going to be some land left over after we have taken ours we are willing to sellthat for $1.45 per acre .

(Starving Elk, Chey.) Mr. Commissioners Starving Elk is willing to sell. What Cloud Chief has said to you that is just the thing, that is all.

(Wolf Robe, Chey.) I can't change the subject we propose to you gentlemen. What we propose to sell for Cloud Chief has told you what it is. That is all.

(Sitting Bull, Arap.) I won't make any different talk what the chiefs have said to the Commissioners, but I feel the same way. What the others have said to the Commissioners is right.

(Black Wolf, Arap.) I am going to make my speech short and all the other Arapahoes have said to the Commission I feel the same way about it I know that all the Cheyennes and Arapahoes on this side feel the same way.

(Bear Feathers, Arap.) I am glad to see the Commissioners and glad that I am going to have a talk with them. All that the Arapahoes have said to the Commissioners today, I say the same way and we are in favor of selling the land. .

(Arrow, Arap.) I won't make any different subject from what these others have made to the Commissioners. I am in favor of selling the surplus land at the price said by the others

(Bear Robe, Arap.) I am glad to see the Commissioners. He says that he is in favor of taking allotments and selling the land at the price stated by the others.

(Little Chief, Arap.) I fell the same way as the others. I won't make any speech any different, I want you to tell the great father all that the chiefs have said to you today about the price of the land and the number of acres.

(Heap of Wolves, Arap.) Since you Commissioners are here we have been talking among ourselves in camp and the great father wants to buy the land and we are willing to sell it for $1.45 per acre, the surplus land, I love the land but since the Government wants to buy the land I am willing to sell it for the price stated, all he wants to sell is the surplus land.

REPRODUCED AT THE NATIONAL ARCHIVES

... I say to the Commissioners the same that the others have said, and I want the Commissioners to say everything to the great father that has been said by the Indians to-day.

(Bears Lariat, Arap.) I am in favor of all the other Chiefs have said to the Commissioners and want you to tell the great father all they say.

(White Owl, Arap.) I am going to make my speech short, I say to the Commissioners as the others have said, I am in favor of it.

(Medicine [illegible], Arap.) Well I am on the same road that the others are that have already said to the Commissioners. I am not a Chief but am the head of the Dog Soldiers and they are all on the same road.

(Big Nose, [illegible]) We are all on the same road that has already been made to the Commissioners and shake hands with them. I am on the same road as the others. I think it is very good to sell the surplus land at the price said by the chiefs, I am glad to talk before the Commissioners and the rest of them.

(Little Chief, [illegible]) These fellows had their talk yesterday and they told you that they would have a talk with you today, and we are willing to sell for $1.25 per acre, these fellows that have talked [illegible] are all with them.

(Paul Boynton, Chey. & Arap.) Hon. Commissioners and Friends the time has come that I must step to the front and express my [illegible] and not let these chiefs talk for me when I have my own education. As the chiefs on my right have told [illegible] I can not express my views different from theirs. If I must dispose of my land to the Commission I sell it at $1.50 and the money to be placed in the Treasury at 5%. The Commissioner said in the school house that they bought the strip from the Cherokees, that it is possible and you want to give me 55 or 60¢ per acre for my land? so my friends I wish to say that during the Grover Cleveland Presidency he said that the Indians should be treated fairly and why is it that you offer so [illegible] and not let the Chiefs say how much it ought to be. The [illegible] should say how much they want for the land and all that I have said is about like these other Chiefs.

(Left Hand, Arap.) All the Indians on this side of me have talked today and want to go home.

(Cloud Chief, Chey.) What we told you here today is what we propose to do.

(Serj. Meat, Chey.) These are cheifs here and you are Commissioners from WashingtonThe time Gen. Sheridan was here that was the time this land was given to usAnd when I heard that the Commissioners were come and I see what they said and heard what these Chiefs said and also my good friend here, Col. Wade, Col. Wade was ordered here from Washington and we are here as scouts and we mix with the white soldiers. I can't say anything else but what these-- the Cheyennes-- Chiefs have said, I don't want a section of land and I won't sell it.

REPRODUCED AT THE NATIONAL ARCHIVES

(Washee, Arap.) I am here and the whole tribe will hear what I have to say to you. Now you want our land what is left we want $1.50 per acre. Look at me, my heart is good, you may think that I am educated but I am not and if we take our lands how are we going to hold them. He says we never got any money out of the land and never got any lead. I think you men ought to pay $1.50 per acre if you are going to buy it. These others put it in our heads that you pay 33¢ per acre and this is the only reservation we have and if we sell it we don't know how we are going to get another.

(Washee, Arap.) The half Cheyennes and half Arapahoes and the other Arapahoes want to sell, the Cheyennes don't represent all the people.

(Whirlwind, Chey.) I did not expect to have any noise when the Commissioners came here, I expected to have good order and a quiet talk when the Commissioners were here and talk out and I find that they are on the agent's side and I keep quiet. I don't know, I may find one friend here in my heart present and not be scared there is my friend there-- points to Wade--- you may think that he has nothing to do with it but he has. My friends that is all I have to say -- tells the others to keep quiet and asks what will be done tomorrow--

(Jerome) The Commissioners have heard these men talk this morning and heard what they want to do ---confusion--- every one keep still and hear while I talk ------This is a very important matter and the Commission want to give it their careful consideration and if you will come back tomorrow the Commission will tell you what they want to say to them. Now when you talk about such important things as we are talking to these Indians about perfect order should be kept so the Commissioners can tell what the Indians say. Now during the afternoon and night the Commission will carefully consider what you have said to us and tomorrow morning we will come and tell you what we think. Now you must not expect too much of the Commission to agree to all that you want. The Commission will doubtless have an honest difference with you about some things but it will tell you why tomorrow. It would be very pleasant to us if we could agree with you but if we can't we will tell you why.

JULY 12th, 1890.

(Jerome) The Commission has given very careful consideration to what you said to us yesterday. We find that the Indian has a very strong desire for stock and should have a good deal of land. He wants a good deal of land to raise cattle and horses and the Commission will consent to your taking the 160 acres of land that you suggest in your proposition. Now we know that you want more land than we suggested , now you want pasture land so that you must not take more than one half of the 160 acres in corn land and must take at least one half of it in pasture land, Now so far you and the Commission agree.

REPRODUCED AT THE NATIONAL ARCHIVES

Now that leaves for us to talk about the amount of money that the Government will pay these Indians for the surplus lands to help them start their farms, that is what I am going to talk to you about now.

Now the Great Spirit 2,000 years ago taught the people that if they wanted to have justice done to them they must do justice to everybody else. If you want the Government to be generous to you you should be just as willing to be fair and generous to the Government. Now the Commission for the Government differs in judgement with the Indians about how much money should be paid. I want to talk to you about why the Commission fixed the amount of money that we said we would give you and the amount that we must stand by and not exceed in amount. I want you to listen patiently and consider carefully every word that the Commission say to you when they tell you why they made the proposition and then as men that want to do right if the Commission is right you ought to say we will do it. This question of what shall become of the Indian and where he shall have his homes has been disturbing the Government for more than 50 years. The white people have been increasing like the leaves on the trees and are pressing all round and have been causing the President and Congress trouble for more than the 50 years I speak of. There are 200 white men for every Indian that there is in this country to day. That the President wants and what the United States Government wants is to fix the Indian so that this great mass of white people cannot be crushing them down. The Indians all over this country years ago had reservations so large that they could make great states out of them and when the land that the whites occupied got so full that they could not put any more in they clamored to the President they might have these lands to put them on. The Government first thought that they would send all the Indians down into the Indian Territory where they could live all by themselves and be happy. Commissioners were sent away up to the Sioux and to the Pacific Ocean to talk to the Indians about coming down here to this territory to live and some Indians were moved down here just as you were and the Government bought rights from the tribes over here to the lands to put your tribes on, they wanted to buy more lands of the old tribes and bring Mr. Indian down here but when the Commissioners were out to see the Indians north of you and away over on the Pacific Ocean they did not want to come, they said that they were born there and that they loved those places and they loved to hunt and fish there and they loved to roam over the plains and the Government abandoned the plan and said that you may stay there but they could not permit the Indians to hold the great reservations because they could not use them and so they asked the Indians to take homes and let the Government take the rest of the lands for homes for the people and so it has been going on ever since that is what the Government is trying to do now, it has de It with the Sioux and almost all the nations and that is what the Commission is doing down here.

Now the Commission has been over to the Iowas, Sac and Foxes and Pottawatomies and Shawnees, and the Commission expects to keep on talking with all the tribes in the south and west and settle this matter with them. Now I come down to talk to you about the price of the land which is a very important matter. The older tribes that owned this land said for white people to occupy you must pay a large price and

whenland is sold for just Indians a very small price and so we had to pay a larger price now. I want to be very honest with you and tell you that the Government wants this land for we want to put on white people and so we have to pay a larger price than if we only wanted to put on Indians and so we must pay a larger price and it must be ivided among those that have an interest in the land. When the Government wanted to get this and here they could get it for one price to put Indians on and had to pay more for white people. What the Government bought from those other Indians up here was just the right for you Indiansand they had an interest for the other right they had there. Now when we settle with you Indians for all your claims here and pay you then we have to settle with the other Indians and pay them for their claims and so so much goes to them and so much goes to you and now it comes to what is your share for the lands and what is the other Indians share up there. In 1877 a Commission were appointed byt the Government and the Cherokee Indians to tell what lands were worth north of herethey fixed that price at about 47¢ per acre that is for the whole reservation that you had up here in the Outlet, the Cherokees said that was all right in 1877 and they said in 1883 if the land was only to be used for Indians.

Now this Commission wants to deal just as well with you as if you had taken your lands up in the Strip in 1877. You want to take a great many tousand acres of land. They need [illegible] than it would have up there. The surplus land here is just about the same after you have taken your homes as it would be up there after you had taken your homes. That the surplus land up there was appraised at a good dela loss. We would pay upthere $1,[illegible] for the same amount of land that we offer you $1,500- for down here. I have told you how we came at this, and I say to you that when we get done here that does not give us a clear title for the whites but we have to go and buy off the other Indians. We will be paying $1.25 per acre. We have bought from the other Indians the true title for $1.25. If you owned the entire of this land and no other Indians had any claim to it and we wanted to open it for whites you would be in a better fight than you are now.. Now we paid $1.25 for Oklahoma but it all went to one party and of all the land nobody took out the good and left the poor land. Now we are doing just as well for you for the Interests you have here as we did for the Cherokees when we bought Oklahoma and the Strip over here. I have said this much to show you that we did not guess at the price we put on the land and we know that it is in harmony with what the President of the United States thinks. You asked us yesterday to write or go to the President and tell him what you had said and then tell you what he would do, that will do no good because he told us in the b beginning and it would be contrary to what he thinks and what

Congress would do. We want you to remember that the Government has treated liberally with you, it has paid you all that it agreed to under the contract of '37 in addition to what they agreed to give you under the treaty of 1867 it has paid you in the last 17 year 2,500,000 dollars worth of stuff. I don't know how long the Government will continue to issue to you this large amount of rations but if they continue

REPRODUCED AT THE NATIONAL ARCHIVES

it up to the end of the 30 years or 7 years longer it will have paid you 3 and one half millions more that you have any contract for. T the payment under the treaty of '87 will amount to a little more that I million d llars.

The Great Sp rit told us years before these Indians were ever heard of that if you want to be fair you must be fair and if you expect the Government to be good to you and be generous to you you must be fair to it and so that you will do anything that the Government wants you to do . The Commission ers know what the Government want you to do and they have been studying this matter and they want you to have homes and farms . They have consented to do just what you wanted them to do about the land and we have told you why we can't give the amount of money that you have asked. Now if you know what is good for yourselves and your children that come after you you will take this mon y that the Government offers you, you will build your houses and fence your farms and get some good cattle to put on your farms. Now you old men when you call up your children and tell them what you want them to do and they refuse and talk ugly you feel bad and sorry and when we go back and tell the President what we told you that he wanted you to do then he won't feel like doing what he was going to do.

Good children will mind their fathers and good Indians will do what their great father in Washington wants them to do . Now I want you to think of these things and don't take the advice of anybody except those that have and interest in you. We have no interest whatever in this matter and only tell you what we believe in our hearts is for your good.

If you had done what the treaty of 1.3% provided that you should do it would not have cost the Government as much by a good many thousand dollars as it will now to do the things that the Government is now offering to do for you. You want and expect the Government to do everything that it promises to do but if the Government does what it promises to do and when the Government is doing so well for you you must do what the Government wants you to.

(Wilson) I talked a little while to you the other day and now I want to talk a little more . I want you to understand at the start that the Government sent this Commission here to do you right, to do you justice. I told you a long time ago that you people used to live by hunting, you had a heap of game Now the game is all gone, now you have to change your way of living. The great father in Washington knows this thing and he knows that you can't live by hunting buffaloes as you used to, he can't help it. I know you all hate to change your life, I would hate it too. That change must be made, I cant help it, you can't help it, the great father can't help it.

In place of buffaloes and game you must raise stock, you have got to make corn, beans and potatoes. Now how are you to be fixed for so as to live well, what is the best way? the Commissioners offer, you take 80 acres of land little and big, men, women and children, that was the other day: some of the Indians said that is not enough, that you ought to have more land, I think so too. You told us the other day that you wanted 160 acres of lan for every man, woman and child to graze your cattle on, to graze your horses and cows on and to graze everything on. Now when you start out to live different

REPRODUCED AT THE NATIONAL ARCHIVES

you select that land, you take that land altogether every man woman and child; you take it in a body men women and children you can take it where you please but I think that it is better for you to take it all together and I will tell you why.

You are neighbors and white men are not mixed up in among you, every man has then got his land together and when he clears his land he has it to himself, you are next each other but it is his land. I think that is a good idea; now when you get to raising cattle and cows and poniesand I think that it will be a great deal better for you. Now you make your fields on your land and the Government proposes to give you $500- to begin on, to build your house and fences with and that will fix you nicely. $500,000- to the whole tribe. Now then you have got your lands and farms to yourselves and have good neighbors and good fences and now the government offer you one million dollars at four percent which will give you $40,000- as long as you live. Some of you people said the other day that you wanted more money, no you don't you have money enough. That much money will fix you all up and you can live happy, the Government can't give you any more no how, you can all be as independant as any white man in Oklahoma and more so too.

Now the Government wants you to do we 1, the great father at Washington send this Commission here to tell you what he wants you to do and what is right. Now I want to tell you the reason why we came here, the Government is paying you the rations that you live on the next seven years, but it wants you to get a good ready so that you will have lots of cattle lots of ponies at the end of the 7 years. The Government want you to begin now so that youmay be living well when they quit giving you rations. The game being all gone that is the reason that the Government is giving you rations; the Government wants to treat you fair, treat you as friends. Now I tell you for your good, the Commissioners tell you that they want you to take your land as I tell you and then at the end of the 7 years you will not have any rations but you will have lots of corn and beans and then it is that I am coming over to eat dinner with you. In making this change the great father wants you to begin now and we will help you. The Commission knows and the great father knows that you can't make this change all of an instant and go on like white men, it wants you to take it little by little. Governor Jerome told you a little while ago that a great many white men were coming into the country, 100 for every indian. You all know how quick they settled up Oklahoma when the President opened it up they all came in a pile. now what the Commissioners want is to get your land first fence it in and get a good start first, we want to give you a good start first before the white man comes fence it in and give you five hundred dollars and let you get a good start.

We want to give you five hundred thousand dollars and after that pay you one million which will give you $40- a year.

We know that the Cherokee Strip is not a very good country, I don't like it either. You said that you liked this country best and the President said come down here and stay

REPRODUCED AT THE NATIONAL ARCHIVES

We want you to live here, we want you to stay here, we don't want to drive you off. See, Look around here and get your land and live here always. I know that you don't want the Cherokee Outlet, it is not as good a country as this and we want you to say on paper that you don't want it. Now we make an offer , you say that you want more land and we say take it; you say we want more money, we can't agree to that , you done got enough now. We want to do all of What you want to that we can. Now let me say one more word and then I will quit. The Government is going to be fair with you and the Commission is going to be fair with you and you must be fair with the Commission and I hope now that we understand eachother and that we are all together and that there is nothing wrongNow get up and telak and tell us why if you differ with us. Now Judge Sayre wants to talk to you and I will say no more.

(Sayre) My friends since we began talking with the Indians a week ago today we have not got very far on towards making a trade at this time. We were told that none of the Indians wanted to take their lands in allotment since then we have been talking to you and you like sensible men have been thinking about it, and now a good many of you are willing to take lands in allotment and take their lands in severalty. When we made our proposition to you the other day when we said that every Indian could take 80 acres of farming land or 180 acres of pasture land we discovered that we did not know as much about the land as we though we did and you said you wanted 180 acres of land and we said to you this morning that you might have 180 acres of land in this reservation, that far we have come to your proposition and agreed to what the Indians wanted

Now I want to talk to you a few minutes about the money that the Commissioners offer to the Indians for the residue or surplus lands in this reservation. I have sometimes thought since I have been here that because the Indians did not have much money they did not know how to count imoney and know how much a million and a half dollars is and in making our offer we don't count acres so much as we count Indians; we want to give plenty to every Indian. Now what is a mill on dollars and a half; it means about $500- to ever man, woman and child in this reservation. $500- dollars in silver is about 4 times that halful. If you had five hundred dollars in silver you could not carry it home in your pockets, you would have to carry it home in your saddle bags and that is what we offer to every man , woman and little baby if they take it in silver.

Now we have proposed to give that much to every Indian because we think that every Indian will need it. We think that he will need that to improve the home that he takes, we think too that while he is getting ready to live upon his farm the Government will have to take care of the Indian as it has in the past , so we do not propose to disturb the Agency in going on for the next seven years, so that that goes on in the next 7 years just as it has in the past.

REPRODUCED AT THE NATIONAL ARCHIVES

32.

So that you have this to live on besides what the Government gives you for the next 7 years... Now there is another thing that I want to speak of. Sometimes when an Indian trades with a white man and the Indian has a pony to trade one will offer a certain price when he intends to give more and sometimes one asks a price when he intends to take less but the great father does not deal with the Indians in that way but we offered the price that the great father wanted us to in order that we might trade for this reservation. Now you all understand that long before you came here the Creeks owned part of the reservation and the Seminoles owned part and the Chickasaws owned part. When the Government wanted to get this for you to live here the Creeks and Seminoles and Chickasaws said before the Cheyennes and Arapahoes can go there you must give us some money and the Government did give for the very land upon which you are now living to the Creeks $0\notin$ and to the Seminoles and Chickasaws 1b$\notin$. The Government had to give that to the Creeks and Seminoles before they would agree to your living here and the Government gave them money and Now when the Government says that it is going to make arrangement for white people to live here, the Creeks and Seminoles and Chickasaws came to the Government and say we only sold that to you for Indians and if you are going to put white men on you must pay more money and the Government said that that is sound if we want to put a white man on it is fair and the Government did pay us some to them. So that the United States has already invested and paid to the Indians for this land about 4,000,000- dollars. So that when we give to you a million and a half dollars more for the land the Government has given more for the land than it is possibly worth. Now besides that the Government has dealt very generously and and justly with the Indians since they have lived in this territory,

The way in which the Indian has been living has not made them rich, you have had a great reservation of land to roam over but it has made nobody any money. The south would complain whether it cost much or whether it didn't cost anything and whether it came or not the Government found the Indians has here without sufficient food and clothing to make them comfortable, but the Government didn't allow the Indians to suffer but beyond what they agreed to do in '67 they have given hundreds of thousands of dollars worth of food and clothing to the Indians more than they agreed to give them, so that whether you worked or not, whether you had farms or not you knew all the while that you could live and that the Government would give you a living. The Government has been good to the Indians in another way, they concluded at Washington that the best thing for the Indians was to educate them, the young men and women that are on the reservation, so that they have sent a great number, I understand about 100 to Kansas and Pensylvania that they could be educated and kept them there at Government expense. The Government has done this for you because the great father thought that was the best way to make the Indian comfortable and self supporting speak of this to show you that the Government has not in the past and will not in the present nor in the future deal with the Indian only justly and right. So that when the Department at Washington sent this Commission out here to tell you that they will allow each Indian to take 160 acres of land for every man, woman and child and pay you one and one half million dollars of money

REPRODUCED AT THE NATIONAL ARCHIVES

you should not say that the Government is not dealing fairly with the Indians, so the Government has provided in this proposition that five hundred thousand dollars of this money shall be paid out to you in the next year so that you can get upon your allotments and make improvements upon them. This will get you next year about $150- apiece. Now $150- if carefully used under the direction of Indian Affairs and expend -ed carefully will get the Indian a great many of the things he needs. Of this money a man with a wife and 3 or 4 children will get 8 or 9 hundred dollars.

Now if you would have $1,000- explained to you you could buy 100 yearlings and if you would invest it in ponies you could buy from 50 to 75 with that money that is to be given to you next year . I have spoken of these things simply to give you an idea of the amount of money that we are giving you and then after that the Government would give to you Indians $40,000- a year to help them along better than they could without it. [illegible] money men want or ought to want is money enough to get along with; too much is as bad as too little. Now these are the reasons why we have been compelled to come to you and say that we can't offer any more money. We know by sending to the great father that $1,500,000- is all that the Government will give in money. Now this is considerable and we want you to think about this and consider the question both as to the title you have to these lands the quantity and how much money you will get and how much each will get and tell us next week

We want to do honestly and justly and fairly by youbut if it can it wants to make you all rich and wants you to make a living and will furnish you means to do it and if you cant do it the Government wil have to take care of you as it has in the past, and it is not a question of how much per acre but a question of how much money each Indian gets.

(Jerome) Now we have told you the last thing that the Government can do and we want you to take it home and think about it and come back monday and tell us what you think about it.

We don't want you to talk to us about it till you have had time to think about it and we hope that you will think tha you want to do it.

July 14, 1890.

(White Shield, Chey.) He says that he belongs up at the Cantonment and has a numerous band of warriors and that he is the head man of it and that when he heard that you were here he came down. He felt bad on hearing that you were having such a squabble down here and difference of opinion. I have the same opinion that the Great Spirit gave the whole continent to us: he gave the white me a country on the other side of the earth where they belong. We are trying to hold on to this country that the Great Spirit gave us.

REPRODUCED AT THE NATIONAL ARCHIVES

34.

When the white men came here we thought that they were poor and even if it was not their proper place we thought that we could give them a little place.    This country has been handed down to us by our fathers and the white man kept on coming and got more numerous.    We were given a big country to roam round in and live in and we always expected to have a big country to live in and we kept giving up one reservation after another until we are this side of the Arkansas River and we thought that maybe we could get along on this side of the Arkansas after giving up what we did then I know that we are giving up this reservation and I want to know who has a better right and who can take it away from us.  Gen. Sheridan defined the boundaries of this Reservation to us and told us that he wanted us to keep it.  I want my friend the Colonel and his enlisted soldiers to help us keep it, I know every foot of this reservation and have a strong love for it.     .   That is the old road that I was to keep on, the road that they gave us when they gave us this reservation.  I want to know the reason that they are all at once trying to take this land from us.

(Wilson) Tell him and make him distinctly understand that we are not taking it.

(Shield  Cloud, Chey.    We have come to the conclusion that we are down in a small enough place; now I don't want to give up any more and what is left I don't want to give up any of it. You can see the Warriors and Chiefs and heads of warrior bands round here.  We will try to get along with our means on this reservation whether we get any help or not.  I want you to tell the President what we say and I want this land fenced in with a strong fence to keep everybody out.    It makes no difference what other Indians do with their lands.

    I know how it would be if white men would get in among us. , they would swindle us just as they did when Gen. Sheridan was here.    Just hold on a while there are a good many years to the last treaty yet and when that is up we will be ready to talk of something else.    You have told us yourselves that we are entitled to 7 years that we are entitled to what we get and maybe we can get some more.

(Jerome)  I meant the $33,000- not the 100 and odd thousand.

(White Shield) Well our land is small enough now.

(Jerome) There is an issue of $95,000- for food that we don't know how long that will last, it is only the $33,000-.

White Shield. There are 3 or 4 of our prominent chiefs that were present at the treaty that this land was given  to them and and they advised our people to hold on to this forever. Stone Calf and Black Kettle said this on the Washita.  If these people    want to sell this country , let them get out into some other country, we know our rights.

    The Colonel knows what we have said before in regard to this reservation.  I want you to tell the President what our views are in regard to this. Our minds are troubled about another thing and that is the railroads that are being headed into this country, we want them kept out, we don't propose to give them right of way and don't want them to come.

REPRODUCED AT THE NATIONAL ARCHIVES

I see that you are tired as you didn't want to hear us talk but now you have heard us talk I am willing that you should go. You look to us like the Indian when he is tired. He was saying that even if it was not written down he wanted you to bear witness to the talk. This land is already smalle than we want it and we think a heap of what is left of it.

I don't want to quarrel about it but this is his mind and the sentiment of this people and I want to tell you about it. Some of these white men that have married our women ar not square and are trying to cheat us and I want these people that are living here on their families rights to not have any cattle only what belongs to the family and not send off for cattle, this is addressed to the Commission.

----to the Agent---- he is complaining about the cattle being in the reservation and that this Agent knows it.

(Jerome) tell him that we wish he wouldn't talk about his other troubles while he is talking to us.

(Agent Ashley) A good place to talk to me is in my office.

(White Shield) I have told you now just how I feel about this little reservation of ours and that is all I have to say.

(Little Man, Chey. for Cantonment.) I just came down here and and knowing nothing of your being here and when I heard about your being here and what you were here on I was much troubled in mind. This is a country that belonged to the Indians and you white people used to belong in another country and I feel bad now to think that these people could not find enough of their own land to satisfy them but they must come and try and get all our land. This land and everything in it belongs to us by right, we have been crowded from one river to another until we are now here. You have been grabbing after every thing we had until we are now down here and us older Indians remember when all the land south of the Arkansas was given to us.. Black Kettle was at the treaty on the Arkansas and it was framed. What you have already heard about these other people having a strong love for this country is true; we love this land like we love our sons the Cheyennes over here. This is the land that was given to Stone Calf and Little Robe and we don't have any idea of giving up any of t is land. I have a very strong love for this land and our wealth lies in this land. Gen. Sheridan told us that this was our land and that the Military would help protect us. I find that when Gen. Sheridan was here we signed papers to that effect before him.

I am glad that the Colonel has a whole lot of our young men as soldiers, look at these young men round here with soldier clothes on. Gen. Sheridan was the man that got the order for them to be soldiers and when you want any more we will be glad to give them to you --- here addresses some remark to the agent about the unsatisfactory state of affairs----

You can see me, I am a warrior of the Cheyenne Tribe, I kno my mind; I know from what I have seen of the Agent that he is not the right kind of a man. The first bad agent we had was Mr. Dyer, the next was Mr. Ashley, we have went 4 months without having any beef issue, I want to know what went of

REPRODUCED AT THE NATIONAL ARCHIVES

them -- it is the same old story take the objectionable ones along with you, Miles and Segar and Crooked Nose along with you I have not a word to say against Mr. Ben Clark.

(Wolf Face, Chey.) I want the people round here to listen to me, I want to express my thoughts as I feel them today. We do not want to talk about giving up this reservation or any part of it. We were looking for the Commissioners and were glad to see you come here. The Government gave us this land, the Government gave us land the other side of the Cimarron and afterwards gave us this. I expect to feel the same way after a while as we do now. These fellows like to go that stand in with theschemes, I think they had better all go when you go. There -- pointing to Wade -- is a man that has been a friend to us and that is the kind of men that we like to have be friends to us. There is Dutch Jake up here and Mike one of the soldiers that is on the sly in everything, Mike De-laney, they ought not to be allowed to be here. I found out what is bst and joined the crowd that I think is in the right.

I had an affection for the Agent here. I used to think he was a great friend of ours but I don't like the way he has treated the Indians. The Government and the Secretary and the Commission gave us a paper showing that this country be-longed to us. That man that owned all the cattle on the on the reservation and fattened and shipped them off, I want you to get some money to pay for the use of the land.

He says I think you might as well let this business off.

(Serj. Meat, Chey) All these people that you see here the big Chiefs and soldiers and scouts that you see round here they don't want any money for this land that you see round here

We don't like the idea of giving up the reservation. He says that the way we were brought up that when a head man or head soldiers and men among the tribe disobeyed the main man they were in the habit of burning their lodges and cutting their ponies and that is the way we are accustomed

We were told by Gen. Sheridan that this was our land and that we wanted to keep it; we want to keep the whole land as it is and want Col/ Wade to help us and that there is 7 years that we dont propose to sell our land or any part of it anyway

---- talks to the Indians ---- to the Commission--"I want to tell you gentlemen that this is the sentiment of this people. We know our own minds thoroughly, we have been talking about it. We like this land and we don't get tired riding round and see if we can keep it guarding it. Speaks of the Colonel as a man who does not change. Jake has a great big farm up there more than he is entitled to and I don't want him to have it.

(Red Moon, Chey.) We know a long time ago that this land be-longed to the IndiansUninvited the white man came into this country and they, the indians, have got so as though finally as it were on the edge of a precipice. We feel alarmed already about the smallness of the land that is left us and we have such a love for what is left so that we don't want to give any of it up The Indian was brought up different from the white man &c.

(Pig Bear Chey., He says that what White Shield said here in his speech is his sentiments exactly. We don't propose to

REPRODUCED AT THE NATIONAL ARCHIVES

give up the least part of t is reservation. These Indians are not in the mind of selling any of this land.

(Serj. Flacco, Chey.) I belong to a band of soldiers here and speak their sentiments, and what these people have said is our sentiments and we don't intend to change our mind for 7 years, That is all.

(Pawnee War Chey.) He says that the Great Father, The Great Spirit, gave these Indians this land on this side of the ocean and the white people were given land on the other side of the oceanfinally the white man come across the ocean and all at once for the first time we saw white man with beard and wondered what kind of man they were and the white men kept coming and crowding us on and taking our lands and everything that was on those lands. Finally we got into this reservation and it is the last reservation that we expect to have and we love this reservation and want to keep it. I and some of my young soldiers have riden round the reservation and know its boundaries and dont propose to give up the least part of it. We don't expect to cut it up and divide it and apportion it for 7 years. This land was given to a number of our big chiefs Little Rope, War Cheif, Big Horse, Black Kettle and Stone Calf those chiefs are long dead now and we don't propose to give it up ----gives the Agent the same racket --- Miles there is another man that has been trying to cheat us, speaks the same way of George Bent and his connection with the party. Says Geo. Bent had better go back to Purgatory, that is in Colorado, and stay where the Government gave him land and he sold it --- gives it to Miles as usual --- He speaks again for the Military to succeed Mr. Ashley and want me (Clar) to be interpreter. He wants you to take these same people of with you.

(Left Handed Woman, Chey.) Says he thought when he heardthat this Commission was here he would come down and hear what you had to say. I have listened to the talk that is going back and forth between this people and the Commissioners and I think the way these people have spoken they have already said to you about their love of this land, and I don't want to give up any of it, that is the way I feel exactly. We are just the same now as in time coming, we won't change. In the last year of these 7 years you may come back and talk to us and maybe we will have some other feeling but before that time comes we won't sell no how. I am glad to see my friend the Col. here because I know we will be dealt with fairly and no underhand business will go on while he is here. I have also heard here like some of these other fellows that the agent is no good.

(Mad Wolf, Chey.) He has been a big man among the warriors of his people. It is true that there are a great many chiefs round here and some over there have been chiefs in the tribe but we disown them now, these chiefs and warriors anre not going to take any money for their land. I know that the Col. is not here to treat with us but he is an important man to have here to direct us till the 7 years is up.

REPRODUCED AT THE NATIONAL ARCHIVES

I know that we have had a number of friends for Commanding Officers up at the fort and the advice that Gen. Sheridan gave us I hold to. We want this land for all times, we want it after we are dead for our women and childr

The feelings of the people here that object to the selling of the land is not to have any more meetings about it. He says that he wants to know where his friend George Ben is , our soldiers gave him place to stand in and be true to them.

(Whirlwind, Chey.) I just thought I would tell you that we want to end this council to day.

(Talking Bull, Chey.) These words that have already been said to you are the thoughts of the chiefs and all this people you see over there. I know it is true that this land was intended by the Great Spirit for the Indians only -- before the white man came over --- we found that they came over here to pick up and gather money that belongs to the Indians . This land and all the timber on it belongs to the Indians , that is the way that we and love the land and everything that is in it. What you have been told already is the senitment of the people. This is the money thatthe Great Spirit gave us , the land and what is in it, we don't want any money for the land. We are not going to change in our mind at all, what we have said we are going to stick to. Gen. Sheridan told us that this land was ours, given to us by the Presidentand for us to keep it. He sent for all these head men that you see round here when he was down here, and the Agent told us at that time that what he told us he had authority from the President. Now there is 7 years left of that time that we have to get our issues under the treaty that is the way we all think. What we were told by Gen. Sheridan we don't expect to change . I think that we are entitled to everything as we have been getting it without change for 7 years. . The treaties that the Government has made with these Indians we expect the Government to stand by and that is what we expect to stand by Now we understand that the President did authorize you to make certain propositions to these Indians and you have heard what they say to it. The country is small enough and we don't expect to give up any of it, that was the advice that Sheridan gave to us. We don't expect to give up any part of this reservation, we don't expect to take our land in severalty the land is small enough to live on as we want to live on it.

It was given to us in common to roam over and mingle round on as we pleased. Now you are all men of age and good sound sense and know that you are talking about and this is my sentiment; we look on the Colonel as a man who will look out for our interests and protect us, and I know that he won't stand in with any kind of schemes to deprive us of our rights and I am glad that he has a whole lot of our young men as soldiers. We are glad to have the Colonel for a friend and I want you to tell the President what we have said, we want the Military for our agent.