REPRODUCED AT THE NATIONAL ARCHIVES




(Sayre) My friends I want to speak to you just a minute, Cheyennes and Arapahoes as well. Some half dozen of the men that have spoken here today thought that they all understood all the provisions that were made by the Government for the Indians for seven years. In that the Indians are possibly mistaken and I will explain the real contents to you. I do this because I have been told that the Indians understood that this Commission had said to them that the provision now being made for them would be continued for 7 years; we did not mean to say any such thing. By your treaty of 1867 the Government agreed to do certain things for 30 years, that is up to this time and 7 years more. All that the Government agreed to do in that treaty the Government will do for the next 7 years, but outside of the treaty and outside of anything that is mentioned in the treaty the Government of the United States has been giving you rations, beef, pork and sugar, not because it was in the treaty but because you were poor and would be suffering without it. That has continued for 20 years because the Congress of the United States and the President said that it should be done for that one year, but they have not said that it should be done for this year yet nor the next 7 years which yet must take care of itself. These rations all this time have been given to you all this time because you were poor and it may be that the Congress of the United States will continue it and it may be that if you do not behave well to the Government that they will not continue it We can not tell. This year by act of Congress you havethe beef next year by the same act of Congress you may have the beef again and the next year and the next year Congress may not determine to give you beef and rations and you can't tell anything about it. But I want to say to you once more what is written down in the treaty of 1867 will be done for you just as it is written it shall be done, the Government always keeps the promises it makes with the Indians. If you need rations for the next 7 years I hope myself that you may have them, but I can't tell nor can anybody else, it depends upon the Congress and the President whether you will have them, the treaty itself says nothing about them.

Now I have not said this for the purpose of influencing your minds against your will but because 6 or 7 persons in speaking said that the rations and beef would be continued for 7 years, and I only tell you this to show you that neither you nor anybody else can tell whether they will or not.

(Young White Bull, Chey and Arap.)

He says that our feeling is that the Government has put this agency here for the purpose of feeding these Indians and and I don't have anyother idea but that they are going to feed them. I don't think that the Government hasfany intention of fooling them or breaking the treaty that lasts for 7 year..

I think it is the intention of the Government to go on just as it is now during that 7 years extra. We heard a long time ago that these Commissioners were coming and we are glad to have you come here, we wanted to hear what you had to say to the Indians. I want to say to the Commissioners that we have already counciled among ourselves and know our own minds and are not going to give up or sell any part of this land.

REPRODUCED AT THE NATIONAL ARCHIVES




There is no use to go down there to treat with the Kiowas and Commanches as I know that they won't give up either. We have a great respect for our friend the Col. here. I want you to go away from here with a good heart and tell the President what we have said.

(Bob Tailed Horse, Chey. I have no different feeling or sentiment than what has been told by the others here. We have been a long time here having a heap of talk: I don't think it is any use for you to stay longer and have talk because it is no use, all these men and chiefs that you see around here speak the truth. This land is already small enough and we are poor in land and we are raising stock on it and our children expect to raise stock after we are dead and the Country is too small already. He says that once the President was afraid that some unprincipled men would get the land away from them and he sent Gen Sheridan down here to put them out. And he told us that it was a very important matter to have our rights protected in this country and I want the Col. to help us. We were advised by Gen. Sheridan not to listen to any one that proposed to take this land away from us. I want you to send Segar and George Bent and Mike out of the country. I want you to tell the President that these Indians think that the land is small enough and that they object to selling any of it.

(Jerome: These Indians have failed to come in time to talk this forenoon and I presume that they have talked all they want to talk and we want to hear from you -- the Araps. --- and we will adjourn till 9 o'clock tomorrow and hear you talk then.

July 15th, 1890.

(Jerome) If you prefer to go in the school room we can shut out any persons they want and will let such white persons and such otherpersons in as they desire: would you like to do that or would yo rather talk out of doors.

(Left Hand, A. ) Room too warm.

(Jerome) If there are any white men here that you don't want just say so and they will go away pleasantly. .

(Sayre) My friends the Commission have been told that possibly you don't fully understand the proposition that we made. That some of you thought that it was mixed up somehow with the rights of other Indians and that you would like to have our proposition stated just like a straight line; now I will try to tell you about that so that everybody can understand it and know precisely what it means.

Now in what we propose we are proposing that no Indian except the Cheyennes and Arapahoes shall have any part of the money or land that we are talking about, it all goes to the Ch yennes and Arapahoes.

Then we propose that first out of this reservation wherever you folks want to take it every one over I8 to take his own the father of minor children to select for them, to take I6o acres, or one half mile square, one half mile on every side, every one, men, women and children to have I6o acres of land the only condition that we make to that is that at least 1/2 or 8o acres of that shall be pasture land, the other half or as much as you want of the other half may be in the bottom or what is known as Corn land. As many of you as please or as many families as please may take their lands close together so as to be neighbors but we further say that because of the military reservations and the Agency reservat on and the school reservations we say that the Indians ought not to take their lands there because it would disturb the business of the Agency and of the military and the Government don't want that. And after you have all your lands and after you have gone all over the reservation and picked out your own homes and picked out where you want to live and where your children want to live and after that is done and after you have picked out your homes the Government proposes to pay you $1,5oo,ooo- and all of that money the $I,5oo,ooo- belongs to the Cheyennes and Arapahoe and nobody else, no other Indian has any interest in it and no other Indian but a Cheyenne or arapahoe can get any of it , it belongs to you all. Now this money all together amounts to about $45o- or $5oo- apiece, to every man woman or child that belongs to the Cheyenne and Arapahoe tribes. But that we think is more money than you want at once and it is more money than you can use at once, we provide that as soon as this is done, as soon as the allotments are taken, we propose that we will give you one third of this sum or $5oo,ooo- or about $15o- dollars to each man woman and child with which to make improvements on the allotments; the other 2/3 of the rest of the money which is on million dollars the United States will keep for you as long as you want, the United States will keep it for you, and while the Government keeps it for you it will pay you $4o,ooo- a year that will be distributed among you every year by the agent in money. We will keep paying you that $4o,ooo- a year as long as you want the Government to do so, no matter if it is 5 or Io or 2o years or no matter how long it is but if after a while after you have had your homes some time you conclude that you want this million dollars then it may be taken out of the Treasury and be distributed among you and when you do that the Government would pay you about $3oo- apiece to each man, woman and child. Now that is the proposition that the Government makes to you, each of you men, women and children takes a farm of 16o acres which will always be his and then the money that I have told you will be paid to you, $15o- apiece during the next year and $4o,ooo- a year as long as you want the money to stay in the Treasury and when you want it $3oo- apiece and that ends it.

Then besides giving you this farm and the money we propose to write in the contract that you make that this doesn't affect any of the rights that you have under the treaty of '67but that treaty shall be carried out just as it reads and that all the provisions in that treaty shall continue for 7 years.

REPRODUCED AT THE NATIONAL ARCHIVES




Now there is nothing in that treaty as your friends who know about it will tell you and as the young men of your tribe that can read and write will tell you there is nothing in the treaty about rations being issued but they have been given you each year by Congress for a long time past because you were poor and needy. Now about that we don't make any agreement at al we don't say it shall go on a d we don't say it shall stop we don't say anythign about it, we simply let it rest where it has rested for the last 2o years in the hands of Congress but everything that is written in the treaty shall be done exactly as ithe treaty says. It may be and probablty will be that if your condition remains the same that Congress may do in the future as it has in the past but we can not make any agreement upon this subject. Now do you understand what it is that we m a and what it is we say If you do not and anything about it that you want explained more fully if you will tell me I will explain it to you; it is 18o acres of land and $1,5oo, ooo- of money, the treaty to be carried out just as it reads and no body gets any interest nor any part of either the land or money except the Cheyennes and Arapahoes. If you take thes farms the money is yours and the farms belong to you and nobody can get them away from you. Now if any of you want to ask any questions I will listen to them and answer them..

Then if you have no questions to ask I infer that you understand fully the Government's proposition. Now if you get ready to say that you will accept this proposition we will write it down in a written contract and you can show it to your friends and lawyers and then we will present it to you for your signatures.

(Left Hand, Arap.) We have a good heart and we have no hard feeling against anybody at all. I heard that you were coming out here and I did not know what you were coming out here for I have been thinking a great deal since you Commissioners are here. and when the Commission told him to take his land in allotments that he thought that he would put a price on the surplus land and I am glad that each man woman and child will have 16o acres. I am standing right along with the Government and when you made this offer to the Indians he thinks ove the matter a good while. We could not think what we were going to do but I thought of the prise that I set on the surplus land-- $1.45 per acre -- there are a good many of the people that have no horses to work with and they want the money that they might get for the surplus land to get a start with"

I want the Commissioners to take along what we have said to the great father and have the great father give us a fair price for the surplus lands. And he says to the Commissioners again this morning that in what I said the other day I won't make any change -- $1.45 per acre -- that is the way I feel about it. I want you Commissioners to think over it.

He says that they are willing to take 16o acres all round we want to take land altogether or in one body. He says that they are willing to take their allotments and are willing that the land should be allotted but wants to hear from the great father about the price of the land. He wants you Commissioners to think over $1.45.

REPRODUCED AT THE NATIONAL ARCHIVES




XXXXXXXXX,-

(Cloud Chief, Chey.) He says that he is glad that you came and what you came for, what you have said and we will tell you today what we think of it. Before we take any action we generally consider it. It is the same way with me. I have said this. He says that he is not going to talk while these other parties are talking because it gets all mixed up, but will talk by himself and say what he wants to. He says these other parties differ with me and the more they talk the more they advertise me as a head man of the people, I will tell you just how I feel and the sentiment of all these people around here.

He says that he wants all the influence that he has got with these other people to go on in the good road. When I was in Washington once and talked with the great Father he told me certain things that I must do and ever since then I have been gentle and went to work. The great father told me when I was in Washington to go on and raise crops and earn money. Then I go back and tell the people these things; see my people are going to work and progressing right along.

I have been to the responsibility of putting the children in school and most of these -- Indians -- have children in school. I told you all about these people how they are living and [illegible] and these other parties never do anything and we have tried to influence them to be progressive but they won't do it. Of course the other people have their settlement [illegible] but I have studied this matter up and I have been compelled to earn my living off my farm and these chiefs they might [illegible] farms and have a place to work out I am sure they [illegible] got anything. He and his people are the only ones [illegible] this ground and the other parties -- I just tell you these things how I have been living and the other parties. Now the great father wants him to do another thing and he has studied that and is willing to do that.

He is glad for his children to have 160 acres all round we want much land because we raise stock more than farming; he says that his money proposition was $1.45 per acre. He says that he don't refuse the will of his great father because it is for [illegible] but he wants to get all he can, he asked this much because his people are poor. He says both parties do not agree but the best thing is to meet our great father up there and fix the price there. He feel what the great father says but wants the surplus money.

(Starving Elk, Chey.) When these Commissioners came I was glad to see them. Then I study about what you came here for I think it goes all right for his people, his proposition 160 acres for the settlement of his people and he thinks it is right for each man woman and child to have a settlement. I want XXXX $1.45 per acre and we want the Commissioners to study this up and the great father too.

(Jerome) The Commissioners knew when they came here about what the great father desired them to say to these Indians.

Now the Commissioners have said to the Indians about what the great father wanted them to say to them; we increased the amount of land that each should have a little more than we were told to.

REPRODUCED AT THE NATIONAL ARCHIVES



We did that because you asked us. Now since we have been here we have communicated with the great father by telegraph we told him what we had offered you in land and money; he said that he thought it was very liberal but that it must not go any higher so far as the money was concerned, we must treat all the indians like children about alike. That you are talking about is a great deal more than has ever been paid for any land, if the great father would let us pay a big price to you and a little price to some other Indians we would be doing a great wrong; now you must think about these things and not expect to get any more money and you must try to deal as fairly with us as we are dealing with you. You must always remember that we can do nothing without the Government and yet the Government is always good to you. Now in what you have to say to us about the money we will be glad to hear you talk but if you are going to get up first one and then another one and say that you are going to get $1.45 per acre, you are not. We are sure that you do not comprehend what a million and a half is. Every family of a father and mother and 3 children would get between 22 to 25 hundred dollars. This first payment that we propose to make to you to start your farms.

Families of five persons get between 550 and 8 hundred dollars, that is enough money to fence you lands and build your houses and buy their stock. Now if you have that differently you have been badly advised badly, those persons were not your friends. Now we have agreed with you about everything except the price and it is for your good to take the offer you will be in condition to take care of your families [illegible] Now sometimes all the Indians do not quite understand all that we say to them on account of the interpretation; there are a great many little things that we could sit down and talk to you about just as men talk sitting down, questions could be asked back and explanations made till you see it just as we see it. Now if you Indians would like to appoint 4 or 5 of your head men to come and talk and sit down with us we know that we could show them that it is best for them to do as the great father wants you to do.

Then you could go back and tell your people about it and we will explain all these things to you but it does not do any good for your people to stand up and say you will do so and so when the great father has told us that we could not do it. Now if you want any one to come and sit down and talk with us we will have the interpreters and have a good talk.

(Row of Lodges, Arap.) He says that he heard some time ago that there were three Commissioners appointed by the great father to come and talk to us Indians, and I have been looking for you for a long while. When I heard you came here I went over to see you and I met you over here near the Scouts camp across the river, and in that council you told the Cheyennes and Arapahoes that you had come out to get the Indians to take their land in severalty and you also told them to think about it and the first day that we met you here and you told us Indians, I did not know what I was going to say to the Commissioners and because I did not know what I was going to say to the Commissioners the first day I put it off and finally I talked to you and since you talked to us at the Council across

REPRODUCED AT THE NATIONAL ARCHIVES





[illegible] what I was going to say to the [illegible] I thought what I was going to tell you [illegible] that I am going to do. He says that [illegible] made an offer to the Indians how much [illegible] going to [illegible] for th lands and that he fixed the [illegible] $1.45 on the surplus lands. They want to comply with all the wishes of the Governmentand he don't think he would have [illegible] trouble [illegible] his land at $1.45 per acre.

Because I [illegible] that [illegible] are poor I want to get a good price [illegible] land, [illegible] to sell to the Government. [illegible] that [illegible] Commission don't think that these Indians are [illegible] white men here who know.

I have [illegible] people than those people tha were talk[illegible] yesterday, [illegible] willing to take my land in severalty [illegible] that [illegible] the price that I asked for [illegible]. He says that when the Commissioners came [illegible] going to talk to them abou the [illegible] reservation, [illegible] in the Strip. He says that all the Arapahoes [illegible] are with him.

([illegible] Chey.) [illegible] White Antelope used to be a great chief, he was massacred on Sand Creek. This ground belongs to the Cheyennes and Arapahoes, it is 39 years since his father went to Washington. The Cheyennes and Arapahoes are willing to take 160 acres apiece, and what they are asking for the rest of their lands they would like to have it.

(White [illegible], Arap.) He says that he heard about the Commiss[illegible] they were coming out here and the great father [illegible] to farm and live like that and when we heard [illegible] were here we all left our places and came down here and when you called the Indians together here to meet you [illegible] them what the great father wanted them to do and think about it and ta k among themselves and they did and when they got ready they came up here and told you what they had agreed among themselves about the land. He says that you came out here to buy the surplus lands and to tell them to take their [illegible] in severalty, I know that the Indians are not quite ready to take their lands in severalty but they take the [illegible] fathers word. He says when he came up to see the Commissioners that he did not know what they were going to talk about, I did not know what I was going to say an when I [illegible] think some more I will come back and tell the Commission[illegible]. I know that the Government wants the Indians to live like white people and walk the white man's road.

I am not educated and do not know the white man's road, I am willing to take land in severalty and take 160 acres of land and I want you to tell the great father that we want $1.45 per acre. He says that he understands what you tell him but he wants to tell you what we feel. A good many of our friends and and children [illegible] people are buried here and we love the land.

All [illegible] Commissioners have said to the Indians is good and they [illegible] glad to hear it but we want to make our talk to the [illegible] good also. He says that the reservation what [illegible] in Nebraska and Colorado we did not get a cent [illegible] the reason that they put a good price on this.

REPRODUCED AT THE NATIONAL ARCHIVES



(White Buffalo. Arap. ) He says that he knows that the president appointed you Commissioners to come out here and treaty with the Indians. He says that the offer that you made these Indians is not quite enough, he thinks it is too small and and since we have been talking among ourselves we have fixed this price and he don't see why the Government don't agree to the price fixed. He says that he won't make any difference in what the other chiefs have said to the Commission $1.40.

He says that if the great father sends another small Commission out here to treat with the Indians again he will repeat the same thing. All the Cheyennes and Arapahoes agreed upon this price a long time ago and will not change.

(White Snake. Arap.) He says that you came here to buy land from these Indians and that they are willing to sell the surplus lands to the Government. The first day that we met the Commissioners [illegible] they told us to go home and think over the matter and [illegible] then we have found out what we are going to say to the Commissioners. Finally we all agreed to fix the price at $1.40 per acre, all the people on that side say the same way.

(Showakanie Jim, Wichita) He is proud to speak to these bretheren, the Indians, and his white friends. As you well know I don't belong on this reservation, I [illegible] on the south side of the Canadian River. There is one thing that has troubled him. The way the Indians are divided up into divisions.

Why don't [illegible] brotheren make up your minds one way and have no division and tell the Commissioners that way.

He says that if you would all remember how some years back how I used to [illegible] to get you to go to work; I said that there would be a time when we would meet the Commission of white men the Kiowas, Comanches, Apaches, Cheyennes, Arapahoes &c.

This is what I meant for you to be ready, to be prepared for the time [illegible] ready for you to do whatever the Committe wanted to do, and if you had done what I told you you would have been better prepared to meet the Commission than you are today. The time is coming that this Commission is coming down to see our people and we will be ready then and have only one subject to lay before them. He said, it seems to me that the Government found out that you are not doing much with your country, you have a large tract of country and are doing nothing for this country to make you rich and the Government thinks that you are not doing anything to use so large a country. He says as he said before he don't belong on this reservation and has nothing to say but one thing he would like to ask the Commission. He says that there was one thing that he don't understand. He was present and heard how one of the Commission got up and said it did not do any good for them to talk that way you told him that it was no use to talk about $1.40 per acre and one of the Commission told him to sit down and not talk that way: it is just like this trading something just like a pony at the sale and the owner will get up and say how much and if the man did not want to pay so much he need not pay: that is the way with the country

(Jerome) Now when a man owns a pony or goes to buy a pony he can sell to whoever he pleases; no one else has any control of the pony. TheGovernment concededs that these Indians have a right in this land but they can't sell to anybody else but the Government. and the Government has the right to make the price and there is a vast difference in these people going about to sell a pony and buying these lands. We have had to pay other parties for an interest in these lands , and they have done so within a year. We have told them for 6 or 7 days in succession that the president and the Secretary has restricted us in price and the amount of land, and one man gets up and says that we want so and so and we have told them that we could not do it and there is no use telling one thing over and ove

(Wilson) The Government thinks if you take your 3500 homestead that the land is not worth so much.

(Jerome) We have divided the price $1.25 fairly.

(Sayre) My friends since we have come here we have become convinced that all you men are disposed to be fair and friendly with the Government. We think that you are meaning to be good men and good Indians, but I want to talk to you a minute and ask you if you really believe that you are fair in the position you have taken. Now you all know and if you do not know I will tell you that 3 years ago the Congress of the United States passed a law authorizing the President to order that the big reservations shoul be opened, and that you should take allotments, that is the law today.

The president can make this order any day and if you ask the agent he will tell you so and if you ask your lawyer Mr. Miles he will tell you yes, if you ask this Benfat he will tell you if you ask any man that can read the law if that is so and will tell you yes, if he tells you the truth. If you who claim so particularly to be friends of Col. Wade's will ask him he will tell you so because it is the truth, no if he would do that what would he get: each man the head of a family would get 160 acres of land and thw wife would get nothing under the allotment act and the little children under the age of 18 years would get 40 acres apiece only, so that a man and his wife and 3 children under 18 years of age altogether would only have a farm of 280 acres. . Now that would happen to the Cheyennes and Arapahoes if the president would make the order which he can make any day he pleases. Now when we came here we thought that it was not quite fair that the husband should take all the land and the wife none and that a boy 18 years old might take 80 acres of land and a child under 18 could only take 40, we thought that it was not fair.

And if the President would order you to take these allotments there is no provision to pay you any money whatever, if you could not induce Congress , where you can not go, to give you some money, you could get no money at all, and when you would get it as no one here could tell, it might be years before Congress would give the Indian a single dollar.

Now we propose to give you 80 acres of land and $1,500,000 . You took that under consideration and came back and told us that it was not enough, that you wanted 160 acres of land

REPRODUCED AT THE NATIONAL ARCHIVES



apiece so that in place of a family of five persons who under the law would get 800 acres of land you wanted 800 acres.

You wanted us to give you almost three times as much land and almost 3 times as much money. Now what did we say? we didn't say no we will not do that, we will not pay any attentio to what you want, we said after thinking it over we will give you three times as much land as the act of Congress says we may.

Now if you want to be fair as I believe you want to and if you want to trade as I believe you do; is it right for you to demand three times as much money as we offer you? if we give up the land ought not you to give up the money? Now that is the way we [illegible] this proposition to you: we made ours and you said you [illegible] not take it and we are half ways to yours now and we [illegible] you ought to come and take what we offer you The Government [illegible] many of you know and as you have heard spoken of [illegible] many men here in speech that the Indian does want a good deal of land but does not want a great deal of money because [illegible] can take care of the land but not of the money

When we were first apponted the great father took us to Washington and told us what he wanted us to do and the Secretary told us what to do and the Com. of Indian Affairs told us what to do and the member of Congress who passed the laws and collect the money to pay to you told us what to do, and since we [illegible] had our first talk with you we have had a telegraphic [illegible] from the Secretary of the Interior telling us that the offer is good and just and what to do with the indians. I think that you don't know what a million and a hald dollars amounts to or what $1.[illegible] per acre would amount to, on that account we would like to have you ask some one who can read and write and so forth what a million dollars is.

Ask your lawyers, ask your agent, ask anybody that can read and write, ask the military officers whom you have confidence in and I am sure they will tell you it is fair becaise we know it is fair [illegible] you all know from what you have seen in the last [illegible] years that the Government's policy in regard to the reservations has changed, the Indian reservations are to be [illegible] as you have seen it done over here in Oklahoma. [illegible] treaty made with the Iowas, Sac and F. and Pottawatomies [illegible] Shawnees in which they have agreed to the terms of [illegible] Government and it is not reasonable for you to suppose and [illegible] should not allow yourselves to suppose that you can remain in the same condition in this reservation as you have in the past. The great father saw that this change was coming and he [illegible] not want to enforce the Dawes Law agianst the Indians without first sending out to try and fix the Indian so they would be prepared for the new order of things. He did not send us here to make a paying trade, he did not send us here to make a hard bargain with you, he did not send us here to cheat you, he would not allow that if we could.

But he knew from the reports of the Agents how many Cheyennes and Arapahoes there were and he knew how much money it would take to fix them in their new homes, which is just as certain to come as the sun to rise tomorrow, so they told us what to give. It gives to every familyenough money so that every family may be comfortable. Now it is in this light, to look at in this way, that we have come to your conclusion and said you could have 3 times as much land now it is for you to

come to [illegible] and say that [illegible] will take the money offered by the [illegible]

(Pearl [illegible] says that he wont make any different speech [illegible] what the chiefs have already said. He is willing to take his allotment in severalty providing that he gets his price for [illegible] land. [illegible] wants to make hisspeech just as good as he can [illegible]

(Jerome [illegible] Indians to go by yourselves and think of the [illegible] been said by my brother Judge Sayre as [illegible] law is and you should go by yourselves and [illegible] friend that you ever had to go with you and tell you [illegible] are true. Now I want you to first enquire [illegible] any of the people in the office how much [illegible] out of that treaty if Congress should fail to make [illegible] appropriation. I want you to know everything that Congress has [illegible] for you, and what is provided for in the treaty and [illegible] would get next year. Then I want you to have some one to read you the law out of the big book that Judge Sayre has been talking about and I want you to consider the offer that the Commissioners have made and how much it would cost to get living as brother Jim has told you. Conside these things well and come back in the morning and make the contract and we will sign it.

(Left [illegible] says [illegible] to be the last meeting with the Commissioners [illegible] he says that he is willin to do what the great father [illegible] to do in the first place He says that he is poor [illegible] the rest of his people He says [illegible] is ignorant [illegible] is the rest of the people and so they don't know what [illegible] to the Commissioners. He says [illegible] wishes of the Government by raising [illegible] stock and [illegible] his children to school. He says [illegible] school he always [illegible] to send his children [illegible] always does that. [illegible] whiteman's [illegible] school is good for his children [illegible] children get educated [illegible] When President Grant gave [illegible] living in peace with the white people. [illegible] talk and he mentioned [illegible] per acre you told him that you were not going to give him any more than you had offered him but he says some Cheyennes are opposed to sell and take lands at all and some Arapahoes and a few Cheyennes are in favor of selling and whants to do what the great father wants them to do, and those Indians that are in favor of the sale of the lands and those that want to take their lands in severalty they are still on the $1.45 and I wont make any change at all.

REPRODUCED AT THE NATIONAL ARCHIVES





(Cloud Chief. C.) He says that he is one of the men there that wants to be on the agents and progressive and on the white man's side He was the first one to send his children off to school and the first one to go to work and raise a crop. He a says that he was willing to receive these Commissioners and see what the great father wants. After he had studied up this he knew that the reservation was all nice country and that plen -ty of fruit and crops could be raised there, then he fixed a price on it and that is his sentiment and of his people.

He says that he is always willing to do what the great father says and ov course the majority of the Cheyennes and Arapahoes are on the other side and I want my party to go on the right road and the arapahoes too. He says that he is willing to come to the Agent and looks to the agent and all good people to advise him and that the agent will be here 4 years and that th he says to go on in the right way. He says that the sentiment and feelings of his people are the same as yesterday and their minds are already settled and today they are the same and this is our last meeting. He says that they are always willing in any way when the great father sends you here and when you talk to him dont say what we are opposed to him. .

(Row of Lodges. A.) Yesterday the Commissioners were here and what we said to them yesterday we are the same way today We still stick to the $1.45 and I have been kept away from my place for several days and I want to get back.

(White Eye Antelope, A.) We heard that you Commissioners came out here to talk about the land and I have been figuring what I would do about the land. He says that this land was given to him by the great father and it is good land and every thing that is on it is good an we don't want to give it up for a smaller price. Because I know that this country is a good country and the reason that I wanted I6o acres of land for each man, woman and child is because we are going to raise stock more than farming. He says when you Commissioners want them to take their lands in severalty that they are willing to do, but the price you offer for their land they are not willing to take that. He says that he is 5o years old now and has many children and some that are grown up and they are going to live in this land for the next Ioo years, and he says this is the last talk with the Commissioners as I want to go back to my place.

(Bull Thunder A. I want to make a change in what I said to the Commissioners yesterday and want you Commissioners to take pity on me and agree to the price I have fixed. He wants you to agree to $I.45 this is the last meeting that I am going to have when this meeting is over we are all going home.

(White Buffalo, . He says that the great father sent you out here to talk to them about their land, he says that the first day that you had a talk with these Indians that they think it is too small and so they talked among themselves and fixed the price. He says that he wants to tell the Commission before he goes away that he stickes to the price, I.45. He want to go back to his farm.

REPRODUCED AT THE NATIONAL ARCHIVES



(Sitting Bull, A. am going to say a few words to the Commission this morning. He says that you are Commissioners come out here to buy this land but I don't know why you wont agree to what we want you to do. He says that the white people are rich and but very few are poor but that the Indians are poor. He says that everything that is told them by the great father they ... He says that the reason that they did not want to give up ... land is because it is good land, there is good grass on it, and everything thay know is good. He says that these chiefs have already told you what they intend to do and of course he can't make any speech different.

(Medcine Pipe ... ceman, A.)He says that he is not a chief but that he thought he would say a few words to the Commissioners. He says I think there are a good many Cheyennes that don't want to take their lands and a few that do, and if you would agree to the price we fixed I think they would all join in it; it is the same way when we lease grass lands to the cattlemen and some of the Cheyennes don't want to, it is the same way, and when we get the pay they want to come and join in . He wants to do what is right, he thinks that it is not in either party but is in the Middle.

(Wolf Robe, C. He says that you are listening and so are all those around you, and our great father sent you here. Since the Commissioners came here he has listened and studied it over as it is very important business. He says that there is nothing more that the Commissioners came here for but to buy land of the Indians here and they know when they came to look at it that it was good and they want to buy it and the price is fixed by the Indians and it is $1.45, he says that the Indians can not do as much as the white men and they ought to have more money for their land.

(Wolf Robe, C. There has been two divisions of the people and I did not know which side to take but I think that it is a good thing to keep in the white man's road and I have sent my chlidren to school and I thought that it was good to be on the progressive road and be in the good road that is the sentiment of his friends round here, $1.45 . That is all.

(Arrow, A.) He says that he is going to tell the Commissioners what he thinks about the matter. He says that he has tried a different way to find out how I am going to get my good living and I have not found it out yetHe says that he knows that the great father sent you to buy the land of the Indians. He says that the Indians fixed the price at $1.45 per acre and I know that if we get that we will get our good living and get a good start. He says that he is willing to take his lands in severalty provided he gets $1.45 per acre for his surplus lands. He says that he wants the Commissioners to think over and give them the price that they have asked.

(Medicine ... ismounted, A.) He says that he was working hard on his farm and when he heard that the Commissioners were here he left it and came, and the Commissioners told him that they

REPRODUCED AT THE NATIONAL ARCHIVES



came here to buy the land of them, and he says that he is willing to sell the land to the Government provided that he gets $1.45 per acre for it and he says that the Commissioners don't agree to $1.45 per acre and that is what delays everything. He says that the great father has plenty of money and if the great father sent you here to buy the land I don't see why you don't agree to it, the reason that he wants this is because ~~he wants good living and especially you Commissioners [illegible] over this is the last talk with the Commissioners and he wants to get back to his place.~~ he wants good living. He wants you Commissioners to think over what he has said and especially the $1.45 per acre. He says that this is his last talk to the Commissioners and he wants to get back to his place.

(Black Wolf.) He says that he wants you Commissioners to tell him the truth and tell him right now if you wont agree to the $1.45. He says that he knows a great deal of this land is good and that is the reason that he wants to get a fair price for it. He says that he knows that there is good timber, and good grass and good land and that everything is good. He says that there is only one road that the Arapahoes made and that road he is on. When this talk is over we want to go to our homes. He says that since he has left his farm that there are lots of weeds in his cornfield and that he wants to go home and cut them out. He says he sticks to $1.45.

(Heap of Wolves A.) It has been 22 or 23 years ago since the land was given to us by the great father. He says that the there is plenty of timber and grass and water on this land. He says that the Commissioner of Indian Affairs and the great father ought to take pity on us this is the last time we are coming together and I want to know it. He says that a good many of the Cheyennes and Arapahoes are poor and that is the reason that they want to get a good price for their land. He says that if they set the price at $2- per acre that would be too much but they set it at only $1.45, that is all.

(Starving Elk, Chey.) Says that he was glad to see the Commissioners coming. I dont see why the great father can't give us what we want for our land. He places the Military here and others that are very expencive and why can't he agree with us. This land is good and the price is already stated $1.45 per acre and that is the feelings, that is the only settlement we will make.

(Bear Feather A.) He says that they are willing to do what the Commissioners want them to do. He says that they have been thinking for quite a while and that they think that $1.45 is a fair price. He says that he is on the same road.

(Cleaver Warrior A.) The speakers before me say that the negotiations before them keep them from their larors on their farms, but I would rather accomplish something and get away. You don't think what is in the future.

REPRODUCED AT THE NATIONAL ARCHIVES





I say this because I want the people to be happy and prosperous in the future and not be living as they are now.

Every man differs in his Ideas and Thoughts and if he he presents them before Indians or white men ot the Commission he can argue and persuade others to join him. Now Hon. Commissioners I want Objections to be given me from what I say.

I for my part am willing to sell my surplus land at $1.25 per acre; I want objections for that price.

(Jerome; We have just this to say to the Indians, when they were brought over here we purchased this land from the Creeks and Seminoles and paid 30¢ per acre and they might live here and any other Indians that they might agree. Then the Government thought that they would gather up all the tribes and bring them all down here; and when the found out that the Indians all over the northwest felt so badly about this they changed the plan and put them on allotments and when we bought this land of the Creeks, and Cherokees and Seminoles, they said that we sold you this land for Indians and if you put whites on it you must pay more and the Government paid the Creeks and Seminoles about 70¢ more per acre and all the rights that these people got down here in law and equity was the right for Indian homes and when you have taken your lands out and we figure them the best lands we have. That $1.25 would be divided up and we pay you $1,500,000- and we divide up the money. The government 70¢ per acre and no allotments, you get $1,500,000- and allotments. We find the Indians here under Executive Order, until now Congress has had this matter under consideration and they may say, the committed said that the Indians were only sent here to have a temporary home and may be removed and they were to have $35, 000- for the Kansas lands and have the Cherokee lands bought for them: that would have cost the Government less than they paid for this land; they can't have both of them and must give up one and now if they come down here it should not cost the Government any more than it would up there nor should it cost them any less and that land was appraised at forty seven and one half cents per acre for Indian uses. Now we give you more for this land here and so we have all these ways of figureing it.

What we do is to go to Congress and Congress makes the law and this must be in harmony. We have been in communication with the Secretary and he says it is too much but to go on and trade with the Indians. Now you say that we come here to buy the land just as you come to buy a pony, now that is not so we come to say that the President says take allotments and you must get them, it don't make any difference whether you want to or not they have the power to make you do it and say what price it will be; but in order to help you make more and to give you more encouragement and help you start better we don't care so much what the price is but say that you may each have enough. Now what do you expect will be done when we go back and report that you will not do this. Congress is now giving you over $100,000 which you know has nothing

REPRODUCED AT THE NATIONAL ARCHIVES


-4. to do with the treaty and Congress may sa. after Congress has ordered them to take allotments that th y dont pay any money.
Now we go and t l the President that they won't take allotments and he s y I will order them to. Now what do you expect them to do? Congress would not give them any more money than we offer them and Congress will not give them any more money than enough to make $1.25 and that is what it paid for Oklahoma and if you don't agree the Government w ll do as it thinks is right; we are sent here to deal with all the tribe and have our instructions. Now I want to repeat to these Indians the r condition of things, just what the Government sent us here to tell you:The Government sent us here first to say to you th it has adopted a plan that all the Indian Reservations in this country are to be opened to settlement after the Indians have homes.Before that is done the President sent us here to deal with all the Indians in the Indian Territory west of the 9 meridian of longitude so that they could live better and make their own living. Now we were to go to the Indian's homes and see how many there were of each tribe and see how far advanced they were and we were first to judge of the land whether it was farming land or grasing land; when we have determined how much land each one ought to have we say so; then we consider how much the Indians ought to have to fence the n and build houses and buy cattle and going to raise stock a to buy tools with for they are going to be farmers; then again we estimate how much money we ought to pay the Indians and we look back to see how much land the Indian has given up before now, we come to the Cheyennes and Arapahoes and we know that a good many years ago you had lands up in Kansas which you surrendered to the Government. You made a treaty in '65 with the Government for the land that you gave up in Kansas. You were to have $38,000- per year and a reservation paid for for you up here in the Cherokee Outlet; you didn't want to live up there in the Strip but wanted to come down here so we consented that you might come down here; now if you had staid on the Strip up there your Kansas lands would have been fully paid for; don't loose sight of this, if they had staid up there and the Government had paid for their home in the Strip, that and the $38,000- would have paid entitrel for their Kansas lands. Now they came down here and we bought homes for them here, and paid the Creeks and Seminoles 30¢ per acre for them for their share. Now that was simply for Indians to live on and not for whites; now when the Government changed and said that they would open this territory for whites then they went back to the Creeks and Seminoles and paid them a larger price because they wanted to use it for white people. Now the only title that these Indians ever had was only to occupy as homes not to sell to the Government nor to anybody else: so we agree that we will pay all the Indians that have any claim upon this land in proportion to their shares we paid the others 75¢ and no allotments and to these Indians allotments and $1,500,000- .

Now we ask 530,000 acres of the best of this land for their homes and a million and a half of money which is 2 or 3 hundred thousand dollars more than the Creeks and Seminoles got for their share. Now the two amounts of money and what was paid last year to the Creeks and Seminoles will amount to $1.25 per acre which is the limit that Congress will pay for any of these lands.

REPRODUCED AT THE NATIONAL ARCHIVES




Now these Indians never owned the tile of this land in fee, they only owned it to do with it as Congress would let them: they could not lease it without the consent of the Government, they can't sell it to anybody else but the Government and the Government has the lawful right to fix the price that it will pay for the land. Now that is the difference between white people and Indians; they can sell a pony for whatever they please and [illegible]ever they [illegible]

We came here and have done exactly what the Government wanted [illegible] to do except that we have fixed the money at a little more [illegible] the judgment of the Government. We got a telegram from the Secretary of the Interior telling us that so far as the President is concerned that it was rather high.
And when [illegible] go back and tell the president that they wont do what we want them to and I want Left Hand to tell me what the people are going to do when the president says; "I will have to execute the law as it is written".

( This is an [illegible] Injun who addressed the Com. in English ~~and~~ whose name [illegible] was unable to ascertain.)
Leonard Tyler: By that [illegible] Government refuses to pay any price for our surplus lands. What these Indians think of the purchase that the white people made; the amount that they got for the Island of Manhattan, [illegible] the school boys who are looking at me may appreciate the same way our schooling and our support and care
Where we may be living and I say this that I am against the Government [illegible] what I thought dont interfere with the others. If the Government does not want to pay any more than they offer I am willing for my part to accept 2,000,000 and that 1,500,000 [illegible] interest at 5% or more.

)~~EXXXXXX~~ (Arap.)
(Jerome) [illegible] the land has been fixed and the President fixed the price [illegible] 1877 for the land in the Strip. We don't pay but little [illegible] Indian Homes to what we pay for white Homes
We have been [illegible] communication about what we have done and he refuses more [illegible] these Indians. These Indians never had a title like [illegible] and they never had a title that could be used for white homes, so they sell their share and all together it make [illegible] what we paid for Oklahoma and what we are willing to pay [illegible] the Strip but we can't pay the whole to part of the people. Now the most serious thing is that if they say that [illegible] won't trade with the Commission is that if the law is enforced it does not give them any money and not so much land as we provide for. Last night before we went I told them to ask you and the agent if this law is not as I stated it and I don't think [illegible] did. We left the book over at the Agency so that [illegible] could read it to them. Now in place of finding out what [illegible] they were off last night by themselves and said they wont [illegible] anything but what they had done.

REPRODUCED AT THE NATIONAL ARCHIVES




(White Eyed Antelope, A.) He says that he went to his father yesterday wh[illegible] 5o or 6o years old and asked him who really belonged to th[illegible] land and he said that he was raised in this country and [illegible] but very little of the Cherokees.

(Jerome) You t[illegible] him that where he wants to go to find out about the land [illegible] in the books of treaties and laws of Congress not what his [illegible]er remembered. . Now here is one of these men that has [illegible] that is not of age and he tells him what to do and wh[illegible] to go, for the President and Congress it is the same wit[illegible] Indians. Now when the Congress and the President agre[illegible] that they should have the Cherokee lands for their [illegible] they agreed to pay what costs about $38,000 a year for 30 years and to buy that land for them up there, and Congress [illegible] that they could not live, that they could not raise a l[illegible] and has paid them $105,000- that is not in the treaty a[illegible]. Now that has run up to about $2,500,000- because the Government looks out for the Indians as a father for his chil[illegible]. Now Congress sends us out here to talk to the Indians because it is for their good; now if they don't do what he asks them to what do they think he will say.

(White Eyed Antelope, A.) We won't do anything but raise corn and what we [illegible] said to the Commissioners we hope that the great father will give us what we ask for the land.

(Jerome) But h[illegible] said he wont. ----(W.E.A.) He says that he hopes that the great father will give him what he asks for for his land --- (Jerome) But the great father makes him go on his land ju[illegible] the same.--- (Left Hand A.) He says he was willing to h[illegible] the Indians talk to the Indians and they want to shake [illegible] and you would not. ----(Jerome) I did not stop the Indi[illegible] when he was talking and I sat down here to talk kindly an[illegible] pleasantly to talk to these old men and to tell them what the law was and what would happen: we say to them that this [illegible] the best way for you and you say no no that is not the bes[illegible] way for them and I ask them what is their way that would be better. There is just 2 ways to settle; [illegible] settle with us an[illegible] settle under the law. Now which do you like best. The law provides less land and no money except as Congress may agree sometime afterwards. We agree that 3 times as much land and [illegible] the money that the Government will permit us to give. [illegible] say that this is best for you and we are just as much int[illegible]ested in looking after your interests as the Government. We want to start you so that you can make a living.

(Little Chief, [illegible] I am going to tell the Commissioners what I feel about it. [illegible] says that I have a good farm and good health and some stock and when you talked to the Indians I listened carefu[illegible] to the Commissioners and I want to tell wha[illegible] I think about [illegible] When I had a fe[illegible]st at the camp last night I had a talk with the Indians and that is what I am going to tell the Commissioners today. I want the Commissioners to think about what I am going to say. I want $1.25 and afterward you can allot lands in severalty.

REPRODUCED AT THE NATIONAL ARCHIVES




Big Nose, A. says that he is going to tell the Commissioners what he thinks today. The great father made a road for you to come out here in. He says that he has a good farm, house and cattle here and that is what I am going to talk about to day. I will tell you what I think. He says that he has been in favor of allotment for a long while He says that he the Commissioners come here to talk about 2 things, to buy surplus lands and to see the Indians take their lands in severalty.

He says that he wants $1.25 for his surplus lands and this thing will be done then. He says that he knows that this land is good land and that it is good country and he knows that the next 7 years Mr Wade stays down here.

(Lame Antelope ) He says that he has a house and a farm. that he loves his land and don't want to give it up and that $1.45 is only small money.

(Black Cayote ) He says that he is no chief that he is only a policeman and is on the police force for the last 12 years. that sometimes he is anxious to talk to the great father but that these Commissioners represent the great father. That when the other Indians are making their speeches to the Commission there is not much difference but he is going to make a difference from the others. that when the other chiefs made their talk to the Commissioners and of course their talk is good enough but his speech is going a little different. That all that he wants to say to the Commission is that he is in favor of $1.... That he is willing to take his land in severalty provided each man, woman and child gets 160 acres of land. that he just wants to say what he feels about it. That he wants the Commissioners to tell the great father to keep on and feed these Indians rations right along for the next 7 years. That the reason that they wanted more land is that sometime they may increase in number.

(Medicine Pipe, ) He says that when they had a feast at the camp that they talked among themselves and a good many were in favor of $1.25. That all the young people were in favor of $1.25 and the old people want $1.45 and will soon pass away but the young have 50 years to live. Of course I know that the Commissioners get big pay from the Government and the agent does and selling the land he gets a big pile of money.

July 17th, 1890.

(Left Hand, A. ) says that he wants you to listen to him.

That he wants the Commission to consider what he is going to say today. that all that has been said to the Commissioners yesterday and the day before he is going to say a little different today, that he is going to take the Commissioners offer that he is going to accept it but he would like to have 2 million dollars instead of 1,500,000- and he would like to have you deposit the money in the Treasury. He wants 5% interest. That is all that he is going to say to you but he wants you Commissioners to consider the 2 millions.

REPRODUCED AT THE NATIONAL ARCHIVES



(Cloud Chief. [illegible] As the Interpreter is not here I will take Mr. Robt. Burns for Interpreter. He says that all that he has said to you yesterday and the day before he has not realized all that he has said and after he has taken all into consideration he is going to say something different to you for I have considered all this matter and I have really gone too far beyond what I had any right to and I am willing to come down from what I have said. . That he wants the Commissioners to consider some so that they can give over 1,5oo,ooo but he wants the Commissioners to consider 2 millions. that he wants 1,5oo,ooo to be put in the Treasury and 5oo,ooo in cash, interest at 5%. What I have said to my friends these Commissioners I want them to consider. After you have considered what I have said to them I shall be ready to hear them tomorrow.

(Jerome) Now the Commission feels very good toward these Indians because they have taken so much pains to think over this matter: we are glad they are trying to do what the great father wants them to do. Now while they have got the amount of money more than they can give but if we can find anything that we can make a little better we will come back tomorrow morning. You must not expect us to raise the amount of money, but if we can do anyother little thing that will be for your benefit we will tell you tomorrow morning.

July 19th, 189o.

(Jerome) This is the 12th day that we have had talks with this people and we have talked a great many things. The first thing that we differed on was the amount of land, when you told us that you were going to raise stock largely because you knew better how to do that than to farm; the Commission took that under advisement and did that because they thought it was a very good thing. Judge Wilson, the other Commissioner, family is sick and he had to go home, but 2 of us go along judt the same as if he was here. And when you told us that you wanted to raise cattle the Commission thought that it was a good idea and consented to that. Now the next question was about how much Interest you should get on the money. The Government wants you to do the best for yourselves and wants to encourage you to put your money where it will grow instea of getting your money and spending it. To encourage you to leave the money with the Government so that it will always be there we have concluded to raise the rate of interest to 5% so that the young men and everybody can get the benefit of leaving it there

We know that if you draw the money that some of you might save it but that most of you would spend it and you would be as poor as the man over there with the right of way. I say this so that you everybody may see that it is best to leave it with the Government at interest. The next thing that we differed about was the amount of money. We have done as you asked in 2 things but the money must be as it was before, we can't give any more, it must be 1,5oo,ooo-. Now let me state again what the Commission intends to do with you. You shall have 16o acres each man, woman and child, half corn land and half pasture land, you shall have a half a million of money