3b.

spent for you for breeding annimals and building fences and house
and fixing up your places.  You shall have one million dollars
left in Washington for which the Government will pay you $50,000
every year.  That is what the great father wants you to do
and that is what the great father expects you to do .  If you
mind the great father he will be good to you and take care of
you.

(Sayre) My frie  on several occaisions since this talk began
you have asked us to find out what the great father at
Washington thought about it and tell you.   We tell you that
we already has restrictions and knew what the great father
desired and wants you to do but not withstanding that and
because you asked it so oftenwhen we left her yesterday we tel-
egraphed him that the Cheyennes and Arapahoes your people
thought and were willing to do; now we got an answer from that
from the Secretary of the Interior just because you wanted us
to because we thought that it would satisfy you better and
convince you that we were telling the truth, if you had any
doubt about the matter.   Now we telegraphed to Washington what
we had offered you and wanted to know what the Government thought
about it; and we got an answer and for convenience we had it
printed and as you can compare it we will let your young men
read it to you.   Now my friends I don't know that it is
worth while for us to talk to you any longer.  What he thinks
is right for us to do, and what he thinks is right for the
Government to do.  We want you to understand fully that the
proposition of the Government is intended to give you as much
money as do you any good, that is I mean the generality of
Indians.  We give to every Indian, man woman and every child
about $150- each.  The father and mother takes that part of
the money that belongs to their own little children that are
under 18 years of ageso that if there is $150- given to every
man and his wife and all their children you will have plenty of
money so that you can live very much more comfortably than the
white man who has to work for his living, and always after-
wards as long as the Indians want to so long this $50,000-
d year will be paid to them, to the Cheyennes and Arapahoes and
this means that you will get from 14 to 16 dollars a year  now
I understand that for a man this would buy a 2 year old steer
and one for the woman and one for each little child under 18.
Now this is just the Interest each year, you would still have
the million dollars in the treasury at Washington so that here-
after in 5 or 6 or 15 years or whenever it would please the
Indians you can say that you want the money there no longer
and that would give each man woman and child about $300 each.
     Now that is more land and more money than any equal number
of white people have.   The Government thinks and believes that
that is all the money that the Indians can use, of course
many of you could do well with more money but when you think
of all the Indians  to have all this for himself, would it
do him any good.   The president thinks that this is plenty
and in the dispatch that he has sent us , for we have told him
that we have been talking for 12 days with you about this
liberal proposition that he thinks that we have done about
enough and that you must take the consequences.

REPRODUCED AT THE NATIONAL ARCHIVES

30.

It only means that the great father is anxious and willing to do well by you if you will let him but if you turn us away and say that you don't want us we nor anyone else can say what will happen in the future.  Now if you think about this and agree with the great father that it would be best for you we will compare the contract and have it read to you in about an hour   Now you must do this as soon as you can get at it as a great many people will have to sign and it will take a good deal of time.   We have brought this dispatch from Washington in because you have been trying as he wants you to, I think he is trying too.

(Wade) I want to know why these Indians wanted me here?

(Left Hand to ) We like to have you here in the council and hear what the Commissioners and Indians have to say to us because youare the Big Chief Across the River.  I thought and I would be very glad to hear from Col. Wade in regard to what has been going on here in the last week..

(Wade) In regard to that I would like to say one word to them.   They say that they have appointed attorneys to act for them and I want to know if they have settled this matter and want these attorneys to act for them.

(Left Hand) All the Arapahoes were in favor of employing attorneys but he don't know about the Cheyennes.

(Wade) Ask them ask them if they all agree with Left Hand and want those attorneys to act?

(Interpreter)  I had quite a talk with the Arapahoes before they made the selection and they were all in favor of it.

(Cloud Chief)  He says that he employed these attorneys to collect whatever came from the Cherokee Strip and their old reservation and and whatever was coming.

(Wade ) Ask them if they understood that they employed attorneys to collect money for them for this land.

(Left Hand) I don't quite understand, when I employed those attorneys it was to get what money was coming from the Cherokee Strip, but that was not in the contract.

(Wade) Ask him if he knows just what was in that contract and what they agreed to pay these attorneys.

(Left Hand) He says that he don't know how much the lawyers has to get but it was to be fixed by the great father.

(Wade) I understand that if they make this contract that they sign a paper that says that they have no claims on the Cherokee Strip; that you relinquish all claims to the Cherokee Strip if you make this trade .

31.

(Left Hand) The attorneys told him before he signed the Contract that they were to collect for the old reservations and the Cherokee Strip but his reservation was not included in the paper.

(Wade) Does he understand that if he makes this contract that he has no claim on the Cherokee Out Let.

(Left Hand) The attorneys also told him that this land did not belong to them and he told the attorneys that if they got the money that they would buy this reservation.

(Wade) Now as the Commissioners have told him they give up all claims to the Cherokee Outlet and that they take this land in place of it and that they get no money for it. Then as he understands the contract with the attorneys if he signs this contract he is through with them?

(Left Hand) I don't understand that but when I signed that contract my understanding was as I told you before.

(Wade) Ask him if he understands that these attorneys have anything to do with collecting the money for this land if they make the contract.

(Left Hand) No, this land was not included in the contract made with his lawyers.

(Wade) Is that what this man understands?

(Leonard, Interpreter.) Yes sir; I understood that myself. I was present when that was done. The Indians told them that they hired them for the old reservations and the Strip.

(Wade) I know nothing about the contract: how the matter stands whether they have a contract for the collection of money for this reservation.

(Jerome) If you care to state to the Indians what you think of this trade we would be glad to have you; you know how we are trying to treat them and leave out all consideration of lawyers

(Wade) Tell them that I have been here every day except the other day and have heard all that has been said on both sides.
   That I know that these Commissioners have all the authority that they claim to have, and what they have told them about the law is so. I don't want them to do anything because I tell them so; I want them to think of it, they must think of it ; me but it seems to me that if they accept this proposition that they will be better off than they have ever been before, and better off than they can be any other way. I don't want them to do anything because I tell them so but want them to think about it and make up their own minds. .

   At this point a half hours adjournment is taken.

REPRODUCED AT THE NATIONAL ARCHIVES

62.

(Left Hand) ____ says today I am going to tell the Commissioners how he feels about your offer.    Ever since we employed these attorneys one party is against it and one party in favor of it all we want is to do what is right and comply with the wishes of the Governmen   That he is in favor of education and he sends his child___ to school and wants to follow the white man's road.  That he accepts the offer of the Commissioners ; that he don't want anyone to get any money but these two tribes here.   That he did not employ the lawyers for this land, this _____ tion here. ; that he accepts the $1,500,000--- .  He accepts the offer of of the Commission today and he don't want these attorneys to have anything to do with it: he says that he ___ not know that anything was wron in that con-tract that he made with his attorneys till today.  . He says that we accept the offer of the Commissioners today and if you want to ha__ another talk to those Cheyennes that are opposed to it ____ we are ready to  help you talk to them.

(Jerome) Are ____ ready to sign?

(Left Hand) We__ I am not through yet.  He says that the se ____ Indians send wor__ to him almost every day that they don't want to sell the la___ ___ they don't want to give it up but his peo-ple want to se__ the land and I am glad the Col. Wade told us about this ___tract, that it was not straight.   That he is ___ glad that th__ ___ going to have 160 acres apiece every man, woman and chil__ ___ he would like to ask the Commissioners when they will ___ this $500,000-$   He says that they want to when they se__le, to settle all in one body so they can be by themselv__ and they __ant to settle in one place and then they __ant to f___ their places after they select them.  He wants the Comm___i__ to explain to him when the $500,000-- will be paid a__ __ow it will be paidand all that they will do after they ___e ___eir lands __ severalty.  We wont talk anything els__ ___ ___ he accepts your offer.

(Cloud Chief ___ ___w Commissioners when I am told anything I consider and whe__ I have considered I tell __hat I think; and after my great ___ther tells me anything and after I have con-sidered it I tell __m what __ think of it.  He says that because he is poor he wa__s something that would raise him from his destitude he says ___t he is willing to put his children to school that they ma__ be able to do business for him.  My decis-ion is that I a__ept the offer today.   That he is glad that the Commission__s are willing to give him 160 acres that I have room for m__ ___ck and all having 160 acres.
    This $1,500,___ he don't want any ___torney fees to come out of it, he wa__s the Cheyenn__s and Arapahoes to take all of itThe attorneys ___ld him that he would get something with which to make h__ better off than he was but now he has found out different.  __e says that of course all the land is not fit for farming and __ __ants to pick his land all in a body where-ever he wants i__   And he says that if they take their lands in a body some ma__ have to take it on a hill in a poor place.
     Of course som__ Indians have improved places here suppose they __ave them and take other permanent homes, will they be paid for ___er improvements?

65.

(Jerome) They have the right to take their old places; they can take 40 acres where his improvements are and the rest some other place.

(Sayre.) He can take all moveable property..

(Cloud Chief) He has taken his place near the Agency so that he can be taught to work and can learn. That he has been looking over the reservation to see where he could find a better place for a permanent home. If there is anything else to talk about after I take the offer I want to know it. That is all.

(Sayre) You have asked us some question which we think we ought to answer and I will now try to do it. . One was asked by Cloud Chief was that he wanted to know if there was anything to be done after he accepted the Government's proposition; there is this to do after we have agreed upon a proposition that we have made this day, it must be put in writing; that we have to do in a little while and then we sign the contract for the Government, Gov. Jerome and myself and then all the Indians must sign for themselves. Those that are here today can sign today for we can have the contract ready in an hour or two and then after we have signed there is something else to do for we want to sell the men Indians to sign the contract that we are to make it good; we would rather have everybody sign it than a part of them because everybody is satisfied then. The contract will be good if a majority sign but so that everybody will be pleased with it we want all the Indians who a re men to sign the Contract. Now Left Hand and Cloud Chief have asked us if we would talk further with the other Cheyennes that were opposed to all trade with the Government in regard to that when we get through with you and get you all mixed up we are going to talk to them if we can find them; round them up; if they wont come to us we will go to them, and we are going to tell them all about this again and again just as long as they will hear us we are going to try and make them believe as you believe and then when we get them to sign the contract too and all of you will have agreed to the same thing, then there will be one great big happy family. Now Left Hand said that they wanted to take their allotments all together and Cloud Chief said that he wanted to take his where he wanted it. Now we will make the contract so that Left Hand and his people can go together and those that don't want to can go where they please, that is left to the Indians all together. Under the plan we propose ten of you can go together or a dozen can go together just as they please about it. Now Cloud Chief asked something about improvements that have been made and all that we can say about that is that if a man has a farm he can stay there with his wife and family and take an allotment so as to embrace the improvements

REPRODUCED AT THE NATIONAL ARCHIVES

84.

He can stay there and keep his improvements if he wants to
stay there, but if he wants to move he must leave his plowed
ground but he can take away his railswire fences and everything
that he can take away.    So that it is left to the Indian
himself whether he keeps his improvements or not.

Now both Left Hand and Cloud Chief have asked us when the
money this $---,---- would be paid.  Now we make a contract
with you , that contract is not good until it is sent to Wash-
ington and approved by Congress and signed by the great Father.

Congress is now in session and may remain in session of
a month or more but we cant tell, so that if we get a contract
there quickly it may be approved in 6 weeks, but if before we
get the contract theirs Congress adjourns then Congress does
not meet again til the first monday in December and if it
dont get there in time for this session it will be approved
next summer, then it will be next winter; so I should think
the money will be paid to you some time next spring or summer.

So the quicker we get through here the quicker it gets
to Congress and the money is paid.  Now I think that I
have answered the question that Cloud Chief has asked.  Now I
and Gov. Jerome want to ask you you if you understand about
the amount because we dont want to make a contractthat there w
will be any dissatisfaction about after it is made.   Now
we propose that every Indian, every man, woman and child shall
have 160 acres of land, that is a piece of land half a mile
this way and half a mile that way.  But in this country as in
all countries there is some land that is known as bottom land
near the river and streams that is better land to raise corn
on; so that we propose that of this 160 acres no man shall have
more than half of his in the bottom and half at least -- 80 acres
-- must be pasture land; you can take 20 acres  of farming
land and 120 acres of pasture or you may take 40 acres of farm-
ing land and 120 acres of pasture land, just as you please.

You must take 80 acres of up land and not more than 80
acres of bottom land.  Or a man and his wife if they want more
in the bottom the man can take 80 acres and the wife can take
80 acres in the bottom and then go and take 80 acres apiece
for pasture land and so they can take it just as they please
only they can take more than 80 acres in the bottom.

Now after Congress has approved this contract it sends
a man out here called an allotting agent Mr. Left Hand says I
want my land set off and I will show you where I want it and
he says this is the land that I want and and my wife wants and
my child wants  and the allottingagent has a surveyor run the
lines.   .   And this being a big reservation it is very prob-
able that the Secretary of the Interior will send more than
one out here so that it can be done quicklyand it will be well
for you when this contract is signed to look round and know
where you want your land so as to tell the allotting agent when
he comes.  And as your old men from what they have seen and
your young men from their education all know that all this
land has been surveyed and that there are corner stones all
roundand when you take you lands the allotting agent will make
them run straight.  Now this is sometimes made different if
it happens to throw you land on both sides of a riber; he will
make it so that the land can be all on one side of the river.

REPRODUCED AT THE NATIONAL ARCHIVES

65.

and it may be that you want 40 acres of bottom land and 80 acre of pasture and then you can go for 40 acres of timber landso o you can have fuel.  ; you can take it in one 2 or 3 or 4 pieces that is in 40 acre tracts.    Now if you sae having explained all this and if you don't understand it ask any questions that you want.   We will go and make a contract, we make 3 and leave one with you so that you woll know what is in it and send one to Washington and one we keep and we will meet you this afternoon for you to sign and the sooner it is signed the sooner the allotment will be made and the money paid.    There is one thing that I omitted to explain to you though I did it the other day; several places in this reservation there are schools and land set apart for schoolsand we we will not allow the Indians to take these lands on this land nor on the Agency lands or on the Military reservation and the Indians can not make allotments in that. and then in several places in the reservation Missionaries have come and built churches and schools  and there the law provides that they can have 160 acres but no more can wome and our contract provides that the Indians can not take their allotments on this church reservation.   And then in every Congressional township --- that is six miles square -- 2 sections the white people have found necessary to have them  for school purposes so we propose that sections 16 & 36 and that means that no Indian/ can take his allotment upon them unless he now lives upon itand no white people can take land there but it will be kept and sold when the land becomes more valuable and the money used in the neighbrhood.   Now shall we go and prepare a contract and how soon shall we see you and where so that it can be signed.

(Black Cayate  A Policeman)    He says that he is glad to have these chiefs accept the offer and that these chiefs are on the same road as all the menand He wants you Commissioners to help him  and since he accepts the offer he wants you to talk to the great father that he will keep on feeding these  Indians for the next 7 years.   He wants to talk for himself and policemen.           .   That he has been on the Police Force for the last 12 yearshe always carries out the agent's orders and when things are disturbed he quiets them down and he wants to be good friends with the white man and follows his road.   He says that he has been on the Police Force for 12 years but that he is living in a poor tent it is going all to pieces and he is getting nothing.  He says that the agent treats them good but because they get small necessaries they cant live very comfortabl  and wants you to talk to the great father to have the commissary bigger.

66.

July 14th,   1860.

(Left Hand,  Arap.)   He says that there are only 2 things on
this contract that he dont like and opposes; thath is taking  the
land in the bottom and on the upland.  He wants to take his
  land all in one place .   He wants to have his wife and
children do the same thing.   , he wants to say that it shall
be all, tither or all grazing.  That it was his understanding
that he was going to take it in one place, the 160 acres all
together wheather it is corn land or pasture land.  He says that
he told the Commissioners the other day that he wants to take
his land with his people all on one body.  This $500,000- we
would like to have the Government pay to the Indians in cash
money    If I get $150-  I would take it to the agents and de-
posit it and when I want wagons and things I go to the agent's
office and take out so much money and keep the rest till I know
what I want.  he says the rest of the Indians do the same way
deposit the money with the agent and when they want to buy
things they go to the agent and take out the money.  There are
a good many poor women and they want to buy things and they
go to the agent and take out so much money.

(Sayre) In some such way that the Commissioner of Indian
affairs would

(Left Hand A..  I don't like to have the Commission pay to thes
Indians under the direction of the Commissioner of Indian
  Affairs that is buy things for them.  He says that if it is
paid to them according to the contract he wont never see a cent
of it.

(Jeremey This is the 13th day that we have been talking to you
and every one of the 13 days we have stated just these things
that are in the contract.  We have patiently explained every
one of the provisions that are in this contract to them.   Now
when they say that they accept our offer they ought to have
known, if they didn't know, everything that would be in the
contract.   Then we go and prepare the contract and read it
to them and  sign it here and then one man  says that that is
not what he understood, he says that I object to the way
that the money is to be paid out to usand then we go home and
stay all night  and fix it so that the money can be used exact-
ly as we want  or if he is a worthy Indian; we deal with him
honestly and come back  and tell him the thing justaexactly as
it is fixed for he wants us to read over the contract and he a
says that he don't like another thing that is talked over day
after day and the Indians agreed.
    Now he says  that he objects to the land being half pasture
land and half corn land; in the first place he wanted more land
so he could get more pasture land, because the Indian knew
how to raise cattle and did not know how to grow corn.  Now we
said all right we will fix you so that you can have more pas-
ture land, now we fix it you don't want it then.   Now the
trouble is that you are listening to some one else , you are
not dealing with ourselves at all that is what is the matter.

87.

I believe that Left Hand is an ... ... ... but he ... his ... ears to some one else, he listens ... bad advice. ... I told you ... several days ago ... that there are ... ... ... ways to do this ... matter; the country is going to ... ... this you can trade with ... us and get all these things that w... ... of you can wait and ... trade under the law. Now by your ... ... by the ... that you ... have acted this morning we will ... ... I say to the great ... father that they would rather deal ... the law. We have ... talked to you just as long as ... ... ... ... We are going ... to take our papers and go away; ... ... stated over to you ... ... staid here all these days and when ... presented us with a good ... reason we changed them for you ... ... asked unreasonable ... things we can't grant them that is ... You invited ... ... made to come and listen to you an... ... ... and listened to every... thing and he read the contract ... ... I was just what we ... asked and that it was good and he ... ... ... er man to take his ... advice than the other man. W... ... ... fix this contract so ... that this money can't be controll... ... ... you can spend it ... foolishly at the stores for a will ... whiskey and gambling; ... All that we can say to you is that ... you have honest Indians ... that want to deposit their mon... a ... agent so that he can ... use it when he wants it it can be ... ... if he is an Indian ... that has bad habits and don't kno... ... ... use it, it will not ... be done. Now it is the judgmen... ... ... ... man ... ... ... that ... is a good thing to do but here is ... ... ... you ask us ... one day to fix something to suit ... ... time and maybe we ... fix it because you say that you ... ... along with the other ... things and we come back and you ... ... ... ... Yesterday ... you wanted one thing and today ... ... ... things and maybe ... tomorrow morning you will want ... ... ... we have not tired ... we can't fix things fast enough ... ... ... If ... wanted ... to tradewiththis Commission you ... ... to trade substan... tially as this contract is draw ... ... can't trade.

(Left Hand, A.) He says that not ... advise him to ask ... the Commission. All these thoughts ... from his brains and ... he has been talking to his people ... ... this down all in one place and since one of the Commissi... ... told him that he had ... to take his bottom land and tak... ... bottom land w... from ... it. . That you men have got a ... ... ... and read and ... write but he don't and he has no ... to his heart for what ... he is going to do and when the grea... ... told him to lay ... down his arms he done so and he put ... children in school and ... he don't know why the great father ... ... to open his coun... try without the consent of them In... ... than the great fath... er sent you out here to tell them ... ... ... more and when ... you made a talk to them they though... ... ... all that you say ... and he accept your offer and you ma... ... Indian believe that ... he takes his bottom land and his re... ... land away far from ... it.. He says that when he put ... children in school he ... thought that when they got educated ... would tell them and h... they would know. And he wants th... ... ... you think his ... boys advise him?

(Jerome) I don't think that ... ... ... ... ... and advice ... I think ... good advice.

REPRODUCED AT THE NATIONAL ARCHIVES

-6-.

(Left Hand) It is just like he is buying cows. He is not edu-
cated and want to get some of these boys and put them in the
fron row because they are educated  He says that since he knew
that you were sent out here as Commissioners he thought that
you could  as long as you wanted to but every day you say
you are going away.

(Jerome) I get to show him about the land. He can take a
piece half mile long and string it out with his wife and
children.  If he has a wife and children he can take land
that goes  k for 3 or 4 miles and all of it joins.

(Left Hand.  You ought to have explained to him from the first

(Jerome) Tell him that I never said anything about going away
till he told me the other day that he was going away.  Now we
fixed this  star land because you wanted it .  Now the next
may come along he right next to him and so on and if they
want to join together in a common pasture and if a dozen want
to or a half a dozen want to they can. ---
(Left Hand  he says that it is because he has a wrong idea.
(Jerome) Then I take back what I said, I would stay here a
week to explain anything that he didn't understand but I do
get tired to see him say that he understands a thing and then
have him say that he don't.   There is no use talking about
this money being placed here for every Indian to use as he
pleases.  The reason that we pay you so much down is
to get your their homes fixed otherwise you had better leave it
with the government.  Now when the Indians get together to
say what they want done there may be 20 that want wagons and
lumber to build houses &c.  and then they would tell the agent
and he would send it for them and buy it away down and he will
get two miles of wire where you would get only one and he could
get almost  wagons for one.  Now if they wanted some bulls
the government would send off and buy them for less than half
of what you would buy them for and it can be worked out a
great deal faster than if you had the money yourselves.  Now
Left Hand claims he don't understand these things honestly I
feel a great deal different to him than if he was trying to
put these things off.  I think that he made these suggestions
of himself as some bad man had been talking to him but when
we are talking you may ask the same thing over 20 times.  Now
I think that we have fixed it right and so far as the money
is concerned there is no doubt  about  there being some control
over it.  I think we have shown him how the land can be fix-
ed.

(White Buffalo.) He says that he is willing to sign the con-
tract and will do to do what the Commissioners want him to do
only they want it to be changed to cash money instead of paying
under the direction of the Commissioner.  He says that he
knows that after you get paid by the great father you want cash
money and in the same way. He wants the money in cash.
    He says that he told the Commissioners the other day that
they wanted to settle down in one body. He don't want white
men to mix with them.

REPRODUCED AT THE NATIONAL ARCHIVES

11.

(Sitting Bull...) he says that he listened to the head men and that when they got through he thought that he would like to say a few words. The reason that he wants to be paid in cash is so that he can live like a white man. He says that he belongs to the cantonment and that most of them are living in houses but by paying this to these Indians in cash money he thinks that they could all get a good start and good living.

All those men that are working for the Government they get paid in cash and when pay-day comes they get cash and see their money and same so, we want to see the money.

(Cloud Chief...) he says that he has listened very patiently today. He says that in one instance I have not refused to do what you want me to do; I have complied with the wishes of my great father. When you tell me that I say one thing one day and a different thing another day I don't like that. The Military Officer and the Agency Officer hears me what I say and that they are here to see that both parties understand each other. He says that the offer so far as it regards the money he accepts it. That yesterday at 4 o'clock you told him to come around and meet again thinking that you would talk about the money for you have told me how much money I will be paid for my surplus land; then you tell me I won't get the money in cash! I was thinking that we would be paid in cash that is why we have induced our friends to accept your offer and now we find that we won't be paid in cash. Whenever one person offers another person anything it is not well to change it even if it means the same thing. When I work for money I want it to come early and good whenever it does come. That we are to get it money we all feel glad and good . If I dont see this $150- it is just the same as nothing, when we see things with our natural eyes we appreciate them and their value.

When the great father asked me to lay down everything that would lead to disturbances, I did and I try to follow the good road. . After you have come here you have pretty near forced me to say that you have bulldozed me by saying that if we don't sell the great father will open it anyway and I will have to take my chance. I don't want any disturbing or scaring but I want the business to be done in a fair way with a good heart.

I have listened to no white man or squaw man outside of our own school boys.

(Jerome) I wish you to tell him that yesterday I understood through you that he was satisfied with the way.

(White Eyed Antelope, A.) he says that the great father sent you out here to buy land of the Indians and when you told me the amount of money that you pay for the lands it took me a good while to think about it. That because he is not educated he cannot read or write; he thinks that he told the commissioners what is best for him and they won't agree to it. He says that when he tell the Commissioners that they wanted 160 acres and the price for their surplus lands the Commissioners said that they could have the land but could not have the price. The Commissioners told him that $1,500,000- was all that they could give and he thought that he would accept it now and then all he told him that they could get $150- in money and they should that they could get it in cash and we agreed the other thing is to go up and sign the contract.

REPRODUCED AT THE NATIONAL ARCHIVES

70.

When they thought that they would be paid in cash they
felt that they would have good clothes to wear and have plenty
to eat and lots of everything and he says that yesterday evening
when we met together here the Commissioners told him that the
$500,000- would be paid to them under the direction of Indian
Commissioner   He says that when the Commissioners asked
them yesterday to think whether the best way was to buy things
with the Commissioner or for ourselves and when the other
Indians heard about it they were a good deal dissapointed

     Of course everybody works for money and he buys everything
with it clothes and provisions and it is the same way with you
You buy what you want and it is the same way with the Indians.

     He wants his money and when a man sells his things he wants
his money as soon as he can get it; when a man sells a thing
he sells to get money and he don't want to wait so it is with
the Indian he wants his money sooner.   he says that he did
not want to sell his land in allotment but since the Com-
missioners mentioned the big money and his people are poor he
wants them to do as the Commissioners want them to do. .

(Jerome; The last day that we came here and told you what we
would do and that was on paper and that paper has not been
changed one bit except the amount of land and the rate of
Interest so that it was not a surprise for the paper was
correctly interpreted to him.   Now he should not say that we
changed it because we didn't.  As I have told you just now
there is not a thing in that paper  but what would direct the
Commissioner of Idian Affairs to pay to each Indian that is
competent to take care of his money but Congress would never
permit them to take all this money and spend it as they want
to without restraint.

(Sayre; I want to talk to the Idians; I don't think that there
is any difference at all that is substantial.  There is just
a notion that something is not stated right when I think it is
just about right so.   It may be that in all these talks be-
cause xxx we are not talk to the Indians in Indian and because
the Indians do not talk to us in english  that the interpret-
ers are not strictly understood.  Now Gov. Jerome spoke of som
thing a minute ago that some of the Indians spoke of as bull-
dozing  and I think was the idea conveyed it was a misunder-
standing.   Now we don't care personally whether we make the
trade or not I don't make any difference to Gov. Jerome or me
whether we make the trade or not and we only want you to trade
if you become convinced that it is the best thing for you to do

     Now what we have said to the Indians is what Congress has
made the law relating to the Indians in the Indian Territory.

     Now there is no other law but those two and nobody in
Congress nor the great father  has ever proposed to make a
different law than those two.  One of the laws is a law passed
about 3 years ago called the Secralty Bill and under that the
President can require the Indians to take their lands in sev-
eralty, and the other law is the one creating this Commission
to come and  and trade with you.   Now everybody believes
the Indians believe and the great father believes that the best
law is the one that we come out here on.

REPRODUCED AT THE NATIONAL ARCHIVES

71.

Now when you say that you won't trade we say that you may have
to deal under the other law; we are not making any threats but just
telling you what the law is. the other law and this law are the
only laws there are. Now that is all that we have meant to
tell you. there are 2 laws the one we are telling you now called
the "Dawes Act" and the other. If you do not trade with us
we do not know what the President will do and if you have to
take land under the law you will get a smaller amount of land
than you will get under this Commission.    Now yesterday I
explained to you with a stick on the ground and asked Jess
to ask you if you understood it and Jess told me when I asked
him that you all understood it, so that we thought that you
understood it thoroughly.    You say that you all want to go
together or not many do. Now suppose you do, now you can go
and take among yourselves and you can take away back over the
hills and take all the grazing land you want a man and his
wife and two children under this law take 600 acres of land
. Now with that 600 acres of land you could begin at a stream
and go back to the pasture land and spread it out on the topbut
if in place of a family taking it 4 or 5 hundred cheyennes and
arapahoes go together they can take for miles on the streams and
and go away back So that if you have got an idea from any source
that this distinction of grazing and bottom land in your getting
to the river you are mistaken.    Now that much about the land
I don't think that there is any reasonable or substantial
reason , and I think it was because the way it was explained
to you by someone that you didn't understand.    Now I want to
say a word to you about this money and say it as plain as I can
so that you will understand it.   We understand that there
are 600 or 700 men Indians on this reservation and 9 or 10
hundred women and 12 to 15 hundred children Now we are stipulat-
ting for you to have $500,000- now suppose the paymaster or
agent or somebody would give notice  that he would pay out the
money to you in cash just like the paymaster pays the soldiers
, do you suppose that any great number of your people
would have that money long; it would be known that the money
was to be paid out and there would be hundreds and maybe
thousands of white people round here to get into
some trade or dicker in which he could and would get the Indians
money and in a very few days the Indians would have neither
money nor anything representing money.   Now that would not be
so with all the Indians but it would be with a great many because
you have not been accustomed  to using much money.   Now
this agreement says that one third shall be paid out to the
Indians per capita for the purpose of bettering the condition
of the Indians and the improvement of their farms.
   Now that does not mean that the Indians shall be paid in
wagons and plows and mules and anything of that kind and it
does not say if Mr. White Eyed Antelope don't want a wagon
he wont get one. I does not mean that the  Com. of Indian
Affairs would come here and pay you in goods but that for  the
good of the Indians shall be paid out to the Indians.  . Now
I will tell you what I think the Commissioner of Indian Affairs
would do Congress would make and appropriation of $500,000-
to be paid out under the direction of the Com . of Ind. Affairs
   The Commissioner would not come out himself but he would send
to the agent here and learn from him what to do with this money
and whatever way if he didn't send to Mr. Ashley he would
send someone else to find out how this money should be paid.

REPRODUCED AT THE NATIONAL ARCHIVES

72.

and I have no doubt but what the agent would say that here
are hundreds of Indians that should be paid the money and
there are many that are not capable and then it can be paid
out for them so that I have no doubt but that Left Hand and
all and all that he would say to the agent that they should
be paid I have no doubt he would do it.   Now if we adopt any
other plan that will take men around within a few miles of this
country would give the money and the Indian no money.   Now
Now understand that we say , I know that the Commissioner of
Indian Affairs would do just as I have said and that any of
these men that ought to have money to better their condition
I have no doubt that it would be done that way but that the
paying this out will be for the better of the Indians and if
that was not the contract we might as well not make one for
Congress would never approve it. .   We are proposing by this
contract to give $500,000- to the Indians and not to the
white people or schemers.       Now that is what the contract
means both in regard to the land and the money and I think
there is no substantial difference and I think the Indians if
the contract is made will not be disappointed.

(Row of Lodges)   All that these Indians have said to the Com-
missioners is all good and all the Commissioners have said is
good.     He said that they are willing to take allotments
but that when the Commission was going to give them $500,000
instead of reaching out and giving it they back out.

(Cloud Chief) said .   He don't understand the contract and
you told him different from what he had determined to do
          No one has told me anything to make me say what I have
said or to make us scared.   Many of the white men have listen
but when you told me that you were going away and take your
papers that was not unsettled   When the Commissioners told
him that the great father was willing to give him $500,000-
he just took at the jump thinking that it would be paid in
cash.   When any person has anything in his possession they
are careful of it and don't spend money foolishly and has
what he needs and the agent can take care of the rest of it,
whenever he wants anything to buy in the shop  a wagon or harness
and when he gets that thing he pays for it in cash and that
is what he thinks the others would do if they had money in
their possession, they would be careful in spending it.
          Whenever they think that they need anything that
they can't do with their hands they could put their hands in
their pocket-book and  and give him that for which he is
willing to give  . .

(Jerome) No other difference but the money.
(Jess) All but the money.

(Jerome) are they satisfied with the 1/2 pasture land?

(Jess) If they make land on both sides of the streams we are
well satisfied.

(Jerome) Are they willing that Congress shall say how the
money shall be paid out if we put in a provision that way.

REPRODUCED AT THE NATIONAL ARCHIVES

73.

(Jess) To be paid in **cash** cash?

(Jerome) All is paid as the President directs, we will leave it to the great father. You can tell them that Congress has an idea that a great many of these Indians don't know how to spend this money.

(Jess) They say that if the money is paid in cash we will put our names down and our money with the agent and when we want to go and buy things we can go and take out so much.

(Jerome) What do they think about Congress and the President?

(Jess) I have told you what they thought about it and they are the same way still.

( White Eyed Antelope A.) The Commissioners seem as if they had kind of back out about this money business; we have made a strong raod and want cash.

(Jerome) Would they be satisfied if the money was where they could buy what things they want provided that the want was approved by the Com. of Ind. affairs.
    The first night we came here we read a paper to you with just this very thing in it; we told you the first day we came here that that was the way the money must be used/ now you say that we have backed out, we have not done it.

(Black Wolf, said) We would like to get this thing settled today.
    We are all willing to do what the Commissioners want us to do about taking our lands in severalty but this money business is what is going on now. If we are paid cash money we will put half of it with the agent that is the way I feel about itIf you had told us yesterday that you were going to pay us cash money yesterday there would have a good many signed already. I came down from the Cantonment, quite a ways and I want to get home. I want the Commissioners to tell the Indian what they propose to do, how they propose to pay.

(Jerome) There are some good Indians and some lazy Indians and some who get drunk. As to the bad Indians we are going to leave it in the order so that some one shall say what Indians sahll have money and what ones shall have things bought for them, we will leave it to the Secretary of the Interior, the President or the Commissioner; we leave it to you Indians but it must be that way when we settle that we will trade with them but under no circumstances will we agree that the money shall be paid to every Indian. and when a ny Indian shows himself worthy we are perfectly willing that it shall be paid to him
    This must be approved by Congress and they will inquire into the use that it is going to be put to.    They want these Indians to get lands so that they will make their own living, they don't want to appropriate money every year of their lives. I tell you this is so that you will know why we insist upon it.

74.

(Sayre)    Now if we are to adjourn the meeting till Monday do
we understand the they agree to everything in the contract ex-
cept the money.

(Jess) they say that the contract is all right but the money.

(Sayre) Then if we come back on Monday they will raise no
question but the money. We don't want to come if there are
to be others of if that is the only one we will consider it
and we will come back monday.


                 June 21st,      1890.

(Jerome) When we adjourned Saturday night there was a request
made that we come back here this morning.  Now what the Com-
missioners would like to hear them talk about is the difference
of their views of Saturday and those of the Commission and if
they have rough in the road of getting our minds together we
are very glad to hear them and we hope that they will talk now
    If the Commission had new things to tell you they would
say them now, but they have not.

(Little Chief. A          he says that what he has already said
to the Commissioners last Saturday he is going to repeat today.
            he says that you Commissioners came out here to
    buy land from the Indians and that he found out that you
were willing to give 50¢ per acre for the surplus land and he
did not want to sell it that if he gets $1.25 per acre for the
land he will sign the contract and wants $500,000- paid to
them in cash. I speak for all these Indians, that is all.

(White Bear. Arap )    he says that he belongs to these warrior
on this side and when  ask these chiefs to do this and this
they do it all the time but the warriors they think all the
time and when they find out something good for them they say
yes.  I want you to go back and tell the great father that
we want $1.25 per acre. this is the last day.

         (Quite a bunch of Arap. scouts got up and leave at
this point.-)

(Left Hand. A.)    we have nothing to say to the Commissioners
    these others have already said what I think.

(Jerome) Has he got back to that ideain has he said all he wants
to?

(Left Hand) I do not know these people make this road for them-
selves he doesn't but what the Commissioners said last Sat-
urday and was surprised to hear these people speak about $1.25
    These Indians here understand it pretty well what the contra
means and all that is in it but he don't think that those Indians
understand it the roughly-- referring to those that left---
    and he would be glad to hear a few words from the commanding
officer.

REPRODUCED AT THE NATIONAL ARCHIVES

7º.

(to Col. Wade) I have been chief among my people and have
always been looked upon as chief and this the first time
that they have ever surprised me by turning away from me.
        I am not well and am troubled with a sick headache but
has come up here anyway to hear what the Indians and the Com-
mission have to say to one another.

(Jerome) Is that enough?

(Jess) He wants to know how you feel about what Little Chief
said.

(Jerome) We do n t pay any attention to him he has gone away
back to what we were talking about a week ago. We won't
give any more money than we say in the contract.   We would
like to know what Left Hand has to say about this contract.
    Last Saturday we had a little difference and after he
speaks for him and his people we may have a few words to teir
people.   We also have the impression that they would like to
hear from us.  Made ?

(Left Hand) ? :

(Wade) Jess,  I tell them that I told them in a council 3 or 5
days ago what I thought of the contract.   I did not tell those
fellows anything about that, if they have had any advice it was
not from me but from somebody else.

(White Eyed Antelope)  He says that all that he said to the
  Commission on last Saturday he still feels the same about it.
        He told the Commissioners that the Indians were poor and
there are a great many old women and poor people out in the
camps  that  are so poor that they don't know where to go to
get their d nner.       That when he knew that a good many of
his people were poor by going round among them and by what
he t lks to the commissioners every day to have them pay $500,
000- in cash money to the Indians.   He says I wanted my father
to think of this and write it in the contract that we get paid
in cash money so that all the poor Indians can have the money
and use it for what they want. All that the Commissioners
want us to do is willing to do, but I want the Indians to
get cash money.  .  .

(Cloud Chief Jr.) He says that he had a talk with you last
Saturday and told you that on Monday they wanted to talk to
you about these same matters.   He says that you told him that
  this would be the last day and that you would talk about the
money matter.    Now I am going to tell you what I think about
this mo ey business.   He is willing to sign the contract
provided that you will pay us $500,000- in cash.   He says
that this $50,000- interest we would like to have every 6 month
.    Now if you will take me up on this proposition we will
sign the contract for the Indians.

(Jerome)   Now the Commission supposes that what has been said
by the chiefs    from of us represents what the Indians intend
to do.    As to paying the $50,000- twice a year the Govern-

REPRODUCED AT THE NATIONAL ARCHIVES

79.

ment would consent to that provided the other matters were
arranged satisfactorily, it would be divided $25,000- every 6
months.    So it the other; the Government will do what we
have said in our contract.  Why the Government insists on
having something to say about how this money is paid is that
they want the indians to get in better condition than they are
now.    They want them to have homes and houses to live in
, their farms fenced and have cattle and they want them to
have plenty of warm clothing to wear, they want them to have
the comforts that make a people happy.  Now that is why the
Government want them to use this money to do them good so we
put it in the contract that the money was to be used to better
the condition of the Indians and for the improvement of their
allotments.  If the money is used for that purpose that is
all the Government wants.  Now whether that is done by the
Indian himself or by some one that the Commissioner of Indian

Affairs will send here the Government don't care.  If the
Indian is a good honest man and will make good use of his
money it would be better for the Government to let him do that.

But if the conduct of the Indian is such that he would
use it foolish or foolish purposes then the Government would
not let him control it.  The Government feels the responsibili
ty of taking care of these indians and doing what is best for
them and would was bearing the same relations to the Govern-
ment as their is the Government has kept control of the money.

Whenever any Indian progresses so far that he makes good
use of his money then the Government is glad and wants him to
control his own money.  Now these are the reasons why we put
it in the contract. .  White Eyed Antelope says that the peo-
ple are very poor we are satisfied that he tells it just as its
and it is just that the people are better off by and by that we
insist that we insist that the money be put to good use.  The
President insists that the Indians around him have plenty to
eat and wear.  Now they can only become such by making good
use of the money if they got a good many millions of dollars
and spent it foolishly they would be just as poor in a few
days .  I tell you these things to let you know what the
President thinks of these things.  Now the Commission will
go away tomorrow or next day and I don't know how long it will be
gone.  You you think of these things while we are gone and if
the President sends us back here next fall we may want to talk
to you again if you council only with those who are honest and
tell you for your own good we are satisfied that you will do it

We understand that the only difference between the Indians
and the Commission in as to who shall have control of this mon-
ey.  The Commission will hold its position about that.  So we
go away and tell you that you are wrong so we have to stand firm
where the Government tells us to.  We shall be here tomorrow
and next day now if these men want to see us because they have
changed their minds they can send for us.  My associate Judge
Sayre desires to say a few parting words to these men.

(Sayre)    About all that I want to say is that I am sorry that
we have not come to an agreement about this matter.    We
have tried awhile, both sides, I think for the last 16 or 17
days to get together on this proposition.  All the great
difficulties have been got out of here and we have come to-

77.

gether except on the money question.   Now when you come to
fully understand this as we think we understand it and we feel
certain that you will agree that you are wrong and that we are
right.   The Commission came here as friends of the Indians and
were sent here by the great father as the best frind the
Indian ever had or ever will have.   He looks after you just
like you look after your children.   We don't give you any ad-
vice that is bad advice no more than you would give to your
children bad advice.   Now he has thought this all over, knew
perfectly well how poor you wereard what he thought that you
ought to do so that you would not be so poor.   $500,000-
is an immense amount of money more than any of the Indians ca
imagime or understand but the President  told us to give to you
this vast amount of money because he thinks that you ought to
have it not to buy anything  and everything that you happen to
want but that you might prepare homes and have the comforts of
live; while he knows that heretofore you have taken his advice
and tried to do as he wanted you to  and have done just as
he wanted you to  yet he knows that there are hundreds and
hundreds of you upon this reservation that would no more know
how to spend this money than a little child would and if this
was given to all the Indians to spend just as they please

the  President thinks and you think in a little while  the
money would be gone and  and the Indians would have nothing in
place of it that would be of no use to them.   On that account
we have written in this contract that the money should be paid
or expended under the direction of the Commissioner of Indian
Affairs; he will simply determine who is able to spend his
money for himself and who should have someone spend it for him.

Now this is the only difference between us and the
President say that if those that don't know how to spend their
money he will see that it is spent so that it does them good
and the others can have it to spend themselves.   It is just
like if White Eyed Antelope had $50- that he wanted to go up
to El Reno to buy clothes with he would not give the money to
a child so many old but go himself and if he had a boy or
girl that was big enough and knew enough to buy clothes he
would give her the money and let them buy for themselves.

Now this is all this contract says that for those who don't
know enough to spend money to do them good the Commissioner of
Indian Affairs  will spend it for them so that it will do them
good and because there are many orphan children here on the
reservation   who is to spend their money for them but the Com.
of Indian affairs.  You would not have the money paid to a
child, so that under our plan under the contract everybody that
knows how to spend money will have it to spend for himself and
every person that don't know enough will have a wise person to
spend it for him.   Now if you think about this it may be  that
you can make up your minds today or tomorrow or day after to-
morrow for then we will go away if nothing happens or is done
but if we get started into making this contract we will stay
just as long as it is necessary to complete the contract: and
there is another thing perhaps that you have not thought about
this contract proposes to give to the Indians three times
$500,000-  the other two $500,000-  which gives to the Indians
$150- will be paid out after a while when the Indians want it

78.

and b sides that other $5c,000- to be paid to you each year as
interest.  But if this first $500,000-  is spent for the
families to make them homes then they will be in better con-
dition to receive the other two $500,000-  not once but twice
 and make better use of it.    Now before people that have
not been using their money can spend it they must have a little
experience  Gov. Jerome has said to you that while we will
pay you the interest money once a year he will divide it up
and pay it to you twice a year so that you will get your money
oftener so that within 6 months after we make this contract
there would be paid to these Indians 8 or 9 dollars apeice
and so could see what money they get along with it.     .  This
proposit on is not made with the purpose of being harsh with
the Indians but it is made for the good of the Indians so that
they may get a dollars worth of stuff for every dollar.  The
Government don't want them to take even the chance of being
plundered by anybody but want the money to do the Indian the
most good.    But we believe that if you don't come to this con-
clusion now that you will in a little while and we may come
back again if you don't agree with us today or tomorrow.we
want you to think of this and take advice of those that you
know are your friends not of those who don't care whether you
do well or not so they do well.So that if you think about
this we feel certain that you will come to the same conclusion
that we have us so that after a while we will come to a
contract which leave the Indians living upon this reservation
 better than they are now.   So that we have  concluded to make
any further appointments for meetings but will be here for a
couple of days over at the hotel and you can send for us if
you are of the same mind.

(Cloud Chief,    )  He says that he can't make any more propo-
sitions than have told you.

_ _ 2 4 8 7 words



4738  INDIAN OFFICE

Inclos. No. 4

1894