REPRODUCED AT THE NATIONAL ARCHIVES

Cheyennes and Arapahoes, Darlington, Ind. Ter.
October 4th, 1890.

(Jerome) Before we begin the talk I would like to ask the Cheyennes if they have any choice who interprets for them.

(George Bent) They want me.

(Jerome) Ask the Arapahoes if they have any choice.

(Paul Boynton) They want me.

(Jerome) I want to say that we have twice sent over to some Cheyennes who are over in the grove to come and hear us talk. They have made some excuses, that there was not room enough but there is plenty of room and the Commission would be glad for them to come and listen. We think they have no good reason why they should not come in and mingle with you and take part of the responsibility of the talks with you.

In representing the Government here, I want to say that the Government knows no difference between Cheyennes and Arapahoes. It treats you all as one tribe; all have a common interest in the land we talk about here, and in conducting these talks every Indian must feel the responsibility that rests on him and must talk for himself and reason for himself and feel that what he does is for himself and his children. I want to impress upon every Indian the magnitude of the dealings that are in contemplation here and that no Indian should stay away from the council and these dealings will remain as long as there are any Indians or children after them. No Indian has discharged his duty to himself and family who does not come here personally and say what he thinks no matter what some other Indian may say. Now this is why the Commission is anxious for every Indian to come here and to know what every Indian is going to do.

Last July the President sent this Commission out here to talk to the Cheyenne and Arapahoe Indians concerning many things of interest to them. We talked here a long time-- a good many days -- and the Indians I see here today, a great many of them, were willing to do what the President wanted them to do.

But because we could not all see things just alike the Commission thought it best to adjourn over until cool weather came and then talk to you. We hope that during these weeks that we have been away that you would think seriously of these matters and that you would see that the Government had said things to you that were of interest to you. We hope that you have improved this time in thinking about these things that benefit your interests and that you are of a good mind now.

Now for fear that there is someone here who don't fully understand what we said at that time I want to say to you what we want you to do. The Government has come to the conclusion that it is impossible for the Indian to live as he has been and so that he must get some other way to make a living.

2.

This new way is to grow things from the land, sow seeds, raise crops and cattle and so grow things and get a living that you used to get by roving around the country and fishing.

Now to the end that every man who can work may get the benefits of his own labor and have a house to keep him and his family warm the Government asks you to join with it and choose certain pieces of land on which to make a living. When you have acted with the Government and made selection of the pieces you want then the Government in turn will see that you have those pieces of land for your own and for your good, and to place this land that you so select in a way that you will always have it and have it so that your families will always have it the Government proposes to hold the title for 25 years.

In the mean time the Government wants you to have your boys go to school and learn so that they will know how to get a living; they want you to send your daughters to school so that they can keep these houses that the Government wants you to have and make good women. Now when this thing is done and when each one of you Indians, each man, woman and child, shall make selection so that each man, woman and child shall have land for homes then the Government wants the title to the rest of the land released to them so they can make use of it. The Government expects to pay you for these surplus lands money so that you can make yourselves comfortable.

All these things have been said to you several times by members of this Commission, but I repeat them so there can be no mistake. What the Commissioners asked you to do when here before you thought was good for you all except a few things. I hope you are of the same mind now. The Commission expects in these meetings to speak about the things that we differed about in July.

If you can convince the Commission that their position is wrong the Commission is just as glad to do what is right with you now as they were at that time, but whatever was right that time and you think is right now we want to stand by.

Let me assure you again -- I have said it a good many times before -- the President sent us out here not to see how hard a bargain we could drive with the Indians but to see how good a plan we could find so that these Indians would have a good way of existing. We will ask nothing of you that we think you ought not to do or that a respectable person ought not to do

If we think the Commission know better than the Indians because of their large experience we want to tell you because we want to tell you everything that is for your good.

Since the Commissioners went away from here in July we suppose and hope that you have given these things much thought and pondered them over in your minds while we expect you have done this the Commissioners have not been idle they have been to see the great father and the great father's Secretary of the Interior, we did not get to see the great father himself but saw his secretary, and have been in communication with him ever since. We have talked these matters all over what we proposed to do for the Cheyenne and Arapahoe Indians and what we said here these things were told to the Secretary of the Interior and by him to the President and they both think that

3.

what we propose to these Indians is what ought to be done then and what ought to be done now. And the President has directed these Commissioners to come here and say to the Indians that he hopes you will complete the contract as it was before. The Commissioners are ready to do now all that they proposed to do before and if you have any reason why you should not do as we want you to we are ready to listen and if you have any better way we will give it due consideration. We will again caution you about heeding advice given by people who have not the same interest in you that the President has and you must know by this time that he has all his interest in you. Think of these things and you can talk to these Commissioners like you can to your fathers; if you have any differences talk to these Commissioners and they will give you the very best advice they can and while we tell you these things we expect you to be just as honest with the Commission so you may be better clothed and better housed and better fed than any Indians before you.

These matters are so important to the Indians that as practical men the Commissioners don't think that you can tell in a minute what you want to do about these things but take your time and be earnest about it and when the Commission appoints meetings here or wherever we appoint them we want every Indian to come here and to come promptly and show that he is interested in the matter. Bring all of the Indians in and let them all take their share of the responsibility of what is going to be done. If these Commissioners come away from their homes which takes two or three days constant riding in the cars you ought to be just as energetic when you live right close by.

And another thing, the more evidence you give right here to this Commission of your ability to take care of yourselves the more encouragement it gives the Commission to deal generously with you. I think I have said enough in a general way about what we want you to do and we want you to be energetic about what you want to do. If there are any Indians here that have thought on this great business matter as you ought to have thought since we were here before you may have something to say now to this Commission, and if so this Commission will be very glad to hear from you. If any Indian has anything to say don't wait for any other Indian but get right up and talk if you will. These Interpreters may ask if they have any questions especially to ask the Commission.

(Left Hand A.) Both the Cheyennes and Arapahoes wanted to hear every word from the Commissioners, but as some of the Cheyennes are not here we can not go on. (Bent) The Cantonment Indian he means, Little Chief and Cloud Chief would rather wait until they come.

(Jerome) Has Left Hand any suggestion? If the Indians prefer to have us wait until the other Indians get in we will adjourn until they come. One of the Commissioners won't be here until tomorrow afternoon and will be too fatigued to come tomorrow and I think we had better adjourn until Thursday at 2 o'clock P.M. and we will try to get the others to come and we think they should.

4.

Do these Indians now understand that the Commission expect them to come wherever the meeting is appointed and come early so we will have plenty of time to talk? Do they understand it?

(Interpreters) Yes sir.

October 9, 1890.

(Jerome)   This is an adjourned meeting of our regular council of all the Cheyennes and Arapahoes.
Every Indian on the reservation that is either Cheyenne or Arapahoe was invited to come here and the Commission wanted to see them here.   Some are here and some are not.   Because the Commission wants to talk to the Indians themselves and have every Indian determine for themselves what they want to do it has determined to go on with those that are here.
Now let me repeat what I said to you on Tuesday, no Indian should wait to see what some other Indian but let every Indian talk for himself, and think for himself and then every Indian will be better off.   When the Commission was here last July we made the Indians a definite proposition on behalf of the Government; what it wanted you to do.   There are many Indians here today who heard that and heard it talked about for over two weeks but there are other Indians here who did not hear that and so that you all may understand it one of our number will repeat that slowly so that you may all understand it, and if there are any of you who don't understand, I want you to ask and it will be told over.   There are a great many of the head men that I see here present agreed with the Commission last July that what we wanted them to do was good for them except in one particular, that was whether the money should be paid down or paid out for the benefit of the Indians -- that was the one difference.   The Commission has now become satisfied that it is the wish of so many of the Indians and the better class of them that we have decided that the proposition we submit to you today shall be modified.
Now it is because the Commission understood from the Head Men that it was all the difference that the proposition which we shall make to them today is modified, and because we believe that the money which we agree shall be paid to them will be well used by them.   I will now give away for Judge Sayre who will restate distinctly what the Commissioners propose to do.

(Sayre)  My friends, there months ago when we were here we talked with the Indians for many days about what it was the Government wanted the Indians to do, and what in turn the Government would do for the Indians.   The principal question then submitted to you was whether or not you would take farms or lands in severalty and live upon farms as white men do.
After many days the Indians here at least agreed that they were willing to do that.   We also stated to the Indians and talked many days about it that before the Indian could

5.

live upon a farm he must have some money and have some aid in order that he might get his family upon the land and live there comfortably.   And after talking many days about that we finally agreed upon the amount of money that the Indians should have for giving up the lands in this territory that they have claims upon and take lands in severalty.   So when we ended our talk there was no difference between this Commission and these Indians except that the Indians wanted a certain portion of this money paid into their hands to be disposed of as they saw fit.   At that time this Commission thought and determined that they wouldn't pay to the Indians any money in hand, no cash money.    Since that time we have had a great many talks through the Secretary of the Interior with the great father at Washington and have got from him authority or permission to modify our minds and give to the Indians some cash money.

When we went away you asked us to find out what the great father thought about what you wanted, and since we have been away we have paid attention to your wishes and done what you wanted, so that the proposition that we make to you is nearly the same with that exception that we are willing to give to the Indians some cash money in order to affect this trade.

So now our proposition that we make to you and ask you to consider and the one that we shall ask you to put into the form of a contract and sign is as I shall read to you now.
--- Reads --------

First except the land that the Indians may want and need for their own homes and farms we want the Indians to relinquish or give up all the land they have in this territory.

It is the purpose of the Government of the United States to allow White people to occupy finally the land which you do not occupy yourselves, but we propose that no white man shall come into this territory nor take any land here until first every Indian, every man, woman and child, shall have selected 160 acres of land whereever they may want it in this territory.

The exception to this is that we don't want any Indian to claim a home or a farm on any of the school or farm or agency or military reservations, that we want to keep.

And in order that we may have schools for the education of all the children, Indians and whites, who may be here we propose to keep 2 sections out of every 36 -- sections 16 and 36 -- what may be sold afterwards for the benefit of the schools.

We also propose that wherever any church organization has any school on this reservation, that where their churches are located may reserve 160 acres of land.   Now any where else in this territory, wherever you may see fit, any Indian may make his selection and his home only with this exception that not to exceed one half is to be farming land and one half grazing land.   Now it is thought by many of the Indians that they are not well enough acquainted with the ways of the world to take care of their homes and lands with white people so we propose that the United States will hold the title to the land for 25 years.   That means that for the period of 25 years you shall not be required to pay any taxes upon it and that for 25 years it can not be taken for any debt whatever that after 25 years you can dispose of it if you want to, but

6.

that you must keep it for a home for yourselves and your families for 25 years.   Next we propose that you shall make the selection of your farms within some time reasonable: that it shall not continue always but that some certain time shall be fixed in the contract within which you shall take homes.

Now we know that to give an Indian a farm he can not live upon that alone but that he must have some money, some means with which he can build houses, dig wells and get them ready to live in.   So that we propose that when you take these farms you shall not take them without any money to improve them and support your families, but that you shall take them with money to enable you to put them in condition for you and your families to live in.   On that account we propose to pay to these Indians one million five hundred thousand($1,500,000-) dollars.   Last summer we proposed that $500,000- of this money should be paid out under the direction of the Commissioner of Indian Affairs for the improvement of your farms and homes,--- this you objected to but wanted it paid to you; but now we propose, and the great father at Washington has authorized us to propose, that we will give you this $500,000-, $250,000- of which will be paid to you in money.

Let me state that in another way -- we understand that there are about 33 or 34 hundred Cheyennes and Arapahoes, this money that we propose to pay is about $75- to each man woman and child,- that sum of money goes to every man, every woman, every child-- then we propose that another $250,000- or a sum equal to $75- for each person shall be paid out for you under the direction of the Secretary of the Interior.   We propose that this cash money shall be paid to you within 60 days, 2 months, 2 moons from the time this contract is approved.   Now after these two payments are made the Government of the United States will still owe to the Indians $1,000,000-, this the Government proposes to keep for you at five percent just as long as you want it to.   That means that as long as you want the Government to keep this $1,000,000- the Government will pay you $50,000- every year--- that means that every year every member of this tribe shall receive about $15- or $16-, every man, every woman, every child.   And then when you shall conclude that you dont want the Government to keep the money any longer, the money can be paid to you and that will give every man, woman and child about $300-.   Now I have stated this all over to you again because we have felt that since last summer you may have forgotten just what it was that we proposed to do.   And those of you that do remember, will remember that the proposition is just as it was then except that we now propose to give each one $75- in cash, and seventy five more to be expended for him under the direction of the Secretary of the Interior, and one million to be kept in the treasury at 5% interest per annum.   The great father thought that if you were given cash money you would not be able to keep it and it wouldn't do you any good but since we have talked to him about that and told him how much you seemed to want some money in hand, he agreed to do this.

-7-

Now last summer we were all ready to trade except that one question of cash money, and now we have come to you and said we will give you the cash money.    Now if there is anything about this proposition or this talk that you don't understand or in talking it over among yourselves we want you to come to us in council or out of council and ask us about it; we don't want any Indian to make this contract without knowing what it means.   There was one thing I neglected to tell you that I will now tell you, that this contract shall not affect or take away from you anything that you have by any treaty that you have made heretofore except that you make a relinquishment of your rights to land.   Now we don't want to hurry you to a conclusion in this matter, it is a matter of too great concern to you, and you want to have all the time that is necessary for a thorough understanding of what we want you to do.   All we ask is that this being important business for you and for the Government is that you attend these meetings from day to day and bring other Indians that are not here.

I believe that that is all that I ought to or care to say to you, it may be that the other members have something to say to you before we go away.

(Wilson) Before we separate I desire to say a word or two to this people and that is this: that the Government has sent this Commission here to do the very best thing for you that can be done.   We want you to stay here and you want to stay here,: we want to place you in a condition where you will do well and be happy.   Now what the Commission wants further is that you talk to each other and talk friendly, don't you fall out, talk friendly.   The Government wants you to live well, the game is gone and the Government knows that and wants to do welll for you.   So talk friendly and be of the same mind.   If you differ a little bit in opinion dont get mad over it talk friendly and don't forget that this Commission comes here as your friends.

Don't let that get out of your minds.   Now once more as Judge Sayre has told you if you forget about this bargain or trade come to us, meet us on the street or come to us and we will explain it to you.  We want you all to understand it.

Now that is about all I care to say to you now. Gov. Jerome will tell you directly when we want you to come back to to talk to you again.

(Jerome) The Commission on its part has told you what it wanted you to do and told you frankly on its part, and now if you have anything to say to the Commission we would be very glad to hear it,    Especially would I repeat to you, if there is anything about this proposition that you don't understand now is a good time to ask the Judge about it.    If there is no on to talk, we shall adjourn to meet again tomorrow at 2 o'clock

(Left Hand) I will consider what the Commissioners have said to me, I will look over the matter and consider it carefully and think over it and tell you just what I think of it and I want the Commissioners to stay and listen patiently.

8.

(Jerome.) Are there any others that want to say a word? If not the council is adjourned until 2 o'clock, the same time that we came today.

(Cloud Chief, C.) He would like to have a little time to consider over what you say; he would like to have a little talk with his people about it.

October 1o- 189o.

(Jerome) Yesterday when we adjourned we adjourned over to come here today to hear what these men who were present at that time had to say about what we said to them. At that time there were a great many of these Cheyennes who were not here, and for the purpose of letting all these people who are here now know what it was Judge Sayre will briefly restate it.

(Sayre) My Freinds on yesterday as Gov. Jerome has said we talked to almost all of these Indians here and some others about what the Government now proposed to do with the Cheyenne and Arapahoe Indians. And now you having come we desire to tell to you what it is that the Government proposes to do with you and for you and what the Government wants you to do both for yourselves and the Government. We talked over the proposition that we made to you last summer so often that we went away thinking that you all understood what it was. We now propose to make it a little different, to suit the views of the Indians. In the first place in this reservation where you live the Government wants every man, every woman, every child, every pappoose to take 16o acres of land to make for himself or herself homes.
We don't propose that you shall take little farms on which you cant make a living but that you shall take big farms, all that is ever given anywhere to white folks. The Government does not want to send anybody here to tell any of you where you shall live, but on the other hand say to you that you may live wherever you please. We only propose that it shall be limited in this way, that you shall not take your homes on the military reservation nor land set apart for churches or schools or agency purposes. When this new order of things is brought about the Government knows that it is necessary not only for the Indians but for everybody else who should live here it is necessary to have schools, so out of every 36 sections we take out 2 sections, 16 and 36, so on those two sections out of every 36 you can not take homes. We keep those for schools but we further, but we also propose that if you already have homes or farms on any of this land that we say is exempt you can keep your homes on this land even though it is reserved.
We further propose and want the Indians to so understand it that if any Indian has built a house, plowed up ground, planted orchards that Indian can keep it, nobody can take it away from him.