---

REPRODUCED AT THE NATIONAL ARCHIVES

9.

We propose that you may scatter out just as much as you please over the reservation, or you may come together and live just as close as you please. And the contract that we propose now to make we want to assure the Indians and we write it down in the contract that it does not affect any rights you may have by treaty or otherwise, they are not affected by this contract. Now all the rest of the land that you have any claim to in the Indian Territory after the Indians have farms every man, every woman, every child has land, we propose that you shall give up to the Government because you cant use it and don't need it. We propose further that this land shall not be taken from you for any taxes, that you cant sell it ourselves, but must keep it for a period of 25 years. You all know I suppose that to maintian government, hire policemen, hire soldiers, build schoolhouses, build bridges and all these things cost a great deal of money and that white men have to pay taxes and that the Indian shall not be compelled to do this, the Indian shall not be compelled to pay any taxes whatever.

I believe that it was explained to you last summer and I will state it again that if a white man owns a farm and owes a debt and he don't pay the debt the officer comes and takes his home and things and sells them to get money to pay the debt but we write it down in this contract that the Indian's land for 25 years no matter how much he may owe, no matter how much he may be in debt his land can not be taken from him to pay the debt. And because you have not been used to dealing in land and perhaps don't know much about its real value and because the white men who come into this country might know a great deal more and cheat you out of it, so we put it in the contract that any mortgage or deed or any paper whatever that you may make is no good and will not affect you homes in any way

Now the President knows as well as you do that you can not take these farms for yourselves whenever you please and and make a home of it without money to build fences and buy horses and plows and build houses with. So we do not propose that you shall take these farms and sit down there without money and a sufficient amount of money to not only enable him to live comfortably but to enable him to make money and buy all the things he needs to live upon. Now on this account because you need this money, because you must have it, the Government proposes to pay for you one million five hundred thousand dollars or a million and a half dollars for the surplus land in this reservation; of this sum we propose that one third of it shall be paid to you and for you right away.

That means that $500,000- or one hundred and fifty dollars in money shall be paid out to and for the Indians, $150-.

One half is to be paid to them in cash, one half is to be paid for them. $75- one half will be paid to the Indian himself, the other $75- will be paid out for the Indian by the Secretary of the Interior. Now last summer we proposed to you that the Secretary of the Interior should pay out all this money for you and the Indian himself should not have any of it paid into his hands.

10.

But we went away and had long talks with the great father and told him that the Indians did not want to trade unless they were paid some money into their own hands to do as they pleased with. , so the great father said to us and told us to come back here and say to you that if you wanted it and because you wanted it we might pay to you $75- in cash money. Now after this first third is spent, after you get this $75- apiece and after the Secretary of the Interior pays out $75 apiece more for you, there will be one million dollars of this sum left. That money, that million dollars will belong to the Cheyenne and Arapahoe Indians but the Government proposes to keep it in the Treasury at Washington until some future time we when the Indians need it and while it keeps it will pay to the Indians five percent interest, or $50,000- per year to the Indians. But after a while, after you have your farms made, after you live in these homes that you will make the president will pay you that money and when you get it it will be three hundred dollars apiece to every man, woman and child in addition to what has been paid. So understand that when you get the $75- in cash money, and the Secretary pays out to you or for you $75- more that is not all of it, and when the Government pays out to you the $50,000- a year that is not all of it, but when you want it the Government will pay out to you about $300- apiece. To state this in another way is this: if there is a man and wife and three children, 5 persons -- an ordinary family, they take 800 acres and they take $375- cash money in hand and the Secretary pays out three hundred and seventy five dollars more and then about $75- a year interest and then the President will pay $1,500- to the family.

Now $375- paid in cash to each family is a great deal of money, perhaps more money than any of you ever had at a time I don't know about that however. It would buy about 15 ponies or 12 fat steers. If each person should have $75- as we propose to pay then any little papoose in this country not a foot long would have money enough to buy 4 ponies. Now my friends this is the contract that the government proposes to make with you. We are not sent here for the purpose of cheating you, the Government has no interest in cheating you, the government has no interest in having you poor, but the Government has an interest in having you well fed, and well clothed and self-supporting. The president knows as well as you know that you are poor, and because you are poor and because he wants to put you in better condition so you can live more comfortably he makes this proposition, so that you can be in better condition than ever before. Now the only difference in this proposition and the one we made last summer is the payment of the cash money and we do that because we told the president that you did not want to trade unless you had some cash money and he said we might pay to you $75- in cash and he hoped that when we had done this you would make the contract.

(Jerome) Now these Indians have heard what the President wants you to do and what the President thinks is good for him to do

14.

and what the Commission thinks is good for him to do, and that the Friends of the Indian think is good for him to do.

The President has to care for his red children and for his white children and he knows what is good for both kinds, the red man as well as the white man. By what we offer to do for you, you are placed in a better condition than any equal number of white men.

This surplus land that we are talking about here after you have taken your homes is not wanted to sell to the white men but to give away to him for homes. When one of the white children of the great father at Washington wants a home no matter if he has a wife and ten children or 5 children he only gives him 160 acres of land for the whole. He isn' given one dollar in money if he has a horse or a wagon or a house or a fence he must work and get it, the Government gives him nothing and when the Government wants money to build roads, and keep schoolsand do other things with, the Government makes him pay taxes to support the Government. When the white man pays taxes and with that money school houses are made and bridges are built and railroads are built then the Indian has the same right to this that the white man has. These are things that the Government proposes to do for you that they don't do for the white people and this commission wants to impress upon you that this is one of the best offers and one of the best trades that the Indians ever had offered to them. If you will enter into this contract and do with the money all that you ought to do with this money you will all have a good house and a good fence and a good horse and plenty of warm clothing to keep him warm in winter and he will have plenty of fire wood. This is what the President knows is for your good and what we know is for your good and we ask you to make the best of it. When any men come to you and tell you not to trade and give you bad advice close your ears to them and don't listen, be good to yourselves, make good bargains for yourselves and buy things for yourselves and get things that will make you happy. If you enter into this contract and you get some money paid to you don't go and buy whiskey and don't go gambling with it but buy things that will make your wife happy with it.

One of the reasons for paying you this money in hand is for the purpose of trying you, if you make good use of the first money that is given you the Government will want you to take some more, but if there are any bad Indians and follish indians among you that go gambling and get drunk and don't get things and keep your families comfortable the Government will take care of it for you. Now let me repeat that the great father has got to take care of his white children as well as his red children and the land can not be held much longer unless it is put to good use. You remember how they went into Oklahoma 30,000 of them to get homes and if the Government takes the soldiers away they will rush in just like that; an' you don't want that unless you have homes first. Now that the Government has been good to you and protected you in these things and sends us here to tell you that you can't keep those lands much longer unless you use them for homes, you should be good and listen to them.

12.

The Commissioners have been here a long time and have used straight tongues and told you the same the first and the last day if you are wise and want to take care of yourselves properly you must listen to these words and take heed.  It don't do any good to listen and say we don't want to do it.

When the President sends a Commission here to tell you these things you should take heed and listen and protect yourselves.  The President feels good to his children that do as he wants them to, and he will be good to them and help them along till they can go by themselves.   Now we believe that you understand exactly what we have said to you and what the Government wants you to do and now the Commission wants to hear what you want to do about it.    Let me say right here it is the duty of every Indian to say what he thinks and to get right up here and say what you think and the Commission wants to hear you.

(Whirlwind, Chev.) These People that you see, these Cheyennes are from the western country, the South Canadian, Washita, Cantonment and all the western country and have heard what you said to them.   We have assembled in this house today and have only one feeling and Old Crow and Little Medicine will make some remarks to you and they will represent the feelings of the crowd.

(Old Crow, C.) You have heard me before, I have given you my talk before.  He says as he has told you gentlemen before and as you well know that there is 7 years due them on the terms of their old treaty.   He don't like to have you come back to try this thing again after what he told you before.   He doesn't feel well over the idea of your trying to confuse these Indians into the idea of selling their land after what he told you before.   He says these Indians of this reservation know now that they are surrounded on a very small reservation to what they were used to, and that it is small enough now.   We are glad to hear that the President is willing to help us and wants us to do well and we want him to keep the land.   We don't know the things that the white men know but we know enough to live on the land when we have enough to live on without being crowded by white people.   If you come back in 2 or 3 years we would not mind it but we don't like to have you come back so often.   We told you last summer to come back when the 7 years is up or some other Commissioners that the President may appoint and talk to us when the treaty is up, that is the only idea we had and we think now that you come back so soon you are trying to confuse some Indians and make them do what they didn't want to do before.   We still stick to what we said before.  We know what has been said and we know what is in the treaty, and that we are not willing to sell.

Now as you told these people to take everything in a good way, so I don't want you to take this bad, he is only telling you the feelings of these people.

REPRODUCED AT THE NATIONAL ARCHIVES

13.

(Jerome)  I have heard them tell about this treaty that is to
be continued for 7 years longer, and it is all true that they
have annuities coming for 7 years longer and I want them to
understand what they are going to get under this treaty.
   You get what the treaties call for, but you don't get the
other $100,000- worth of food, that Congress gives you not
being called for in the Contract.   The cattle that are iss-
ued to you, and the food that is issued to you and the food,
the great bulk of it does not depend upon the treaty at all.
      Now let me impress it upon you, every Indian that is
here, that under this treaty that is to last 7 years you don't
get any food, you get $53,000- or thereabouts every year but
that is all.   Now don't forget what I tell you that every
pound of this beef that is issued to you, and all this food
that is issued to you depends upon the generosity of Congress
from year to year and does not rest upon the treaty at all.
   Every thing that is in the treaty will be carried out to
the end whether you make this contract or not, every particle
of it.   But the $120,000- of food that has been issued to
you for the last 20 years depends upon the generosity of Con-
gress every year.   I want you to know the truth and the whole
truth and when you talk about the treaty rights to carry you
on for 7 years you are just mistaken about what the treaty
contains.   Members of Congress are like every other man.
      The President appointed us to come here to see about these
lands for homes for this people, they directed us to tell you
what you ought to do for your own good, and we go back and
tell that you won't do it and with men that have propensities
all alike he will not feel like doing so much, and my advice
to you is to do what we want you to.

(Old Crow, C.)  He says he repeats again, he has always un-
derstood that they were entitled to what they were getting for
7 years longer and that is the way they feel about it no matter
what you say to the contrary.   The Government has been feeding
these people and he is aware of it and he thinks it is going
to continue according to the contract, if the Government wants
to withhold this let them do it.   He merely says that he
thinks he voices the opinion of the people he represents.   We
are old enough not to get worried over it but this is the opin-
ion of this people.   We will all be glad to hear it if that
is a consequence that they are going to be starved , we would
like to hear it.      Any that want to be influenced by this
covert threat you can work on them all you can, they are going
to speak their thoughts regardless of the consequences.  We
don't expect anybody to take exception to it, we have a right
to it.   That is the feelings of these people , I am speaking
my mind and any body else that feels that way and anybody that
feels different has a right to speak it.   I came here to listen
and hear what you had to say.

(Wilson) We want every Indian here to speak his sentiments.
I want to talk a little bit to them.   This Commission wants
a full understanding with all of them; wants you to talk and we

14.

are going to talk. Now it was said a little bit ago that we come back here a little too often; now let me say that we have not got a cent's interest, not a picayune. The President sent us here to talk to you, we talked here last summer to you we went back and say the great father and he tells us to come back here and talk to you; we come and bring the words of the great father, not our own words,. Now I said a bit ago and I want to correct an error, I see it, you under a mistake about your treaty, you are mistaken if you think the Govrnment is bound under the treaty to issue the rations that it has been issuing every year; she is not bound to do any such thing.

The Government binds herself by treaty to pay $35,000- a year but that wouldn't feed you till Christmas. The Government binds herself by treaty to pay you that much, but they are paying you about 4 times that much every year, giving it to you. Well now it was said a little bit ago that the Government was bound by treaty, let them starve us.

Now let me say to the Cheyennes to go to the treaty book and read it, or go to your agent or interpreter or Col. Wade or to your young men and let them read it and see if you can find this $125,000- and beef. You need not take the Commission's word about it, go read it yourself. Now the Government has been giving you all rations for a long time not bound by treaty. I am going to tell you and this old man knows it, the game is all gone, when I was a boy the game was all round but now the game is all gone and the President knows that.

Now then the President sends this Commission out here to make other arrangements so you can live well and he offers you homes and money and tells you he wants you to do well and be happy, and are you going to turn round and say we aint going to take it. The great father wants to place you in a situation where you can live, where you can do well, if you don't help yourselves do you expect that he will feed you always.

Let me ask you this question, all of you. Suppose the great father were to pay you nothing only what is in the treaty what kind of a fix would you be in before Christmas? You would be bound to starve and you know it. The country don't afford you game sufficient to live on and if you do not get the food from the Government, the game being all gone, you would starve; but the government don't want you to starve, it sent this Commission out here to tell you how you could live better than you ever did live. That treaty obligation, although it is not sufficient to keep you, will shortly expire.

The Government wants to fix you so that by the time it does expire you will be able to live by yourselves. Now I ask the question and I want you to answer me: Are you going to send the answer back to the Government, we don't want any of your help? Now we are here to talk out and everybody talk. I don't want one man to get up and talk for all, but every one get up and talk for himself. If there are any of you that don't want the Government to help you you needn't take it.

(Little Medicine, d.) We have listened to you well. We

15.

understand what you said. We came here to listen to you talk and only have this one days talk and then go home. We don't like this proposition that has been made by Mr. Jerome and the Commissioners. We have one straight road and we will keep it. What we told you last summer that is the feeling we have now and we have no other yet. He simply says that when you came to see us we told you our feelings and they are our feelings yet. They want you to tell the President that they are glad that the President wants them to do well and to protect them and we want him to protect us in our treaty rights that don't expire for 7 years yet. We don't doubt the feeling of the Government in wanting to treat with them right and the treaty rights, but we are a little in doubt as to whether you are authorized to say what you have said, whether you have been to Washington since you left,---(Jerome) Don't he----- wait till you hear the rest of them talk, there is no use to enter into a disputation over every talk. The Great Spirit knows what you are saying and we don't propose to give up this land and chop it up and take farms for the Indians in this reservation till the 7 years are up. Here are the headmen of the Cheyenne Tribe and they speak the feeling of the whole Cheyenne Tribe. We told the representative of the Government, the agent, about horses that were stolen from us and sold over at Kingfisher and the agent paid no attention to us. We have no use for Mr. Bent and for the gentleman that runs the brick school house and meddles with other affairs and think they should both be bounced out of the country; and some other Menonite living over there---(points to the southwest)--- they want put off the reservation. He don't understand about the relinquishment of the other reservation north of the Cimarron and this. The Cheyennes think they have this reservation in place of the other, they swapped.

---- At this point Little Medicine talks to the Indians.----

He says he wants you to understand that they don't put forth any claim to the reservation in the strip and don't want anything to do with any one else.

(Jerome) There is no dispute about that.

(Little Medicine, C.) You can tell the President about the likelihood of cutting off the rations at any time. Says he would like to know if the President has given you orders to with-hold the -----(Tyler, one of the Interpreters) He says, My friends I want to ask you a point, Mr Jerome, if you were authorized by the President to cut off the issue of the rations. (Jerome) What I said was in answer to "row, he understands that the questions of rations and beef are not in the treaty, it does provide annuities but it don't amount to one fifth of what is dependant on Congress and not on the Treaty.

---- Interpreting from this point on till noted "Clark" was done by Tyler on behalf of Cheyennes.------

(Little Medicine, C.) We are following the old treaty stipulations and think that is what it was.

(Jerome) Let him examine the treaty and then let him be satisfied enough he may was said right.

13.

(Little Raven, A.) He says he wants Col. Wade to bear witness, they love this land and don't want to take this land in allotment and relinquish any part of it. He says the Col. is a disinterested man and they love the land.   They want the Colonel for a[gent.]
--- By "his r" interpreter.---- He says again that they have confidence in the Colonel and and want him to be their agent because they have confidence in him.   They have their ideas of the tr[eaty?] and would not believe it any way, the book would be wrong. He wants the Colonel to report that also what they say that they don't want any change in their affairs until the treaty runs out.

Spotted Horse, A.) It is only a little while since you had a council here before and we don't think you had time to go to Washington and back so soon.  What they have already said that is the road they expect to stick to, they don't have any other idea.   We d[o] n[ot] think you are authorized to make any different arrangement than you did before. We don't want the agent.
When Gen. Sheridan was here he knew the resevation they had and told them that they were entitled to it.   They don't want to swap the land and measure it out in parcels but want it all.
They don't want it any different from what it is.  We have y years left on the treaty rights and Gen. Sheridan told us when down h[ere] that the treaty rights would be respected.
Gen Hazen and his party gave them the country from the Washita No[rth?]   When we gave up the Strip country.   We realized wh[at] the reservation is when we had the boundaries defined to us and [we] don't have any other idea of any other reservation   You know what I told you about the relinquishment of [that rese]rvation and about this reservation.   He has objections to Mr. Pulling the farmer up at the Cantonment and wants his tent off.   They prefer the Col. to any other agent and representative.   They don't like Mr. Riley, son of Living Bear, on the Canadian; he has more cattle than he ought to have on the range.   He wanted to reiterate what has been said.

(Tall Bear, A.)  Whenever these Commissioners come here to talk to us I always talk to them the best way I know how.   All the Indians near round here , the different tribes that are close to us, are now making up their minds and do not wish to sell it
My friends here and myself My friends round here and myself are not willing to sell it, we love our land and do not want to sell even a little bit of it.   This land here what I am occupying is more valuable than money itself because my children are going to live on it after me.   Later on my people will increase in number and I don't want the white settlers to occupy it, and this why I don't want to sell it.   If the Commissioners will go to the different tribes around here and ask them to sell their land I know they will tell them the same thing I told them about my land.

(Howling Wolf, C.)  He says what these people came here and told you last summer is the way they feel now.   It seems like you were also here when we talked to you last before and did not