REPRODUCED AT THE NATIONAL ARCHIVES

17.

listen.   Now you have come back here today and take up the same thing, and we think the same.   What I say today is my talk for all time. What these people have said to you already that is my talk.   We have councils in the military and consider them very best friends.   They love their land and don't want to sell it.  We have 7 years yet in which we don't think it is necessary for any change.   It is time enough when that is up.   What I have already said I repeat again.

(Whirlwind, C.) We have had some little talk back and forth between you and these people and we have enjoyed listening to it.   We have considered this question since you talked to us before as well as the Kiowas and Commanches and don't want to sell.

(Jerome)   Have they had interviews with them?

(Clark) Yes sir.

---continuation of Whirlwind's talk--- The Kiowas and Commanche and Apaches are all of the same opinion.   It is just as it was before.   He looks on you as being sensible people and thinks they are entitled to what they are getting till the time runs out. We know the reservation we have and they want their talk given in Washington as they say it and they have already appealed to the Colonel to witness what they say.
They have listened to their friends in the east, in New York, and have been told their rights and what they are entitled to and wants to know where they belong.

(Wilson) Michigan, Indiana and Arkansas.

(Whirlwind, C.) He met some Commissioners in New York and he did not know but that you had some talk with them.

(Little Big Jake, C.) Says he looks on the Colonel setting up on the hill to protect their land and timber?   What these people have been saying is the sentiment of the Cheyennes and he only comes up to say a few words, he don't like to see them divided in opinion, that side and this side.  There is no use for a whole lot of talk and fussing talk.  What these people have said is their sentiments and mine also.   We have got so now that we are living on a small enough reservation and don't want to give up any of it.

(Little Man, C.)   He is a soldier and a prominent man among the soldiers, not a scout but a warrior, what we have already told you now and before that is our feelings yet.   We are willing to talk some more when the seven years are up, when it comes near that time.   When Gen. Sheridan was here he told them they had 15 years and they hold on to that.   He says it is between 7 and 8 years that they are entitled to yet, 7 years after this winter according to his count.   We love this land and we want to keep it.   It makes us glad to be able to look

10.

over this land and feel that it is their own. Glad to know that they have been protected by the military in keeping off people that have no right to be here. He wants you to tell the Government that they don't want to sell this land, wants you to tell the Government that they want this land secured to them. It is small enough now, when we come to get more stock than we have now we will be glad to have the land for them to roam on. He speaks about wanting that man at the Cantonment sent off, he swaps the rations off. He wants the military he has more confidence in them.

(Roman Nose Thunder, C.) You have heard the talk that has been going on here it represents his feelings. He is sorry that these people are divided on this question, that there is two sides. What these chiefs say that is their straight, strong talk and what they mean, what they have said they mean and they don't have any other meaning. They own this land and they want it for their children to grow up after them.
You say to this people "Say what you think" and his thoughts are not to give up the smallest particle of it. He wants you to understand perfectly that he objects to relinquishing any part of this land. He is one of the warriors and when they want to sell this they will let you know.

(Man in the Cloud, C.) We have been expecting to hear that you were going to come back and have a confusing kind of talk about what you said today. He thinks you have come back from some way this side of Washington, and didn't go by that way.
I am still a young man, I have been in Washington was there with Big Horse. I know when this land was given to us and and the treaty was signed by Black Kettle, it was given to them again and signed a second time. They don't want to or think they are obliged to give it up as you propose. Here he knows the feeling of the people and those over there feel different, and since you came back he is of a troubled state of mind. He understood that they had this land given to them forever. He has not the idea of swapping or trading any of it off, he only wants to say his feelings.

(Jerome) We have had a good long talk and the council will be adjourned until 10 o'clock and those people that have not had an opportunity to talk can be heard then.

19.

October 11th,    1890, 10 o'clock A.M.

(Jerome) Yesterday the Cheyennes under Crow, and Little Big Jake took up the whole day. They talked about a great many things but they don't like to talk about just what we are here to talk about. They say a great many things are so or they think they are so, when they are mistaken about it. Now we are glad to talk to these Indians that are here today; they come to the councils regularly now and while we were here in July and pay attention and we believe they believe what we say. We believe they want to do what is for their good and that the Government wants them to. We believe that they will feel kindly to anybody and especially to the Commission for coming here and telling them what will happen soon. We believe that you understand and know that the whites are pressing very hard to get on the land here in this reservation or territory. We know that you feel that if those white people were let in here in your present condition it would bring you a great deal of trouble. What the Commissioners come here to tell you is what the Government wants you to do is that you may be so that when the whites do come into this country they may bring friends to you and be a benefit to you. We believe you know too that what is done to get you ready for that change which is soon to come over the country, we believe that you do not think as the Cheyennes that it can be put away off. Now the plan of the Government is for these Indians to be put upon lands, upon homes so that when the country is opened they will be a great deal better off than they ever were before. Now the Commissioners believe two things; the Commissioners believe that if the whites could get into your country before things are fixed for you it would be very disastrous for you, and we also know that if you will do what the Government asks you to now, that then you will be better prepared for it when it comes; and another thing the Commissioners want to tell you in all kindness is that this change can not be put off but a very little while. Now we believe that you think what the Commissioners say to you is true and we want to say to you that the Commission is ready to make this contract as we have talked. We want to say to you farther that every man who believes that this is the best way we want him to come up here for himself and sign the Contract. Now we want to say to you farther that if you do what the Government asks you to, the Government will protect you and take care of you. As these men have intimated before, if they try to do any harm to you the Government will stand by you and punish any attempt to harm you. There needn't a man here wait for some other man to act, but let him act for himself and when he does act you may be sure that the Government will deal just as well with you and protect you against any attempt to do you harm for doing what you ought to do. You needn't wait to hear what some one else is going to do. The great father will deal kindly with his children that do as he wants them to and will punish those that don't do as he wants them to and try to interfere with those that are try-

-26-

Now the commissioners are ready to act whenever you are.

My Brother Judge Sayre is in hopes of getting another papoose into his family next week and is going home but will come back and we will go on.

(Sayre)    My friends I expect that this is the last talk that I will have with you for 3 or 4 days. It will take 2 suns to go and 2 suns to come back. I am going because my son is going to get married and I thought I ought to go home and give his wife a pony but that will not make any difference here with your business with the Commission. I will sign the contract before I go and by our laws it will not make any difference, two can act as well as three, Gov. Jerome and Judge Wilson will go on. Under our law a majority can do as they please, one more than half lots more than one less than half that is the rule that ought to be here among the Indians because because that requires every Indian that is in favor to stand up and say so and those Indians that are not in favor of it stand up and say so and then they count and the majority rules. When you have that rule every man that you see does not go on one side because another does but says what he thinks is right and whatever is right you ought to stand up and say it is; what we call among the white men, every man acting for himself, and when a majority say a thing the law says it shall be protected. That is why Gov. Jerome said to you that if every man stands up and acts for himself that no man shall interfere with him for doing what he thinks is right. We havent come here to make any threats of any kind against anybody if he did not do certain things. We say this in answer to some parties who talked here yesterday they say if you do certain things they will do certain things and hurt you and we say they will do no such thing. Now before I go away let's talk a few minutes about the business we have in hand.

Now in the first place what is it the Indians want, he wants just what a white man wants, he wants plenty to eat, he wants to be comfortable, he wants to have his children in school, he wants to fence his land, his farm, he wants to have a warm house to live in, he wants to have plenty to eat and all those things that go to his comfort. Next why is it that the white man has more than the Indian, he not only has more and lives more comfortably but furnishes money to the Government to buy almost everything for the Indians. Now we know white men in the United States have vast reservations in the United States like these Indians have to roam over and if they did they would be just as poor as these Indians, but he cuts it up and has farms and raises crops and makes rails and hauls them to market. When these farms are being made, these fences being built, houses being constructed, land being plowed and these things being done by the white men, that makes it necessary for him to hire someone and so every one is making money instead of going about from place to place doing nothing every one is raising crops and working. Now the government is not proposing to settle you down on just a little spot of ground, just enough for his tepee, but we give him 160 acres

21.

1/2 a mile square, more than an Indian ever occupied and probably more than any Indian will occupy for a dozen years, for each member of his household. As we said yesterday if a white man and his wife and children want a farm anywhere in the United States, the Government does not say to the man that it will give you a quarter section of land and your wife a quarter section of land but it says it will give to the man a quarter section of land and to the rest nothing and when the Government gives that quarter section of land to the white man it does not say now I will give you some money to fence the land and build a house or buy a team or money to get provisions with while you are breaking up the land, but it says I will not give you a penny, that is what it says to the white man. But the Government does not say that to the Indian, it says I will give you a quarter section of land for yourself, one for your wife and for every child and then does not put you out on the land but it says that it will give to you not only this year but next year and next until finally you have got more money into your family than you can use. Now yesterday we talked to the Indians about what they would have if they made this contract but we did not tell him all he would have. The Indian can not occupy 160 acres of land nor can his wife occupy 160 acres of land nor can each child occupy 160 acres of land.

Now because he can not occupy the land he will have it for some one else to occupy he can not use it himself but he can rent it out to some one else to occupy. If he had 160 acres he can use 100 acres and have the rest rented to these white men that come and can not live on 160 acres of land for 50 or 60 cents per acre or whatever it is worth, so he will get a lot of money from that source. Now yesterday something was said by these Indians about the rights you had under the treaty that lasts for 7 years yet. Now the contract that we make has written in it that nothing written in it shall effect the treaty in any way whatever so that whatever you have been getting under contract goes on just the same for the next 7 years. Now all we said yesterday and what we meant to say upon that subject was in telling Old Crow and those fellows what the treaty provides for. It provides $30,000- per year for the use of the Indians and besides that Congress has been giving to the Indians a good many thousand dollars worth of food and goods, and we are not authorized to say that it shall not go on or that it shall, Congress regulates that. I was saying that the treaty itself provides for $30,000- dollars per year for the Indians, that will go on for 7 years.

Now as to the rations and beef all we wanted to say to you was that that is not provided for in the treaty and I don't know and you don't know whether that will go on till the end of the 7 years, and it may go on and it may not go on, Congress appropriates that from year to year and we can't tell anything about it. We do not say that the rations will not be given to you for seven years because we do not know, there is nothing written in the contract about that but it stands just as it stood and depends upon the action of Congress from year to year as to whether they will give it to you or not

-22-

I only speak of that point to show how foolish it is for men to stand up and say they will make no new arrangements because they have got that for 7 years when they don't know whether they have got it or not and now is the time to fix yourselves comfortably.. I only mentioned this question of rations to show how foolish it is for men to claim in or the treaty that it will last for 7 years when in the treaty there is no word about it. And what we further say that there is nothing in the contract that we are seeking to make with you about that, it neither gives you rations or takes them away.

Now we have made this proposition to you and explained it to you because we knew that it was a generous, kind and clever offer to the Indians. There is not a white man here perhaps and not one in Oklahoma who would n't think he was made rich if the Government of the United States would make to him a proposition like we have today made to these Indians.

You men needn't be told that a change is coming over the condition of affairs in this territory because you see the change every day. You know that within the last few years the Government has driven the cattle out of this reservation so that you get no money from that source. The Government found out that it was not good either for the white man or for the Indian and determined that it should end forever. You have all seen Oklahoma opened, you have seen the railroad built down through here, you see on every hand that changes are being made; neither you nor the Government can help it. You can't hunt any more for there is no game to kill, you can't go to war any more because the white men are too strong and too many for you, the Government can't feed you for ever and you must get some way to make a living. You can't build houses, you can't have stores, you can't build railroads because you haven't the money so as sensible men,- men who care for themselves and families, what will you do? What the Government proposes? take farms for yourselves and families and live on them and send your children to school? Then when the country is opened the white men will build the towns, they will build the roads, build the mills to grind the corn and grain you raise so you can raise stock and have things to sell and live just as well as white men. Now it is sometimes said that the Indian don't know how to farm but it will not take him long to learn if he is surrounded on all sides by farms and people who do know how to farm. Now my friends I have said all that perhaps I ought to and more than I intended to when I began talking, but we hope you will consider these things until you thoroughly understand them and then we know that you will think as we think and sign this contract.

(Jerome) The Commissioners have now said to you what the Government told them to say to you and what the Government expects you to do. We now expect you to tell us what you want to do.

Adjourned until 2 p.m.