2 P.M.

(Jerome) I will repeat to you now what I said just before we adjourned at noon. The Commissioners have told you what and what we wanted you to do and the Government wanted us to, have carefully explained all these things to you and now we would like to hear what you have to say on your side.

(White Buffalo, A.) The President is helping me and is really showing me the way to better life and I will not go different from it. I am willing to express my thoughts just as I feel about it. Since I am agreed with the proposition that is being placed before me in regard to the money I will say that I will get the first cash payment and 2 months after another payment. If these Commissioners are really helping me I want them to know that I want to get my pay just as they offer me. The opposing party is opposed to the proposition given by but here on my side I am willing to take what is offered me and by so doing it seems to me that I will best jump into the world. The only objection I have in regard to the settlement of the whites among the Indians after we have taken up our lands, what I fear, we might have a great deal of trouble but still if the government is really helping me I am willing to take just what is offered and although they have been taking care of me I don't get any better off and the future time will tell whether they are taking care of me. ----- Boynton- I suppose he had the understanding from the Commissioners before, last July, providing that they had $150- cash money -------
I want $150- first cash payment; I do not want it divided into two payments. Since I am poor and helpless I can't help myself in any way; I am willing to accept the offer although many Indians round me advise me not to.

(Wilson) How many children has he?
Inter.) Four: eight in family.
(Wilson) $600- first payment in his family.

(White Buffalo, A.) If the Commissioners are helping me I want them to know that I am tired of being poor and starving all the time and if I accept their offer and agree with the propositions that have been offered me, then I can go with money in my pocket to the white man's place and get my dinner.
This is the only way I can make my talk.

(White Snake, A.) I will follow the road that has been made for me by the great father. Since the Commissioners are talking to us about the same thing day after day I begin to fear they are really helping me and I think by accepting it I will have something. I like every bit of the treaty here or proposition so I wish the government would surely give us the money at once. I like the road on which these Commissioners are placing me and which I am trying to follow. There are many many roads that are wrong but it is the good one that I want to follow.

24.

I wish the Commissioners have listened patiently because we are telling them just what we think and feel.

(Bear Feathers, A.) I think over these Commissioners that every word that is spoken by these Commissioners or trying to be done by these Commissioners is by the President. And I fear since they are old enough and seem to know what they are talking about that they are not hiding anything from us but tell us everything that is right. Yes, the road that you are making for me today I will follow. Yes, there is a great benefit in accepting the proposition that is offered today. I express my thoughts and tell them that I accept their offer.
Yes, if I sign the treaty the first cash payment two months after I sign the treaty by accepting the offer --- by my accepting the Commissioners offer I will save my friends or they will save me.

(Medicine Dismounted, A.) I accept the proposition. I don't wish to talk about anything outside of this but I follow the road that they are making for us. I understand him to say that after I sign the treaty, I will get my pay two months after that. I will not sign the treaty unless I see the money piled up in front of me. I don't wish to think anything wrong about it, but I want to see my money.

(Black Wolf, A.) What these two old men have told us is all straight and right and so I accept their offer. I have been considering what the Commissioners have been telling us from day to day and have decided today that I will accept the offer.
We have heard the other speeches. In regard to the payment we want our money two months after the signing of the treaty and no other way. We want to receive our cash payment at the regular time you pay to the Indians and not put it off until later on. By receiving our cash payment at the regular time I think we will be better off and can get our teams and working tools. By getting our cash payments we can keep our money in our pockets. We can buy our things in any town or ask our agent to get them for us, all of these Indians are wanting their cash payments at the same time.

(Charcoal, A.) When the Commissioners were here last July I was not present and didn't make any speeches and here today I thought that I would come to a conclusion and accept the proposition. There is no place to which I can go and save myself. I accept the offer.

(Tall, A.) I won't take any time to speak against my friends the Cheyennes. I will express my thoughts and say to my friend that I will accept the offer.

(Left Hand, A.) I heard the speeches made by these friends of mine and I think they are good. I told the Commissioners I would take time and study over the proposition and look over it until I could agree with all the different parts of it.

23.

I have not told the Commissioners how I am going to live and as the majority is always the leader I have not very many who are accepting the proposition. I do not know just exactly what to do. The Commissioners have talked to me and I have considered the talk carefully and I wish the Commissioners would do the same with what I am telling them here today.

I wish the Commissioners would really tell me which land or reservation I really own and have the title to. Answer now.

(Jerome) I am asked now to explain which reservation these Indians own and in answer I will state to the Indians this:

A long time ago you lived up in Kansas and had lands there, then you came down and the government made a treaty with you in 1867 and gave you a reservation up in the Cherokee Strip, that is in the treaty of 1867, for some reason the Indians did not like to go there and live and the President made an order that they could come down here and have this reservation.

The President didn't intend to give you two reservations but intended to give you your choice which you would live on.

Now as the president understands and as this Commission understands you chose to come down here; that laves the matter way. You have a treaty title to lands up in the strip which you have never signed papers to give away and when you didn't like to go there to live the president gave you the right to come down here. The right that you had to come down here as an order that the President made, the title so far as the Indian is concerned under the treaty is considered a little stronger than the title under the order of the President alone.

Now the Government, the President and this Commission have considered your title here and up there and have determined that this is the best place for you to take your homes, and where you want to take your homes and the money we offer you is what we consider your title up there and down here is worth.

A million and a half for the whole. Let me add this, that because you wanted to come down here and didn't stay up there you did not get any more value in these lands than you would have had you stayed up there. It was never the intention of the president when he let you come down here to give you any greater rights than you had under the treaty up there.

So if you had stayed there you would have got the same money you get here but you would have had to take your homes there. When you came down here you got lands that suited you better and the same money so the Commission want to do just as well with you when you come down here as when you staid up there, they don't want to take anything away from you. What we want is for you to take your homes on this reservation because there is no question about your wanting them here, then you are to give up all your other lands. As the Commissioners understand it it was not the government that wanted you to come down here, but you wanted the Government to let you come down here. Now when the Government let you come down here it didn't expect it would require any more money to settle you here than it would have up there.

28.

(Left Hand, A.) After I take my land and occupy it I would like to know whether the railroad will be allowed to run through it.

(Jerome) The the railroad under the laws of the country want to go through his land they must treat him just the same as a white man: it must pay him first before it can go through his land. Now what I mean by paying for the land is not only have to pay for the strip of land it took but if it cut his fields off from his house they must pay damages for it; that is the law all over the United States. And over in the Cherokee country a little while ago they tried to stop a railroad going through and got beaten, that is what the Courts decided. Let me say to some of these younger men, I suppose the older men all understand it: in speaking about the time the first money is to be paid, that when the Commission makes a contract it is not finished until Congress acts upon it and it is 30 days or two months after Congress acts on it that they get the money.

Boynton, Interp. -- When does Congress meet?

(Jerome) December first I can't say just the day they will act though. Tell them I am glad to answer any questions they may ask.

(Left Hand, A.) I would also like to know how and when the surplus land is going to be taken after we have taken our right

(Jerome) In answer to your question as to how the whites will take the lands after you have taken yours. Over in Oklahoma letting them in in one day was not a good thing and the Government thinks it was not a good thing. Now it is the opinion of the Commissioners that after the Indians are all provided for and the lands are all surveyed and put on the maps and every Indian knows where his land is that the Government will tell the whites that the land is open for settlement. Then they will open land offices such as there is at Kingfisher and Guthrie and Oklahoma for the white settlers and then the Government will only let such persons come as want to make the lands their homes.

(Left Hand) When the Government first bought this land what was its worth?

(Jerome) The Government got this land a long time ago from the French and didn't pay but very little. And when the Government sent the Cherokees out they gave them the whole country and when they bought it for Indians they pay sometimes 50¢ sometimes 30¢ and when they bought Oklahoma they paid more there were no Indians there.
It paid about 15¢ first I think.

(Left Hand, A.) It is in a written paper what the Commissioners told us and about the price of lands and I don't see why the Commissioners can't tell me the real price.

27.

(Jerome)  What they are interested in is what they are going to get, not what Napoleon got.

(Left Hand, A.)  I have considered the matter carefully and I want to know every bit of it and that is why I ask this question.

(Jerome)  We bought a great tract of land, ten states are made out of it and paid three millions and a half for it or a little more than twice what we are going to pay you for a tenth of it.

(Left Hand, A.)  I suppose they have made a treaty with many different tribes and I would like to know the price they gave for the lands.

(Roni, Interp.)  He means this spring.

(Jerome)  Iowas 33¢, Pottawatomies 45¢, Shawnees about 57¢ and the Sac and Foxes paid money out for their lands.
The Iowas only got half as much land, 80 acres; the Pottawatomies got, the father 160 acres the wife nothing, children over 18 years 80 acres and the children under 18 years 40 acres and so with the Shawnees.

(Left Hand, A.)  I have heard from some people, certain persons that whenever the Government sells land for $1.25 per acre.

(Jerome)  The Government only sells after it is improved and for particular purposes such as townsite.  It gives the land away now.

(Left Hand, A.)  I ask the Commissioners these questions because I am trying to do what they want me to and I hope they will try to help me more if they can.

(Wilson)  When the Government pays $1.25 per acre for land it is when the people have paid down their money for the land.

(Robt. Burns, C.)  The Treaty of 1867 is that still binding?

(Jerome)  I said it had never been cancelled, it has been carried out.

(Burns, C.)  Judge Wilson came to the Cherokees and offered $1.25 for the identical land.

(Jerome)  Yes but it takes in the eastern part.  What I said was that they held that title up there under treaty but they came down here and abandoned it and they should not loose anything and should not gain anything.

(Burns)  They want to know what their interest is.  They understand they would be given 160 acres of land and would get

2.

the money for the strip.  They think they want the first payment to be made after we sign.

(Wilson)  Let me say one word about this paying.  The Commissioners make the bargain and it is not good until Congress has approved it.  Make them understand that the Commission will hurry them up as quick as they can, I wish we could pay them tomorrow.

(Left Hand, A.) When the Commissioners first came to treat with us we told them in our first councils that we would consider the matter carefully and because I thought well of the Commissioners and thought they were doing me good and he would take time to think.  I have always do what the Government requires me to do, or asks me to do and I always take time to consider it and that is why this treaty is moving so slow, because we take time to consider it.

The first treaty is a long time past, it seemed to me that the mind was burning in flames and since I signed the treaty with the first 7 men that came to treat with me and after I signed the treaty the fire went out; now my friends the Cheyennes are burning it over again and it makes it a little harder to put out.

And after a long time since we made our treaty with the Commissioners we roamed from there to south here and after a time we made up our minds to come here and the Cheyennes were making a great deal of trouble, and because the treaty was just and right we thought it would be made again----
(Bounton, Interp.) They think that they lost the treaty up north and the title by coming south here.

(Jerome)  If they lost it there they gained it here, if they didn't loose it there they didn't make it here.  We don't take any advantage of that.  If they lost it up there they gained it here.

(Left Hand, A.)  After the chiefs had come back to the Strip Chief Lefthand thought that the Government would take them back to where they made the treaty, the land on which the treaty was made, but instead of that I was placed at Camp Supply and by order of the first agent I was removed here.  It was not very long that I was under Darlington as agent when he died and I was placed here in the sand hills and I got thinking and thought my first agent placed me here and I ought to stay, so I made up my mind to stay.  But a short time after his death I was called to come to Washington by Gen. Grant, so I went up there and at that time I felt as though I was a wild colt that is not broken so I went to Washington knowing just how I felt about it and knowing just what to say.

I got there and went into the White House and met the President and as soon as I opened the door I saw the President and went up and shook hands with him.  After I got there and had a talk with the President, Gen. Grant, I understood him to state he was glad to see me after he had sent after me and he told me I must leave all the warpaths and not continue them any

26.

longer, and I want you to understand that on the reservation I place you, I want you to stay; and he also told me after he gave me the land, he asked me, "Do you understand what I am going to tell you and do you know and are you going to try to do what I tell you and keep the land I give you?" Then I told the President that I didn't come for anything else that belonged to him, personal property, only the land you give me; and I also told the President and the President told me to lay down my arms and quit the war-path and I told the President after he told me this I told the President I heard him and obeyed him and I laid down my arms and he would never hear of any trouble made by me. I don't know just how long it is since I heard these words from the President; I think it is 21 years since I heard these good words from the President. And it is because I obeyed the President in every way he advises me and required me to do, and after I obeyed him I sent my children off to school, and he has taught them and now he has my children just the way he wanted them; he has educated them and they are in the way where they are doing something and that very same talk from the President I have kept up every day since, day after day and year after year, until now, and every day my children are sent to school and now since there are many different Presidents and there are many changes, and I think they want the land and something must be done to it and now I think the time is up when the Government must change its mind and send Commissioners here and they want to buy it from me and I believe every word they say and do every word and place it in my heart and think about it. Yes if the Government is helping me, give me the regular price just whatever the land is worth.

Every thing they say is well meant and all right. I suppose, and this is a big piece of land and I don't just know the price per acre of it and I would like to know. In former days I was not so poor as I am now, why? because there was plenty of game, buffalo and so forth that I used to live on and since the white man has been killing the game I have to live on money and so I want the Government to give me more money. I have had this talk with the Commissioners and these friends here although I am not satisfied they offer me a price in round numbers but they don't tell me the price for a single acre. I would like you to answer the question.

(Jerome) Tell him we considered the whole thing, the number of acres they would have up there and the value of it and the number of acres you have here and the number of acres and the price of it, what you take out here and if you reduce it down it is about a half a dollar an acre for it.

(Lone Wolf, A.) I do not think my land is poor and I think it is good.

(Jerome.) I have not said it was poor but you take out the best; if you have ten horses and you take out six the others are not worth so much as the whole; or if