REPRODUCED AT THE NATIONAL ARCHIVES

- 30. -

he has, and takes out, the rest are not worth so much. We have allowed them as much as we have allowed any other Indians for a similar title, there is a difference in titles.

(Left Hand, A. It seems to me that the question I am asking, the Commissioners don't even tell me, the children don't even tell me the price of a single acre, that is why I ask the Commission.

(Jerome) I told him about a half a dollar.

(Left Hand, A.) I never heard that before. I don't object to the treaty here, I don't say that I am opposing it. I agree and accept of it, the only trouble I had in my mind is what the price per acre of it was. A dollar would be better.

(Jerome) We would be glad to give him a dollar.

(Left Hand, A.) Yes I will consider the fifty cents and will ask my friends to consider what I have said.

(Wilson) We have given all the Government allows, it would not approve of if we gave more.

(Left Hand, A.) I do not object to the treaty only I must have time to think about it and I wish you friends would let the President know or ask him for a little more because we know we will have to sign the treaty.

(Jerome) I think Left Hand is a fair man and I think we have given him the right amount and I want him to take into account what the Government has done for him and take these things into consideration when we talk to other Indians.
    We told you the first day we talked to you that we had not been idle since we were here in July, we have seen the Secretary of the Interior and through him told the President all your wants. Now the President believes and the Commiss- ioners believe that the money that we have provided for these Indians is all that is required to make them comfortable, to make them houses for themselves and families, to make them a happy people. If they want to think of it a little longer we are perfectly willing to give them time.

(Left Hand, A.) Yes we want to take time and think a little longer and I want my friends to think and consider of what I have said from the beginning.

(Jerome) Tell him we want him to think about this and under- stand all about it and we want you to feel good to us so if we ever come back they will say that we were their friends and told you true".
    Come back Monday at 10 o'clock.

REPRODUCED AT THE NATIONAL ARCHIVES

81.

October 15th, 1890.

(Left Hand, A.)   I told the Commissioners to consider the questions that I asked and I want to hear from them.

(Jerome)   What questions does he want to hear from us on?

(Left Hand, A.)  I talked to the Commission yesterday and I told the Commissioners to think about it and tell me what they thought about it the next meeting.

(Jerome)  I do not remember any questions I did not answer them

(Left Hand, A.)   The Commission told me they would think about what I said.  I told the Commission about my life and how I have lived until now.

(Jerome)  The Commission appreciate all that Left Hand says. We believe that he has been a good Indian and has set a good example for his children.   Since the Commission was here last July it has had many talks with the Secretary of the Interior and he has told the president about these better Indians who went to do what the president wants them to.  Now because these Indians have been inclined to do what the Government asked them to  and sent their children to school and want to do what the Government want them to  we were instructed to come back and make the offer we made to you.
We are authorized to say to you that if you will continue on and do what the Government wants you to the Government will be good to you.  The Government likes a good Indian and likes to reward him for being good, and when an Indian behaves bad the Government has to have soldiers to punish him for being bad,    In order to help these good Indians get good homes and be in a way to live better and happier than you have ever been before the president sent out these Commissioners to propose a way so you could live better than you have ever done before and in this proposal we have not only provided that you shall have plenty of land for homes but that you shall have plenty of money to fix up your homes  and money to be paid to you from year to year for a great many years.  We have also made provisions for schools so you may educate your children so they may become good men and women.  Now we have told you what we propose to do.  If you want to do what we want you to do I say to you now that no one is entitled to the benefits that grow out of this contract except Cheyenne and Arapahoe Indians: if any other Indian should come here and want to have land and want to have money the same as you have them the Commission will keep him out if they know it.  If any white man who has married a Cheyenne or Arapahoe woman he must be shut out because we understand that to be your wish.  The Commissioners are strangers to the Indians here mostly and don't know all the Indians that come here to sign may be, but should any white man that lives with the Indians or any other Indian that lives outside of the Cheyenne or Arapahoes they must be

REPRODUCED AT THE NATIONAL ARCHIVES

32.

shut out and we have selected Mr. Rent here to stand by and see that no such Indian imposes on the Commission.    While we have selected Mr. Lent to stand by here till we get through, every Indian Chief and Head Man  should be here and see that no one gets on the contract except Cheyennes and Arapahoes.

The Commission have prepared a contract to carry out all that has been talked here.    Now we have made three copies, one to go to Washington, one to be put in the Agent's safe here so you Indians can always see it and one the Commission keeps.

And any time hereafter any Indians want to see what is in the contract he can go to the agent and ask to have it read to him and always know what he agreed to.    I said yesterday that every Indian should act for himself and do what he thinks right and when you have signed no other Indian will do anything to you because the Government will punish him if he does.

The Commission believe also that if you men who have paid attention and know everything that is talked that the other Indians also will sign and be glad of it because you have lead them in a good goad.    Somebody has to sign first; these chiefs, the older men, should sign first and set a good example to their children.    After these older men have signed we want you to bring in the other Indians and the Commission will remain here until all have signed.    Now there are many Indians who have to come a long ways from their homes to sign and the Government will feed you while you remain here.

The sooner you act and the more energetic you act the sooner Congress will act and the sooner you will get your money.    The Commissioners have talked to you a good many days and will do everything in their power here and can do nothing more but ask you to sign these papers.

(White Eyed Antelope, A.)   The chiefs have made their speeches and I have thought over what they have said  and I think they have spoken in the way they ought to  and I am glad that they agree with the proposition and the Commission is giving us some good talks and we believe every word they say.    I am going to ask one or two questions.  I suppose when the Commission was first thought of to make the treaty with the Cheyennes and Arapahoes the President took pains to find out just the right men and these men were found upright and just to make a treaty with the Cheyennes and Arapahoes.   I wish the Commissioners would tell me just which land is best for me to sell this or the Cherokee Strip.

(Jerome)  Don't he understand that the contract covers this land and the Cherokee Strip?

(White Eyed Antelope, A.)  Yes, I know that, but the only thing is that I don't see why he wants to take this land and the Cherokee Strip.

(Jerome) He takes his home here because he wants it and gives up all other land.

33.

(White Eyed Antelope, A.) During the first council we had with
the Commission in July I really didn't understand the price per
acre and the Commissioners did say but they said so much for
the whole amount and this is why Chief Left Hand has been ask-
ing the price of a single acre.

(Jerome) I told them yesterday the best I could.

(White Eyed Antelope, A.) I wish the Commission to tell us
over if 50¢ is the exact price.

(Jerome) It is very near that; 46 or 48 or 50 cents. It is
as near as can be estimated. The quantity of land may vary,
today there are 3280 Indians and before this thing is comple-
ted some may die and some may be born and if an Indian is born
it takes 160 acres more and if one dies it is 160 acres less,
so we can not tell exactly, but can only estimate it.

(White Eyed Antelope, A.) The Commission is holding this delay
the chiefs are all the time ready but the Commissioners is
keeping the thing back and if the commission were sent here
they would tell -----(Jerome) I don't want to have him say
anything about the Commission doing anything crooked, if you
could interpret to him so he could understand it he would know
that if there are 3000 Indians it would be so much and if there
are more it would be less and the price would vary with the num-
ber now you tell him that so he will understand it and he will
stop talking about my not telling the truth. I am willing to
explain and have done so as near as can be done.
     Now tell him this that when Congress acts on the contract
when it is made that Congress sends an officer here to count
them all and then this one has to have his land and when this
is done if he can tell me now how many Indians there will be
then I can tell him exactly how many acres it will take and
what the price per acre will be. What he is interested in
is how much land the Indian is going to get and how much money
that is what every Indian is interested in now we have told
him that you are to get 160 acres of land for every man, woman
and child that is alive when this list is made out; we have
told him how much money every man woman and child is going to
get that is alive at that time. The Major (Ashley the agent)
can now tell me exactly how much land it is going to take and
if he don't believe it let him ask the Major.

(White Eyed Antelope, A.) All the doubt I had was that I didnt
know how much I was going to get for each acre. I have no
intention of going different from the Commissioners but I
just wanted to ask the question.

(Left Hand, A.) I am very glad that the Commissioners are
agreeing in making some exceptions with the white men and
half breeds his children should ... get some land and money
but he should not get anything. The tribes of the Arapahoes
and Cheyennes are the people that are to get the benefits but

REPRODUCED AT THE NATIONAL ARCHIVES

34.

no other tribes that came into the reservation.

Yes when I make my move and really show my decision about this matter and will wait for no one else. I will make my move myself as the Commissioners want me to I shall make my sure move because I want my other friends who are opposing the treaty to see whether I will be poor or not and I want to know what the Commission think of my talk.

(Jerome) We like it.

(Left Hand, A.) I want to know whether what I am going to do is just what the Commissioners want me to do.

(Wilson) What we have told him is the truth and we are going to leave a copy with the agent and there can be no mistake about it and he can go and see it any time.

(Left Hand, A.) Says when he signs the contract he will get his money right off or will he have to wait until those people sign?

(Jerome) The Contract has to go to Washington and be confirmed and an officer sent here, and all this be done before he gets it. If the Majority of these Indians don't sign this contract and if Congress won't ratify this treaty then they can tear it up and they will be just the same as they are now; it will be nothing at all. If they don't understand it I will repeat it over to them.

(Row of Lodges, A.) What the Commissioners have said and the Chiefs have said I think it is straight and all right and understood by every one and especially by my self and I agree with every part of it. When the Commissioners came here last July and talked with us and we had long talks we heard it but did not understand it so we did not do it then but now they come back and explain it again and we all understand it and agree with what has been said. After understanding the whole matter, after a long talk by the Commissioners and the Chiefs and both parties and have made up our minds to go on with the Commissioners and why I want to go on is so that the opposing parties can see how I am going to live and all that I am going to have and so on. I wish to tell the friends of mine here that even though a majority don't sign the treaty that those of us who are signing the treaty and take our lands and draw the money and I think by so doing we would draw the rest out for our side. And since I am in earnest about the agreement and am willing to sign the treaty I do wish the Commissioners would go to Washington and help me just as much to have this treaty ratified so that before spring I may have some benefits. If the great father has sent these men here as Commissioners to make a treaty with me with what the President has advised them to tell us so we could understand it and here in return we would ask the Commissioners to go back and

35.

tell the great father that we are willing to do what he wants us.

(Jerome) We believe Row of Lodges has spoken the words of a good man. We believe he has reached a very good and wise decision to guide his own conduct. We believe that if these men here will sign this contract that enough others will sign it so that we can send it to Washington and have it ratified by Congress. The fact that we came here last summer and staid as long as we did and came back here to explain it all over to you shows to you men that we are in earnest in wishing to have this contract made and ratified. We expect you to do all you can to have this contract signed by a majority of your people and then the Commissioners will do all they can to have the contract ratified and carried out as soon as possible; that is all we can do.

(Bull Thunder, A.) I don't believe in making a long speech. I will say to my friends here just what I think although my talk will be just like Row of Lodges because I am in the same opinion and I will sign the treaty and if the majority don't sign they will keep me back my good living. I thought in the first place that all the number that are signing the treaty would go on and get the money but since the majority is going to be the leader it makes up my mind.

I think the Commissioners are going to make every thing over in making a majority, if they wait until the other people come to make a majority it will delay the thing and I want the Commission when they go back to Washington to see the Congressmen and have them act as soon as possible. I don't wish to talk about anything else but I want to see the money. All I want is the money.

(Left Hand, A.) They (pointing to 2 indians) want to trade names the north man is Sitting Bull and this one is going to take the name of Scabby Bull and the other is his brother Sitting Bull. The one from the north has 3 in the family. He used to be here and wants to come here and wants to bring his family from the Sho Shone. The Chiefs want him here.

(Jerome) He can be transferred.-- (Agent Ashley.) I told him I would write a letter to the Agent.

(Left Hand, A.) He is glad to tell you this because it is a big matter that the Commissioners know about it. All those of us who agreed to sign the treaty are willing to take it just the way it is and we would like to have everything go just the way we want it and just like we want it, just like these two stores everything at cost not above cost. ---(Bent, Interp.) They want to get on the prices when they get their money so they won't have to pay so much.----- I agree to sign the treaty because I believe in everything the Commissioners have explained to me and I am also glad I am going to use my land with some one that knows how (Bent, Interp.) went in the weeds).---

REPRODUCED AT THE NATIONAL ARCHIVES

33.

and have some one to show me how to live a better life.   It
is true that gambling and drinking whiskey are foolish ways.
I don't believe of parties spending money and gambling it off
and that is why we didn't agree with that way of spending it.
   I have always wished that people around here from Reno and
El Reno would not sell whiskey to the Indians and I wish there
could be a law to stop it.   We believe in a fair trade in
every way and if these traders at the agency don't make fair
trade I think it is right for me to know that I have the money
and can go where I can get a fair trade.   When this treaty
is signed the way I like to receive my money I would like to
see my money in the open air and paid to me.   When the cat-
tle men leased my land and when I received my money and there
was a large number of Indians and I don't know how the money
came out.   The money was given out from the office.   When every
one gets his or her money if they choose to do so we will
let the agent keep it for us until we need it.   I tell these
things to the Commissioners because I thought they might like
to know them. We do everything they like us to do about getting
teams and working on the farms.   That is all I can say to the
Commissioners but I will listen to the Cheyennes.

(Scath Bull, A.-- this man appears in the July Council under
the name of Sitting Bull)   I believe in every word the Chiefs
have told the Commissioners.   I like it.   Yes I have kept
quiet and never tried to make a speech to the Commissioners
because I did not know whether there was a majority that was
not going to sign the treaty or in the cantonment?   I have
known a great many who are not going to sign the treaty.
   There is another part here that I don't like, I like every
part of the treaty and have always tried to do everything the
Government wants me to.   When I was asked to build a house
I did so and it seems to me that although I have tried to take
up civilized customs that in working my farm I don't get any
better that I am although it is true I raise some crops and so
get my money and I think if I sign this contract I fear it is
the best I can do.   I see some opening and the way out but
the Commissioners have explained and from what I understand
I think by signing the treaty I will get more help and if I
sign the treaty I will have some mules and horses and every-
thing to work on the farm and I wish that after I sign the tre-
treaty it would be ratified as soon as possible.   When these
chiefs make their decision it is always that way there is no
other way that the matter is decided and I do wish after we
take up our lands in severalty that there would be a fence all
round it so we can sell the surplus land.   I believe in the
way the Commissioners have explained to us.   The land is going
to be sold and after the land is sold I will be able to get my
money and the different things I will use on the farm and
when these friends of mine, these chiefs, sign the treaty I do
wish the Commissioners would go right straight to Washington
and get the treaty ratified for them.   There was never a time
in all my life time when I differed from my chief.