REPRODUCED AT THE NATIONAL ARCHIVES

2.

(Cloud Chief, C.) You commissioners were sent out here last summer and we had councils, and we have been thinking over it ever since and you come again and we have been thinking over this and we are going to follow the right road. He says that when you made this proposition to them that of course was the wish of the Government and he wishes to take up that very road and he wishes to do as the Government wishes him to do.

After I sign the contract and all the Cheyennes and Arap- ahoes take their allotments he don't want any white man to come in that they must take their chances on the surplus lands.

He says that you Commissioners are aware that a lot of the Indians above are opposed but he is not that way, he wants to do as the Government wants him to and then after a while the balance of the people up ther will come and sign the con - tract. These Arapahoe and Cheyenne Chiefs all pull right together and I want to take the road that is best. He says the reason now he wants to sign the contract is that he wants to get himself and then every man and woman and boy just what they want -- they can get it themselves. He says he wants the Commissioners to use their influence to keep whiskey from coming into the reservation because they want to spend their money for their goods and Cloud Chief says that when any one makes a trade they don't tell him how they shall spend the money that person must use sound judgment as to how he will spend it. Cloud Chief says now they will take this $250,000 but he don't want to let the Secretary spend it for them; they want it themselves when it is due.

(Jerome, Every Indian who has made good use of the first $75- will have no trouble in getting it.

(Cloud Chief, C.) He says now when we sign this contract we are doing just as the Government wants us and I don't want there to be any two ways about it. After we sign the contract I want the money in 60 days after Congress ratifies it.

Of course the Indians want to do just as the Government wants them to and the Government ought to do its part and hur- ry it up as these Indians are very anxious to get their money. He says again just as soon as they sign this contract they would like to have you push the money matters. This sign up business can't sign up it will take a little while but these fellows will drop in, but at the same time he would like to hurry it up. He says when we take our allotments together we would like to have you fence it in. They will all take their allotments together to use for grazing purposes. He says they have been and looked it over this whole reservation and the best part of the country is on the Canadian and salt plain and Cimarron and when they take their allotments they will take them from this agency up. When the opposing party look into this and these Indians are taking up their allotments those Indians will come in. He says he don't know how the Pres- ident will feel when he hears about it is, the opposing party, but this party is going to do just as the Government wishes.

REPRODUCED FROM COPY

33.

He says he thought Little Medicine had sense by this time--
he was taken prisoner in Florida, and he did think he had a
little sense all that people all over tell him but he don't
seem to have any. Now when we commence to sign the agreement
of course we can't expect it all at once but just as fast as
they come in they will sign the agreement.  He says you can
see a few of the Chiefs but there is no one to get up and op-
pose their speech; they are talking just as they want, there is
no one to bother them.  The Government what it wishes them to
do is a very good road and all those chiefs want to do what is
right and follow the good path.   He says there are only a few
of them here but he thinks there will more of them come as
soon as they begin to get their money.

(Little Chief, C.) When you were here last summer to talk about
this matter I did not stay around very much because there was
too much rumpus, that is why he did not do much talking.  You
Commissioners are sent out here by the Great Father and the
Cheyennes and Arapahoes have talked to you and have talked
right and now he wants to talk to you.  He says you fellows
were sent out here to treat with them by the Government and he
thinks it is a very good road and whenever he makes up his
mind to do a thing he does it and that is why he is talking to-
day.  He has listened to you and would like to have you listen
to them.  He says the Cheyennes and Arapahoes have agreed to
sign the contract and when they have signed it he would like to
have you stick to what you have said, these Arapahoes have
talked to you about the contract and when we sign I wish you
would pause the matter a little to have it ratified so there
would be no delay on it, he has no more to say.   The Arapa-
hoes have had their talk and he is no different, they all pull
together and he would like to have you push this thing to have
the contract ratified.  These white men married into the tribes
we don't want them to be with us, they must take lands with
the white people when the surplus lands are taken up.  He
says the same as Cloud Chief that when they take their allot-
ments they want it all fenced so Whiteman's stock can not come
in, they will have stock of their own.  He wants you to remem-
ber what you said, he said that when they make contracts the
next party that came always denied it and made promises. He
was always willing to make a contract which you came and he
thinks it is a very good road and he is willing to do what the
Government wants him to do.   This opposing party have been
making kind of threats but don't pay any attention to them
He says if they don't listen, why I know what I am going to
do anyway.  I have nothing more to say we have said our opin-
ion and taken your advice.

(Starting Elk, C.)  You were sent out here to trade with
these Indians and I want to say a few words.  These chiefs
here are only 2 at present, they don't want to do anything
wrong, they want to follow the straight road.

39.

He says they used to have lands in Kansas and Colorado but moved down here after the sand creek affair and have been down here ever since. He says that you people came here to buy our lands and you shall not be disappointed, we are going to sign the contract. He says after they take their lands in severalty, they would like to have the whole place fenced as Little Chief has said.

(Wolf Robe, C.) You have come to trade with us and it is a very good thing for the Cheyennes and Arapahoes. There has been a kind of a drawback before but they didn't quite understand it and it is a big thing to sell their lands the reason we have been questioning you is that before when they have made treaties it was not always carried out. You Commissioners are old enough to know your business and what you have promised in your contract to do for these people they would like to have you do. The Arapahoes and a few of the Cheyennes say they will sign the contract. After we sign the contract we would like to have you urge the thing so that they can get their money as soon as they can. They would like to have the Commissioners keep the whiskey out, the white men bring it in. That is all he has to say.

(Cloud Chief, C.) He says when they get this money they have money themselves they can go wherever they please and visit and go just as white people if they have money in their pocket they can do as white people. He says the reason he mention about having white people in among them is because a good many of the school boys are coming back and they can do as well as white men.

(White Antelope, C.) You can see I am getting old, I am one of the chiefs. I do not want anything but the good things. He has followed the wishes of the Government.
Every child he has is in the school, whenever they talk to the chiefs they don't want to talk about anything but something good. He is right with these chiefs and wants to sign the contract.

(Bull Chip, C.) He is an old man and you are sent from the great father and the Secretary and he believes it is true. The old man says he is getting old and this proposition is the best thing that can be done. He is depending on these chiefs and what they have told you he thinks is the best thing that can be done, what these chiefs have told you the Cheyenne and Arapahoes they are all pulling together. He says that this opposing party whenever this money comes they can't keep away; when they see these fellows with money they will come to time.
The old man says that he is not well posted when you first came here he thought he would get his money right off.

(Sitting Bull, C.) After being absent from this country where I was raised and going north and living many years and coming back I find many changes and I held maybe these Cheyenn

40.

and Arapahoes always do what the government wants them to and that is why they live better than we do up north. As I have been listening to the Commissioners explaining the different parts of the contract I began to think that I ought to come back here and join in with the Cheyennes and Arapahoes and have something and maybe I would be better off. After I have a full understanding about this contract I have made up my mind to have different feelings from what I had up north and after the contract is made I will have something to call my own and have everything on my own farm. I am standing up before the Commissioners and expressing my views on the the matter because I thought the Commissioners would help me that I may come in among the Cheyennes and Arapahoes and I do hope that they will do their very best to have the great father let me come back among the Southern Arapahoes and I think what the Commissioners have told the Cheyennes and Arapahoes about the treaty and what they have said that I would place myself among them and sign it. I know very well that if I place myself among these Southern Cheyennes and Arapahoes that after the contract is made I will be better off and have something. I know very well if these chiefs will sign the treaty because there is no other place where they can go and be saved. As I look about me and see the Commissioners and you boys who are interpreting and have some knowledge of civilized customs I thought I would send my children to school so that they can be as you are. When I came down here for a short stay I went about among the Cheyennes and Arapahoes and I found they had some cattle and every thing to work with and after I came here and find you Commissioners explaining the different parts of the treaty I find it is going to be still better. I have no doubt that the great father has sent these Commissioners and know and think it is right that we should sign the contract.

(Arrow, A. from Cantonment.) You have had a talk among yourselves and the right to hear what the chiefs have said and the Commissioners have said and I especially will not differ from my brother who has just made a speech to the Commissioners. I do wish the Commissioners would do their very best to try and get my brother to come here and tell the President about it and give him some land. I don't wish to part from my brother again and it is a long time since he left and now he has come back I wish him to stay with us. But of course there are others who belong here and just went up there to visit and I do wish the President would consider the matter and let them know about it.

Black Cayote, Lieut. Police, A.) I have heard from the Commissioners and also from the chiefs and have considered their talk and think it is about the way they ought to talk to each other and since the Commissioners seem to help the Cheyennes and Arapahoes, in some way I do wish they would do more if they can. And it seems to me that after we sign the treaty the other party will be the majority and it will cause a delay and it will take a longer time for us to see out money.

REPRODUCED AT THE NATIONAL ARCHIVES

41.

This is all I have to say about this treaty matter but I do
wish that the Commissioners would pay attention to what Sit-
ting Bull has said and help him to come down to live.

(White Buffalo, A.)   Although it is true that I agree with
what the Commissioners have told me, but since they tell me
they depend upon a majority it mixes me up because I think the
opposing party is the greater but I hope we will get our money.

(Medicine Dismounted, A.)  He told the Commissioners he will
agree with the contract.  Yes they have heard what I have said
but I have objections to one thing.  I told the Commissioners
I would not sign until I saw the money piled up besides him
when the white man makes a contract he makes a bill and sees
the money piled up besides him.  When I was a scout here at
Ft. Reno when pay day was at hand I signed the roll and soon
got my money and that is the way I want the Commissioners to
do it.    This is why I make my objection to this treaty before
I get my money is because up on the Strip the chiefs signed a
treaty and never got anything.  And I hope the Commissioners
may consider what Sitting Bull Bull has said and try to help
him in some way.  On this reservation Sitting Bull was raised
and he belongs here.

(Bear Robe, A.)  I never made any speeches to the Commission-
ers I just sit quietly and listen to what is going on and when
each council is over I find that what the Commissioners say
to the Cheyennes and Arapahoes and what the Cheyennes and
Arapahoes say to the Commissioners is always good.  I never
make my speeches against my chiefs and the Commissioners.  I
always try to follow what is being built for me by the Com-
missioners.  I do wish that what the Commissioners have told us
they would fulfill as soon as possible I wish there would be
no talk among the Commissioners or great father that there would
be no delay.  We agree to sign because we want to settle upon
our own lands and have a good start and have everything well
in years to come.  That is all I have to say about the treaty
but I do wish the Commissioners would help my friend Sitting
Bull to come back again.

(Black Wolf, A.)  I told the Commissioners my decision and they
know what I told them but I have a little to say just now.  I
think what has been said by these Cheyenne and Arapahoe chiefs
is all straight now and I believe in every word they say
and I do wish that we would begin at once to sign the treaty
so that we could get our money, so that we would have no bother
about this treaty any more and it would be the end of it and
since I am wishing to receive the money as soon as I can I do
wish the Commissioners would urge it through and as I am wish-
ing to have Sitting Bull come down so he can have some of the
land and money, and live as we live and when our payment comes
and Sitting Bull comes everything will be all right with us.



Commission will be assured by my saying that the treaty is
ready to be signed by the Cheyenne and Arapahoes and that they
will all be glad it is through.

(Jerome) After they all talk that want to the Commission
thinks your minds and eyes are all alike and the time has come
for them to sign. The oldest men should sign first. The
Commission think Left Hand is the oldest chief here and should
sign first.

(Left Hand, A.) I have asked the Commission and their friends
here how I was going to live and I have asked a few questions
concerning parts of the treaty and now I have found out that
I understand every part of it and I am willing to sign it now.

------ Signs -----------
I have always tried to follow and fulfill what the Com-
missioners and the Government want me to do and I will always
think in the future of what the Commissioners have told me.
I think the Commissioners will make the delay themselves
in waiting for the opposing numbers but as they are the most
it is all right for the treaty is going off and if the major-
ity is put away then I will go behind my friends.

Finis.