2. Now in addition to having your property set apart for you the Government proposes to give you a million and a half of money that will not all be paid at once but $500,000 of it will be paid to you within 30 days after Congress shall have ratified the contract which we make with you, that is about $75- each.     Another payment will be made by the Secretary of the Interior as soon as the Indians may require it to buy things for use with.     That leaves a million dollars which is about three hundred dollars a piece for each man, woman and child and while it holds it, it will pay them annually the interest five dollars on every hundred and that will be distributed per capita and afterwards when you Indians reach a condition so that you want this million dollars distributed, if there are about the same number there are now, that will be about $300- this goes to every Cheyenne and Arapahoe man, woman and child that belongs on this reservation.      Now on the other hand the government expects you to give up and release the claims which you may have on any other land in the Indian Territory, so that the Government may have it for homes for white people.     Now if you use these lands just as well as you can you can put them in condition and you... 
It does not disturb your being scouts or soldiers. It does not disturb that in the least, neither does it disturb any other employment, neither does the making of this contract take out any rights which you may have under any treaty you may have made with the Government, they go on just as though this was not made.   Now this road the the Government has directed these Commissioners to come here and point out is the one it wants you to take.   Now if there is any Indian here who does not understand anything that has been said the Commissioners would be glad to have them ask any questions.
If you have no questions to ask just now I will ask you to listen a little while to Judge Sayre, who may suggest to you something to ask.   You have so many young men that can talk and read here that you need not depend entirely upon the interpreters.   Judge Sayre will say a word to you.

(Sayre)   Soldiers it gives me some pleasure to hae a chance to talk to men like you because I think you know and undestand what you ought to do.   You have in great part laid aside the old Indian ways and have so far taken up the ways of the white men that you are soldiers in the United States Army.
In your business as soldiers you represent the Government of the United States just as we do as Commissioners in talking about the business we bring before you.
It has been nearly four months since we first brought this matter to your attention and and during those four months this matter has been talked over not only among ourselves but yourselves so it seems to me that you ought to understand the provisions of this contract pretty thoroughly.   Gov. Jerome has already said to you what this contract means what you shall have and what in turn you shall give up to the Government so I need not talk on this subject but what I do want to talk about is some objections that persons have told us that this Indian or that Indian would not sign the contract on account of, and it is these objections I want to talk about.   I have heard that some Indians have said that some Indians said that if you sign this contract you didn't know whether you would

3.

get the money that we say in this contract we will give you.

Now we represent the Government of the United States and when you sign this contract it is not binding upon you or us until Congress ratifies it and then Congress appropriates the money to pay you, and until Congress appropriates the money it is not a contract. But the money that we promise in this contract will be paid just as certainly as the paymaster will come around here and pay you as soldiers, and this is just as certain after the contract is ratified as that you get your pay as soldiers, so that if any person tells you that you will not get the money if you sign the contract that person is simply lying to you and an intelligent person would know it. The money is sure to come. I have also been told that some person has said to the Indians that if they take their land in severalty, his quarter section of land that we give them, that they could not live anywhere else, that is not true.

After you take it is lnand and select this 160 acres, you can live wherever you please and do as you please. There is nothing in the contract that says you must live upon it; if you please you can rent it; if you please you can let it lay idle. If a man would take his quarter section of land and desire to be a scout or soldier he could fence up his land and be a scout just as he is now. So that if anybody says that to any of you that this contract means that you have to take your lands and live there he is lying to you because there is nothing of the kind in the contract nor in the law. Now I have further been told that some one has said to the Indians that by the treaty of '67 by which you got the reservation in the Outlet by which you would get 320 acres of land instead of 160, and that is not true. So that if anybody tells you as a reason why you should not sign this contract that by treaty you are entitled to more land that man tells you a falsehood. In 1868 the Government made a treaty with the Cherokees by which it offered to buy the Cherokee Outlet for the use of other Indians. By the treaty with the Cherokees Article 10 says, and any of you who read may read it and you can have Mr. Clark or Leut. Wheeler or Col. Wade read it.

(Here reads Art. 16, Treaty with Cherokees, Rev. Ind. Treat. p. 93.)

Now it was by reason of that treaty with the Cherokees, that was the only right the United States had to make a treaty with the Cheyennes and Arapahoes that they might have a reservation in the Cherokee Outlet and have 160 acres apiece and when the United States in 1867, 25 years ago come to make a treaty with the Cheyennes and Arapahoes they gave them a reservation on the Outlet; they undertook to give you a reservation up there but at that time they didn't know just how many acres there were in the reservation set apart to the Cheyennes and Arapahoes and how many people there were. Art. 3 if it should appear from actual survey that it contains less than 160 acres of land for each Indian or person who should by treaty reside upon this reservation then the Government agreed to sell all the residue. That is in the treaty so that anybody says by the treaty you are entitled to more than 160 acres tells a falsehood and tries to mislead you.

4

I have also heard it said that somebody said to some of you that if this contract was made you would cease to be soldiers in the United States Army that is untrue, your staying in the United States Army does not depend in any degree upon the making or not making of this contract but it depends upon your own will and conduct as soldiers; and I think anyone that knows anything about it or is entitled to have a judgment upon that subject will tell you as I do, that you can be soldiers just as long as you want to and that it depends upon your conduct as a soldier and not on the making of this contract, and now as being soldiers representing the United States in your part just as we do in ours, why should we not get together in making this contract. The contract gives to you all the land you need and more then you can use; the contract gives to you and not to you alone, but to your wives and babies and every one of the two tribes that lives upon this reservation $450- apiece; the contract says that you may go anywhere you please on this reservation, either along the rivers, hills or woods and pick out land for yourself and wife and babies.

When you have your land if you don't want to live upon it you can let anybody else live upon it you please that will pay you rent for it. Where land is rented in the states where white people live it rents all the way from one to ten dollars per acre so that every Indian may expect from his land if he will fence it $100- to $200- each year and so that you may not be in want of money with which to fix up your farm with, with so that it can be lived upon or to fix it up to rent the Government says it will give you money so you can put it in condition so you can live upon it or rent it. Now I believe I have never seen an Indian on this reservation that says it does not give enough and is not generous and fair but all say it is generous and fair and gives enough land to the Indians.

Now it isn't unfair to you to say to you that we have already signed on this contract more than 2/3 of all the men Indians on this reservation. We have more than 3/4 of the Arapahoes and more than half the Cheyennes yet we desire all that can possibly be obtained to sign this contract.

The condition in which you live on this reservation will be changed, everybody that thinks will tell you that the change must come. We have come to see you before any white men shall come into this reservation and so that all who will may go where they will and select where they may live but I want to say to you that if he refuses to select for himself the Agent or allotting agent that is sent here will select it for him, so it is to the benefit of the Indian to say I want to select my own land and sign the contract because if you don't some one else will select it for you.

Now I believe persons in the service of the Government, a person who wears the Government uniform and persons who get their living from the Government should be the first persons to come and say I want to do what the Government wants me to; and I am sure that at Washington neither the President nor the Secretary of War nor the Secretary of the Interior will be pleased to know, but on the other hand will be sorry to know that men who wear the uniform of the Government are standing out against the wishes of the Government.

5

Col. Wade invited you up here so that if there were any things that you did not understand you could ask about it and we ask a further and favorable consideration of the contract.

We are here to listen and listen patiently and explain about anything and everything that any Indian may want to ask and we don't want to go away until every Indian on this reservation knows what it is we want him to do.

(Little Chief, C.) He understands what has been said to them but he is not prepared at the present time to agree to it. He wants to wait until the 7 years are up. He has been a soldier 5 years and always obeyed orders that were given him he is perfectly obedient to what is required to do in the service and is waiting to hear from the others above.

(Heat) He wants to look at the list.

(List is shown him and he calls a young scout and they investigate it)

(Jerome) Look at it; every one was authorized. It counts up 422 men without the women. There are a little over 300 men over 21 years old on the reservation. We are not disturbed by having you look at it, that is what we came here for. We have a list of the names according to the census.

(Heat) He says you invited us and here we are.

(Jerome) That is all right we are glad to have you talk.

(Heat) I can not sign the contract. It makes no difference how many times you ask me; I will not sign it unless the rest sign. Some of these scouts have signed already, that is all right. In my opinion I don't like to sign. If they all would sign I would sign; if it was $200– I might sign.

It is no use to sign and wait a long while; that is all I have to say, I can not sign.

(Flasco C.) I told you before across the river that I could not sign this contract there are a great many Indians above this river and they object to this contract and inside 5 years they might sign. As you Commissioners here waiting 2 or 3 weeks for Indians to come in and sign it is no good to wait. He don't know how many scouts have signed already, they are not going to sign any more. That is all.

(Osage, C.) He has got nothing to say much. He says he depends upon those Indians that object to this contract and if they sign he would. He is not going to sign until they do.

(Washee, A.) He says he likes to know where the headmen that sign already and the ones that object and see which would be the most, the majority. He says a great many of these Indians have signed without knowing what the contract is and some of them, some persons come and sign for them. He don't know if they would stand one side, if they stand there and those and those that signed here and object were not many he might sign.

REPRODUCED AT THE NATIONAL ARCHIVES

3.

If the Arapahoes stand here and the Cheyennes there and more here and more come and I see maybe I would sign. Some of those have signed for us. Ten sign for me already but I tell them I am not going to sign suppose I go an sign and ten of them know I am going to sign and ten say to me to sign for them and I sign for them and not for me and that is the way they do across the river. They ask have you any friends at home and sign for them.

(Jerome) That is not so.
(Washee) I know that many Indians on this Agency----
(Jerome) I have been there every day, all the time, and he has only been there a few minutes at a time.

(Tall B.) He says he had the same opinions that these young men that won't sign, some of the people are here and we depend on them. He says what you Commissioners are doing is kill off all the beeves so we wont have anything to eat after a while. He means his Government Beeves.
(Washee, A.) He wants to know the reason the women sign.
(Jerome) Because they represent a family, their husbands are dead and represent a family. We don't count them though.
(Washee) We never count the women.
(Jerome) We don't count the women but where they put their names on the list they are called up and go and select their own land and so they have an advantage over other Indian women . We don't count the women over the men at all; they come up and say this is my land, I want it. Are you hurt by it? stand up and say Washee.

(Goodman, C.) He says that when Gen. Sheridan was here he told them to be scouts but he did not tell us to sell our lands and take allotments; but I listen to what Col. Wade tell us and I do it if I see the money piled up, I might sign the contract.
He looks upon Col. Wade what he is doing, he is the man that sits on the hill and sees what everybody is doing.
You Commissioners wait seven years and then you have a right to come
(Goodman)

(Jerome) They have no seven years it is a gratuity. A great many Indians don't know the white man's ways and how are they going to improve their land.
(Wilson) They are paid money by the Government.
(Goodman) The agent don't give enough rations to the Indians and how are they going to live like white people? They give only 20 grains of coffee.
(Jerome to interpreter) That is a gratuity and a mistake they labor under, you ought to read it to them.---He refuses to read
(Old Bull, C.) I have been a scout for 7 years and I think I do better not to sign the contract.
(White Antelope, C.) I am not going to sign the contract, he depends on those Indians that live above, if they sign he signs
(Richard Bear's Heart, C.) He never think anything about this contract before and as long as I am a scout I thought

7.

had a right to hold my land as I do now, I never thought that men come around here and make me take my lands in allotment. He thought when he enlists he would hold their land here to the end of the treaty, 7 years.

(Wolf in Middle, C.) I depend on those Indians at the Cantonment.

James Frost C.) I am one of the fellows that signed. I suppose everybody has to look out for himself. How long a time do we have to wait?
(Jerome) You can select your land and hold it until the allotting agent comes and when he comes you tell him.
(Frost.) If the land is not surveyed how can we tell the corners?
(Jerome) He will bring surveyors with him.
(Frost) When will this be done.
(Jerome) When we close the contract we send it to Washington to Congress and then it goes on.
(Frost) It is hard to understand the interpreter. a lot of Cantonment Indians come down and Don't understand it and are going back; they come to my teepe and tell my wife and they say they are not going to pay our money and give them an order and let us get our things. White Horse and a whole lot were here and when they heard it they went back. Lots of them say we would sign it but we don't know what we are doing.
(Jerome) Don't they understand what is interpreted to them.
(Frost) I told them last summer that the agreement was all made but the money and now the Commissioners say they are going to give me the money.
(Jerome) If there is anybody comes to us we will tell them. $75. is the first payment and second payment of the same amount this is the money that they must use and after ward if they want to divide the rest of the money it will be about $300
(Frost) How long will the rations last?
(Jerome) That depends simply upon Congress, there is nothing in the treaty about it.