**Attachment S**

# NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

## To all to whom these presents shall come. Greeting:

By virtue of the authority vested in me by Archivist of the United States, I certify on his behalf, under the seal of the National Archives of the United States, that the attached reproduction(s) is a true and correct copy of documents in his custody.

| SIGNATURE | |
|---|---|
| NAME KENNETH W. HEGER | DATE 4/6/07 |
| TITLE Chief, Archives I Research Support Branch | |
| NAME AND ADDRESS OF DEPOSITORY National Archives and Records Administration Washington, D.C. 20408 | |

NA FORM 14007 (10-86)

Roll 67

Aug. 30-Nov. 3,



THE NATIONAL ARCHIVES
NATIONAL ARCHIVES AND RECORDS SERVICE
GENERAL SERVICES ADMINISTRATION

Washington: 1965

262 N.8b.            September 22, 1890.

The Commissioner of Indian Affairs.

Sir:

In compliance with the recommendation contained in your communication of the 20" instant, authority is hereby granted for the Agent of the Uintah & Ouray Agency, Utah, to expend a sum not exceeding $500 in the open market purchase of beef, at lowest obtainable rate, needed for issue to Indians, there being as yet no contract therefor, as requested in the Agent's telegram herewith returned; payable from funds applicable.

Very respectfully,
Geo Chandler
First Asst Secretary

6014 Ind. Div. '90.
One enclosure.

---

September 20, 1890.

The Honorable,
The Secretary of War.

Dear Sir:— I have the honor to enclose you a copy of a request made by the Cherokee Commission, asking for an order addressed to the Commanding Officer at Fort Reno, to furnish the Commission transportation etc. In support of this request, I have the honor to state that this Commission is meeting with very pronounced success, but has felt that if it could have with it a larger troop its success with the Indians would be materially increased.

263

Your kindness to the Commission in allowing it equipage and transportation during the last season has been highly appreciated and if you could add thereto by such order as is now requested, I believe the best interests of the Government would be served, as well as the labors of the Commission greatly alleviated.

Most respectfully yours,
John W. Noble
Secretary

6037 Ind. Div. '90.
1 encl.

192

September 30, 1890.

409  Hon. David H. Jerome,
          Chairman, &c.,
              Saginaw, Michigan.

Dear Sir:

Having called upon Messrs. Crawford, Reynolds, Miles and Dyer to show cause why their contract with the Cheyenne and Arapahoe tribes should not be annulled, they have been before me, that is, Crawford, Reynolds and Dyer, and have to day filed a relinquishment of all claim to fees or payment on account of their present Executive Order reservation; but they do not waive any rights they may have under the contracts. I enclose you a copy of this relinquishment. I have rendered no decision upon the validity of the contract, but in view of this action and the fact that these attorneys were about to go to meet you, I think you should be advised.

✓   I have to say that I consider that your negotiations should still proceed upon the basis of the total relinquishment by the Indians of all their claims to any land, wheresoever situated, and the attorneys will have to make their fees out of such a proportionate part of the proceeds as may be deemed to have been paid for the Cherokee Outlet, and no other. This will not be a matter of concern to your Commission, further than to ascertain if you can for the accommodation of the attorneys and with such assistance as they may give in the matter, what that proportionate part should be. I must leave it to you to determine whether you would pay any amount in cash, but I am quite convinced that if you allow $250,000 there will be no trouble in coming to a conclusion. I do not give this as a direction, nor do I wish in any wise to interfere with your action.

I have seen the Secretary of War to day, who

4

expressed the utmost willingness to accommodate you with the order requested; and it probably has been sent forward. I have written him to day however, in pursuance of my conversation calling attention to your request, and if the order has not been made, it will undoubtedly be without delay.

Consider me as always at your service and disposed to do the utmost I can. My respects to your associates.

Yours truly,

John W. Noble,
Secretary.

6278 Ind. Div. 90.
Four inclosures.

4/1 — N.C.C.   October 7, 1890.   N.L.T.

The Commissioner of Indian Affairs.

Sir:

In compliance with the recommendation contained in your communication of the 30 ultimo, authority is hereby granted for the Agent of the Yankton Agency, South Dakota, to expend a sum not exceeding $60 in the open market purchase of repairs for agricultural implements, consisting of mower sections, scythe heads, guard plates, etc. etc., at rates and in quantities not to exceed those specified in the letter of the Agency Farmer herewith returned, for the reasons as stated in the Agent's letter herewith returned; payable from funds applicable.

Very respectfully,

Geo Chandler
First Asst. Secretary.

6231 Ind. D. 90.
Three inclosures.