**Attachment T**

The attached document was reproduced at the National Archives Records Administration in College Park, Maryland by Shelley Miller of the Environment and Natural Resource Division, Department of Justice.

Location:   Record Group 48
            Stack Area 150
            Row 8
            Compartment 23
            Entry 653 - Indian Division Letters Received, 1881-1907
            Boxes 129 - 180

Citation:   Morgan to Noble, August 9, 1892, Letter No. 6127

_____
Shelley A. Miller
Paralegal Specialist



DEPARTMENT OF THE INTERIOR
RECEIVED
AUG 10 1892
INDIAN DIV.
6127

Comr. Ind. Affrs,
Aug. 9, 1892.

Recommends that a Spl. Agent of the G.L.O. be detailed to prevent timber depredations on Cheyenne and Arapahoe allotments.

Inds

Letter to C. G. Loomith
encl'y.   Aug 10/92

REPRODUCED AT THE NATIONAL ARCHIVES

Refer in reply to the following:
28227
1892

# Department of the Interior,
## OFFICE OF INDIAN AFFAIRS.
Washington, Aug. 9, 1892

The Honorable
The Secretary of the Interior,

Sir:

I am in receipt of a communication from Agent Ashley, of the Cheyenne and Arapahoe Agency, Oklahoma, dated August 2, 1892, in which he represents that White settlers are trespassing to a considerable extent upon Indian allotments; that nearly every complaint is entered before him asking for removal from the agency of Whites stealing timber from their allotments; and that he is of the opinion that timber is also being removed from government land. He states that there is a necessity

that an Officer of the Government should be located there whose special duty should be to investigate cases of timber depredations on Indian and Government lands, that parties vio- [illegible] may be brought to justice.

I have the honor to recommend, if it be practicable, that a Special Agent of the General Land Office be detailed to prevent, as far as possible, the depredations referred to.

Very respectfully,
[illegible]
T. J. Morgan,
Commissioner.

Allen.