**Attachment U**

The attached document was reproduced at the National Archives Records

Administration in College Park, Maryland by Shelley Miller of the Environment and Natural

Resource Division, Department of Justice.

Location:     Record Group 48
              Stack Area 150
              Row 8
              Compartment 23
              Entry 653 - Indian Division Letters Received, 1881-1907
              Box 142

Citation:     Morgan to Noble, October 22, 1891, Letter No. 7958

Shelley A. Miller
Paralegal Specialist

REPRODUCED AT THE NATIONAL ARCHIVES

KG 4 8
Box 142

1958

Coms'r Ind.Affairs,

Oct.22,1891.

Recommends the appoint-
ment of Supt, and Industrial
Teacher and Clerk, at Seger
Colony boarding school.

Letter to AC. Oct. 29/91,

REPRODUCED AT THE NATIONAL ARCHIVES

Refer in reply to the following:

E........

# Department of the Interior

## OFFICE OF INDIAN AFFAIRS,

WASHINGTON, October 22,1891.

The Honorable,

    The Secretary of the Interior.

Sir:

    Seger Colony is on the Cheyenne and Arapahoe reservation, about sixty miles west of the Agency headquarters at Darlington, Mr. J. H.Seger, the agency farmer, who has the oversight of it is one of the most extraordinary men in the Indian service, and has exceptional ability as an organizer and leader and has been eminently successful in his work among these people. He has gathered about him a colony of Indians who are making steady and satisfactory progress in farming, and are rapidly becoming self-supporting. They are among the most progressive people connected with that reservation.

    Now that these Indians have parted with their reservation lands, and are taking lands in severalty, it is very desirable that everything practicable should be done for them. They are so far removed from the agency headquarters that it has been very difficult to secure for them any proper attention from the Agent, and the progress of the colony has correspondingly suffered.

    You have authorized the establishment of a boarding

REPRODUCED AT THE NATIONAL ARCHIVES

-2-

school for them, and a contract has been awarded for the erection of the building, which is to be completed within the next four months. It is desirable to open school in the building as soon after its completion as practicable.

Meantime, very much remains to be done. There should be some man on the ground to superintend the construction of the building. The ground selected for a school farm should be fenced, and a portion of it broken for spring seeding, which you know comes in that latitude very early. It is necessary to erect a barn, provide wood, and do a great many other things before the school can be opened.

I have given a great deal of personal thought to the matter; have had an extended interview with Mr. Seger; have talked with Prof. Painter, who has made a study of the situation, and in other ways have attempted to inform myself fully in reference to the needs of the place. As a result of this investigation, I have concluded that it is desirable that the superintendent of this school should be a bonded officer, and have not only the oversight of the school but act also as a sort of sub-agent and have general oversight and authority with reference to the affairs of the colony.

I know of no better man on the whole for this important work than Mr. Seger himself who, by reason of his intelligence, in-

-3-

dustry, zeal and large experience, has shown himself fitted for so responsible a place.

The only drawback to it is the fact that Mr. Segor is unfortunate in the matter of spelling, (indeed, he said to me that he had a national reputation for bad spelling), which, with a possible lack of familiarity with office papers and accounts, might embarrass him somewhat in the keeping of records and carrying on satisfactory official correspondence. In spite of this, however, his other qualities are so pre-eminent that I have thought best to put him at the head of the school and make him a bonded officer.

Some time will necessarily elapse before he can procure bondsmen, file his bond, and enter upon his official duties.

I therefore respectfully request that you authorize the establishment of the school position, for this Seger's Colony boarding school, of one superintendent at a salary of $1,200 per annum and one clerk and industrial teacher at a salary of $900 per annum. Both of these men can be profitably employed as soon as their appointments can be perfected.

Mr. Seger is now farmer at a salary of $900. If he is made superintendent and has an industrial teacher and clerk to assist him, I do not think it will be necessary to employ another farmer, so that the additional expense of the positions which I have asked will not be very great.

REPRODUCED AT THE NATIONAL ARCHIVES

-4-

As the work of the school building is now in progress probably and these other matters to which I have alluded are urgent, I will be very glad if this can have your favorable action at as early a time as may be convenient.

Very respectfully,

T. J. Morgan

Commissioner.

Comsr.