**Attachment W-1**

**52 Stat. 213 (1938)**

**SERIAL-SET-ID:** 10077 S.rp.986

**TITLE:** Eliminating Seger School Reserve and setting it aside for use of Cheyenne and Arapahoe Indians of Oklahoma.

**DESCRIPTIVE-TITLE:** Eliminating part of Seger School reserve and setting it aside for Cheyenne and Arapahoe Indians of Oklahoma

**DOCUMENT-DATE:** July 22, 1937

**AUTHOR:** Elmer Thomas (1876-1965), Democratic Senator from OK.

**COMMITTEE:** Committee on Indian Affairs. Senate

**DOC-NO:** S.rp.986

**SERIAL-VOLUME:** 10077 **CONGRESS-SESSION:** 75-1 (1937) **SESSIONAL-VOLUME:** 2

**BILL-NO:** 75 S.2698 **PUB-LAW-NO:** 75 PL 480 **STATUTES-AT-LARGE:** 52 Stat. 213, Chap: 141.

**LENGTH:** 2 pp.

**SUBJECTS:** Arapaho Indians; Cheyenne Indians; Educational facilities; Oklahoma; Public lands

**COLLECTION:** LexisNexis U.S. Serial Set Digital Collection

tion may determine: *Provided further*, That in carrying out the provisions of this section, the Corporation may purchase securities and obligations, and may make loans, with such maturities as the Corporation may determine, notwithstanding any other provision of law.

"The powers granted to the Corporation by this section shall terminate on June 30, 1939, or on such earlier date as the President shall determine; but no provision of law terminating any of the functions of the Corporation shall be construed (1) to prohibit disbursement of funds on purchases of securities and obligations, on loans, or on commitments or agreements to make such purchases or loans, made under this section prior to the close of business on June 30, 1939, or such earlier date, or (2) to affect the validity or performance of any agreement to participate in any purchase or loan authorized by this section.

"Nothing in this section shall be construed to authorize the Corporation (1) to purchase, or to make any commitment or agreement to purchase, any securities or obligations of any railroad engaged in interstate commerce the obligations of which may be purchased or guaranteed by the Corporation under section 5 of this Act only with the approval of the Interstate Commerce Commission, or (2) to make any loan, or any commitment or agreement to make a loan, to any such railroad or to any receiver or trustee thereof."

Approved, April 13, 1938.

<div style="margin-left: auto; margin-right: auto;">Maturities.

Termination of powers.

Prior loans or commitments.

Validity, etc., of loan agreements.

Restriction on loans to railroads.

47 Stat. 6.
15 U. S. C. § 605;
Supp. III, § 605.</div>

---

[CHAPTER 141]

AN ACT

To set aside certain lands in Oklahoma for the Cheyenne and Arapahoe Indians.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That there is hereby eliminated from the Seger School Reserve and set aside for the use and benefit of the Indians of the Cheyenne and Arapahoe Reservation in Oklahoma, in township 10 north, range 14 west, Indian meridian, all of sections 22 and 23, all of section 21, except the east half northwest quarter and east half east half west half northwest quarter, and in section 15 a tract beginning at the northeast corner thereof, thence west along the north line of the section eighty-eight rods, thence south one hundred and sixty rods, thence east eighty-eight rods to the east line of the section, thence north one hundred and sixty rods to the point of beginning: *Provided*, That until otherwise directed by Congress none of the lands shall be allotted in severalty.

Approved, April 13, 1938.

<div>April 13, 1938.
[S. 2698]
[Public, No. 480]

Cheyenne and Arapahoe Indians, Okla.
Designated lands set aside for use of.
Description.

Proviso.
Allotment in severalty forbidden.</div>

---

[CHAPTER 142]

AN ACT

To promote air commerce by providing for the closing of Military Road.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That the Secretary of War is authorized and directed to convey by quitclaim deed to the National Airport Corporation, a corporation organized under the laws of the State of Delaware, the lands forming that part of Military Road, Fort Myer Military Reservation, Arlington County, Virginia,

<div>April 13, 1938.
[S. 3304]
[Public, No. 481]

Military Road, Va.
Conveyance of portion of, to National Airport Corporation.</div>

Calendar No. 1020

75TH CONGRESS } SENATE { REPORT
1st Session No. 986

## ELIMINATING SEGER SCHOOL RESERVE AND SETTING IT ASIDE FOR USE OF CHEYENNE AND ARAPAHOE INDIANS OF OKLAHOMA

JULY 22 (calendar day, JULY 28), 1937.—Ordered to be printed

Mr. THOMAS of Oklahoma, from the Committee on Indian Affairs, submitted the following

## REPORT

[To accompany S. 2698]

The Committee on Indian Affairs, to whom was referred the bill (S. 2698) to set aside certain lands in Oklahoma for the Cheyenne and Arapahoe Indians in Oklahoma, having considered the same, report thereon with the recommendation that it do pass without amendment.

This proposed legislation was suggested by the Secretary of the Interior, in a communication dated June 17, 1937, addressed to the President of the Senate who referred the same to your committee for consideration; thereafter, your committee authorized the introduction of a bill, S. 2698, for the purpose of carrying out the wishes of the Secretary of the Interior, and thereafter said bill S. 2698 was referred to your committee for further consideration.

The communication of the Secretary of the Interior, dated June 17, 1937, above referred to, is attached hereto and made a part of this report as follows:

DEPARTMENT OF THE INTERIOR,
*Washington, June 17, 1937.*

The PRESIDENT OF THE SENATE.

MY DEAR MR. PRESIDENT: There is enclosed a draft of proposed legislation to set aside certain lands in Oklahoma for the Cheyenne and Arapaho Indians.

For many years an Indian boarding school was operated on the Seger Colony School Reserve. The boarding school has been discontinued and now a day school occupies the former boarding school plant and uses a small part of the reserve. The balance of the reserve has been used for an Indian rehabilitation project. By using the school site it has not been necessary to purchase lands for this purpose.

The sum of $32,000 has been expended in developing the project, which sum is to be treated as a grant to the tribe. The Indians who are settled upon the land will pay a fixed annual charge for the improvements that have been constructed from these funds, which payments will go into a tribal revolving fund. No payments are to be made for the use of the land.

2    SET ASIDE LANDS FOR CHEYENNE AND ARAPAHOE INDIANS

To date 13 families have been placed upon the land described in the proposed bill. These families, including dependents, involve a total of about 75 individuals. It is estimated that the land is capable of supporting an additional five families.

The Seger Colony School Reserve is made up of approximately four sections. Three of the sections are within the former Cheyenne and Arapaho Reservation, and title was transferred from the Indians to the United States by the agreement of October 1890, ratified by the act of March 3, 1891 (26 Stat. L., 989, 1022), subject to use for Indian educational purposes. One section was reserved from the public domain. Under the 1890 agreement the Indians received only about 50 cents an acre for the lands they ceded. This was clearly much less than the actual value of the lands. By the act of June 17, 1910 (36 Stat. L., 533), Congress authorized the Secretary of the Interior to sell, at not less than $5 per acre, any lands formerly within the Cheyenne and Arapaho Reservation reserved for school and agency purposes, and directed that the proceeds from such sales be deposited to the credit of the Indians. By this action Congress has recognized an equity in the lands in the Indians because of their value being so greatly in excess of the price paid for them.

The bill, if enacted, will leave fee title to the lands which are being used in connection with the rehabilitation project in the United States, but will impose a trust in favor of the Indians of the Cheyenne and Arapaho Reservation, thus giving the tracts the status of other tribal lands. Title to the lands which are needed for the day school will not be affected. The land described in the bill comprises approximately 1,908 acres.

The rehabilitation project is now definitely established and it is not expected that any funds outside of regular appropriations will be needed in administering it.

In view of the foregoing, I recommend that the enclosed draft of proposed legislation receive favorable consideration.

The Acting Director of the Bureau of the Budget has advised that there is no objection to the presentation of this report to the Congress.

Sincerely yours,

CHARLES WEST,
*Acting Secretary of the Interior.*

A BILL To set aside certain lands in Oklahoma for the Cheyenne and Arapaho Indians

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That there is hereby eliminated from the Seger School Reserve and set aside for the use and benefit of the Indians of the Cheyenne and Arapaho Reservation in Oklahoma, in township 10 north, range 14 west, Indian meridian, all of Sections 22 and 23, all of Section 21, except the east half northwest quarter and east half east half west half northwest quarter, and in Section 15 a tract beginning at the northeast corner thereof, thence west along the north line of the section eighty-eight rods, thence south one hundred and sixty rods, thence east eighty-eight rods to the east line of the section, thence north one hundred and sixty rods to the point of beginning: *Provided,* That until otherwise directed by Congress none of the lands shall be allotted in severalty.

O