Attachment   W-4

Home | How Do I? | Site Map | Help

**Search Terms: House reno Markup or Hearing - Edit Search**

Result List | Expanded List | KWIC | Full Document

FOCUS™ Search  Go

Document 6 of 8.

Copyright 1997 Federal Information Systems Corporation
FNS DAYBOOK

**DECEMBER 9, 1997, TUESDAY**

**EDITION:** EDITION: FINAL

**SECTION:** U.S. HOUSE OF REPRESENTATIVES

**LENGTH:** 103 words

**EVENT:** HOUSE GOVERNMENT REFORM AND OVERSIGHT COMMITTEE meeting

TIME: 10:00 am

SUBJECT: Hearing on Appointment of an Independent Counsel to Investigate Financing During the 1996 Presidential Election
--Highlights
--Campaign financing; contributions
--General elections
--Department of Justice
--Legislative oversight and investigations
--Federal Bureau of Investigation

LOCATION: 2154 Rayburn House Office Bldg. --December 9, 1997

PARTICIPANTS:
--Janet Reno - Attorney General
--Louis Freeh - Director, Federal Bureau of Investigation

CONTACT: 202-225-5074

**LOAD-DATE:** December 9, 1997

Document 6 of 8.

# Westlaw.

1997 US H.B. 2039 (SN)                                                                 Page 1

1997 United States House Bill No. 2039 Second Session of 105th Congress
(SUMMARY - STATE NET)

UNITED STATES BILL TRACKING

AUTHOR:    Faleomavaega

TOPIC:     POLITICS AND GOVERNMENT

SUBTOPIC:  GOVERNMENT- MISC

TITLE:     Oklahoma Indian Land Trust Authorization

SUMMARY:   Takes into trust the Cheyenne-Arapaho Tribes of Oklahoma certain land in Oklahoma that was known as the Fort Reno Military Reservation and that was formerly of the Cheyenne-Arapaho lands.

STATUS:
06/25/97   INTRODUCED.
06/25/97   To HOUSE Committee on RESOURCES.
11/18/98   1998 Regular Session Adjourned - 10/21/98    No Carryover.

TOPIC LIST:
POLITICS AND GOVERNMENT
DEFENSE AND FOREIGN AFFAIRS
Armed Forces
GOVERNMENT- MISC
Native American Affairs
GOVERNMENT PROPERTY- STATE AND FEDERAL
State and Federal Lands
1997 US H.B. 2039 (SN)

END OF DOCUMENT

Copyright © 2007 State Net. All rights reserved.

I

| 105TH CONGRESS<br>1ST SESSION | **H. R. 2039** |

To take into trust for the Cheyenne-Arapaho Tribes of Oklahoma certain land in Oklahoma that was known as the Fort Reno Military Reservation and that was formerly part of the Cheyenne-Arapaho lands, and for other purposes.

## IN THE HOUSE OF REPRESENTATIVES

JUNE 25, 1997

Mr. FALEOMAVAEGA introduced the following bill; which was referred to the Committee on Resources

# A BILL

To take into trust for the Cheyenne-Arapaho Tribes of Oklahoma certain land in Oklahoma that was known as the Fort Reno Military Reservation and that was formerly part of the Cheyenne-Arapaho lands, and for other purposes.

1   *Be it enacted by the Senate and House of Representa-*
2   *tives of the United States of America in Congress assembled,*
3   **SECTION 1. FINDINGS.**
4       The Congress finds the following:
5           (1) The original Cheyenne-Arapaho Indian Res-
6       ervation in western Oklahoma, which included the
7       land known as the Fort Reno Military Reservation,

2

was established by the Medicine Lodge Creek Treaty of 1867 and reaffirmed by Executive order in 1869.

(2) The Fort Reno Military Reservation lands include sites used by the Tribe for the Sun Dance and other religious and cultural purposes, burial sites, and medicine gathering areas.

**SEC. 2. LAND TAKEN INTO TRUST.**

(a) IN GENERAL.—The land described in subsection (b) is hereby taken into trust for the Cheyenne-Arapaho Tribes of Oklahoma.

(b) LAND DESCRIBED.—The land taken into trust pursuant to subsection (a) is that land in Canadian County, Oklahoma, described as follows:

(1) All of sections 1, 2, 3, and 4, Township 12 North, Range 8 West, Indian Meridian.

(2) Those portions of sections 25 and 26 lying south of the North Canadian River, Township 13 North, Range 8 West, Indian Meridian.

(3) That portion of section 26 lying west of the North Canadian River, Township 13 North, Range 8 West, Indian Meridian.

(4) All of sections 27, 28, 33, 34, 35, and 36, Township 13 North, Range 8 West, Indian Meridian.

3

**SEC. 3. USE OF PORTION OF LAND BY BUREAU OF PRISONS.**

The Secretary, with the consent of and on terms agreeable to the Business Committee of the Tribe, may lease to the United States for use by the Bureau of Prisons of the Department of Justice in connection with the Federal Reformatory at El Reno, Oklahoma, all or part of the land described as the south half of section 1 and the south half of section 2, Township 12 North, Range 8 West, Indian Meridian.

**SEC. 4. PRIOR EASEMENTS, LICENSES, PERMITS, AND COMMITMENTS.**

(a) NONREVOCABLE; TIME-LIMITED.—(1) A nonrevocable easement, license, permit, or commitment with respect to the lands described in section 2 shall continue in effect for the period for which it was granted or made if such nonrevocable easement, license, permit, or commitment was granted or made—

    (A) on or before the date of the enactment of this Act;

    (B) by the Secretary of War or by the Secretary of Agriculture; and

    (C) for a specified, limited period of time.

(2) An easement, license, permit, or commitment described in paragraph (1) may be renewed by the Secretary upon such terms and conditions as the Secretary considers advisable.

4

1     (b) REVOCABLE; INDEFINITE DURATION.—An ease-
2 ment, license, permit, or commitment which exists on the
3 date of the enactment of this Act with respect to the lands
4 described in section 2 may be continued or renewed by
5 the Secretary if—
6         (1) the easement, license, permit, or commit-
7     ment is revocable or of indefinite duration, and
8         (2) the Secretary considers such continuance or
9     renewal to be in the public interest.
10     (c) USE OF LAND BY BUREAU OF PRISONS.—(1) In
11 the case of lands described in paragraph (2), the Secretary
12 may continue or renew an easement, right-of-way, or per-
13 mit to land, only if such easement, right-of-way, or permit
14 is—
15         (A) in effect on the date of the enactment of
16     this Act;
17         (B) limited to use or maintenance of water
18     lines, roads to and from the sewage disposal plant,
19     or sewage effluent lakes from the sewage disposal
20     plant located on the land;
21         (C) granted for use by Bureau of Prisons of the
22     Department of Justice; and
23         (D) useful to the Bureau of Prisons for pur-
24     poses of maintaining the sewage disposal plant lo-
25     cated on the land.

5

1 (2) The land referred to in paragraph (1) is that land
2 described in section 2 that is located in—
3     (A) section 1, Township 12 North, Range 8
4     West, Indian Meridian; and
5     (B) the southeast quarter of section 36, Town-
6     ship 13 North, Range 8 West, Indian Meridian.

**SEC. 5. BUILDINGS AND OTHER IMPROVEMENTS.**

8 The Secretary may—
9     (1) make any Federally owned buildings, im-
10     provements, or facilities (including any personal
11     property used in connection with such buildings, im-
12     provements, or facilities) located on the land de-
13     scribed in section 2 available to the Tribe for their
14     use; and
15     (2) convey any Federally owned buildings, im-
16     provements, or facilities (including any personal
17     property used in connection with such buildings, im-
18     provements, or facilities) located on the land de-
19     scribed in section 2 to the Tribe in accordance with
20     the Act entitled "An Act to authorize the Secretary
21     of the Interior to convey to Indian tribes certain fed-
22     erally owned buildings, improvements, or facilities on
23     tribal lands or on lands reserved for Indian adminis-
24     tration" approved August 6, 1956 (25 U.S.C. 443a).

**SEC. 6. ELIGIBILITY FOR FEDERAL SERVICES AND BENEFITS.**

For the purposes of the eligibility for and delivery of all services and benefits provided to Indians because of their status as federally recognized, those members of the Tribe residing in Canadian County, Oklahoma, shall be deemed to be resident on or near an Indian reservation.

**SEC. 7. EFFECT ON TREATIES.**

No provision of this Act shall be construed to constitute an amendment, modification, or interpretation of any treaty to which the Tribe or any other Indian tribe is a party nor to any right secured to the Tribe or any other Indian tribe by any treaty.

**SEC. 8. DEFINITIONS.**

For purposes of this Act:

(1) The term "Secretary" means the Secretary of the Interior.

(2) The term "Tribe" means the Cheyenne-Arapaho Tribes of Oklahoma.

○

The Library of Congress > THOMAS Home > Bills, Resolutions > Search Results

## Item 7 of 10

**PREVIOUS | NEXT**
**PREVIOUS:BILL STATUS | NEXT:BILL STATUS**
**NEW SEARCH | HOME | HELP | ABOUT STATUS**

**H.R.2039**
**Title:** To take into trust for the Cheyenne-Arapaho Tribes of Oklahoma certain land in Oklahoma that was known as the Fort Reno Military Reservation and that was formerly part of the Cheyenne-Arapaho lands, and for other purposes.
**Sponsor:** Rep Faleomavaega, Eni F. H. [AS] (introduced 6/25/1997)     Cosponsors (None)
**Latest Major Action:** 7/2/1997 Referred to House subcommittee. Status: Referred to the Subcommittee on National Parks and Public Lands.

**ALL ACTIONS:** (Floor Actions/Congressional Record Page References)

**6/25/1997:**
 Introductory remarks on measure. (CR E1321)
**6/25/1997:**
 Referred to the House Committee on Resources.
 **7/2/1997:**
 Referred to the Subcommittee on National Parks and Public Lands.

THOMAS Home | Contact | Accessibility | Legal | FirstGov

The Library of Congress > THOMAS Home > Congressional Record > Search Results

| THIS SEARCH | THIS DOCUMENT | THIS CR ISSUE | GO TO |
|---|---|---|---|
| Next Hit | Forward | Next Document | New CR Search |
| Prev Hit | Back | Prev Document | HomePage |
| Hit List | Best Sections | Daily Digest | Help |
|  | Contents Display |  |  |

| Congressional Record article 3 of 3 | Printer Friendly Display - 9,092 bytes.[Help] |
|---|---|

**FORT RENO -- HON. ENI F.H. FALEOMAVAEGA (Extension of Remarks - June 25, 1997)**

[Page: E1321]   GPO's PDF

---

### HON. ENI F.H. FALEOMAVAEGA

### in the House of Representatives

*WEDNESDAY, JUNE 25, 1997*

- Mr. FALEOMAVAEGA. Mr. Speaker, I rise today to introuce legislation to resolve a long-standing land dispute between the United States and the Cheyenne and Arapaho Tribes of Oklahoma.This land, known as Fort Teno, was used as a military reserve and was later transferrred to the Department of Agriculture. Currently, this Department has a small research station there.

- The Fort Reno land were part of the original Cheyenne-Arapaho reservation created by Executive order in 1869. The lands were removed from the reservation, again by Executive order, in 1883. It was the understanding of the tribes that these land would be returned to the when the military no longer needed the lands, but this provision is not clearly documented.

- Congress later transferred portions of the land to the Departments of Agriculture and Justice, and these departments continue to use the land to the exclusion of the Indians. Several attempts have been made in the House to return the land to the tribes, but no bill has ever been enacted into law.

- A 1975 statute states Federal land located within original Indian territory which becomes excess to the needs of the agency maintaining jurisdiction over the land should be returned to the tribe whose reservation originally included the land. By operation of this statute, the lands should have been returned to the tribes 2 years ago.

- While legal arguments can be made that the tribes have been compensated for this land in a prior land settlement, I am not persuaded that these two tribes have been treated fairly in their dealings with the U.S. Government, and urge my colleagues to support this legislation so that we may provide a final, equitable resolution to this dispute.

- Mr. Speaker, a copy of the bill and a brief section by section analysis follows.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

SECTION 1. FINDINGS.

The Congress finds the following:

(1) The original Cheyenne-Arapaho Indian Reservation in western Oklahoma, which included the land known as the Fort Reno Military Reservation, was established by the Medicine Lodge Creek Treaty of 1867 and reaffirmed by Executive order in 1869.

(2) The Fort Reno Military Reservation lands include sites used by the Tribe for the Sun Dance and other religious and cultural purposes, burial sites, and medicine gathering areas.

SEC. 2. LAND TAKEN INTO TRUST.

(a) **In General.**, The land described in subsection (b) is hereby taken into trust for the Cheyenne-Arapaho Tribes of Oklahoma.

(b) **Land Described.** The land taken into trust pursuant to subsection (a) is that land in Canadian County, Oklahoma, described as follows:

(1) All of sections 1, 2, 3, and 4, Township 12 North, Range 8 West, Indian Meridian.

(2) Those portions of sections 25 and 26 lying south of the North Canadian River, Township 13 North, Range 8 West, Indian Meridian.

(3) That portion of section 26 lying west of the North Canadian River, Township 13 North, Range 8 West, Indian Meridian.

(4) All of sections 27, 28, 33, 34, 35, and 36, Township 13 North, Range 8 West, Indian Meridian.

SEC. 3. USE OF PORTION OF LAND BY BUREAU OF PRISONS.

The Secretary, with the consent of and on terms agreeable to the Business Committee of the Tribe, may lease to the United States for use by the Bureau of Prisons of the Department of Justice in connection with the Federal Reformatory at El Reno, Oklahoma, all or part of the land described as the south half of section 1 and the south half of section 2, Township 12 North, Range 8 West, Indian Meridian.

SEC. 4. PRIOR EASEMENTS, LICENSES, PERMITS, AND COMMITMENTS.

(a) **Nonrevocable; Time-limited.**--(1) A nonrevocable easement, license, permit, or commitment with respect to the lands described in section 2 shall continue in effect for the period for which it was granted or made if such nonrevocable easement, license, permit, or commitment was granted or made--

(A) on or before the date of the enactment of this Act;

(B) by the Secretary of War or by the Secretary of Agriculture; and

(C) for a specified, limited period of time.

(2) An easement, license, permit, or commitment described in paragraph (1) may be renewed by the Secretary upon such terms and conditions as the Secretary considers advisable.

(b) **Revocable; indefinite duration.**--An easement, license, permit, or commitment which exists on the date of the enactment of this Act with respect to the lands described in section 2 may be continued or renewed by the Secretary if--

(1) the easement, license, permit, or commitment is revocable or of indefinite duration, and

(2) the Secretary considers such continuance or renewal to be in the public interest.

(c) **Use of Land by Bureau of Prisons.**--(1) In the case of lands described in paragraph (2), the Secretary may continue or renew an easement, right-of-way, or permit to land, only if such easement, right-of-way, or permit is--

(A) in effect on the date of the enactment of this Act;

(B) limited to use or maintenance of water lines, roads to and from the sewage disposal plant, or sewage effluent lakes from the sewage disposal plant located on the land;

(C) granted for use by Bureau of Prisons of the Department of Justice; and

(D) useful to the Bureau of Prisons for purposes of maintaining the sewage disposal plant located on the land.

(2) The land referred to in paragraph (1) is that land described in section 2 that is located in--

(A) section 1, Township 12 North, Range 8 West, Indian Meridian; and

(B) the southeast quarter of section 36, Township 13 North, Range 8 West, Indian Meridian.

[Page: E1322]    *GPO's PDF*

SEC. 5. BUILDINGS AND OTHER IMPROVEMENTS.

The Secretary may--

(1) make any Federally owned buildings, improvements, or facilities (including any personal property used in connection with such buildings, improvements, or facilities) located on the land described in section 2 available to the Tribe for their use; and

(2) convey any Federal owned buildings, improvements, or facilities (including any personal property used in connection with such buildings, improvements, or facilities) located on the land described in section 2 to the Tribe in accordance with the Act entitled `An Act to authorize the Secretary of the Interior to convey to Indian tribes certain federally owned buildings, improvements, or facilities on tribal lands or on lands reserved for Indian administration' approved August 6, 1956 (25 U.S.C. 443a).

SEC. 6. ELIGIBILITY FOR FEDERAL SERVICES AND BENEFITS.

For the purposes of the eligibility for and delivery of all services and benefits provided to Indians because of their status as federally recognized, those members of the Tribe residing in Canadian County, Oklahoma, shall be deemed to be resident on or near an Indian reservation.

SEC. 7. EFFECT ON TREATIES.

No provision of this Act shall be construed to constitute an amendment, modification, or interpretation of any treaty to which the Tribe or any other Indian tribe is a party nor to any right secured to the Tribe or any other Indian tribe by any treaty.

SEC. 8. DEFINITIONS.

For purposes of this Act:

(1) The term `Secretary' means the Secretary of the Interior.

(2) The term `Tribe' means the Cheyenne-Arapaho Tribes of Oklahoma.

--

--

Section 1: Describes the lands originally part of the Fort Reno reserve to be transferred from the Department of Agriculture to the Department of the Interior in trust for the tribes.

Section 2: In addition to the land retained by the Bureau of Prisons, this section authorizes use by the Bureau of Prisons of part of the transferred lands, subject to the approval of the tribes.

Section 3: Authorizes the continuation of current easements, licenses, permits and other current uses by the Bureau of Prisons for as long as the current uses continue.

Section 4: Authorizes, but does not require, that ownership of the buildings currently located on the lands may be transferred to the tribes.

Section 5: Recognizes members of the tribes who live near the tribal reservation as eligible for tribal benefits.

Section 6: Specifies that this legislation will not be construed as amending any treaty between the United States and any federally-recognized Indian tribe.

Section 7: Defines the term `Secretary' and `Tribe' with respect to the subject legislation.

| THIS SEARCH | THIS DOCUMENT | THIS CR ISSUE | GO TO |
|---|---|---|---|
| Next Hit | Forward | Next Document | New CR Search |
| Prev Hit | Back | Prev Document | HomePage |
| Hit List | Best Sections | Daily Digest | Help |
|  | Contents Display |  |  |

THOMAS Home | Contact | Accessibility | Legal | FirstGov

The Library of Congress > THOMAS Home > Bills, Resolutions > Search Results

**Item 7 of 10**

PREVIOUS | NEXT
PREVIOUS:SUMMARY | NEXT:SUMMARY
NEW SEARCH | HOME | HELP | ABOUT SUMMARIES

**H.R.2039**
**Title:** To take into trust for the Cheyenne-Arapaho Tribes of Oklahoma certain land in Oklahoma that was known as the Fort Reno Military Reservation and that was formerly part of the Cheyenne-Arapaho lands, and for other purposes.
**Sponsor:** Rep Faleomavaega, Eni F. H. [AS] (introduced 6/25/1997)    Cosponsors (None)
**Latest Major Action:** 7/2/1997 Referred to House subcommittee. Status: Referred to the Subcommittee on National Parks and Public Lands.

**SUMMARY AS OF:**
6/25/1997--Introduced.

Takes into trust for the Cheyenne-Arapaho Tribes of Oklahoma certain land in Oklahoma (part of the original Cheyenne-Arapaho reservation known as the Fort Reno Military Reservation) and authorizes the lease of all or part of such land to the Bureau of Prisons in connection with the Federal Reformatory at El Reno, Oklahoma.

Sets forth improvements and easement provisions.

THOMAS Home | Contact | Accessibility | Legal | FirstGov