UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**CHEYENNE-ARAPAHO TRIBES OF** )
**OKLAHOMA,** )
　　　　　　　　　　　　　　　　　　)
　　　　　　**Plaintiff,** )
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　) No. 06-519
　　v. 　　　　　　　　　　　　　　) Judge Paul L. Friedman
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
**UNITED STATES OF AMERICA, et al.,** )
　　　　　　　　　　　　　　　　　　)
　　　　　　**Defendants.** )
_____)

**DEFENDANTS' MOTION FOR LEAVE TO FILE
PAPER COPY OF ARCHIVAL DOCUMENT**

　　Defendants hereby move for leave to file a paper copy of a lengthy archival document which we have designated as "Transcript of Negotiations" from National Archives Record Group No. 48.  In support of this motion, Defendants states, as follows:

　　　　1.  On  April 6, 2007, Defendants attempted to file this very same motion, but Defendants' counsel inadvertently put the wrong docket number on the motion;

　　　　2.  On April 9, 2007, Ms. Nicole Wilkins of the Clerk's Office telephoned the undersigned to inform him that the motion could not be filed on April 6, 2007 because of the erroneous docket number and directed him to re-file the motion today;

　　　　3.  Defendants filed their Reply brief in this case on April 6, 2007, attached to which is an electronic copy of an archival document which we have designated as "Transcript of Negotiations."  This is the archival record of  the 1890 negotiations between the

Cheyenne-Arapaho Tribes and the federal government leading to the November 13, 1890 cession of the Tribes' 1869 Executive Order Reservation in 1890 (ratified by Congress on March 3, 1891);

    4. Despite our best efforts, there are portions of the scanned version of this document which are illegible;

    5. Both the Court and the plaintiff should have a legible copy of this very significant historical document;

    6. On April 6, Defendants counsel hand carried to the Clerk's Office a paper copy of this Transcript of the Negotiations and two additional copies - - one to be sent to the chambers of Judge Friedman. The Clerk's Office retained those copies as part of the attempted filing on April 6, 2007.

    7. On April 6, 2007, we sent the plaintiff's counsel a paper copy of the Transcript of Negotiations to which tabs R-1 through R-11 were attached because the scanned copy had the same tabs.[1]

Dated this 9th day of April, 2007.    Respectfully submitted,

Attachment

/s/ James M. Upton
JAMES M. UPTON
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Ph. (202) 305-0482
Fax: (202) 305-0506
E-mail address: james.upton@usdoj.gov

---

[1] A proposed Order is attached.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEYENNE-ARAPAHO TRIBES OF OKLAHOMA,        )<br>)<br>Plaintiff,        )<br>)<br>v.        )<br>)<br>UNITED STATES OF AMERICA, et al.,        )<br>)<br>Defendants.        )<br>) | No. 06-519<br>Judge Paul L. Friedman |

## ORDER

Since it is essential that the Court must have legible copies of the archival documents relied upon by the parties, the Court grant Defendants' Motion to File Paper Copy of Archival Document. Accordingly, it is hereby ORDERED that this motion be GRANTED.

Dated:_____

_____
**JUDGE PAUL L. FRIEDMAN**
**UNITED STATES DISTRICT COURT**