Attachment 1

Tract #3 - By metes & bounds - withdrawn from all forms of appropriation under the public land laws, & reserved...

The Executive Order of July 17, 1883, establishing Fort Reno Military Reservation is revoked, so far as it affects...

Township No.

| DESCRIPTION OF TRACT. | | | | CONTENTS. | | RATE PER ACRE. | PURCHASE MONEY. | | NAME OF THE PURCHASER. |
|---|---|---|---|---|---|---|---|---|---|
| Part of Section. | Section. | Township. | Range. | Acres. | 100ths. | Dollars. Cents. | Dollars. | Cents. | |
| | 5 | 12 N. | 8 W. | | | | | | |
| Lot 1 - 37.87 | | | | | | | | | |
| Hd. Lots 1+2 & S½NE¼ | " | " | " | 155 | 72 | | | | Jas. Turner |
| Hd. Lots 1+2 & S½NE¼ | " | " | " | 155 | 72 | | 14 | 80 | Lizzie H. McCormick |
| Lot 3 - 37.72 | | | | | | | | | |
| Lot 4 - 37.90 | | | | | | | | | |
| Hd. S½NW¼ Lots 3+4 | " | " | " | 155 | 62 | | | | Chas. F. Davis |
| Hd. S½NW¼ Lots 3+4 | " | " | " | 155 | 62 | | 13 | 89 | John F. McErigle |
| Hd. NE¼ | " | " | " | 160 | — | | 14 | 80 | Thos. McCormick |
| Hd. NE¼ | " | " | " | 160 | — | | | | Michael ____ |
| Hd. SE¼ | " | " | " | 160 | — | | | | Francis ____ |
| Hd. SW¼ | " | " | " | 160 | — | | 14 | 80 | Geo. W. Baldwin |
| | 6 | 12 | 8 | | | | | | |
| Hd. S½NE¼ & Lots 1+2 | " | " | " | 157 | 32 | | | | Mary L. McCormick |
| Hd. Lots 1+2 & S½NE¼ | " | " | " | 157 | 32 | | 14 | 70 | Jno. F. E. Thompson |
| Hd. S½NE¼ & Lots 1+2 | " | " | " | 157 | 32 | | | | Eliza McCormack |
| Hd. Lots 3,4,5 & S½NW¼ | " | " | " | 158 | 94 | | 14 | 76 | Wm. S. Dowdy |
| Hd. | " | " | " | 158 | 94 | | 10 | | James E. Drake |
| Hd. Lots 3+4+5 | " | " | " | 158 | 94 | | 10 | | Essie Dowdy |
| Hd. S½NW¼ Lots 3+4 | " | " | " | 158 | 94 | | | | William A. Stewart |
| Hd. Lots 3-4-5 & S½NW¼ | " | " | " | 158 | 94 | | | | David H. Carlton |
| Hd. SE¼ | " | " | " | 160 | — | | 14 | 80 | Cora M. Black |
| Hd. SE¼ | " | " | " | 160 | — | | 14 | 80 | Geo. Ferguson |

ATTACHMENT Q-13

Range No. _____ , District of _____

*under the justice Dept ... [illegible annotation] ...*
*The lands described in PLO 3089 establishing El Reno Federal Reformatory — PLO 3089, 0309436 New Mex., 5/22/63*

| DATE OF SALE. | NUMBER OF RECEIPT AND CERTIFICATE OF PURCHASE. | TO WHOM PATENTED. | DATE OF PATENT. | WHERE RECORDED. VOLUME. PAGE. |
|---|---|---|---|---|
| Oct. 11, 1892 | 5686 o.s. | Rel. & Canc. July 6, 1895. #72852. ("H") | | |
| Apr. 25/92 | 3788 o.s. | F.C. # 90 El Reno, Jan. 8, 1902. | | |
| Apr. 25/92 | 3803 o.s. | Rel. & Cancld. #52084, "H" May 5/94 | | |
| May 5, 1894 | 8682 o.s. | Com. to Cash No. 1509, Sept. 20, 1895. | | |
| Apr. 26/92 | 3841 o.s. | R.& Canc. Jan. 16/94 #9706-94 | | |
| Jan. 15, 1894 | 8219 o.s. | Canc. Nov. 22, 1895. ("H") case closed. | | |
| Dec. 7, 1895 | 10636 o.s. | Com. Cash No. 1742, Sept. 24, 1897. | | |
| Apr. 21/92 | 3593 o.s. | Com. to Cash 2nd Entry... [illegible] | | |
| June 5, 1893 | 7170 o.s. | Rel. & Canc. Jan. 4/95. #9651-95 | | |
| Apr. 22/92 | 3655 o.s. | Cancl. per letter "H" Apr. 20, 1893. July 15, 1893 (57380 Report) Fees Commissions ordered to be refunded | | |
| Jan. 4, 1895 | 9473 o.s. | Com. Cash No. 1740, Sept. 22, 1897. | | |
| Apr. 25/92 | 3791 o.s. | Canceled by reling. July 21, 1893 — 79244 | | |
| July 21, 1893 | 7316 o.s. | Canceled by reling. Aug. 22, 1893 — 91668 | | |
| Aug. 22, 1893 | 7395 o.s. | Rel. & Canc. Sept. 30, 1897. #92508. | | |
| Sept. 30, 1897 | 12238 o.s. | Rel. & Canc. Dec. 2, 1897. #113091. | | |
| Dec. 2, 1897 | 12624 o.s. | F.C. # 151 El Reno Feb. 18, 1902. | | |
| Apr. 22/92 | 3636 o.s. | Rel. & Canc. July 27/92 = 97051 | | |
| Aug. 19/92 | 5232 o.s. | F.C. # 5589, July 2, 1901. | | |