# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHEYENNE-ARAPAHO TRIBES OF OKLAHOMA**<br><br>Plaintiff(s),<br><br>vs.<br><br>**UNITED STATES OF AMERICA, ET AL**<br><br>Defendant(s). | Civil Case No: **06-519 PLF** |

## NOTICE REGARDING BULKY EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that Defendant's Archival Document has been filed in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk

**Date:** 4/11/07