Attachment 1

Case 1:06-cv-05599-PLF   Document 169-2   Filed 04/19/2007   Page 2 of 33

Tract #3 - By metes & bounds - withdrawn from all forms of appropriation under the public land laws, & reserved... 1/2/63

The Executive Order of July 17, 1883, establishing Fort Reno Military Reservation is revoked, so far as it affects

**Township No.**

| DESCRIPTION OF TRACT. | | | | CONTENTS. | | RATE PER ACRE. | | PURCHASE MONEY. | | NAME OF THE PURCHASER. |
|---|---|---|---|---|---|---|---|---|---|---|
| PART OF SECTION. | SECTION. | TOWNSHIP. | RANGE. | ACRES. | 100ths. | Dollars. | Cents. | Dollars. | Cents. | |
| | 5 | 12 N. | 8 W. | | | | | | | |
| Hd. Lots 1+2 & S½NE¼ | " | " | " | 155 | 72 | | | | | Jas. Turner |
| Hd. Lots 1+2 & S½NE¼ | " | " | " | 155 | 72 | | | 14 | 80 | Lizzie H. McCormick |
| Hd. S½NW¼ Lots 3+4 | " | " | " | 155 | 62 | | | | | Chas. F. Davis |
| Hd. S½NW¼ Lots 3+4 | " | " | " | 155 | 62 | | | 13 | 89 | John F. McGrigle |
| Hd. | " | " | " | 160 | — | | | 14 | 80 | Thos. McCormick |
| Hd. | " | " | " | 160 | — | | | | | Michael ? |
| Hd. SE¼ | " | " | " | 160 | — | | | | | Francis ? |
| Hd. SW¼ | " | " | " | 160 | — | | | 14 | 80 | Geo. W. Baldwin |
| | 6 | 12 | 8 | | | | | | | |
| Hd. NE¼ & Lots 1+2 | " | " | " | 157 | 32 | | | | | Mary L. McCormick |
| Hd. Lots 1+2 & S½NE¼ | " | " | " | 157 | 32 | | | 14 | 70 | Jno. F. E. Thompson |
| Hd. S½NE¼ & Lots 1+2 | " | " | " | 157 | 32 | | | | | Eliza McCormack |
| Hd. Lots 3+4 & S½NW¼ | " | " | " | 158 | 94 | | | 14 | 76 | Wm. S. Dowdy |
| | " | " | " | 158 | 94 | | | 10 | | James E. Drake |
| | " | " | " | 158 | 94 | | | 10 | | Essie Dowdy |
| | " | " | " | 158 | 94 | | | | | William A. Stephart |
| Hd. Lots 4+5 & S½NW¼ | " | " | " | 158 | 94 | | | | | David H. Carlton |
| Hd. | | | | 160 | — | | | 14 | 80 | Cora M. Black |
| Hd. | | | | 160 | — | | | 14 | 80 | Geo. Ferguson |

ATTACHMENT Q-13

under the justice Dept + nothing  
the lands described in PLO 3089 establishing El Reno Federal Reformatory — PLO 3089, 0309436 New Mex., 5/22/63

| Range No. | | District of | | |
|---|---|---|---|---|
| DATE OF SALE. | NUMBER OF RECEIPT AND CERTIFICATE OF PURCHASE. | TO WHOM PATENTED. | DATE OF PATENT. | WHERE RECORDED. VOLUME. PAGE. |

Oct. 11. 1892   5686  o.s.  Rel. & Canc. July 6. 1895. #72852. ("H")

Apr. 25/92   3788  o.s.  F.C. #90 El Reno, Jan. 8, 1902.

Apr. 25/92   3803  o.s.  Rel & Cancld #52084/"H" May 5/94
May 5, 1894   8682  o.s.  Com. to Cash No. 1509. Sept. 20. 1895.

Apr. 26/92   3841  o.s.  R & C Jan 16/94 #9756-94.
Jan. 15, 1894   8219  o.s.  Canc. Nov. 22. 1895. ("H") case closed.
Dec. 7, 1895   10636  o.s.  Com. Cash No. 1742. Sept. 24. 1897.

Apr. 21/92   3593  o.s.  Com. to Cash 2nd Entry #22 Rem. 22–5N–13W

June 5, 1893   7170  o.s.  Rel. & Canc. Jan. 4/95. #9651-95
Apr. 22/92   3655  o.s.  Cancl. per letter "H" Apr. 20. 1893. Fees & Commissions ordered to be refunded July 15, 1893-(57380 Report H)
Jan. 4. 1895   9473  o.s.  Com. Cash No. 1740. Sept. 22. 1897.

Apr. 25/92   3791  o.s.  Canceled by reling. July 21, 1893–79244
July 21, 1893   7316  os Canceled by reling. Aug 22, 1893–91668
Aug. 22, 1893   7395  os Rel. & Canc. Sept. 30. 1897. #92508.
Sept. 30. 1897   12238  o.s.  Rel & Canc. Dec. 2. 1897. #113091.
Dec. 2. 1897   12624  o.s.  F.C. #151 El Reno Feb. 18, 1902.

Apr. 22/92   3636  o.s.  Rel & Canc July 27/92 = 97051
Aug. 19/92   5232  o.s.  F.C. #5589, July 2, 1901.

ATTACHMENT Q-14