UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEYENNE-ARAPAHO TRIBES OF OKLAHOMA,  )<br>)<br>Plaintiff,  )<br>)<br>)<br>v.  )<br>)<br>)<br>)<br>)<br>UNITED STATES OF AMERICA, et al.,  )<br>)<br>Defendants.  )  | No. 06-519<br>Judge Paul L. Friedman |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION
FOR LEAVE TO FILE MEMORANDUM IN SURREPLY**

Defendants respond to the Plaintiff's Motion for Leave to File a Memorandum in Surreply to the Defendants' Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss as follows:

1. The Court's Local Rule which governs the filing of dispositive motions (LcvR 7) makes no provision for surreplies. The Local Rules serve the purpose of having complex cases litigated in an orderly and efficient manner; the Local Rules should be controlling on the matter of the number of briefs to which each party is entitled when one of the parties files a dispositive motion;

2. Although the Court may grant relief from a particular provision of the Local Rules, the party seeking the relief should be required to offer a truly compelling reason for the requested

relief in the circumstances of the particular case. Defendants are unpersuaded that Plaintiff has offered any truly compelling reasons in support of its Motion;

    3. . Although the undersigned had informed plaintiff's local counsel, John Racin, that Defendants intended to oppose plaintiff's motion for a Surreply, the Defendants have reconsidered and will not oppose the motion for a surreply, except as to the amount of time requested;

    4. Plaintiff requests until June 20, 2007, to file its surreply brief. Since the Defendants' Reply Brief was filed on April 6, 2007, this means the plaintiff would have 2.5 months to prepare its brief. Since Plaintiff's Motion for Richard J. Grellner to Appear Pro Hac Vice alleges that Mr. Grellner is "very familiar with the complex factual history" of the Ft. Reno claim, the undersigned submits that plaintiff's counsel are capable of filing plaintiff's surreply before June 20, 2007. Accordingly, defendants request that the Court set June 1, 2007, as the date for the filing of the surreply;

    5. In the event the Court grants plaintiff's Motion, Defendants request that they be accorded the right to file a response to plaintiff's surreply, in light of the fact the Defendants are the movants in this case.

Dated this 1st day of May, 2007.

Respectfully submitted,

/s/ James M. Upton
JAMES M. UPTON
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663
Ph. (202) 305-0482
Fax: (202) 305-0506
E-mail address: james.upton@usdoj.gov

Attorney For Defendants