UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEYENNE-ARAPAHO TRIBES OF OKLAHOMA, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <u>et al.</u> <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.06-519 <br> (PLF) |

REPLY TO GOVERNMENT'S OPPOSITION TO
GOVERNMENT'S MOTION FOR LEAVE TO FILE
MEMORANDUM IN SURREPLY TO DEFENDANTS'
REPLY TO OPPOSITION TO MOTION TO DISMISS, OR,
 IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT 

  The Government has kindly reconsidered its original opposition to Plaintiff's request for leave to surreply, but argued the Court should require filing earlier (June 1, 2007) than Plaintiff Tribes requested (June 20, 2007).  While the change in position is gratifying, we confess to some disappointment Government counsel would suggest an alternative deadline without troubling to determine if the date suggested is realistic or convenient in the circumstances.  The undersigned consented to as much time, and as lengthy a pleading, as the Government might find necessary in reply, and have also made clear they consent to any response it should hereafter deem necessary, within any time it may require.

  The Government has introduced hundreds of pages of additional documentary material dating to the late 19th century, and has fashioned additional argument, all in the context of a reply.  The Tribes have sought time for surreply which their attorneys

believe reasonably calculated to permit new material and argument to be addressed in as meaningful fashion as possible, within the constraints of very busy professional and personal lives during May. Oklahoma counsel is involved in the daily activities of 5 other Tribes, and is meeting briefing deadlines in several other cases this month. Among a number of other commitments, including preparations for the marriage of a daughter mid-month, DC counsel is making a long scheduled trip to Cuba in late May as part of a group organized by the Episcopal Diocese of Washington to meet representatives of a potential "partner" Diocese of Cuba.

    We respectfully submit that granting the Tribes leave to surreply just 19 days beyond the alternative date proposed should not inconvenience the Government, nor delay the administration of justice unduly.

Respectfully submitted,

LAW OFFICE OF RICHARD J. GRELLNER

  /s/
Richard J. Grellner, OBA #15521, pro hac vice

439 NW 18th Street
Oklahoma City, Oklahoma 73103
Tel: (405) 834-8484
Fax: (405) 602-0990
E-mail: rjgrellner@hotmail.com

LAW OFFICE OF JOHN P. RACIN


_/s/_____
John P. Racin    Bar No. 942003

1721 Lamont Street, N.W.
Washington, D.C.  20010
202.265.2516

Attorneys for Plaintiff
Cheyenne-Arapaho Tribes of Oklahoma