*Attachment 2*

*Agreement 1952*

## AGREEMENT

Whereas, an agreement was executed by the Quartermaster Corps and the Bureau of Animal Industry on August 23, 1951, and August 24, 1951, respectively, to provide for the responsibilities, facilities, services, supplies, equipment, and expenses of each agency in connection with utilization by the Quartermaster Corps of certain facilities located at the Agriculture Beef Cattle Research Station, Fort Reno, Oklahoma.

Whereas, the aforesaid parties desire to terminatetsaid agreement and to substitute a new agreement in lieu thereof for their mutual benefit.

Now, therefore, the parties hereto agree to terminate the agreement executed August 23, 1951, and August 24, 1951, and that this agreement as set forth herein shall stand in lieu thereof effective September 14, 1952.

In accordance with the provisions of existing agreement between the Department of Agriculture and the Department of the Army, dated June 22, 1948, and Addendum thereto, dated August 11, 1948, and as re-affirmed by letter between the Secretary of Agriculture and the Secretary of the Army dated August 16, 1951, relative to the Department of the Army utilizing, for a remount station, certain facilities located at the Agriculture Beef Cattle Research Station, Fort Reno, Oklahoma (former QM Remount Depot), it is further agreed between the two interested agencies, the Bureau of animal Industry and the Quartermaster Corps, that the responsibilities of each agency, the facilities to be utilized by the Quartermaster Corps, the services rendered, supplies and equipment furnished the Quartermaster Corps by the Bureau of Animal Industry, funding and reimbursement to the Department of Agriculture for expenses incurred by such services rendered and supplies and equipment furnished shall be subject to conditions as set forth herein:



### Responsibilities

The Bureau of Animal Industry does and will continue to exercise control over all matters pertaining to the operation of Fort Reno with exceptions as listed under responsibilities of the Quartermaster Corps.

### Quartermaster Corps

The Quartermaster Corps will be responsible for all phases of the operation of the Reno QM Remount Station, Fort Reno, Oklahoma, involving the purchase, shipment (both in and out), care, feeding and processing of all animals acquired by the Army. The Quartermaster Corps will be responsible for the administration of all personnel, both

- 2 -

military and civilian, assigned to or employed by the Department of the Army. The Quartermaster Corps will be responsible for the police and care of buildings, areas and other facilities assigned to the Quartermaster Corps in connection with the operation of the Reno QM Remount Station. The maintenance of all organizational equipment obtained for use of the Remount Station will be the responsibility of the Quartermaster Corps.

Facilities

It is agreed that the Quartermaster Corps is assigned the following listed facilities for the operation of the Reno QM Remount Station to approximately June 30, 1954:

1. Veterinary Hospital Area (including all buildings except Building No. 183), and all paddocks (V1 to V21 inclusive and No. 31), feed racks, shelter sheds, loading and unloading ramps and chutes installed therein or adjacent thereto.

2. Dipping Vat Building No. 33.

3. Processing Stable No. 64 and Paddocks P-1, P-2 and P-3 adjacent and pertaining thereto.

4. Stallion Stable Buildings No. 117 and 111, and paddocks adjacent and pertaining thereto.

5. Horse Shoe Shop Building No. 209.

6. Hay Storage Sheds Nos. 195, 77, 92 and 229.

7. Grain Storage Warehouses No. 211 and 65.

8. Barracks Building No. 172.

9. Post Exchange Building No. 24.

10. Motor Shop Building No. 213.

11. Riding Hall Building No. 108 and Stable Buildings Nos. 73 and 74.

12. Wash Rack No. 244.

13. Officers' Club Building No. 134 and swimming pool adjacent and pertaining thereto.

14. Officer Quarters Nos. 1 and 56, including garages in Building No. 143 pertaining thereto.

15. NCO Quarters Buildings Nos. 59, 13S, 13N, 60S, 60N, 67, 95, 62, and 120 including garages in Buildings Nos. 135 and 136 pertaining thereto.

- 3 -

16. Trailer space for military personnel as mutually agreed between the Superintendent of the Agriculture Station and the Commanding Officer of the Remount Station.

17. Corrals No. I-3, I-4, I-5, I-13, I-14, I-15, I-16, I-17, I-18 and I-19, including feed racks located therein.

18. Mare-and-colt Pasture No. 1, located south of and adjacent to Hay Storage Area.

19. Mare-and-colt Pasture No. 2, located south of and adjacent to Stallion Stable Building No. 117.

20. Pastures No. 8, 9, 12, N E No. 2 and SE No. 2, including shelter sheds and feed racks located therein.

21. Pasture area lying between Corral V-21 and road leading to Officers' Club Building No. 134, to be limited to the maximum use of 25 animals.

22. Scale House Building No. 248.

23. Administration Building No. 219.

24. Latrine Building No. 36.

25. Shed, oil storage, Building No. 246.

26. Three stalls in Garage Building No. 145.

The Gasoline Station Building No. 190 and gasoline and Diesel fuel storage tanks pertaining thereto will be utilized jointly by the Agriculture Station and the Remount Station as agreed to by the Superintendent of the Agriculture Station and the Commanding Officer of the Remount Station.

Repairs considered essential to the successful and economical operation of the Remount Station will be made as agreed between the Superintendent of the Agriculture Station and the Commanding Officer of the Remount Station. Such repairs will be made only on existing facilities including quarters for personnel so furnished. No new construction of buildings is authorized without prior approval of both the Chief, Bureau of Animal Industry and The Quartermaster General. It is agreed that facilities listed herein may be turned back to the Bureau of Animal Industry prior to 30 June 1954, in the event they become excess to current needs.

Support to be Furnished by the Bureau of Animal Industry

It is agreed that the following will be supplied by the Bureau of Animal Industry:

1. Services. Natural gas, water and electricity as required. It is agreed that the difference between charges incurred for those items in the operation of the Agriculture Station for the current month's operation and that incurred for the same month of the year prior to operation of the Remount Station (September 1950-August 1951) is a fair and just amount to be charged against funds made available. Further, in the event of increases in rates for natural gas, water and electricity, additional costs incurred as a result of those increased rates will also be proportionately charged against funds made available.

2. Personnel. The Bureau of Animal Industry agrees to furnish all skilled labor required in connection with the repair and maintenance of facilities utilized by the Army. Skilled labor required, over and above the normal operating level of the Agriculture Station as agreed by the Superintendent of the Agriculture Station and the Commanding Officer of the Remount Station, is a proper charge against funds made available. Unskilled labor required in connection with the repair, maintenance, and operations of facilities utilized by the Army will be furnished by the Quartermaster Corps.

3. Supplies. All materials required in the repair and maintenance of facilities utilized by the Remount Station will be supplied by the Bureau of Animal Industry. Actual costs of such materials and costs of transportation in connection therewith are proper charges against the funds made available.

4. Equipment. The Bureau of Animal Industry agrees to furnish only such equipment as is available and essential for the repair and maintenance of facilities utilized by the Remount Station and for the rendering of services as agreed herein. The cost of repairs, including supplies for replacement of equipment furnished by the Bureau of Animal Industry for use in support of the Remount Station and utilized by both agencies shall be borne by both agencies. The proportion chargeable to each agency shall be determined on an individual basis by the Superintendent of the Agriculture Station and Commanding Officer of the Remount Station, taking into consideration the life expectancy of the equipment, the percentage of benefit received from such equipment by each agency, and the degree of responsibility necessitating the repair or replacement. The cost of repairs or replacement of equipment furnished for the sole use of the Remount Station shall be properly chargeable to funds made available. Operational equipment required in connection with the operation of the Remount Station will be obtained from military sources.

- 5 -

5. **Roads.** The cost of maintenance and repair of roads utilized by both agencies shall be borne jointly as agreed to by the Superintendent of the Agriculture Station and the Commanding Officer of the Remount Station.

6. **Restoration of Paddocks and Corrals.** The cost of restoring paddocks and corrals used by the Remount Station shall be a proper charge against funds made available by The Quartermaster General. These paddocks and corrals are identified as follows: V-21, I-13, I-14, I-15, I-16, I-17, I-18 and I-19.

**Funding.** For the support of the operation of the Remount Station at Fort Reno, Oklahoma, by the Department of Agriculture, the Department of the Army agrees to set up and make available to the Department of Agriculture in advance the necessary funds for the cost of utilities, the hire of labor, and the purchase of supplies and equipment necessary to maintain the buildings, areas, pastures and corrals assigned to the Remount Station as well as necessary overhead administrative expenses. Such funds will be provided on a fiscal year basis in such amounts as are available and as are deemed necessary for the successful and economical operation of the Remount Station as determined and agreed to by the Superintendent of the Agriculture Station and the Commanding Officer of the Remount Station. In the event it becomes necessary to provide operating funds from sources other than Foreign Aid Programs, methods of such funding will be coordinated and agreed to by all agencies concerned. This agreement will be amended accordingly prior to such time as additional funds would be required.

**Records and Reports.** The Bureau of Animal Industry agrees to maintain records of expenses incurred incidental to this agreement in the manner agreed to by the Bureau and the Office of The Quartermaster General. Further, the Bureau of Animal Industry agrees to submit as of the last day of each month a report of the expenses charged against funds made available. This report will be rendered in the manner agreed to by the Bureau and the Office of The Quartermaster General.

| For the Quartermaster Corps | For the Bureau of Animal Industry |
|---|---|
| /s/ K. L. HASTINGS | /s/ HUGH C. McPHEE |
| K. L. HASTINGS | HUGH C. McPHEE |
| Major General, USA | ACTING CHIEF OF BUREAU |
| The Deputy Quartermaster General | |
| Date: 17 November 1952 | Date: 17 November 1952 |