*Attachment 3*

*Agreement 1954*

UNITED STATES DEPARTMENT OF AGRICULTURE
AGRICULTURAL RESEARCH SERVICE

AGREEMENT

THIS AGREEMENT, made and entered into this \_\_\_11th\_\_\_ day of \_\_August\_\_ nineteen hundred and \_\_fifty-four\_\_, by and between the Department of the Army, Quartermaster Corps, and the Department of Agriculture, Agricultural Research Service:

WITNESSETH:

WHEREAS, the Agricultural Research Service has control of the Beef Cattle Research Station Fort Reno, Oklahoma; and

WHEREAS, it is the desire of the parties hereto to place certain buildings and facilities at the said research station in a standby status as requested by the Quartermaster Corps;

NOW, THEREFORE, it is mutually understood and agreed by and between the parties hereto that the buildings and facilities located at the above mentioned station and which are listed below will be placed in a standby status effective July 1, 1954, and remain in such a status until this agreement is terminated at the request of the Quartermaster Corps:

a. Veterinary Hospital Area (including all buildings except Building No. 183), and all paddocks (V1 to V21 inclusive and No. 31), feed racks, shelter sheds, loading and unloading ramps and chutes installed therein or adjacent thereto.

b. Dipping Vat and adjacent Building No. 33.

c. Processing Stable No. 64 and adjacent paddock.

d. Stallion Stable Buildings Nos. 117 and 111 and adjacent paddocks.

e. Hay Storage Sheds Nos. 195, 77, 92, and 229.

f. Grain Storage Warehouses Nos. 211 and 65.

g. Barracks Building No. 172.

h. Loading platform and ramps at railroad siding and pens.

i. Pastures Nos. 8, 9 and 12.

It is further mutually understood and agreed between the parties hereto that the Quartermaster Corps shall make available to the Agricultural Research Service, in advance, the sum of One Thousand Dollars ($1,000) annually for maintenance of said buildings and facilities listed herein.

| For the Quartermaster Corps | For the Agricultural Research Service |
|---|---|
| /s/ Oliver C. Harvey | /s/ J. H. Spencer |
| Colonel, QMC | Acting Administrator |
| Chief, Field Service Division | Agricultural Research Service |
| Date: 11 August 1954 | Date: August 25, 1954 |