Attachment 4

Plaintiff's Supplemental Statement
Concerning Material Facts as to
Which There Exists a Genuine Isse

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEYENNE-ARAPAHO TRIBES OF OKLAHOMA,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED STATES OF AMERICA, et.al.<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)　No. 06-519 (PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

PLAINTIFF'S SUPPLEMENTAL STATEMENT
CONCERNING MATERIAL FACTS AS TO
WHICH THERE EXISTS A GENUINE ISSUE

　　1.　Whether the Tribes claim of title in the lands of Fort Reno based on claimed reversionary interest in 1948, or at any time thereafter that the lands continued to be devoted to military purposes, accrued for limitations purposes.  Attachment 2 to Plaintiff's Opposition to Defendants' Motion to Dismiss, or, in the Alternative, for Summary Judgment; Affidavit of Richard J. Grellner in Support of Plaintiff Tribes' Motion for Continuance to Permit Discovery, ¶ 3.

　　2.　Whether the Tribes' claim of title in the lands of Fort Reno based on a claimed reversionary interest has yet accrued.  Attachments 2 and 3 to Plaintiff's Memorandum in Surreply;  Grellner Affidavit, ¶ 4.

Respectfully submitted,


LAW OFFICE OF RICHARD J. GRELLNER


  /s/
Richard J. Grellner, OBA #15521, pro hac vice

439 NW 18th Street
Oklahoma City, Oklahoma 73103
Tel. (405) 834-8484
Fax: (405) 602-0990
E-mail; rjgrellner@hotmail.com


LAW OFFICE OF JOHN P. RACIN


  /s/
John P. Racin   Bar No. 942003

1721 Lamont Street, N.W.
Washington, D.C.  20010
202.265.2516

Attorneys for Plaintiff Tribes