UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHEYENNE-ARAPAHO TRIBES OF OKLAHOMA, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) | Civil Action No. 06-519 (PLF) |
| | ) ) | |
| UNITED STATES OF AMERICA, et al. | ) ) | |
| Defendants. | ) ) ) | |

PLAINTIFF TRIBES' RULE 56(f) MOTION
FOR CONTINUANCE TO PERMIT DISCOVERY

The Cheyenne Arapaho Tribes of Oklahoma, through undersigned counsel,

respectfully request pursuant to Rule 56(f) of the Federal Rules of Civil Procedure that,

if the Court should deny the Government's dismiss on grounds deriving from the cession

agreement of 1891 and the settlement of claims before the Indian Claims Commission in 1965,

the Court grant continuance to permit discovery to go forward bearing upon limitations and the

potential application of the doctrine of equitable estoppel.  The grounds for this request are set

forth in the accompanying memorandum of points and authorities and Affidavit of Richard J.

Grellner in Support of Plaintiff Tribes' Rule 56(f) Motion for Summary Judgment.

Counsel for Government has indicated he opposes the foregoing request for continuance

to permit discovery.  A proposed Order accompanies the Motion, and we submit the supporting

memorandum of points and authorities and affidavit of counsel as Attachments 1 and 2.

LAW OFFICE OF RICHARD J. GRELLNER


  /s/
Richard J. Grellner, OBA #15521, pro hac vice

439 NW 18th Street
Oklahoma City, Oklahoma 73103
Tel. (405) 834-8484
Fax: (405) 602-0990
E-mail; rjgrellner@hotmail.com


LAW OFFICE OF JOHN P. RACIN


  /s/
John P. Racin   Bar No. 942003

1721 Lamont Street, N.W.
Washington, D.C.  20010
202.265.2516

Attorneys for Plaintiff Tribes

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHEYENNE-ARAPAHO TRIBES OF OKLAHOMA, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) | Civil Action No. 06-519 (PLF) |
| UNITED STATES OF AMERICA, <u>et al.</u> | ) ) ) | |
| Defendants. | ) ) ) | |

ORDER

Having considered the Plaintiff Tribes' Rule 56(f) Motion for a Continuance to Permit

Discovery, the Government's Opposition, and the premises of this case, it is, this _____

day of _____, 2007

ORDERED, that the Motion be, and the same hereby is, GRANTED; and it is

FURTHER ORDERED, that the parties shall be entitled to conduct discovery as

appropriate, commencing immediately, and continuing up to _____ .


PAUL L. FRIEDMAN
United States District Judge

Copies to Counsel of Record Through ECF