UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHEYENNE-ARAPAHO TRIBES OF OKLAHOMA,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> **UNITED STATES, et al.,** ) <br> ) <br> ) <br> **Defendants.** ) <br> ) | No. 06-519 <br> Judge Paul L. Friedman |

**DEFENDANTS' MOTION FOR LEAVE TO FILE
ATTACHED RESPONSE TO PLAINTIFF'S SURREPLY**

Defendants hereby move for leave to file the attached Defendants' Response to the Plaintiff's Surreply. In support of this motion, Defendants state as follows:

1. The court's Minute Order of May 25, 2007, granted the plaintiff's motion for leave to file a surreply to Defendants' reply brief;

2. In their response to the plaintiff's motion for leave to file a surreply, the Defendants noted that if the court granted the plaintiff's motion, then Defendants should be accorded the right to file a response thereto;

3. Plaintiff had a total of seventy-five days to prepare and file its Surreply - - that is, from April 6, 2007 (when Defendants' Reply was filed) until June 20, 2007;

4. Plaintiff has made new arguments which Defendants believe they should be allowed to address in writing;

    5.  Defendants should be accorded the opportunity to file a response to the surreply, in large part, because they are the movants in this case; and

    6.  The court should dispose of this case based upon the most complete record possible.

Plaintiff's counsel, John Racin, states that plaintiff will not oppose this motion, on the condition that defendants will not oppose its motion for leave to file a reply to defendant's response to address new arguments or documents, should plaintiff opt to file one.  Defendants cannot agree to this condition because they should, as the movants, have the final brief.  In addition, the plaintiff's counsel can address defendants' response at the oral argument on Defendants' Motion to Dismiss.[1]

This is the first motion for leave to file a response to plaintiff's surreply which the Defendants have filed.

Dated this 2nd day of July, 2007.

                              Respectfully submitted,

                              s/ James M. Upton
                              JAMES M. UPTON
                              U. S. Department of Justice
                              Environment & Natural Resources Division
                              Natural Resources Section
                              P. O. Box 663
                              Washington, D. C.   20044-0663
                              Ph. (202) 305-0482
                              Fax.: (202) 305-0506

Attachments

---

[1] Our Response to the Surreply is appended hereto, as is a proposed Order.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEYENNE-ARAPAHO TRIBES ) <br> OF OKLAHOMA, ) <br> ) <br>       Plaintiff, ) <br> ) <br> ) <br>       v. ) <br> ) <br> UNITED STATES, <u>et</u> <u>al</u>., ) <br> ) <br>       Defendants. ) | No. 06-519 <br> Judge Paul L. Friedman |

## ORDER

After careful consideration of Defendants' Motion for Leave to File Attached Response to Plaintiff's Surreply, plaintiff's Opposition thereto and Defendants' Reply, the court has decided to grant this motion. Since the Defendants are the movants, they are should be allowed to file the last brief. Moreover, the court desires to have the most complete possible record upon which to rule upon Defendants' Motion to Dismiss.

Accordingly, it is ORDERED that the Defendants' Motion for Leave to File Response to Plaintiff's Surreply be, and it hereby is, GRANTED.

Dated: _____

 

_____
JUDGE PAUL L. FRIEDMAN
UNITED STATES DISTRICT COURT