**ATTACHMENT NO. 3**

INDIAN ARCHIVES DIVISION, OKLAHOMA HISTORICAL SOCIETY

Microfilm Publications

# Cheyenne and Arapaho Agency

CHEYENNE AND ARAPAHO LETTERPRESS BOOKS
Darlington, I.T.

Cheyenne and Arapaho Volume 31
Miscellaneous Letters Sent
December 12, 1889 to December 11, 1890

Cheyenne and Arapaho Volume 32
Miscellaneous Letters Sent
December 12, 1890 to October 24, 1891

Roll CAA 32



Oklahoma City, Oklahoma

1978

Contents

CAA 32

Miscellaneous Letters Sent
December 12, 1889 to December 11, 1890

Cheyenne and Arapaho Agency Volume 31
Darlington, I.T.

   This letterpress volume contains copies of letters sent by Agent Charles F. Ashley and the Agency clerk to Military officers, R. H. Pratt, other Indian agents, various Indian Schools, businesses, attorneys, the Y.M.C.A. and other organizations, and individuals regarding Agency and Indian affairs.

   Many pages are blurred or faded. Page 494 is blank and following pages have been cut out. There is a partial index. All pages have been filmed regardless of degree of legibility.

Chey & Arap

Nov 22

To whom it may concern,

John Cohen the bearer being lawfully married to a member of the Cheyenne & Arapahoe tribe, and residing within the boundaries of the tribal reservation, is entitled to enjoy all the rights of residing and privileges pertaining to the same so long as he complies with the laws governing the Indian country and customs thereof.

J. A. Covernue
Clerk in Charge