Attachment 2

Plaintiff's Second Supplemental Statement
Concerning Material Facts as to
Which There Exists a Genuine Isse

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEYENNE-ARAPAHO TRIBES OF OKLAHOMA,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA, et.al.<br><br>　　　　Defendants. | No. 06-519 (PLF) |

PLAINTIFF'S SECOND SUPPLEMENTAL STATEMENT
CONCERNING MATERIAL FACTS AS TO
WHICH THERE EXISTS A GENUINE ISSUE

　　1. Whether the Tribes claim before the Indian Claims Commission to "set[] aside the jurisdiction of the Department of Agriculture", Severed Petition, ¶ 9(b) (November 25, 1958) (Attachment P to Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or, in the Alternative, for Summary Judgment ("Defendant's Reply")) in the lands of Fort Reno was a claim of reversionary rights in lands separate and distinct from the lands described in ¶ 10 of the Severed Petition which "purportedly ceded" to the United States in 1891. Id. ¶ 10(a). Defendant's Exhibit A, Docket No. 329, Indian Claims Commission (Attachment H to Defendant's Motion to Dismiss, or, in the Alternative, for Summary Judgment, at 9).

Respectfully submitted,

LAW OFFICE OF RICHARD J. GRELLNER

  /s/
Richard J. Grellner, OBA #15521, pro hac vice

439 NW 18th Street
Oklahoma City, Oklahoma 73103
Tel. (405) 834-8484
Fax: (405) 602-0990
E-mail; rjgrellner@hotmail.com

LAW OFFICE OF JOHN P. RACIN

  /s/
John P. Racin   Bar No. 942003

1721 Lamont Street, N.W.
Washington, D.C.  20010
202.265.2516

Attorneys for Plaintiff Tribes