UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| CHEYENNE-ARAPAHO TRIBES OF OKLAHOMA, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-0519 (PLF) |
| UNITED STATES, et al., | ) ) ) | |
| Defendants. | ) ) | |

ORDER AND JUDGMENT

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that defendants' motion to dismiss, or, in the alternative, for summary judgment is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that defendants' motion to dismiss [4] is GRANTED; it is

FURTHER ORDERED that defendants' motion for summary judgment [5] is DENIED as moot; it is

FURTHER ORDERED that plaintiff's motion for a continuance to permit discovery [24] is DENIED; it is

FURTHER ORDERED that this case is dismissed from the docket of this Court; and it is

FURTHER ORDERED that this Order and Judgment shall constitute a FINAL JUDGMENT in this case.  This is a final appealable order.  <u>See</u> FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  September 27, 2007