UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEYENNE-ARAPAHO TRIBES OF OKLAHOMA,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-519 (PLF)<br>)<br>)<br>)<br>)<br>) |

PLAINTIFF'S MOTION TO ALTER OR AMEND THE JUDGMENT

The Cheyenne-Arapaho Tribes of Oklahoma respectfully request pursuant to Rule 59(e) of the Federal Rules of Civil Procedure that this Court amend the Opinion underlying the judgment of dismissal entered September 27, 2007 by withdrawing footnote 3 (referring to the 1965 "settlement [of litigation before the Indian Claims Commission] ... as an alternative ground which mandates dismissal ...." Id. at 9, n. 3) along with a subsequent statement that the Tribes "litigated these claims to completion in 1965, when [they] settled these claims before the ICC." Id. at 13. The specific grounds for this request are set forth in the accompanying Memorandum of Points and Authorities.

Respectfully submitted,

LAW OFFICE OF RICHARD J. GRELLNER

  /s/
Richard J. Grellner, OBA #15521, pro hac vice
439 NW 18th Street
Oklahoma City, Oklahoma 73103
Tel. (405) 834-8484
Fax: (405) 602-0990
E-mail; rjgrellner@hotmail.com

LAW OFFICE OF JOHN P. RACIN

_/s/_____
John P. Racin   Bar No. 942003
1721 Lamont Street, N.W.
Washington, D.C.  20010
202.265.2516

Attorneys for Plaintiff Tribes