UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEYENNE-ARAPAHO TRIBES OF OKLAHOMA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 06-519 (PLF) |

ORDER

Having considered Plaintiff's Motion to Alter or Amend the Judgment, Defendants' opposition thereto, and the premises of this case, it is, this _____ day of _____,

ORDERED, that Plaintiff's Motion be, and the same hereby is, GRANTED; and it is

FURTHER ORDERED, that an Opinion shall be entered without a footnote 3 appearing, and without the concluding the sentence now appearing on page 13 of the Opinion entered September 27, 2007.

SO ORDERED.


PAUL L. FRIEDMAN
United States District Judge

Copies to Counsel of Record Through ECF