UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEYENNE-ARAPAHO TRIBES OF OKLAHOMA,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-519 (PLF)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEAL**

Notice is hereby given this 9th day of December, 2007, that Plaintiff appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order entered November 8, 2007 denying Plaintiff's motion to alter or amend the judgment entered September 27, 2007 granting Defendants' motion to dismiss for lack of subject matter jurisdiction.

Respectfully submitted,

LAW OFFICE OF RICHARD J. GRELLNER

  /s/
Richard J. Grellner, OBA #15521, pro hac vice
439 NW 18th Street
Oklahoma City, Oklahoma 73103
405.834.8484

LAW OFFICE OF JOHN P. RACIN

  /s/
John P. Racin   Bar No. 942003
1721 Lamont Street, N.W.
Washington, D.C.  20010
202.265.2516

Attorneys for Plaintiff Tribes